DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
JAMES K. ROTHSTEIN (S.B. #267962)
jrothstein@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3823
Telephone:     +1 415 984 8700
Facsimile:     +1 415 984 8701

Attorneys for Plaintiffs
ELASTICSEARCH, INC. and
ELASTICSEARCH B.V.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, ELASTICSEARCH B.V., a Dutch corporation,<br><br>                    Plaintiffs,<br><br>          v.<br><br>FLORAGUNN GmbH, a German corporation,<br><br>                    Defendant. | Case No. 4:19-cv-05553-YGR<br><br>**FIRST AMENDED COMPLAINT**<br><br>1.  COPYRIGHT INFRINGEMENT, 17 U.S.C. § 101 *ET SEQ.*<br>2.  CONTRIBUTORY COPYRIGHT INFRINGEMENT<br><br>JURY TRIAL DEMAND |

**INTRODUCTION**

1.      Elasticsearch, Inc. and elasticsearch B.V. (collectively "Elastic") bring this action to remedy floragunn GmbH's ("floragunn") knowing and willful infringement of Elastic's copyright in the source code for Elastic's X-Pack software.

2.      Elastic is the creator of the Elastic Stack suite of products that is centered on the popular and powerful Elasticsearch search and analytics engine. Leading companies and organizations like Cisco Systems, Facebook, and NASA's Jet Propulsion Laboratory at the California Institute of Technology use and depend upon Elasticsearch.

3.      Elastic offers a set of features, known as X-Pack, that enhance and extend the Elastic Stack suite of products. In keeping with its longstanding commitment to openness, Elastic made the source code for X-Pack publicly available in 2018 subject to certain restrictions. Among other rights, Elastic clearly reserved commercial rights in X-Pack and its derivative works.

4.      floragunn markets and distributes Search Guard, a plug-in for Elasticsearch that is intended to compete with the security features of X-Pack. Yet instead of fairly competing with Elastic and developing Search Guard with its own resources, floragunn copied multiple and critical portions of Elastic's X-Pack proprietary security source code into its Search Guard product.

5.      One particularly large incident of copying occurred just one month after Elastic publicly opened X-Pack's source code. Elastic's examination of floragunn's then-publicly available code on GitHub demonstrates that, at that time, floragunn made dramatic alterations to Search Guard in a single, massive effort that it released—contrary to common programming practice and floragunn's own past practices—without any substantive explanation.

6.      But this was not the beginning or the end of floragunn's infringement. Elastic has now discovered evidence that floragunn's copying and creation of derivative works from Elastic's code extends back to at least 2015. Because Elastic had released that code only in binary form, moreover, it was necessary for floragunn to intentionally decompile that code to enable the copying and creation of derivative works. Furthermore, Elastic has now determined that floragunn copied and created derivative works not only from Elastic's X-Pack code containing

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

1   security features for its Elasticsearch software—floragunn also copied and created derivative

2   works from Elastic's X-Pack code containing security features for its Kibana software.

3          7.      Once floragunn copied Elastic's code, it then licensed its infringing Search Guard

4   software to corporations and institutions, including a significant number that are located in the

5   Northern District of California. These acts by floragunn induced further infringements of Elastic's

6   copyrights by those third parties, including through products and services offered by those third

7   parties. For example, Elastic has now determined that the Amazon Elasticsearch Service and

8   Open Distro for Elasticsearch from Amazon.com, Inc. and Amazon Web Services, Inc., as well as

9   Rackspace US, Inc.'s ObjectRocket for Elasticsearch and IBM Corporation's Cloud Databases for

10  Elasticsearch include and/or recently included infringing code.

11         8.      floragunn's response to Elastic's infringement claims is also consistent with

12  copyright infringement by floragunn. After the commencement of this lawsuit, Elastic issued

13  takedown notices under the Digital Millennium Copyright Act ("DMCA") to websites that were

14  hosting floragunn's infringing code. Those websites removed floragunn's code in response to

15  Elastic's notices. floragunn had the right to issue counter notifications to those websites to assert

16  that floragunn was, contrary to Elastic's notices, the owner of the copyright to the code in

17  question. But Elastic has seen no such notices from floragunn because, on information and belief,

18  floragunn issued no such notices. But what floragunn did do is telling: it moved hosting for

19  downloads of its infringing code to a hosting provider that expressly advertises that it will not

20  comply with the DMCA. The hosting provider's website states: "Purchasing USA-based hosting

21  for a site that is not legal to be run in America is not a sensible thing to do. Offshore hosting can

22  be helpful for less scrupulous businesses who wish to bypass local laws or regulations,

23  particularly for issues like copyright law, which is also known as no DMCA hosting."

24         9.      floragunn's unauthorized reproduction, creation of derivative works, and

25  distribution of Elastic's copyrighted software code constitutes copyright infringement under 17

26  U.S.C. § 101 *et seq*. floragunn is further liable for contributory copyright infringement because it

27  intentionally induced Search Guard users and third parties that integrate Search Guard code into

28

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

1   their own products and services to infringe Elastic's copyrights. Elastic seeks injunctive and

2   monetary relief to the maximum extent permitted by law.

3                                              **PARTIES**

4          10.     Plaintiff Elasticsearch, Inc. is incorporated in Delaware; it has its principal place of

5   business in Mountain View, California. Plaintiff elasticsearch B.V. is incorporated in the

6   Netherlands.

7          11.     Defendant floragunn is a German company with a principal place of business in

8   Berlin, Germany.

9          12.     Elastic is aware that there are third party users and adopters of floragunn's

10  infringing Search Guard product and code. Elastic may seek leave to amend to add those third

11  parties as defendants following discovery from floragunn.

12                              **JURISDICTION AND VENUE**

13         13.     Elastic's claims for copyright infringement arise under the Copyright Act of 1976,

14  17 U.S.C. § 101 *et seq.*

15         14.     This Court has original subject matter jurisdiction of this action under 28 U.S.C.

