UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELASTICSEARCH, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FLORAGUNN GMBH,<br><br>Defendant. | Case No. 19-cv-05553-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |
|---|---|

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, July 13, 2020 at 2:00 p.m. |
| REFERRED TO MAGISTRATE JUDGE KIM FOR MANDATORY SETTLEMENT CONFERENCE TO BE COMPLETED BY: | February 28, 2020 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | January 31, 2020 ; after this deadline then only with court approval or good cause by motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | To be determined |
| DISCLOSURE OF EXPERT REPORTS:<br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: June 15, 2020<br>Rebuttal: June 29, 2020 |
| EXPERT DISCOVERY CUTOFF: | July 14, 2020 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | September 1, 2020 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, October 30, 2020 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | November 6, 2020 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| PRETRIAL CONFERENCE: | Friday, November 20, 2020 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, December 7, 2020 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, October 30, 2020 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: December 23, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge