1   DAVID R. EBERHART (S.B. #195474)
    deberhart@omm.com
2   JAMES K. ROTHSTEIN (S.B. #267962)
    jrothstein@omm.com
3   DANIEL H. LEIGH (S.B. #310673)
    dleigh@omm.com
4   O'MELVENY & MYERS LLP
    Two Embarcadero Center
5   28th Floor
    San Francisco, California  94111-3823
6   Telephone:     +1 415 984 8700
    Facsimile:      +1 415 984 8701
7
    Attorneys for Plaintiffs
8   ELASTICSEARCH, INC. and
    ELASTICSEARCH B.V.
9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13
    ELASTICSEARCH, INC., a Delaware            Case No. 4:19-cv-05553-YGR
14  corporation, ELASTICSEARCH B.V., a Dutch
    corporation,                               **STIPULATION AND [~~PROPOSED~~]
15                                             ORDER CONTINUING TELEPHONIC
                        Plaintiffs,            SCHEDULING CONFERENCE FOR
16                                             SETTLEMENT CONFERENCE;
           v.                                  DECLARATION OF DAVID R.
17                                             EBERHART IN SUPPORT THEREOF**
    FLORAGUNN GmbH, a German corporation,
18
                        Defendant.
19

20
21
22
23
24
25
26
27
28

1        WHEREAS the Court issued an Order scheduling a telephonic Scheduling Conference in

2    preparation for the Settlement Conference on January 3, 2020 at 10:00 AM (ECF No. 32), and

3    WHEREAS undersigned counsel for Plaintiffs has a conflict with the currently scheduled date

4    and time for the telephonic Scheduling Conference, the parties through their respective counsel,

5    HEREBY STIPULATE AND REQUEST, pursuant to Civil Local Rule 6-2, that the Court

6    continue the telephonic Scheduling Conference to January 7, 2020 at 10:00 AM using the same

7    dial in and passcode provided in the Court's Order at ECF No. 32.

8

9        Dated:  December 27, 2019        DAVID R. EBERHART
                                       JAMES K. ROTHSTEIN
                                       DANIEL H. LEIGH

10                                    O'MELVENY & MYERS LLP

11

12                                  By:    /s/ David R. Eberhart
                                             David R. Eberhart

13

14                                  Attorneys for Plaintiffs
                                    ELASTICSEARCH, INC. and

15                                    ELASTICSEARCH B.V.

16        Dated:  December 27, 2019        KWUN BHANSALI LAZARUS LLP

17

18                                  By:    /s/ Michael S. Kwun
                                             Michael S. Kwun

19

20                                  Attorneys for Defendant
                                      FLORAGUNN GMBH

21

22    PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24    Dated:  December 30, 2019

25

26

27                                    Hon. Sallie Kim
                                    United States Magistrate Judge

28

STIPULATION AND [PROPOSED] ORDER
CONTINUING TELEPHONIC
SCHEDULING CONFERENCE
CASE NO. 4:19-CV-05553-YGR

## DECLARATION OF DAVID R. EBERHART

I, David R. Eberhart, declare as follows:

1.      I am a partner at O'Melveny & Myers LLP and counsel of record for Plaintiffs Elasticsearch, Inc. and elasticsearch B.V. I make this declaration based on my personal knowledge. If called to testify as a witness, I could and would testify under oath to the matters set forth herein.

2.      This matter has been referred for a Settlement Conference before the Hon. Sallie Kim, United States Magistrate Judge.

3.      On December 23, 2019, the Court issued an Order (ECF No. 32) setting a telephonic Scheduling Conference in preparation for the Settlement Conference for January 3, 2020 at 10:00 AM.

4.      At the time of the telephonic Scheduling Conference, I will be in Japan on a pre-paid family vacation. As scheduled, the telephonic Scheduling Conference would take place at 3:00 AM local time in Japan.

5.      On December 23, 2019, I asked counsel for Defendant floragunn GmbH to stipulate, subject to the Court's order, to continue the telephonic Scheduling Conference to January 7, 2020 at 10:00 AM. Counsel for Defendant agreed to so stipulate.

6.      Previous time modifications in this case are as follows: (1) On November 19, 2019, the Court, pursuant to the parties' stipulation, ordered the Initial Case Management Conference in this matter continued by one week from December 9, 2019 to December 16, 2019 (ECF No. 18); and (2) On December 10, 2019, the Court, pursuant to the parties' stipulation, ordered Defendant's time to respond to Plaintiffs' First Amended Complaint extended from December 10, 2019 to December 24, 2019 and extended Plaintiffs' time to answer or otherwise respond to any counterclaims to January 28, 2020 (ECF No. 28).

7.      The instant request for time modification will have no effect on any other aspect of the schedule in this case.

STIPULATION AND [PROPOSED] ORDER
CONTINUING TELEPHONIC
SCHEDULING CONFERENCE
CASE NO. 4:19-CV-05553-YGR

1    8.    I attest that I have obtained the concurrence of counsel for Defendant to file the

2  foregoing Stipulation and [Proposed] Order.

3

4    I declare under penalty of perjury under the laws of the United States of America that the

5  foregoing is true and correct and that this declaration, made in conformity with 28 U.S.C. § 1746,

6  was executed at Tokyo, Japan, on December 27, 2019.

7

8    _____/s/ David R. Eberhart_____
       David R. Eberhart

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

STIPULATION AND [PROPOSED] ORDER
CONTINUING TELEPHONIC
SCHEDULING CONFERENCE
CASE NO. 4:19-CV-05553-YGR