1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  JAMES K. ROTHSTEIN (S.B. #267962)
   jrothstein@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center
4  28th Floor
   San Francisco, California  94111-3823
5  Telephone:    +1 415 984 8700
   Facsimile:    +1 415 984 8701
6
   Attorneys for Plaintiffs
7  ELASTICSEARCH, INC. and
   ELASTICSEARCH B.V.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, ELASTICSEARCH B.V., a Dutch corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>FLORAGUNN GmbH, a German corporation,<br><br>    Defendant. | Case No. 4:19-cv-05553-YGR<br><br>**STIPULATED [PROPOSED] ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |

1. **PURPOSE**

This Order will govern discovery of electronically stored information ("ESI") in this case as a supplement to the Federal Rules of Civil Procedure, this Court's Guidelines for the Discovery of Electronically Stored Information, and any other applicable orders and rules.

2. **COOPERATION**

The parties are aware of the importance the Court places on cooperation and commit to cooperate in good faith throughout the matter consistent with this Court's Guidelines for the Discovery of ESI.

3. **LIAISON**

The parties have identified liaisons to each other who are and will be knowledgeable about and responsible for discussing their respective ESI. Each e-discovery liaison will be, or have access to those who are, knowledgeable about the technical aspects of e-discovery, including the location, nature, accessibility, format, collection, search methodologies, and production of ESI in this matter. The parties will rely on the liaisons, as needed, to confer about ESI and to help resolve disputes without court intervention.

4. **PRESERVATION**

The parties have discussed their preservation obligations and needs and agree that preservation of potentially relevant ESI will be reasonable and proportionate.

5. **SEARCH**

The parties agree that in responding to an initial Fed. R. Civ. P. 34 request, or earlier if appropriate, they will meet and confer about methods to search ESI in order to identify ESI that is subject to production in discovery and filter out ESI that is not subject to discovery.

6. **PRODUCTION FORMATS**

The parties agree to produce documents in ☒ PDF, ☒TIFF, ☒native and/or ☐paper or a combination thereof (check all that apply) file formats. If particular documents warrant a different format, the parties will cooperate to arrange for the mutually acceptable production of such documents. The parties agree not to degrade the searchability of documents as part of the

document production process.

The parties agree to produce documents along with searchable text and the metadata specified herein. For email, the parties agree to produce the following metadata to the extent such metadata can be provided using industry standard eDiscovery technologies and processes: To; From; CC; BCC; SentDate; SentTime; and Subject. For standalone electronic files or attachments to emails, the parties agree to produce the following metadata to the extent such metadata can be provided using industry standard eDiscovery technologies and processes: Author; Custodian; Creation Date; ModifiedDate; and File Name. Notwithstanding the foregoing, the parties agree to produce any spreadsheet files or audio/visual files in native file format, along with the searchable text and metadata specified in this paragraph; the parties also agree to produce in native file format any files that are not reasonably usable when produced in TIFF or PDF (e.g., because they lose substantive information when converted to TIFF or PDF or suffer from adverse formatting changes when converted to TIFF or PDF).

The parties agree that any source code that is ordinarily maintained in a source code repository shall be produced as part of that repository in its entirety (including all metadata, history, documentation, tests, and non-code content), all in the same order or manner of arrangement as the original.

The parties agree to brand all documents with an appropriate bates label identifying the source from which the documents are being produced. For native files, the bates label shall be affixed to a placeholder TIFF or PDF image corresponding to the native file and/or to the file name of the file being produced in native.

**7. DOCUMENTS PROTECTED FROM DISCOVERY**

a) Pursuant to Fed. R. Evid. 502(b), the production of a privileged or work-product-protected document, whether inadvertent or otherwise, is not a waiver of privilege or protection from discovery in this case or in any other federal or state proceeding. For example, the mere production of privileged or work-product-

|   |   |   |
|---|---|---|
| 1 | | protected documents in this case as part of a mass production is not itself a waiver |
| 2 | | in this case or in any other federal or state proceeding. |
| 3 | b) | The parties may assert privilege following the procedures outlined in Fed. R. Civ. |
| 4 | | P. 26(b)(5). |
| 5 | c) | Communications involving trial counsel that post-date the filing of the complaint |
| 6 | | need not be placed on a privilege log. Communications may be identified on a |
| 7 | | privilege log by category, rather than individually, if appropriate. The parties agree |
| 8 | | to produce privilege logs for any documents withheld from production within 21 |
| 9 | | days after the production date. |

**8. MODIFICATION**

This Stipulated Order may be modified by a Stipulated Order of the parties or by the Court for good cause shown.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 9, 2020      /s/ David R. Eberhart

Attorneys for Plaintiffs


DATED: January 9, 2020      /s/ Michael S. Kwun

Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 14, 2020      _____

Hon. Yvonne Gonzalez Rogers

United States District Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other party signatories.

Dated: January 9, 2020  /s/ David R. Eberhart
David R. Eberhart