# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELASTICSEARCH, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FLORAGUNN GMBH, <br><br> Defendant. | Case No. 19-cv-05553-YGR (AGT) <br><br> **DISCOVERY ORDER** <br><br> Re: Dkt. Nos. 115, 116 |

As discussed at today's discovery hearing, the Court will allow Elastic the opportunity to further develop the record with respect to the unavailability and recent termination of floragunn's Chief Technology Officer Hendrik Saly. By **July 26, 2021**, floragunn shall file a declaration describing (1) all communications involving Saly and his potential return to work at floragunn in January and/or February 2021, and (2) the circumstances of Saly's recent termination from floragunn. The declaration may be filed under seal and must also include any documentation regarding Saly's termination. By **August 2, 2021**, Elastic may submit under seal a letter brief addressing floragunn's declaration and whether further discovery is required prior to the Court ruling on Elastic's sanctions request at Dkt. 101-3.

**IT IS SO ORDERED.**

Dated: July 9, 2021

ALEX G. TSE
United States Magistrate Judge