1  **HOGAN LOVELLS US LLP**
   Gurtej Singh (Bar No. 286547)
2  3 Embarcadero Center, Suite 1500
   San Francisco, California  94111
3  Telephone:      (415) 374-2300
   Facsimile:       (415) 374-2499
4  tej.singh@hoganlovells.com

5

6  *Attorneys for Non-Party*
   *IBM Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, and ELASTICSEARCH B.V., a Dutch corporation , <br><br>Plaintiffs, <br><br>v. <br><br>FLORAGUNN GmbH, a German corporation, <br><br>Defendant. | Case No. 4:19-cv-05553-YGR <br><br>**NON-PARTY IBM CORPORATION'S SUBMISSION OF DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (ECF NO. 178)** |

1    In accordance with Civil Local Rules 7-11(b) and 79-5(e)(1) and this Court's Standard
2  Order on Administrative Motions to Seal, Non-Party IBM Corporation ("IBM") submits as
3  Attachment 1 the Declaration of IBM ("IBM Declaration") in support of Plaintiffs Elasticsearch,
4  Inc. and Elasticsearch B.V. (collectively, "Elastic")'s Administrative Motion to File Under Seal
5  Portions of (1) Plaintiffs' Opposition to Defendant's Motion to Exclude Portions of Testimony of
6  Plaintiffs' Expert Matthew Lynde ("the Lynde Opposition"), and (2) Exhibits 2, 3, 5, 6, 7, 12, 13,
7  and 15 to the Declaration of David R. Eberhart in Support of Plaintiffs' Opposition to Defendant's
8  Motion to Exclude Portions of the Expert Testimony of Plaintiffs' Expert Matthew Lynde (the
9  "Eberhart Declaration") (ECF No. 178) (the "Motion").  The IBM Declaration establishes that
10 Exhibits 5 and 7 to the Eberhart Declaration and certain specified portions of the Lynde
11 Opposition should be sealed.

13 Dated: September 17, 2021                Respectfully submitted,

                                           HOGAN LOVELLS US LLP

                                           */s/ Gurtej Singh*
                                           Gurtej Singh
                                           *Attorneys for Non-Party IBM Corporation*