1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  JAMES K. ROTHSTEIN (S.B. #267962)
   jrothstein@omm.com
3  DANIEL H. LEIGH (S.B. #310673)
   dleigh@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center
5  28th Floor
   San Francisco, California  94111-3823
6  Telephone:     +1 415 984 8700
   Facsimile:     +1 415 984 8701
7
   Attorneys for Plaintiffs
8  ELASTICSEARCH, INC. and
   ELASTICSEARCH B.V.
9
                   **UNITED STATES DISTRICT COURT**
10
                  **NORTHERN DISTRICT OF CALIFORNIA**
11
                          **OAKLAND DIVISION**
12

13

14  ELASTICSEARCH, INC., a Delaware              Case No. 4:19-cv-05553-YGR
    corporation, and ELASTICSEARCH B.V., a
15  Dutch corporation,                           **DECLARATION OF DAVID R.
                                                 EBERHART IN SUPPORT OF
16                 Plaintiffs,                    PLAINTIFFS' OPPOSITION TO
                                                 DEFENDANT'S MOTION TO
17          v.                                   EXCLUDE PORTIONS OF
                                                 TESTIMONY OF PLAINTIFFS'
18  FLORAGUNN GmbH, a German corporation,        EXPERT MARTIN WALKER**

19                 Defendant.

20

21

22

23

24

25

26

27

28

I, David R. Eberhart, declare:

1.       I am a partner at O'Melveny & Myers LLP and counsel of record for Plaintiffs Elasticsearch, Inc. and elasticsearch B.V (collectively, "Elastic"). I make this declaration based on my own personal knowledge and review of the documents attached hereto. If called as a witness, I could and would testify under oath to the matters set forth herein.

2.       I make this declaration pursuant to Northern District of California Civil Local Rules 7-2(d) and 7-5 in support of Elastic's Opposition to Defendant floragunn GmbH's Motion to Exclude Portions of Testimony of Plaintiffs' Expert Martin Walker.

3.       Attached hereto as **Exhibit A** is a true and correct copy of excerpts of Elastic N.V.'s Form 10-K for the fiscal period ending on April 30, 2020 that was filed with the United States Securities and Exchange Commission.

4.       Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the rebuttal Report of Defendant floragunn GmbH's expert witness Dr. Owen Astrachan in this matter, dated July 9, 2021.

5.       Attached hereto as **Exhibit C** is a true and correct copy of Elastic's blog post titled "X-Pack 5.0.0 Released," by Steve Kearns, available at the Elastic URL https://www.elastic.co/blog/x-pack-5-0-0-released.

6.       Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the transcript of the March 1, 2021 deposition of Jochen Kressin in this matter.

7.       Attached hereto as **Exhibit E** is a true and correct copy of excerpts of the transcript of the April 15, 2021 Rule 30(b)(6) deposition of Jochen Kressin in this matter.

8.       Attached hereto as **Exhibit F** is a true and correct copy of Exhibit 185 from the March 9, 2021 Rule 30(b)(6) deposition of Jochen Kressin in this matter.

9.       Attached hereto as **Exhibit G** is a true and correct copy of excerpts of the Expert Report of Elastic's expert witness Dr. Martin Walker in this matter, dated June 11, 2021.

10.      Attached hereto as **Exhibit H** is a true and correct copy of Exhibit 161 to the March 1, 2021 deposition of Jochen Kressin in this matter.

EBERHART DECL. ISO PLAINTIFFS'
OPP. TO MOT. TO EXCLUDE
EXPERT TEST. OF M. WALKER
4:19-CV-05553-YGR

11.     Attached hereto as **Exhibit I** is a true and correct copy of excerpts of the transcript of the February 17, 2021 deposition of Uri Bones in this matter.

12.     Attached hereto as **Exhibit J** is a true and correct copy of a November 25, 2021 email that I received from James K. Rothstein, counsel for Elastic in this matter, to V. David Rivkin, Michael Kwun, and John Smitten, counsel for Defendant floragunn GmbH in this matter.

13.     Attached hereto as **Exhibit K** is a true and correct copy of excerpts from Elastic's Fifth Requests for Production to Defendant floragunn GmbH in this matter.

14.     Attached hereto as **Exhibit L** is a true and correct copy of a February 9, 2021 email from V. David Rivkin, counsel for Defendant floragunn GmbH in this matter to me.

15.     Attached hereto as **Exhibit M** is a true and correct copy of excerpts of the Expert Reply Report of Elastic's expert witness Dr. Martin Walker in this matter, dated July 23, 2021.

16.     Attached hereto as **Exhibit N** is a true and correct copy of excerpts of the August 10, 2021 deposition of Elastic's expert witness Dr. Martin Walker in this matter.

17.     Attached hereto as **Exhibit O** is a true and correct copy of excerpts of the August 13, 2021 deposition of Defendant floragunn GmbH's expert witness Dr. Owen Astrachan in this matter.

18.     Attached hereto as **Exhibit P** is a true and correct copy of excerpts of the transcript of the March 9, 2021 Rule 30(b)(6) deposition of Jochen Kressin in this matter.

19.     Attached hereto as **Exhibit Q** is a true and correct copy of Exhibit 326 from the April 27, 2021 Rule 30(b)(6) deposition of Jochen Kressin in this matter.

//
//
//
//
//
//

1    20.    Attached hereto as **Exhibit R** is a true and correct copy of excerpts of Elastic's

2  Notice of Rule 30(b)(6) Deposition of Defendant floragunn GmbH in this matter.

3

4    I declare under penalty of perjury that the foregoing is true and correct. Executed this

5  September 21, 2021, at San Francisco, California.

6

7                                      By:   _/s/ David R. Eberhart_____

8                                           David R. Eberhart

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EBERHART DECL. ISO PLAINTIFFS'
OPP. TO MOT. TO EXCLUDE
EXPERT TEST. OF M. WALKER
4:19-CV-05553-YGR