# Ex. B

# Entire Exhibit filed Under Seal