# Ex. D

HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

```
 1                    U.S. DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     OAKLAND DIVISION
 4                    _____
 5
         ELASTICSEARCH, INC., a     )Volume 1
 6       Delaware corporation,      )
         ELASTICSEARCH B.V., a      )
 7       Dutch corporation,         )
                                    )Case No.
 8            Plaintiffs,           )4:19-cv-05553-YGR
                                    )
 9          vs.                     )
                                    )
10       Floragunn GMBH, a German   )
         corporation,               )
11                                  )
              Defendant.            )
12                                  )
13              ** HIGHLY CONFIDENTIAL **
14             ** UNDER PROTECTIVE ORDER **
15              ** ATTORNEY'S EYES ONLY **
16
17            REMOTE VIDEOTAPED DEPOSITION
18                       OF
19              JOCHEN MICHAEL KRESSIN
20               Monday, March 1, 2021
21                  Berlin, Germany
22
23
24
25   Reported by:  B. Suzanne Hull, CSR No. 13495
```

Page 1

```
 1                       APPEARANCES
 2
 3
 4
       For Plaintiffs:      O'Melveny & Myers, LLP
 5                          By MR. DAVID R. EBERHART
                               MR. DANIEL LEIGH
 6                          Attorneys at Law
                            2 Embarcadero Center
 7                          Twenty-eighth Floor
                            San Francisco, California 94111
 8                          (415) 984-8700
                            deberhart@omm.com
 9                          dleigh@omm.com
10
11     For Defendant:       Kwun Bhansali Lazarus, LLP
                            By MR. MICHAEL S. KWUN
12                          Attorney at Law
                            555 Montgomery Street
13                          Suite 750
                            San Francisco, California 94111
14                          (415) 630-2350
                            mkwun@kblfirm.com
15
16
17
       The Videographer:    Jennifer Williams
18
       The Interpreter:     Kathi Stock
19
20
21
22
23
24
25

                                                    Page 2
```

HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

1                    Berlin, Germany

2              Monday, March 1, 2021; 4:04 p.m.

3                    (Central European Time)

4                      Tempelhofer Ufer 16

5

6           THE VIDEOGRAPHER:  Good afternoon.

7           We are on the record on March 1st at                04:04:10

8    4:04 p.m. Central European Time.                           04:04:15

9           Audio and video recording will take place           04:04:19

10   unless all parties agree to go off the record.             04:04:22

11          This is media one of the video-recorded             04:04:25

12   deposition of Jochen Kressin, taken by counsel for         04:04:29

13   the plaintiff in the matter of Elasticsearch, Inc.,        04:04:31

14   et al., versus floragunn GmbH, filed in the                04:04:39

15   U.S. District Court, Northern District of California,      04:04:41

16   Oakland Division, Case Number 4:19-cv-05553-YGR.           04:04:44

17          This deposition is being held remotely via          04:04:52

18   Zoom.                                                      04:04:56

19          My name is Jennifer Williams, from Veritext.        04:04:56

20   I'm the videographer.  The court reporter is               04:04:59

21   Suzanne Hull, from Veritext.                               04:05:01

22          I am not related to any party in this               04:05:04

23   action, nor am I financially interested in the             04:05:07

24   outcome.                                                   04:05:09

25          Counsel will now state their appearances and        04:05:11

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | affiliations for the record. | 04:05:14 |
| 2 | MR. EBERHART: David Eberhart, and with me | 04:05:16 |
| 3 | is my colleague, Daniel Leigh, on behalf of | 04:05:18 |
| 4 | plaintiffs. | 04:05:22 |
| 5 | MR. KWUN: Michael Kwun, on behalf of the | 04:05:22 |
| 6 | witness and defendant. | 04:05:24 |
| 7 | THE VIDEOGRAPHER: Thank you. | 04:05:26 |
| 8 | Will the court reporter please swear in the | 04:05:27 |
| 9 | witness and interpreter. | 04:05:29 |
| 10 | THE REPORTER: My name is Suzanne Hull, | 04:05:32 |
| 11 | a certified shorthand reporter in the state of | |
| 12 | California. Because I am in a different area than | |
| 13 | the deponent, will the attorneys please indicate your | |
| 14 | agreement to stipulate that I may swear in the | |
| 15 | witness by stating your name and your agreement on | |
| 16 | the record. | 04:05:49 |
| 17 | MR. EBERHART: David Eberhart. | 04:05:49 |
| 18 | So stipulated. | 04:05:50 |
| 19 | MR. KWUN: Michael Kwun. | 04:05:51 |
| 20 | So stipulated. | 04:05:52 |
| 21 | THE REPORTER: Thank you. | 04:05:53 |
| 22 | Raise your right hand, please, for the | 04:05:55 |
| 23 | interpreter. | 04:05:58 |
| 24 | | |
| 25 | KATHI STOCK, | |

