# Ex. E

HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

```
 1                    UNITED STATES DISTRICT COURT
 2                  NORTHERN DISTRICT OF CALIFORNIA
 3                          OAKLAND DIVISION
 4                          _____
 5
              ELASTICSEARCH, INC., a    )Volume 3
 6            Delaware corporation,     )
              ELASTICSEARCH B.V., a     )
 7            Dutch corporation,        )
                                        )Case No.
 8                    Plaintiffs,       )4:19-cv-05553-YGR
                                        )
 9                 vs.                  )
                                        )
10            floragunn GMBH, a German  )
              corporation,              )
11                                      )
                      Defendant.        )
12                                      )
13                    ** HIGHLY CONFIDENTIAL **
14                   ** UNDER PROTECTIVE ORDER **
15                    ** ATTORNEY'S EYES ONLY **
16
17                   REMOTE VIDEOTAPED DEPOSITION
18                              OF
19              30(b)(6) CORPORATE REPRESENTATIVE
20                      JOCHEN MICHAEL KRESSIN
21                     Thursday, April 15, 2021
22                         Berlin, Germany
23
24
25      Reported by:  B. Suzanne Hull, CSR No. 13495
```

Page 218

HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

```
 1                      APPEARANCES
 2
 3
 4
        For Plaintiffs:      O'Melveny & Myers, LLP
 5                           By MR. DAVID R. EBERHART
                                MR. DANIEL LEIGH
 6                           Attorneys at Law
                             2 Embarcadero Center
 7                           Twenty-eighth Floor
                             San Francisco, California 94111
 8                           (415) 984-8700
                             deberhart@omm.com
 9                           dleigh@omm.com
10
11      For Defendant:       Kwun Bhansali Lazarus, LLP
                             By MR. MICHAEL S. KWUN
12                           Attorney at Law
                             555 Montgomery Street
13                           Suite 750
                             San Francisco, California 94111
14                           (415) 630-2350
                             mkwun@kblfirm.com
15
16
17
        The Videographer:    Cassia Leet
18
        The Interpreter:     Kathi Stock
19
20
21
22
23
24
25

                                                    Page 219
```

HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

| | | |
|---|---|---|
| 1 | A.  I do not know all of the products out there | 04:42:43 |
| 2 | in the Elastic ecosystem from all the vendors; so | 04:42:47 |
| 3 | I cannot tell you an exact list or definite list | 04:42:53 |
| 4 | of -- of products that Search Guard competes with. | 04:42:59 |
| 5 | There are products in the -- in the security space. | 04:43:04 |
| 6 | Products in the security space include, for example, | 04:43:10 |
| 7 | a product that is called ReadonlyREST, and products | 04:43:13 |
| 8 | in the security space would also include Elastic's | 04:43:17 |
| 9 | own security offerings in the -- to the present day. | 04:43:22 |
| 10 | Regarding other functionality we would | 04:43:25 |
| 11 | probably compete with products like Elastalert; | 04:43:29 |
| 12 | products with, like, Skedler; products like Sentinel | 04:43:33 |
| 13 | which are offering alerting functionality for | 04:43:39 |
| 14 | Elasticsearch; and in that sense also the -- | 04:43:43 |
| 15 | Elastic's own offerings. | 04:43:47 |
| 16 | Q.  And so throughout the existence of | 04:43:48 |
| 17 | Search Guard the -- the community edition has | 04:43:57 |
| 18 | competed at least with Elastic's own security | 04:44:01 |
| 19 | offerings; correct? | 04:44:04 |
| 20 | A.  The community edition of Search Guard has -- | 04:44:07 |
| 21 | has at least competed with Elastic's own offering; | 04:44:13 |
| 22 | however, I like to add that the origins of | 04:44:20 |
| 23 | Search Guard already date back to a date when those | 04:44:23 |
| 24 | security offerings from Elasticsearch existed. | 04:44:28 |
| 25 | Q.  But at any time when Elastic was offering | 04:44:30 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

| | | |
|---|---|---|
| 1 | security features, the Search Guard community edition | 04:44:36 |
| 2 | was competing with those features; correct? | 04:44:40 |
| 3 |     A.   When Elasticsearch offered their own | 04:44:43 |
| 4 | security solution, the Elasticsearch security | 04:44:49 |
| 5 | solution competed with Elastic -- the Elastic | 04:44:52 |
| 6 | security plug-in, Elastic Defender; and then | 04:44:55 |
| 7 | ultimately with the Elastic community edition. | 04:45:01 |
| 8 |     Q.   With what products does the Search Guard | 04:45:03 |
| 9 | enterprise edition compete? | 04:45:17 |
| 10 |     MR. KWUN:  Objection.  Calls for | 04:45:22 |
| 11 | speculation. | 04:45:23 |
| 12 |     THE WITNESS:  I -- I cannot list all the | 04:45:24 |
| 13 | products that are out in the Elasticsearch ecosystem | 04:45:28 |
| 14 | from -- from -- from particular vendors.  The | 04:45:32 |
| 15 | Elastic -- sorry.  The Search Guard enterprise | 04:45:38 |
| 16 | edition of Search Guard enterprise features competes | 04:45:41 |
| 17 | with, generally speaking, security solutions for -- | 04:45:45 |
| 18 | for the Elasticsearch ecosystem. | 04:45:50 |
| 19 | BY MR. EBERHART: | 04:45:53 |
| 20 |     Q.   And those would include Elastic's own | 04:45:55 |
| 21 | security products; correct? | 04:45:59 |
| 22 |     A.   That would include Elastic's own security | 04:46:04 |
| 23 | products, yes. | 04:46:07 |
| 24 |     Q.   And just so I have a cleaner question and | 04:46:08 |
| 25 | answer than that, at all times when floragunn offered | 04:46:12 |

