# Ex. F

| Complaint | Paragraph | File | Code | Edition | Code added |
|---|---|---|---|---|---|
| I (FAC) | 29 | DlsFlsFilterLeafReader.java | getLiveDocs | SG Enterprise | 7-Jun-18 |
| I (FAC) | 32 | DlsFlsFilterLeafReader.java | numDocs | SG Enterprise | 7-Jun-18 |
| I (FAC) | 38 | SearchGuardFilter.java | action name pattern comments | SG Community | 13-Feb-16 |
| I (FAC) | 41 | search-guard-module-dlsfls | binaryField | SG Enterprise | 6-Jun-16 |
| I (FAC) | 45 | SearchGuardSSLNettyHttpServerTransport | exceptionCaught | SG Community | 10-Dec-16 |
| I (FAC) | 50 | get_next_url.js | getNextUrl | SG Community | 31-Mar-18 |
| I (FAC) | 53 | get_next_url.js | getNextUrl | SG Community | 28-Oct-18 |
| I (FAC) | 56 | call_with_request_factory.js | call_with_request_factory | none | 30-Aug-19 |
| I (FAC) | 59 | fetch_all_from_scroll.js | fetch_all_from_scroll | none | 30-Aug-19 |
| I (FAC) | 62 | searchguard_saved_objects_client.js | comment re bulk_create | none | 4-Jun-19 |
| II | 20 | PrivilegesEvaluator.java | resolve | SG Community | 13-Feb-16 |
| II | 24 | login_controller.js | URL parse | SG Community | 5-Apr-17 |
| II | 27 | index.html | angular.js | SG Community | 6-Aug-17 |
| II | 27 | filterbar.html | angular.js | SG Community | 6-Aug-17 |
| II | 31 | PrivilegesEvaluator.java | commented out code re SG6 check bulk requests | SG Community | 11-Sep-17 |
| II | 32 | PrivilegesEvaluator.java | uncommented code re SG6 check bulk requests | SG Community | 26-Sep-17 |
| II | 33 | PrivilegesEvaluator.java | bir.request().opType() case block | SG Community | 1-Oct-17 |
| II | 34 | PrivilegesEvaluator.java | delete commented out code | SG Community | 10-Oct-17 |
| II | 39 | DlsFlsValveImpl.java | bulk request | SG Enterprise | 10-Jun-18 |
| II | 42 | DlsFlsValveImpl.java | commented out code alias | SG Enterprise | 10-Jun-18 |

Exhibit 0185

| Complaint | Paragraph | SG version | Committed by | Author | End date | SG version | change |
|---|---|---|---|---|---|---|---|
| I (FAC) | 29 | SG Plugin 6.x-22.3 | floragunn | Hendrik Saly | 15-Sep-19 | SG Plugin 6.x-25.5 / SG Plugin 7.x-37.0.0 | reverted to prior (modified) |
| I (FAC) | 32 | SG Plugin 6.x-22.3 | floragunn | Hendrik Saly | 15-Sep-19 | SG Plugin 6.x-25.5 / SG Plugin 7.x-37.0.0 | reverted to prior (modified) |
| I (FAC) | 38 | SG Plugin 2.x-1 | floragunn | Hendrik Saly | 17-May-17 | | comments deleted |
| I (FAC) | 41 | SG Plugin 2.x-1 | floragunn | Hendrik Saly | 15-Sep-19 | SG Plugin 6.x-25.5 / SG Plugin 7.x-37.0.0 | different code |
| I (FAC) | 45 | SG Plugin 5.x-9 | floragunn | Hendrik Saly | 13-Sep-19 | SG Plugin 6.x-25.5 / SG Plugin 7.x-37.0.0 | removed exception handling |
| I (FAC) | 50 | KI Plugin 6.x-12 | jochenkressin | Jochen Kressin | 9-Dec-19 | KI Plugin v19 | different code |
| I (FAC) | 53 | KI Plugin 6.x-16 | mgustafsson1 | Mikael Gustavsson | 9-Dec-19 | KI Plugin v19 | different code |
| I (FAC) | 56 | no official release, preview only | sergibondarenko | Sergii Bondarenko | 7-Dec-19 | - | different code |
| I (FAC) | 59 | no official release, preview only | sergibondarenko | Sergii Bondarenko | 5-Dec-19 | - | different code |
| I (FAC) | 62 | none | mgustafsson1 | Mikael Gustavsson | 11-Nov-19 | - | comment deleted |
| II | 20 | SG Plugin 2.x-1 | floragunn | Hendrik Saly | 22-Dec-16 | SG Plugin 5.x-10 | different code |
| II | 24 | KI Plugin 5.x-2 | jochenkressin | Jochen Kressin | 31-Mar-18 | KI Plugin 6.x-11 | refactoring |
| II | 27 | KI Plugin 6.x-8 | jochenkressin | Jochen Kressin | 23-Jul-19 | KI Plugin 7.x-36.0.0 | replaced due to switch to React.js; still in v6 |
| II | 27 | KI Plugin 6.x-8 | jochenkressin | Jochen Kressin | 23-Jul-19 | KI Plugin 7.x-36.0.0 | replaced due to switch to React.js; still in v6 |
| II | 31 | none | floragunn | Hendrik Saly | 26-Oct-17 | - | code deleted |
| II | 32 | none | floragunn | Hendrik Saly | 26-Oct-17 | - | code deleted |
| II | 33 | SG Plugin 5.x-17 | floragunn | Hendrik Saly | - | - | code still present |
| II | 34 | none | floragunn | Hendrik Saly | - | - | code still present |
| II | 39 | SG Plugin 6.x-23.0 | floragunn | Hendrik Saly | - | - | code still present |
| II | 42 | SG Plugin 6.x-23.0 | floragunn | Hendrik Saly | 13-Sep-19 | SG Plugin 6.x-25.5 / SG Plugin 7.x-37.0.0 | code deleted |

| Complaint | Paragraph | File | Code | Edition | Code added |
|---|---|---|---|---|---|
| II | 45 | same as I (FAC) ¶ 62 | | | |
| II | 50 | same as I (FAC) ¶ 38 | | | |
| II | 51 | same as I (FAC) ¶ 45 | | | |
| II | 52 | same as I (FAC) ¶ 41 | | | |
| II | 53 | same as I (FAC) ¶ 50 | | | |
| II | 54 | same as I (FAC) ¶¶ 29, 32 | | | |
| II | 55 | same as I (FAC) ¶ 53 | | | |
| II | 56 | same as I (FAC) ¶ 56 | | | |
| II | 57 | same as I (FAC) ¶ 59 | | | |

| Complaint | Paragraph | SG version | Committed by | Author | End date | SG version | change |
|---|---|---|---|---|---|---|---|
| II | 45 | | | | | | |
| II | 50 | | | | | | |
| II | 51 | | | | | | |
| II | 52 | | | | | | |
| II | 53 | | | | | | |
| II | 54 | | | | | | |
| II | 55 | | | | | | |
| II | 56 | | | | | | |
| II | 57 | | | | | | |