# Ex. H

# Entire Exhibit filed Under Seal