# Ex. J

**Leigh, Daniel**

---

| | |
|---|---|
| **From:** | Rothstein, James K. |
| **Sent:** | Wednesday, November 25, 2020 1:40 PM |
| **To:** | V. David Rivkin; Michael Kwun; John Smitten |
| **Cc:** | #Elasticsearch-Floragunn |
| **Subject:** | Elasticsearch v. floragunn - Deposition scheduling (Saly) |

Hi David,

We'd like to schedule a deposition of Hendrik Saly for Wednesday, December 16, 2020, starting at 9am PT, by remote video conference. Would you please advise if this date presents any issues?

Thank you.

I hope you have a nice Thanksgiving.

Regards,
James

James K. Rothstein
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Fl.
San Francisco, CA 94111
Office: +1-415-984-8852
iPhone: +1-201-410-1230
jrothstein@omm.com

This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged.  If you are not the intended recipient, you may not read, copy, distribute, or use this information.  If you have received this transmission in error, please notify me immediately by reply e-mail and then delete this message.