16  §§ 1331 and 1338.

17         15.     This Court has specific personal jurisdiction over floragunn because, among other

18  reasons, floragunn has extensively offered and distributed its infringing product containing

19  Elastic's copyrighted material to companies in California and purposefully committed within

20  California the acts upon which Elastic's claims arise. Additionally, to the extent floragunn has

21  committed the illegal acts described herein outside of California, it did so knowing and intending

22  that such acts would cause injury to Elastic at its principal place of business within California.

23         16.     Venue is proper in the Northern District of California under 28 U.S.C.

24  § 1391(b)(2) and 1391(c)(3) because a substantial part of the events or omissions giving rise to

25  the claims alleged in this complaint occurred in this judicial district.

26

27

28

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

**INTRADISTRICT ASSIGNMENT**

17.     Because this action arises from Elastic's assertion of its intellectual property rights, Northern District of California Local Rule 3.2(c) excludes this action from the division-specific venue rule and subjects this action to assignment on a district-wide basis.

**THE ELASTIC STACK AND X-PACK SOFTWARE**

18.     Elastic produces a core suite of search and analytics products known as Elastic Stack (formerly known as ELK Stack). The Elastic Stack consists of Elasticsearch, Logstash, Kibana, and Beats. Elasticsearch is a search and analytics engine. Logstash is a server-side data processing pipeline that ingests data from multiple sources simultaneously, transforms it, and then sends it to a "stash" like Elasticsearch. Kibana lets users visualize data with charts and graphs in Elasticsearch. Beats is a family of "data shipper" software that collects and centralizes data that feeds into the other products in Elastic Stack.

19.     X-Pack is a set of add-on features to Elastic's core Elastic Stack suite of products. X-Pack includes security, altering, monitoring, reporting, and other add-ons to Elasticsearch, Kibana, and other products in the Elastic Stack. The predecessor to much of X-Pack was known as Shield. Elastic refers to Shield and X-Pack collectively herein as "X-Pack."

20.     Elastic has a longstanding commitment to opening the source code underlying many of its products in order to facilitate building a community that helps improve and advance Elastic's products to produce the best software possible. When Elastic releases the source code for its software, it does so under clearly delineated conditions.

21.     In late April 2018, Elastic opened the source code for version 6.2.x of X-Pack. Elastic made the code available on Elastic's public GitHub code repository for users to inspect, contribute, create issues, and open pull requests, all pursuant to the "Elastic License." Elastic has released the source code for subsequent versions of X-Pack on GitHub, also under the "Elastic License."

22.     The Elastic License did not grant to floragunn or any other party the right to create copies or prepare derivative works for use in any production capacity. And to the extent floragunn acquired any rights pursuant to the Elastic License, those rights terminated immediately and

automatically by virtue of floragunn's breaches as described herein. Nor did any license applicable to earlier versions of X-Pack and/or Shield provide floragunn the right to create copies or prepare derivative works for use in any production capacity.

### FLORAGUNN'S INFRINGEMENT OF ELASTIC'S COPYRIGHTS IN X-PACK

23. floragunn markets and distributes Search Guard, a plug-in for Elasticsearch that offers features similar to the security features that Elastic offers in X-Pack. floragunn makes the source code for Search Guard available for review and inspection on its GitLab repositories under several different license agreements. (Before the commencement of this lawsuit, floragunn made the source code for Search Guard available through GitHub repositories.)

24. Search Guard is available as a "Community Edition" for free for certain uses, but floragunn charges customers for Enterprise and Compliance editions of Search Guard. floragunn prohibits users from, among other things, taking features from the Enterprise or Compliance editions of Search Guard into production without purchasing a license. In fact, floragunn explicitly warns its users that doing so "is illegal" and "can lead to serious legal consequences, which can bring more harm and costs to a company . . . ."

25. Elastic is informed and believes, and, on that basis, alleges that after Elastic made the source code for X-Pack version 6.2.x publicly available, floragunn accessed significant portions of at least the version 6.2.x code, copied and/or created derivative works from that code, and reproduced and distributed it in the code for Search Guard.

26. On June 7, 2018, just over one month after Elastic made the source code for X-Pack version 6.2.x publicly available under the Elastic License, floragunn made a sudden and very large change to the Search Guard code. This change comprised 244 additions and 145 deletions of code. Many of these changes involved the wholesale copying of the X-Pack code that Elastic opened little over a month before.

27. A significant portion of floragunn's copying centered on the Document Level Security ("DLS") features in Elastic's X-Pack code. As the name would suggest, DLS allows an X-Pack customer to apply security settings to particular documents in the database.

28.     As part of its June 7, 2018, changes, floragunn copied the implementations of at least two methods from the X-Pack code, getLiveDocs and numDocs, from the file DocumentSubsetReader.java.

29.     A comparison of Elastic's implementation of getLiveDocs in X-Pack and floragunn's implementation of method getLiveDocs in Search Guard shows that floragunn's implementation is substantively identical to Elastic's implementation:

Elastic's Implementation of getLiveDocs:

```
@Override
  public Bits getLiveDocs() {
      final Bits actualLiveDocs = in.getLiveDocs();
      if (roleQueryBits == null) {
          // If we would a <code>null</code> liveDocs then that would mean that no docs are marked as deleted,
          // but that isn't the case. No docs match with the role query and therefor all docs are marked as deleted
          return new Bits.MatchNoBits(in.maxDoc());
      } else if (actualLiveDocs == null) {
          return roleQueryBits;
      } else {
          // apply deletes when needed:
          return new Bits() {

              @Override
              public boolean get(int index) {
                  return roleQueryBits.get(index) && actualLiveDocs.get(index);
              }

              @Override
              public int length() {
                  return roleQueryBits.length();
              }
          };
      }
  }
```

floragunn's Implementation of getLiveDocs:

```
@Override
  public Bits getLiveDocs() {

      if(dlsEnabled) {
          final Bits currentLiveDocs = in.getLiveDocs();

          if(bs == null) {
              return new Bits.MatchNoBits(in.maxDoc());
          } else if (currentLiveDocs == null) {
              return bs;
```

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

```
                } else {

                    return new Bits() {

                        @Override
                        public boolean get(int index) {
                            return bs.get(index) && currentLiveDocs.get(index);
                        }

                        @Override
                        public int length() {
                            return bs.length();
                        }

                    };

                }
            }
            return in.getLiveDocs(); //no dls
        }
```

30.    By removing comments and superfluous blank lines, and by making variable names consistent, it becomes apparent that the Search Guard code is copied from or is, at least, a derivative work of Elastic's code. (Elastic's code is on the left; floragunn's is on the right.) A larger version of this graphic is attached to this Complaint as Exhibit A.