| | | |
|---|---|---|
| 1 | having been called as an interpreter to interpret | |
| 2 | English into German and German into English, was duly | |
| 3 | sworn to interpret the proceedings to the best of her | |
| 4 | abilities and interpreted as follows: | |
| 5 | | 04:06:05 |
| 6 | THE INTERPRETER:  I do. | 04:06:06 |
| 7 | THE REPORTER:  Raise your right hand, sir. | 04:06:07 |
| 8 | THE WITNESS:  Me? | 04:06:12 |
| 9 | THE REPORTER:  Yes, you. | 04:06:13 |
| 10 | | 04:06:13 |
| 11 | JOCHEN MICHAEL KRESSIN, | 04:06:13 |
| 12 | called as a witness by counsel for Plaintiffs, being | 04:06:13 |
| 13 | first duly sworn, testified as follows: | 04:06:13 |
| 14 | | 04:06:20 |
| 15 | THE WITNESS:  I do. | 04:06:20 |
| 16 | THE REPORTER:  Interpreter? | 04:06:22 |
| 17 | THE INTERPRETER:  Yes, I do. | 04:06:24 |
| 18 | This is Kathi Stock.  I'm located in | 04:06:27 |
| 19 | Lewisville, Texas.  I'm a licensed master court | 04:06:31 |
| 20 | interpreter for German, and I'm an accredited | 04:06:35 |
| 21 | translator for the U.S. State Department. | 04:06:38 |
| 22 | THE REPORTER:  Thank you. | 04:06:42 |
| 23 | Mr. Eberhart. | 04:06:44 |
| 24 | | 04:06:44 |
| 25 | /// | |

| | | |
|---|---|---|
| 1 | as their parent company, Elastic N.V. and any of | 04:08:35 |
| 2 | their related companies. | 04:08:38 |
| 3 |     Does that make sense? | 04:08:40 |
| 4 |   A.  That makes sense, yes. | 04:08:41 |
| 5 |   Q.  Okay.  And so when I ask you questions about | 04:08:42 |
| 6 | Elastic, you will -- you will answer with -- with | 04:08:44 |
| 7 | that understanding of -- of the term. | 04:08:46 |
| 8 |     Is that fair? | 04:08:47 |
| 9 |   A.  Yes. | 04:08:48 |
| 10 |   Q.  What is Search Guard? | 04:08:49 |
| 11 |   A.  Search Guard is a security plugin for | 04:08:52 |
| 12 | Elasticsearch and Kibana. | 04:08:57 |
| 13 |   Q.  Have you ever stated that floragunn is very | 04:08:58 |
| 14 | fast with releasing new Search Guard versions | 04:09:03 |
| 15 | whenever an Elasticsearch and Kibana version comes | 04:09:06 |
| 16 | out? | 04:09:09 |
| 17 |   A.  Yes. | 04:09:09 |
| 18 |     We did use that in marketing -- for | 04:09:10 |
| 19 | marketing purposes, yes. | 04:09:13 |
| 20 |   Q.  And have you ever expressed the view that | 04:09:14 |
| 21 | while floragunn would be extra careful to obey any | 04:09:17 |
| 22 | copyright law that applies to floragunn, floragunn | 04:09:21 |
| 23 | can actually learn something from the X-Pack code? | 04:09:25 |
| 24 | In the past that was not possible because it would | 04:09:29 |
| 25 | have meant decompiling, which you never did. | 04:09:32 |

Page 13

HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

1  STATE OF CALIFORNIA )
              ) ss.
2  COUNTY OF KERN      )

3

4

5         I, B. Suzanne Hull, a Certified Shorthand
6  Reporter in the State of California, holding
7  Certificate Number 13495, do hereby certify that
8  JOCHEN MICHAEL KRESSIN, the witness named in the
9  foregoing deposition, was by me duly sworn; that said
10 deposition, was taken Monday, March 1, 2021, at the
11 time and place set forth on the first page hereof.
12         That upon the taking of the deposition, the
13 words of the witness were written down by me in
14 stenotypy and thereafter transcribed by computer
15 under my supervision; that the foregoing is a true
16 and correct transcript of the testimony given by the
17 witness.
18         Pursuant to Federal Rule 30(e), transcript
19 review was requested.
20         I further certify that I am neither counsel
21 for nor in any way related to any party to said
22 action, nor in any way interested in the result or
23 outcome thereof.
24 ///
25 ///

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

1    Dated this 5th day of March, 2021, at
2  Bakersfield, California.
3
4              *[signature]*
5       B. Suzanne Hull, CSR No. 13495
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Veritext Legal Solutions
866 299-5127