Page 248

| | | |
|---|---|---|
| 1 | the Search Guard enterprise edition, the Search Guard | 04:46:16 |
| 2 | enterprise edition competed with Elasticsearch's own | 04:46:20 |
| 3 | security products; correct? | 04:46:25 |
| 4 |     A.   It competed at least with Elasticsearch's | 04:46:27 |
| 5 | own security products. | 04:46:31 |
| 6 |     Q.   Okay.  And at all times when floragunn | 04:46:33 |
| 7 | offered the Search Guard compliance edition, the | 04:46:36 |
| 8 | Search Guard compliance edition competed at least | 04:46:40 |
| 9 | with Elasticsearch's own security products; correct? | 04:46:43 |
| 10 |     A.   That is hard to say because the compliance | 04:46:51 |
| 11 | edition contains specific features that the -- | 04:46:53 |
| 12 | Elastic's own security product does not offer; so it | 04:47:00 |
| 13 | offers security features, but it is more towards | 04:47:05 |
| 14 | staying compliant with GDPR, for example; so one | 04:47:10 |
| 15 | could argue both ways. | 04:47:16 |
| 16 |     Q.   But the compliance edition of Search Guard | 04:47:18 |
| 17 | also includes the features that are included in | 04:47:22 |
| 18 | the -- in the enterprise edition of Search Guard; | 04:47:27 |
| 19 | correct? | 04:47:30 |
| 20 |     A.   That is correct, yes. | 04:47:31 |
| 21 |     Q.   And so when a customer of floragunn licenses | 04:47:33 |
| 22 | the Search Guard compliance edition, they are | 04:47:38 |
| 23 | licensing features -- withdrawn. | 04:47:41 |
| 24 |     So when a customer licenses the floragunn -- | 04:47:46 |
| 25 | floragunn's Search Guard compliance edition, that | 04:47:51 |

| | | |
|---|---|---|
| 1 | customer is licensing a set of features that includes | 04:47:54 |
| 2 | features that include -- that compete with | 04:47:57 |
| 3 | Elasticsearch's products; correct? | 04:48:01 |
| 4 |     A.  Yes.  This is correct, yes. | 04:48:04 |
| 5 |         MR. EBERHART:  I'm going to mark | 04:48:22 |
| 6 | Exhibit 273. | 04:48:27 |
| 7 |         (Deposition Exhibit Number 273 | 04:48:29 |
| 8 |         was marked for identification.) | 04:48:38 |
| 9 |         THE WITNESS:  It is not showing up.  Let me | 04:48:38 |
| 10 | do a reload. | 04:48:41 |
| 11 | BY MR. EBERHART: | 04:48:42 |
| 12 |     Q.  I'm still working on it. | 04:48:43 |
| 13 |     A.  Oh, okay. | 04:48:45 |
| 14 |     Q.  Okay.  Exhibit Share is taking its time. | 04:48:46 |
| 15 |         Okay.  It should be up now.  Let me know | 04:49:45 |
| 16 | when you can see it. | 04:50:00 |
| 17 |     A.  Yeah.  Just a second. | 04:50:01 |
| 18 |         Okay.  Yes.  I have it in front of me. | 04:50:03 |
| 19 |     Q.  Okay.  And so Exhibit 273 is an e-mail chain | 04:50:13 |
| 20 | among you, Claudia Kressin, and a third individual; | 04:50:25 |
| 21 | correct? | 04:50:40 |
| 22 |     A.  Let me have a quick look.  From the header | 04:50:41 |
| 23 | I can see it is between Claudia Kressin, me, and | 04:50:45 |
| 24 | a third individual, yes. | 04:50:48 |
| 25 |     Q.  And that third individual is someone outside | 04:50:50 |

Veritext Legal Solutions
866 299-5127

```
1    STATE OF CALIFORNIA )
                         ) ss.
2    COUNTY OF KERN      )

3

4

5           I, B. Suzanne Hull, a Certified Shorthand
6    Reporter in the State of California, holding
7    Certificate Number 13495, do hereby certify that
8    JOCHEN MICHAEL KRESSIN, the witness named in the
9    foregoing deposition, was by me duly sworn; that said
10   deposition, was taken Thursday, April 15, 2021, at
11   the time and place set forth on the first page
12   hereof.
13          That upon the taking of the deposition, the
14   words of the witness were written down by me in
15   stenotypy and thereafter transcribed by computer
16   under my supervision; that the foregoing is a true
17   and correct transcript of the testimony given by the
18   witness.
19          Pursuant to Federal Rule 30(e), transcript
20   review was requested.
21          I further certify that I am neither counsel
22   for nor in any way related to any party to said
23   action, nor in any way interested in the result or
24   outcome thereof.
25   ///
```

Page 346

1        Dated this 17th day of April, 2021, at
2   Bakersfield, California.
3                    *[signature: Suzanne Hull]*
4              B. Suzanne Hull, CSR No. 13495

Page 347