31.    Similarly, floragunn's June 7, 2018 commit changed Search Guard's implementation of the method numDocs to be essentially identical to Elastic's implementation in X-Pack. Here is Elastic's implementation, again from the file DocumentSubsetReader.java:

```
@Override
public int numDocs() {
    // The reason the implement this method is that numDocs should be
    equal to the number of set bits in liveDocs. (would be weird otherwise)
```

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

```
                    // for the Shield DSL use case this get invoked in the QueryPhase
              class (in core ES) if match_all query is used as main query
                    // and this is also invoked in tests.
                  if (numDocs == -1) {
                      final Bits liveDocs = in.getLiveDocs();
                      if (roleQueryBits == null) {
                          numDocs = 0;
                      } else if (liveDocs == null) {
                          numDocs = roleQueryBits.cardinality();
                      } else {
                          // this is slow, but necessary in order to be correct:
                          try {
                              DocIdSetIterator iterator = new FilteredDocIdSetIterator(new
              BitSetIterator(roleQueryBits, roleQueryBits.approximateCardinality())) {
                                  @Override
                                  protected boolean match(int doc) {
                                      return liveDocs.get(doc);
                                  }
                              };
                              int counter = 0;
                              for (int docId = iterator.nextDoc(); docId <
              DocIdSetIterator.NO_MORE_DOCS; docId = iterator.nextDoc()) {
                                  counter++;
                              }
                              numDocs = counter;
                          } catch (IOException e) {
                              throw ExceptionsHelper.convertToElastic(e);
                          }
                      }
                  }
                  return numDocs;
              }
```

32.     Again, floragunn's June 7, 2018, changes altered Search Guard's implementation

of the method numDocs to be substantively identical to Elastic's implementation in X-Pack:

```
              @Override
                 public int numDocs() {
                     if (dlsEnabled) {
                         if (this.numDocs == -1) {
                             final Bits currentLiveDocs = in.getLiveDocs();
                             if (bs == null) {
                                 this.numDocs = 0;
                             } else if (currentLiveDocs == null) {
                                 this.numDocs = bs.cardinality();
                             } else {
                                 try {
                                     int localNumDocs = 0;
                                     DocIdSetIterator it = new BitSetIterator(bs, 0L);
                                     for (int doc = it.nextDoc(); doc !=
              DocIdSetIterator.NO_MORE_DOCS; doc = it.nextDoc()) {
                                         if (currentLiveDocs.get(doc)) {
                                             localNumDocs++;
                                         }
```

1
2
3
4
5
6
7

```
                }
                this.numDocs = localNumDocs;
            } catch (IOException e) {
                throw ExceptionsHelper.convertToElastic(e);
            }
        }
        return this.numDocs;
    } else {
        return this.numDocs; // cached
    }
}
return in.numDocs();
```

8  33.     Ignoring non-substantive differences in the code (*i.e.*, removing blank lines,

9 conforming variable names, and removing the superfluous "this." in front of certain variables), it

10 is clear that the floragunn code (on the right) is copied from or, at least, a derivative work of the

11 Elastic code (on the left). A larger version of this graphic is attached to this Complaint as Exhibit

12 B.

13



19

20  34.     floragunn's June 7, 2018, changes also included several other alterations to Search

21 Guard that mimic X-Pack, including, at least: (1) changing the computation of Search Guard's

22 BitSet from an inferior IndexSearcher to align itself with how X-Pack computes the BitSet; and

23 (2) changing computation of live documents to match the X-Pack implementation.

24  35.     floragunn took efforts to keep its misconduct concealed. For example, the only

25 explanation floragunn provided for the changes it made on June 7 was "Improve dls/fls." This is a

26 strikingly brief explanation in light of the significant changes floragunn had committed to its code

27 base. And such minimal explanation is inconsistent not only with standard computer

28

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

programming practices but is also inconsistent with floragunn's explanations accompanying its commits of other code.

36.     floragunn's June 7, 2018, changes also lack evidence that floragunn undertook unit testing of the code—yet another absence that is inconsistent with common programming practice and different from floragunn's other public code. This too strongly suggests that floragunn simply copied Elastic's code.

37.     Examination of floragunn's Search Guard code reveals that its recent acts of infringement are consistent with a larger and longstanding pattern of misconduct.

38.     Code released by floragunn as part of Search Guard in 2016 contains the following commented out—that is, non-functional—code:

```
// "internal:*",
// "indices:monitor/*",
// "cluster:monitor/*",
// "cluster:admin/reroute",
// "indices:admin/mapping/put"
```

39.     That code was copied verbatim from the following functional Elastic code in Shield (Elastic's security product that preceded X-Pack) that was released in or before 2015:

```
        protected static final Predicate<String> PREDICATE =
new AutomatonPredicate(patterns(
        "internal:*",
        "indices:monitor/*", // added for marvel
        "cluster:monitor/*", // added for marvel
        "cluster:admin/reroute", // added for DiskThresholdDecider.DiskListener
        "indices:admin/mapping/put" // ES 2.0
MappingUpdatedAction -
updateMappingOnMasterSynchronously
                        ));
```

40.     Elastic had not publicly released this source code for Shield at the time of floragunn's copying and/or creation of derivative works from that code. Elastic is informed and believes and, on that basis, alleges that floragunn decompiled Elastic's binaries or otherwise gained access to Elastic's source code to create the copies and/or derivative works referenced in Paragraph 38.

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

41.    Code released by floragunn on June 6, 2016, into the search-guard-module-dlsfls

repository for Search Guard contains the following:

```
@Override
public void binaryField(final FieldInfo, final byte[] value) throws IOException {

   if (fieldInfo.name.equals("_source")) {
      final BytesReference bytesRef = new BytesArray(value);
      final Tuple<XContentType, Map<String, Object>> bytesRefTuple =
XContentHelper.convertToMap(bytesRef, false);
      final Map<String, Object> filteredSource =
XContentMapValues.filter(bytesRefTuple.v2(), includes, null);
      final XContentBuilder xBuilder =
XContentBuilder.builder(bytesRefTuple.v1().xContent()).map(filteredSource);
      delegate.binaryField(fieldInfo, xBuilder.bytes().toBytes());
   } else {
      delegate.binaryField(fieldInfo, value);
   }
}
```

42.    That code is substantively identical to the following Elastic code that had

previously been included in Shield:

```
@Override
public void binaryField(FieldInfo, byte[] value) throws IOException {
   if (SourceFieldMapper.NAME.equals(fieldInfo.name)) {
      // for _source, parse, filter out the fields we care about, and serialize back
downstream
      BytesReference bytes = new BytesArray(value);
      Tuple<XContentType, Map<String, Object>> result =
XContentHelper.convertToMap(bytes, true);
      Map<String, Object> transformedSource = XContentMapValues.filter(result.v2(),
fieldNames, null);
      XContentBuilder =
XContentBuilder.builder(result.v1().xContent()).map(transformedSource);
      visitor.binaryField(fieldInfo, xContentBuilder.bytes().toBytes());
   } else {
      visitor.binaryField(fieldInfo, value);
   }
}
```

43.     Ignoring non-substantive differences in the code, it is clear that the floragunn code (on the left) is copied from or, at least, a derivative work of the Elastic code (on the right). A larger version of this graphic is attached to this Complaint as Exhibit C.



44.     Elastic had not publicly released this source code for Shield at the time of floragunn's copying and/or creation of derivative works from that code. Elastic is informed and believes and, on that basis, alleges that floragunn decompiled Elastic's binaries or otherwise gained access to Elastic's source code to create the copies and/or derivative works referenced in Paragraph 41.

45.     Infringement by floragunn is evident in additional code in the ShieldNettyHttpServerTransport file. Code released by floragunn on December 10, 2016 as part of the Search Guard SearchGuardSSLNettyHttpServerTransport file contains the following content:

```
@Override
protected void exceptionCaught(ChannelHandlerContext ctx, ExceptionEvent e) throws
Exception {
    if(this.lifecycle.started()) {

        final Throwable cause = e.getCause();
        if(cause instanceof NotSslRecordException) {
            logger.warn("Someone speaks plaintext instead of ssl, will close the channel");
            ctx.getChannel().close();
            return;
        } else if (cause instanceof SSLException) {
            logger.error("SSL Problem "+cause.getMessage(),cause);
            ctx.getChannel().close();
            return;
        } else if (cause instanceof SSLHandshakeException) {
            logger.error("Problem during handshake "+cause.getMessage());
            ctx.getChannel().close();
            return;
        }
    }

    super.exceptionCaught(ctx, e);
}
```

- 13 -

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

1    46.    That code is substantively identical to the following Elastic code included in the

2  binary of Elastic Shield released June 24, 2015:

3

4    @Override
     protected void exceptionCaught(ChannelHandlerContext ctx, ExceptionEvent e) throws
     Exception {

5        if (!lifecycle.started()) {
             return;

6        }

7        Throwable t = e.getCause();

8        if (isNotSslRecordException(t)) {
             if (logger.isTraceEnabled()) {
                 logger.trace("received plaintext http traffic on a https channel, closing connection

9  {}", t, ctx.getChannel());
             } else {
                 logger.warn("received plaintext http traffic on a https channel, closing connection

10  {}", ctx.getChannel());
             }

11        ctx.getChannel().close();

12        } else if (isCloseDuringHandshakeException(t)) {
             if (logger.isTraceEnabled()) {

13            logger.trace("connection {} closed during handshake", t, ctx.getChannel());
             } else {

14            logger.warn("connection {} closed during handshake", ctx.getChannel());
             }

15        ctx.getChannel().close();
         } else {

16            super.exceptionCaught(ctx, e);
             }

17        }
     }

18    47.    Ignoring non-substantive differences in the code, it is clear that the floragunn code

19  (on the left) is copied from or, at least, a derivative work of the Elastic code (on the right). A

20  larger version of this graphic is attached to this Complaint as Exhibit D.

21



22

23

24

25

26

27    48.    Elastic had not publicly released this source code for Shield at the time of

28  floragunn's copying and/or creation of derivative works from that code. Elastic is informed and

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

believes and, on that basis, alleges that floragunn decompiled Elastic's binaries or otherwise

gained access to Elastic's source code to create the copies and/or derivative works referenced in

Paragraph 45.

## FLORAGUNN'S INFRINGEMENT OF ELASTIC'S COPYRIGHTS
## IN THE X-PACK KIBANA PLUGIN

49.     Subsequent investigation has also revealed floragunn's copying and/or creation

of derivative works from code from the X-Pack plugin for Elastic's Kibana product. The infringed

code that Elastic has identified comes from the X-Pack Kibana elements Get Next URL, Saved

Objects Client, AngularJS Management Screens, callWithRequestFactory, and

fetchAllFromScroll. In addition to the examples below, Elastic has identified copying and/or

creation of derivative works in April 5, 2017, August 6, 2017, and June 4, 2019 commits to

Search Guard.

50.     As one example, Search Guard code released by floragunn on March 31, 2018 in

get_next_url.js contains the following code:

```
const {query, hash} = parse(currentUrl, true);
if (!query.nextUrl) {
   return `${basePath}/`;
}
const { protocol, hostname, port, pathname } = parse(query.nextUrl);
if (protocol || hostname || port) {
   return `${basePath}/`;
}
if (!String(pathname).startsWith(basePath)) {
   return `${basePath}/`;
}
return query.nextUrl + (hash || '');
```

51.     That code closely mirrors the following code that Elastic included in a bug fix to

the X-Pack Kibana plugin in parse_next.js on April 4, 2017:

```
const { query, hash } = parse(href, true);
if (!query.next) {
  return `${basePath}/`;
}
const { protocol, hostname, port, pathname } = parse(query.next);
if (protocol || hostname || port) {
  return `${basePath}/`;
}
```

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

```
                if (!String(pathname).startsWith(basePath)) {
                  return `${basePath}/`;
                }
                return query.next + (hash || '');
```

52.     Ignoring non-substantive differences in the code, it is clear that the floragunn code in Paragraph 50 is copied from, or at least a derivative work of, the Elastic code in Paragraph 51.

53.     As another example, Search Guard code released by floragunn on October 28, 2018 in get_next_url.js contains the following code:

```
                const {query, hash} = parse(currentUrl, true, true);
                if (!query.nextUrl) {
                  return `${basePath}/`;
                }
                const { protocol, hostname, port, pathname } = parse(query.nextUrl, false, true);
                if (protocol !== null || hostname !== null || port !== null) {
                  return `${basePath}/`;
                }
                if (!String(pathname).startsWith(basePath)) {
                  return `${basePath}/`;
                }
                return query.nextUrl + (hash || '');
```

54.     That code is nearly identical to the following code that Elastic included in a bug fix to the X-Pack Kibana plugin in parse_next.js on January 28, 2018:

```
                const { query, hash } = parse(href, true);
                if (!query.next) {
                  return `${basePath}/`;
                }
                const { protocol, hostname, port, pathname } = parse(
                  query.next,
                  false,
                  true
                );
                if (protocol !== null || hostname !== null || port !== null) {
                  return `${basePath}/`;
                }
                if (!String(pathname).startsWith(basePath)) {
                  return `${basePath}/`;
                }
                return query.next + (hash || '');
```

55.     Ignoring non-substantive differences in the code, it is clear that the floragunn code in Paragraph 53 is copied from, or at least a derivative work of, the Elastic code in Paragraph 54.

56.     As another example, Search Guard code released by floragunn on August 30, 2019 in call_with_request_factory.js contains the following code:

```
import { once } from 'lodash';
import { elasticsearchSignalsPlugin } from '../elasticsearch_signals_plugin';
import { CLUSTER } from '../../../../utils/signals/constants';
const callWithRequest = once((server) => {
  const { callWithRequest } =
server.plugins.elasticsearch.createCluster(CLUSTER.ALERTING, {
    plugins: [elasticsearchSignalsPlugin]
  });
  return callWithRequest;
});
export const callWithRequestFactory = (server, request) =>
  (...rest) => callWithRequest(server)(request, ...rest);
```

57.    That code is nearly identical to the following Elastic code that occurs multiple

places within the X-Pack Kibana plugin, including in a February 28, 2019 commit to

call_with_request_factory.js reproduced here:

```
import { once } from 'lodash';
import { elasticsearchJsPlugin } from '../elasticsearch_js_plugin';
const callWithRequest = once((server) => {
  const config = { plugins: [ elasticsearchJsPlugin ] };
  const cluster = server.plugins.elasticsearch.createCluster('watcher', config);

  return cluster.callWithRequest;
});
export const callWithRequestFactory = (server, request) => {
  return (...args) => {
    return callWithRequest(server)(request, ...args);
  };
};
```

58.    Ignoring non-substantive differences in the code, it is clear that the floragunn code

in Paragraph 56 is copied from, or at least a derivative work of, the Elastic code in Paragraph 57.

59.    As one more example, Search Guard code released by floragunn also on August

30, 2019 in fetch_all_from_scroll.js contains the following code:

```
import { ES_SCROLL_SETTINGS } from '../../../../utils/signals/constants';
export function fetchAllFromScroll(response, callWithRequest, allHits = []) {
  const { _scroll_id: scrollId, hits: { hits = [] } } = response;
  if (hits.length) {
    allHits.push(...hits);
    return callWithRequest('scroll', {
      body: {
        scroll: ES_SCROLL_SETTINGS.KEEPALIVE,
        scroll_id: scrollId
      }
    }).then(_response => fetchAllFromScroll(_response, callWithRequest, allHits));
  }
  return Promise.resolve(allHits);
```

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

1              }

2        60.     That code very closely mirrors the following Elastic code included in an April 6,

3    2017 commit to fetch_all_from_scroll.js reproduced here:

```
import { get } from 'lodash';
import { ES_SCROLL_SETTINGS } from '../../../common/constants';
export function fetchAllFromScroll(response, callWithRequest, hits = []) {
  const newHits = get(response, 'hits.hits', []);
  const scrollId = get(response, '_scroll_id');
  if (newHits.length > 0) {
    hits.push(...newHits);
    return callWithRequest('scroll', {
      body: {
        scroll: ES_SCROLL_SETTINGS.KEEPALIVE,
        scroll_id: scrollId
      }
    })
      .then(innerResponse => {
        return fetchAllFromScroll(innerResponse, callWithRequest, hits);
      });
  }
  return Promise.resolve(hits);
}
```

14        61.     Ignoring non-substantive differences in the code, it is clear that the floragunn code

15   in Paragraph 59 is copied from, or at least a derivative work of, the Elastic code in Paragraph 60.

16        62.     A comment made by a floragunn programmer in a June 4, 2019 Search Guard

17   commit provides further proof of copying because it indicates that the programmer did not

18   understand the reason that a variable in the source code was formatted in a particular way.

19   Programmers must choose the format or formats for the names of variables in their source code.

20   This choice is often more than stylistic, because it can affect compatibility with other programs

21   and operating systems. One such format is "snake case" where a programmer replaces all spaces

22   with "_." Accordingly, a variable named "first variable" would be written in snake case as

23   "first_variable."

24        63.     Elastic's X-Pack Kibana plugin formats variables in "snake case" to remain

25   compatible with the X-Pack plugin for Elasticsearch—but, on information and belief, that reason

26   for formatting variables in "snake case" is not present for the infringing Search Guard code.

27   Although the reason for use of "snake case" is absent, floragunn's infringing code also uses

28   "snake case" for the "bulk_create" variable. But a floragunn programmer left a comment in the

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

1   infringing Search Guard code noting that s/he could not determine why the code used "snake

2   case" for the "bulk_create" variable, writing: "@todo Why the snake case here? What do our

3   permissions look like."

4   **FLORAGUNN MARKETED THE INFRINGING WORK IN THE NORTHERN**

5   **DISTRICT OF CALIFORNIA**

6   64.   floragunn's Search Guard product directly competes with the security features in

7   Elastic's X-Pack and X-Pack Kibana plugin.

8   65.   Elastic is informed and believes, and, on that basis alleges that floragunn knew that

9   Elastic had its principal place of business in the Northern District of California.

10   66.   floragunn maintains significant and ongoing commercial ties to the Northern

11   District of California. The industry that provides security features for Elastic Stack is very small,

12   and, Elastic is informed and believes, is composed of at most six companies. Despite the small

13   number of companies providing security features for Elastic Stack, the customer base for Elastic

14   Stack security features is broad. floragunn boasts of a "global customer base," including "many of

15   the tech giants." Due to the prominence of the technology industry in the Northern District of

16   California, many of these companies are headquartered in, maintain offices in, or do significant

17   business in the Northern District of California.

18   67.   Before Elastic commenced this lawsuit, floragunn hosted its infringing source code

19   on a website run by GitHub, Inc. GitHub, Inc. is headquartered and maintains its principal place

20   of business in San Francisco, California, within the Northern District of California. floragunn

21   currently hosts infringing source code through GitLab Inc., a company also headquartered in San

22   Francisco, California, within the Northern District of California.

23   68.   Further, Elastic is informed and believes, and, on that basis, alleges that, floragunn

24   made commercial use of its infringing Search Guard product by purposefully marketing and

25   licensing that product to customers in the Northern District of California. By way of example,

26   Elastic is informed and believes, and, on that basis, alleges that floragunn licensed its Search

27   Guard software to: (1) PayPal Holdings, Inc., a company that, on information and belief, has its

28   principal place of business in San Jose, California; (2) AppsCode, a company that, on information

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

and belief, has its principal place of business in San Leandro, California, for use in AppsCode's CubeDB software; (3) NVIDIA, a company that, on information and belief, has its principal place of business in Santa Clara, California; (4) Zuora, a company that, on information and belief, has its principal place of business in San Mateo, California; and (5) OpenTable, Inc., a company that, on information and belief, has its principal place of business in San Francisco, California

69.     Additionally, over a span of several days in March 2019, floragunn actively promoted Search Guard to California entities and individuals while hosting a booth at a data security conference at the Moscone Center in San Francisco, California.

70.     floragunn's marketing and commercial licensing of a directly competing product that infringes Elastic's copyright demonstrates an intent knowingly to harm Elasticsearch, Inc. a company with its principal place of business in Mountain View, California. It further shows that floragunn directed its infringing activities at the Northern District of California.

71.     floragunn's infringement of Elastic's copyright has caused and continues to cause Elastic injury in the Northern District of California.

**FLORAGUNN INDUCES THIRD PARTIES TO INFRINGE ELASTIC'S COPYRIGHTS**

72.     floragunn's marketing and distribution of infringing Search Guard software causes third party Search Guard users to incorporate code that infringes Elastic's copyrights in X-Pack and the X-Pack Kibana plugin. Those third parties therefore necessarily reproduce and use Elastic's proprietary X-Pack and/or X-Pack Kibana plugin code when they incorporate Search Guard into their adoptions of Elasticsearch, thereby infringing Elastic's copyrights.

73.     Additional third parties have incorporated floragunn's infringing code into products and services they offer publicly. Elastic has investigated to identify third parties who have incorporated floragunn's infringing code into their products and services.

74.     Among other infringing third party products and services that Elastic has identified, Amazon.com, Inc.'s and Amazon Web Services Inc.'s Open Distro for Elasticsearch ("Open Distro") and Amazon Elasticsearch Service ("AESS") offerings both contain and/or contained infringing code that originated with floragunn. Open Distro contains and/or contained infringing code related to floragunn's infringement of Elastic's copyrights in X-Pack and the X-

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

Pack Kibana plugin. AESS contains or contained infringing code related to floragunn's

infringement of Elastic's copyrights in X-Pack. Rackspace US, Inc.'s ObjectRocket for

Elasticsearch contains or contained infringing code related to infringement of Elastic's copyrights

in X-Pack and the X-Pack Kibana plugin. And IBM Corporation's IBM Cloud Databases for

Elasticsearch contains or contained infringing code related to infringement of Elastic's copyrights

in X-Pack.

**FLORAGUNN ATTEMPTS TO AVOID ENFORCEMENT OF UNITED STATES**

**COPYRIGHT LAW**

75.     floragunn is undoubtedly aware that its conduct is unlawful. On the website for

Search Guard, floragunn states that, just because "the source code of a piece of software is

available for anyone to view and inspect," that "does not necessarily mean that the product is

available at no cost, and it does not mean that it is solely a community product." floragunn goes

on to warn "it is illegal to take our enterprise features into production without purchasing a

license. ***This can lead to serious legal consequences, which can bring more harm and costs to a***

***company*** . . . ." (emphasis added).

76.     floragunn actively sought to avoid United States copyright law. On September 4,

2019, Elastic submitted Notices of Copyright Infringements under the DMCA to two websites

that hosted floragunn's infringing code, GitHub, Inc. and Sonatype Inc. On or about September

11, 2019, GitHub and Sonatype removed floragunn's infringing code from their websites.

Pursuant to the DMCA, floragunn then had the opportunity to submit counter notifications stating

that Elastic's assertion that their content infringed Elastic's copyrights was mistaken. Submitting

a counter notification could potentially have led to GitHub and Sonatype restoring floragunn's

content to their websites. Elastic is not aware of any such counter notification by floragunn, and,

on information and belief, floragunn did not take this opportunity to assert that its code did not

infringe Elastic's copyright.

77.     What floragunn did do, however, was switch the hosting of its infringing content

to a different provider: Amazon Web Services, Inc. Amazon Web Services, Inc. maintains

multiple offices in the Northern District of California.

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

78.     On September 12, 2019, Elastic sent a Notice of Copyright Infringements under the DMCA to Amazon Web Services, Inc., and Amazon Web Services, Inc. removed floragunn's infringing code from its website on September 13, 2019. On information and belief, floragunn again did not take the opportunity to submit a counter notification and assert that its content did not infringe Elastic's copyrights. Once again, however, floragunn switched the hosting of its infringing content to a different provider.

79.     It appears that floragunn's choice of the new host for its downloads was driven by a desire by floragunn to avoid takedowns required by the law of the United States. floragunn began hosting its infringing downloads through BlueAngelHost PVT. LTD. BlueAngelHost PVT. LTD. advertises "DMCA Ignored Hosting." It boasts that "***Purchasing USA-based hosting for a site that is not legal to be run in America is not a sensible thing to do. Offshore hosting can be helpful for less scrupulous businesses who wish to bypass local laws or regulations, particularly for issues like copyright law, which is also known as no DMCA hosting***" (emphasis added). BlueAngelHost PVT. LTD. lists a postal address in Serbia on its website and advertises data centers in Bulgaria, Russia, and the Netherlands.

80.     Months after this lawsuit was filed, floragunn continues to include infringing code in Search Guard. In early October 2019, floragunn released new versions of its Search Guard products through web services run by GitLab Inc., Sonatype Inc., and floragunn's own website. These new versions purport to remove the infringing code that Elastic identified in its initial complaint. However, floragunn did not remove all instances of copying. The new versions of Search Guard continue to, at least, contain code that infringes Elastic's copyrights in its X-Pack Kibana plugin, as identified in this First Amended Complaint. Elastic continues to investigate floragunn's Search Guard code for instances of infringement and may identify further infringement.

1

### FIRST CAUSE OF ACTION

2

### Copyright Infringement

3

### (17 U.S.C. § 101 *et seq.*)

4        81.     Elastic incorporates by reference each of the allegations in the preceding

5   paragraphs of this Complaint as if fully set forth here.

6        82.     Before initiating this action, Elastic registered, effective August 14, 2019, versions

7   1.0.0 and 2.0.0 of Elasticsearch Shield (the predecessor name for X-Pack) and versions 5.0.0,

8   6.0.0, 6.2.0, 6.2.x, and 6.3.0 of X-Pack under Registration Numbers TX 8-762-996, TX 8-762-

9   994, TX 8-762-975, TX 8-762-985, TX 8-762-987, TX 8-762-988, and TX 8-762-991,

10  respectively. Elastic further registered, effective September 9, 2019, versions 1.1.1, 1.3.0, 2.0.0-

11  beta1, and 2.0.0-beta2 of Elasticsearch Shield under Registration Numbers TX 8-773-254, TX 8-

12  773-258, TX 8-773-261, and TX 8-773-263, respectively. Elastic additionally registered version

13  2.3.2 of the Kibana Shield plugin and versions 5.2.0, 5.3.1, 5.6.7, and 6.4.0 of the X-Pack Kibana

14  plugin under Registration Numbers TX 8-796-945, TX 8-777-406, TX 8-777-412, TX 8-778-023,

15  and TX 8-778-024, respectively, effective September 19, 2019; version 5.4.0 of the X-Pack

16  Kibana plugin under Registration Number TX 8-796-010, effective November 4, 2019; and

17  version 7.2.0 of the X-Pack Kibana plugin under Registration Number TX 8-796-013, effective

18  October 31, 2019. Copies of those Certificates of Registration are attached as Exhibits E through

19  V to this First Amended Complaint.

20       83.     These works contain copyrightable subject matter for which copyright protection

21  exists under the Copyright Act, 17 U.S.C. § 101, *et seq*. elasticsearch B.V. is the exclusive owner

22  of all rights in these copyrighted works. Elasticsearch, Inc. holds the exclusive license from

23  elasticsearch B.V. to enforce the copyright in and distribute copies of these works in, among other

24  territories, the United States.

25       84.     Through the actions described herein, floragunn has infringed and will continue to

26  infringe Elastic's copyrights in the X-Pack and X-Pack Kibana plugin code by, at least,

27  reproducing, preparing derivative works from, and distributing copies of those copyrighted

28  works.

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

85.     floragunn's infringing conduct alleged herein was and continues to be willful and with full knowledge of Elastic's rights in the copyrighted works, and that conduct has enabled floragunn to profit illegally from infringement.

86.     Elastic is entitled to an injunction restraining floragunn, its officers, agents, employees, assigns, and all persons acting in concert with them from engaging in further infringement of Elastic's copyrights.

87.     Elastic is entitled to recover from floragunn the damages it has sustained and will sustain as a result of floragunn's wrongful acts as alleged herein. Elastic is further entitled to recover from floragunn the gains, profits, and advantages it has obtained as a result of floragunn's wrongful acts. The full extent of Elastic's damages and the gains, profits, and advantages floragunn has obtained by reason of its aforesaid acts of copyright infringement cannot be determined at this time, but will be proven at trial. Further, Elastic is entitled to recover costs and reasonable attorneys' fees from floragunn as a result of the wrongful acts alleged herein.

## SECOND CAUSE OF ACTION

### Contributory Copyright Infringement

88.     Elastic incorporates by reference each of the allegations in the preceding paragraphs of this Complaint as if fully set forth here.

89.     floragunn's distribution of infringing Search Guard software induces, causes, encourages, and materially contributes to Search Guard users and third parties that incorporate Search Guard code into their products and services infringing Elastic's copyrights in the X-Pack and/or X-Pack Kibana plugin code by engaging in unauthorized reproduction and distribution of works containing Elastic's copyrighted material.

90.     Elastic is informed and believes, and, on that basis, alleges that floragunn derived substantial financial benefit from Search Guard users' and third parties' infringement of Elastic's copyrights in X-Pack and/or the X-Pack Kibana plugin.

91.     floragunn's marketing, commercial distribution of, licensing of, and profit from infringing Search Guard software shows that it knowingly, intentionally, willfully, and purposefully induced, caused, encouraged, and materially contributed to, and continues to

knowingly, intentionally, willfully, and purposefully induce, cause, encourage, and materially contributes to, Search Guard users' and third parties' infringement of Elastic's copyrights in X-Pack and/or the X-Pack Kibana plugin.

92.     floragunn has the ability to prevent Search Guard users and third parties from infringing Elastic's copyrights in the X-Pack and X-Pack Kibana plugin code by omitting the infringing code from its Search Guard software product. However, floragunn has not prevented Search Guard users and third parties from infringing Elastic's copyrights in the X-Pack and X-Pack Kibana plugin code.

93.     floragunn, through its knowing and intentional inducement, causation, encouragement, and material contribution to the infringement of Elastic's copyrights in the X-Pack and X-Pack Kibana plugin code by Search Guard users and third parties, is committing and/or is contributorily and vicariously liable for the acts of infringement by Search Guard users and third parties. Each act of infringement that floragunn knowingly and intentionally induced, caused, encouraged, and materially contributed to is a separate and distinct act of infringement.

94.     Elastic is entitled to an injunction restraining floragunn, its officers, agents, employees, assigns, and all persons acting in concert with them from actions inducing, causing, encouraging, or materially contributing to Search Guard users' and third parties' infringement of Elastic's copyrights.

95.     Elastic is entitled to recover from floragunn the damages it has sustained and will sustain as a result of floragunn's acts inducing, causing, encouraging, or materially contributing to Search Guard users' and third parties' infringement of Elastic's copyrights. Elastic is further entitled to recover from floragunn the gains, profits, and advantages it has obtained as a result of its acts inducing, causing, encouraging, or materially contributing to Search Guard users' and third parties' infringement of Elastic's copyrights. The full extent of Elastic's damages and the gains, profits, and advantages floragunn has obtained by reason of its aforesaid acts of copyright infringement by Search Guard users and third parties cannot be determined at this time but will be proven at trial. Further, Elastic is entitled to recover costs and reasonable attorneys' fees from

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

floragunn as a result of the acts inducing, causing, encouraging, or materially contributing to Search Guard users' and third parties' infringement of Elastic's copyrights alleged herein.

## PRAYER FOR RELIEF

Elastic prays for judgment as follows:

1.       For permanent injunctive relief, including an order restraining and enjoining floragunn and third parties using Search Guard and Search Guard code from further infringement of Elastic's copyrights, specifically:

a.   that floragunn and third parties using Search Guard products and code, as well as any successor entities, directors and officers, agents, servants, employees, assigns, and all other persons acting in active concert or privity or in participation with them, and each of them, be enjoined from continuing to market, offer, sell, dispose of, license, lease, transfer, display, advertise, reproduce, develop or manufacture infringing Search Guard software and any works derived or copied from infringing Search Guard software, or to participate or assist in any such activity;

b.   that floragunn and third parties using Search Guard products and code, as well as any successor entities, directors and officers, agents, servants, employees, assigns, and all other persons acting in active concert or privity or in participation with them, be enjoined from directly or indirectly infringing Elastic's copyrights in X-Pack and the X-Pack Kibana plugin;

c.   that floragunn and third parties using Search Guard products and code, as well as any successor entities, directors and officers, agents, servants, employees, assigns, and all other persons acting in active concert or privity or in participation with them, be enjoined to return to Elastic any originals, copies, facsimiles, or duplicates of Search Guard, any works derived or copied from Search Guard in their possession, custody, or control that are shown to infringe any Elastic copyright;

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

          d.   that floragunn and third parties using Search Guard products and code be enjoined to deliver upon oath, to be impounded during the pendency of this action, and for destruction pursuant to judgment herein, all originals, copies, facsimiles, or duplicates of Search Guard, any works derived or copied from Search Guard in their possession, custody, or control that are shown to infringe any Elastic copyright;

2.    For compensatory damages against floragunn in an amount to be determined at trial;

3.    For floragunn's  profits obtained as a result of its infringing conduct, including but not limited to all profits from sales and other exploitation of Elastic's copyrighted material and any products, works, or other materials that include, copy, are derived from, or otherwise embody the copyrighted material, or in the Court's discretion, such amount as the Court finds to be just and proper;

4.    For attorneys' fees and costs of suit incurred herein;

5.    For interest, including pre-judgment and post-judgment interest, on the forgoing sums; and

6.    For any other relief that the Court deems appropriate.

## <u>JURY DEMAND</u>

Elastic demands a jury trial for all issues so triable.

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR

1    Dated:  November 26, 2019

2                                              DAVID R. EBERHART
                                              JAMES K. ROTHSTEIN
3                                              O'MELVENY & MYERS LLP

4

5                                              By:    /s/ David R. Eberhart
                                                          David R. Eberhart
6
                                              Attorneys for Plaintiffs
7                                              ELASTICSEARCH, INC. and
                                              ELASTICSEARCH B.V.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED COMPLAINT
4:19-CV-05553-YGR