# Ex. N

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                     OAKLAND DIVISION

 4                     _____

 5

      ELASTICSEARCH, INC., a    )
 6    Delaware corporation,     )
      ELASTICSEARCH B.V., a     )
 7    Dutch corporation,        )
                                )Case No.
 8             Plaintiffs,      )4:19-cv-05553-YGR
                                )
 9        vs.                   )
                                )
10    FLORAGUNN GMBH, a German  )
      corporation,              )
11                              )
               Defendants.      )
12                              )

13

14              ** HIGHLY CONFIDENTIAL **

15            ** UNDER PROTECTIVE ORDER **

16             ** ATTORNEY'S EYES ONLY **

17

18           REMOTE VIDEOTAPED DEPOSITION

19                        OF

20              MARTIN WALKER, Ph.D.

21            Tuesday, August 10, 2021

22              Woodside, California

23

24

25    Reported by:  B. Suzanne Hull, CSR No. 13495
```

Page 1

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

```
 1                         APPEARANCES
 2

 3

 4
         For Plaintiffs:         O'Melveny & Myers, LLP
 5                               By MR. DAVID R. EBERHART
                                    MR. DANIEL LEIGH
 6                               Attorneys at Law
                                 2 Embarcadero Center
 7                               Twenty-eighth Floor
                                 San Francisco, California 94111
 8                               (415) 984-8700
                                 deberhart@omm.com
 9                               dleigh@omm.com
10

11
         For Defendant:          Kwun Bhansali Lazarus, LLP
12                               By MR. MICHAEL S. KWUN
                                 Attorney at Law
13                               555 Montgomery Street
                                 Suite 750
14                               San Francisco, California 94111
                                 (415) 630-2350
15                               mkwun@kblfirm.com
16

17
18       The Videographer:       Phillip Love
19       Also Present:           Dr. Owen Astrachan
20

21

22

23

24

25

                                                      Page  2
```

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

```
 1                    Woodside, California

 2            Tuesday, August 10, 2021; 7:03 a.m.

 3       1820 Portola Road, Woodside, California 94062

 4

 5            THE VIDEOGRAPHER:  Good morning.

 6            We are going on record at 7:03 a.m. on      07:03:26

 7   August 10th, 2021.                                   07:03:30

 8            Please note that microphones are sensitive  07:03:31

 9   and may pick up whispering, private conversations,   07:03:31

10   and cellular interference.                           07:03:35

11            Please turn off all cellphones or place them 07:03:37

12   away from the microphones as they can interfere with 07:03:41

13   deposition audio.                                    07:03:46

14            Audio and video recording will continue to  07:03:47

15   take place unless all parties agree to go off the    07:03:47

16   record.                                              07:03:49

17            This is media unit one of the video-recorded 07:03:49

18   deposition of Martin Walker, Ph.D., taken by counsel 07:03:52

19   for defendants in the matter of Elasticsearch, Inc., 07:03:56

20   et al., versus floragunn GmbH, filed in the          07:04:03

21   United States District Court, Northern District of   07:04:05

22   California, Oakland Division.  Case Number is        07:04:11

23   4:19-cv-05553-YGR.                                   07:04:14

24            Today's deposition is being held as         07:04:20

25   a virtual Zoom call.                                 07:04:22
```

Page 5

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | My name is Phillip Love, from the firm | 07:04:23 |
| 2 | Veritext, and I'm the legal videographer.  The court | 07:04:27 |
| 3 | reporter is Suzanne Hull, from the firm Veritext. | 07:04:30 |
| 4 | Will counsel please voice identify | 07:04:32 |
| 5 | yourselves for the record. | 07:04:34 |
| 6 | MR. KWUN:  Michael Kwun, for the defendant. | 07:04:43 |
| 7 | MR. EBERHART:  David Eberhart, on behalf of | 07:04:44 |
| 8 | plaintiffs. | 07:04:46 |
| 9 | And with me is my colleague, Daniel Leigh. | 07:04:46 |
| 10 | THE VIDEOGRAPHER:  Thank you. | 07:04:59 |
| 11 | Will the court reporter please swear in the | 07:04:59 |
| 12 | witness. | 07:05:03 |
| 13 | THE WITNESS:  Just one second.  I forgot to | 07:05:04 |
| 14 | close the door to my office.  I'll be right back. | 07:05:04 |
| 15 | Now I'm ready. | 07:05:06 |
| 16 | THE REPORTER:  Raise your right hand, | 07:05:08 |
| 17 | please. | 07:05:09 |
| 18 | | |
| 19 | MARTIN WALKER, Ph.D., | |
| 20 | called as an expert witness by counsel for | |
| 21 | Defendants, being first duly sworn, testified as | |
| 22 | follows: | |
| 23 | | 07:05:14 |
| 24 | THE WITNESS:  Yes. | 07:05:16 |
| 25 | THE REPORTER:  Thank you. | 07:05:17 |

Page 6

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

1        A.   (Witness complies.)                          07:24:00

2        Q.   Do you see that?                              07:24:01

3        A.   I do.                                         07:24:07

4        Q.   What computer language was the code in that  07:24:10

5     case written in?                                      07:24:17

6        A.   The -- the UI was in JavaScript.  The -- and  07:24:19

7     I don't remember the back-end code.                   07:24:29

8        Q.   Okay.  And on page twenty-five of your CV     07:24:36

9     you list OnePoint v MPAY.                             07:24:46

10           What computer language was the code in that    07:24:51

11    case written in?                                       07:24:54

12       A.   The front end is -- was also HTML and         07:24:56

13    JavaScript and -- let's see.  The back end I'm pretty  07:25:08

14    sure Visual Basic or some Microsoft version.           07:25:22

15       Q.   Okay.  And then the last copyright case that  07:25:25

16    I found on your CV is HEALTHeSTATE v United States     07:25:30

17    and ASM Research.                                      07:25:34

18           What computer languages are involved in that   07:25:36

19    case?                                                  07:25:41

20       A.   The front end is JavaScript and extensions,   07:25:42

21    and the back end is -- oh, the Microsoft back end,     07:25:52

22    Visual Basic, ASP.                                     07:25:56

23       Q.   All right.  What cases that you have worked   07:26:10

24    on, if any, have involved claims of decompilation?     07:26:18

25       A.   I used decompilation in the -- in a matter    07:26:25

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | that I can't find in my deposition -- in my CV right | 07:27:21 |
| 2 | now.  Oh, here it is, page twenty-two, | 07:27:27 |
| 3 | GeoSolutions v GyPSii. | 07:27:34 |
| 4 | Q.   Okay.  And what do you mean that you used | 07:27:38 |
| 5 | decompilation in that case? | 07:27:40 |
| 6 | A.   There was -- the ultimate defendant's | 07:27:42 |
| 7 | software was a JAVA application, and I used | 07:27:49 |
| 8 | decompilation to understand the operation of the | 07:27:53 |
| 9 | defendant's application. | 07:27:57 |
| 10 | Q.   What decompiler did you use? | 07:27:58 |
| 11 | A.   I don't -- I don't recall specifically. | 07:28:05 |
| 12 | Q.   Was it associated with an ID? | 07:28:08 |
| 13 | MR. EBERHART:  Objection. | 07:28:16 |
| 14 | THE WITNESS:  It -- it could have been. | 07:28:20 |
| 15 | These were -- these were JAVA -- you know, Android | 07:28:22 |
| 16 | applications, which are packaged up in these APC | 07:28:30 |
| 17 | files, and I used a standard tool chain -- standardly | 07:28:35 |
| 18 | available tool chain for JAVA -- I mean for Android | 07:28:40 |
| 19 | applications.  I can't remember the specifics at this | 07:28:46 |
| 20 | time. | 07:28:48 |
| 21 | BY MR. KWUN: | 07:28:49 |
| 22 | Q.   The code in that case that you were | 07:28:49 |
| 23 | decompiling was not in JAVA byte code then; is that | 07:28:51 |
| 24 | correct? | 07:28:56 |
| 25 | A.   No.  It was JAVA byte code. | 07:28:56 |

Page 21

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

```
1        Q.   The -- the Android --                   07:28:59

2        A.   This is an Android application.  Android  07:29:04

3   applications are compiled into JAVA byte code and  07:29:08

4   distributed in these packages.                     07:29:10

5        Q.   They are not in their -- in a -- in      07:29:12

6   a separate byte code that Android uses?            07:29:15

7        A.   They are in -- they are in -- they are JAVA  07:29:20

8   applications that are compiled into a byte code    07:29:27

9   stream and -- and then, you know, whether that -- and  07:29:31

10  so that looks -- sounds to me like a JAVA byte code.  07:29:36

11  It may -- it may -- there may be some optimization  07:29:40

12  that goes on for the Android platform, but          07:29:40

13  fundamentally it is JAVA byte code that I was looking  07:29:46

14  at.                                                 07:29:49

15       Q.   Okay.  Do you know whether the Android VM  07:29:49

16  uses a different byte code than standard JAVA?      07:29:53

17            MR. EBERHART:  Objection.  Vague.          07:29:57

18            THE WITNESS:  I don't know one way or      07:29:58

19  another.                                            07:30:00

20  BY MR. KWUN:                                        07:30:00

21       Q.   The decompiler that you used in that case,  07:30:04

22  was it a decompiler specific for Android            07:30:07

23  applications?                                       07:30:10

24       A.   It was part of the Android tool chain.    07:30:11

25       Q.   Was anyone in that case accused of        07:30:16
```

Page 22

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | decompiling code? | 07:30:24 |
| 2 | A.  No. | 07:30:26 |
| 3 | Q.  Have you worked on any other cases that | 07:30:26 |
| 4 | involved decompilation? | 07:30:31 |
| 5 | A.  I don't think so. | 07:30:34 |
| 6 | Q.  Before this case, have you ever offered an | 07:30:39 |
| 7 | opinion about whether or not code had been | 07:30:49 |
| 8 | decompiled? | 07:30:52 |
| 9 | A.  Well, in the -- the GeoSolutions matter, | 07:30:54 |
| 10 | I explained that I had decompiled the code and used | 07:31:03 |
| 11 | the decompiled code to understand the operation of | 07:31:08 |
| 12 | the defendant's application -- | 07:31:11 |
| 13 | Q.  And -- | 07:31:15 |
| 14 | A.  -- versus the -- traced out the series of | 07:31:16 |
| 15 | APIs that were being used. | 07:31:19 |
| 16 | Q.  In any of your work, have you ever offered | 07:31:22 |
| 17 | an opinion that someone else decompiled code? | 07:31:24 |
| 18 | A.  Someone else other than myself?  No. | 07:31:28 |
| 19 | I haven't. | 07:31:34 |
| 20 | Q.  And I should have asked that totally | 07:31:35 |
| 21 | differently; so let me try again. | 07:31:37 |
| 22 | In any of your work, have you ever offered | 07:31:39 |
| 23 | an opinion whether someone else decompiled code? | 07:31:43 |
| 24 | A.  I explained, as -- as I have stated, | 07:31:47 |
| 25 | I explained that I decompiled code in the | 07:31:57 |

Page 23

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | use JavaScript to build UIs. | 07:37:53 |
| 2 | BY MR. KWUN: | 07:37:55 |
| 3 |     Q.  Okay.  Would you hold yourself out as | 07:37:56 |
| 4 | a JavaScript programmer? | 07:37:58 |
| 5 |     A.  No. | 07:37:59 |
| 6 |        I would hold myself out as someone who | 07:38:00 |
| 7 | understands the scope and operation of JavaScript | 07:38:04 |
| 8 | programs. | 07:38:07 |
| 9 |     Q.  What experience do you have with | 07:38:07 |
| 10 | decompilation? | 07:38:15 |
| 11 |        MR. EBERHART:  Objection.  Asked and | 07:38:17 |
| 12 | answered. | 07:38:18 |
| 13 |        THE WITNESS:  I have used -- in addition to | 07:38:21 |
| 14 | this matter, I have used decompilation to understand | 07:38:26 |
| 15 | the operation of -- of JAVA applications in -- in | 07:38:34 |
| 16 | a -- a number of different job app- -- Android | 07:38:38 |
| 17 | applications and JAVA applications. | 07:38:42 |
| 18 | BY MR. KWUN: | 07:38:44 |
| 19 |     Q.  You sometimes use the term reverse | 07:38:49 |
| 20 | compilation in your report; correct? | 07:38:52 |
| 21 |     A.  Yes. | 07:38:54 |
| 22 |     Q.  Does that have a different meaning from | 07:38:55 |
| 23 | decompilation in your mind? | 07:39:00 |
| 24 |     A.  Not in the context of this report. | 07:39:02 |
| 25 |     Q.  In connection with your work in this case, | 07:39:05 |

Page 28

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

```
1    review; so I didn't make that decision myself.        10:27:34

2    BY MR. KWUN:                                           10:27:36

3         Q.  If you could turn to Paragraph 102 of your   10:27:37

4    expert report.                                         10:27:42

5         A.  Yes.                                          10:27:43

6         Q.  This is a conclusion that you were drawing    10:27:44

7    about a comparison of floragunn code to Elastic code;  10:27:49

8    correct?                                               10:27:56

9         A.  Yes.                                          10:27:57

10        Q.  And the code that you are comparing is the    10:27:58

11   code on page thirty-three and on the left side of      10:28:01

12   page thirty-four; is that correct?                     10:28:06

13        A.  Yes.                                          10:28:08

14        Q.  So your opinion is that -- is that an         10:28:09

15   ordinary, reasonable computer programmer would find    10:28:14

16   the source code on the left side of page thirty-four   10:28:18

17   to be substantially similar in total concept and feel  10:28:25

18   to the code on page thirty-three; correct?             10:28:29

19        A.  Yes.                                          10:28:34

20        Q.  And in reaching that conclusion, you did not  10:28:35

21   consider any of the other code in either file; is      10:28:38

22   that correct?                                          10:28:43

23        MR. EBERHART:  Objection.  Vague.                 10:28:45

24        THE WITNESS:  This -- yes.  It is correct         10:28:47

25   that Paragraph 102 specifically refers to the source   10:28:49
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | code on paragraph -- on page thirty-four. | 10:28:53 |
| 2 | BY MR. KWUN: | 10:28:56 |
| 3 | Q.  If you could turn to page thirty-nine of | 10:29:02 |
| 4 | your report. | 10:29:04 |
| 5 | A.  (Witness complies.) | 10:29:05 |
| 6 | Q.  On page thirty-nine of your report, you | 10:29:11 |
| 7 | note -- this is -- strike that. | 10:29:14 |
| 8 | Page thirty-nine of your report is part of | 10:29:17 |
| 9 | your discussion of the binary field code; is that | 10:29:21 |
| 10 | correct? | 10:29:25 |
| 11 | A.  Yes. | 10:29:26 |
| 12 | Q.  And on page thirty-nine of your report you | 10:29:28 |
| 13 | note that Elastic's binary field code was first | 10:29:34 |
| 14 | published on September 17th, 2015; is that correct? | 10:29:38 |
| 15 | A.  On -- excuse me. | 10:29:46 |
| 16 | On page? | 10:29:47 |
| 17 | Q.  Thirty-nine of your report -- | 10:29:49 |
| 18 | A.  Report. | 10:29:51 |
| 19 | Q.  -- under the heading exemplary copyrighted | 10:29:52 |
| 20 | source code. | 10:29:57 |
| 21 | A.  Yes. | 10:29:58 |
| 22 | Q.  And under the -- the item date of first | 10:29:58 |
| 23 | publication it says September 17th, 2015; correct? | 10:30:01 |
| 24 | A.  Yes. | 10:30:06 |
| 25 | Q.  And that is many months after the | 10:30:08 |

Page 121

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | conversation that Uri Bones claims that he had with | 10:30:12 |
| 2 | Hendrik Saly. | 10:30:22 |
| 3 | Isn't that true? | 10:30:22 |
| 4 | A.  I mean, I don't have Mr. Bones' deposition | 10:30:24 |
| 5 | testimony memorized, nor -- you know, I don't | 10:30:32 |
| 6 | remember -- I don't remember the date. | 10:30:35 |
| 7 | Q.  I would like you to assume that | 10:30:37 |
| 8 | September 15th, 20- -- September 17th, 2015, post | 10:30:53 |
| 9 | dates the conversation that Uri Bones claims to have | 10:30:58 |
| 10 | had with Hendrik Saly. | 10:31:02 |
| 11 | Okay? | 10:31:04 |
| 12 | So just go ahead and assume that for now. | 10:31:05 |
| 13 | I will represent to you that that is, indeed, what | 10:31:08 |
| 14 | the Bones deposition testimony shows and the | 10:31:10 |
| 15 | interrogatory responses from Elastic show. | 10:31:13 |
| 16 | A.  Okay. | 10:31:17 |
| 17 | Q.  Uri Bones claims that Hendrik Saly said that | 10:31:18 |
| 18 | Hendrik Saly decompiled Shield. | 10:31:25 |
| 19 | Isn't that true? | 10:31:28 |
| 20 | A.  That is generally consistent with my memory | 10:31:29 |
| 21 | of his testimony. | 10:31:33 |
| 22 | Q.  If Hendrik Saly made that statement before | 10:31:34 |
| 23 | September 17th, 2015, he would not have been | 10:31:39 |
| 24 | referring to decompiling code that would have | 10:31:44 |
| 25 | included the binary field code on page thirty-nine of | 10:31:47 |

Page 122

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

```
1       your report.                                        10:31:52

2              Isn't that true?                             10:31:52

3              MR. EBERHART:  Objection.  Vague.            10:31:53

4              THE WITNESS:  My -- it seems to me that      10:31:56

5       he -- he was talking about -- and we should --      10:32:00

6       before -- before you were asking me to characterize 10:32:06

7       Mr. Bones' testimony, I think I would be more       10:32:10

8       comfortable if we had Mr. Bones' testimony in front 10:32:15

9       of me so I am not relying on my memory of his       10:32:19

10      testimony.                                          10:32:22

11      BY MR. KWUN:                                        10:32:22

12         Q.  Okay.  Let's -- let's -- let's put aside the 10:32:22

13      testimony, and let me just ask a pure hypothetical  10:32:26

14      here.                                               10:32:28

15              If somebody decompiled an Elastic binary    10:32:29

16      prior to September 17th, 2015, that they had obtained 10:32:33

17      through publicly available binaries, it wouldn't have 10:32:38

18      included the accused binary field code, would it?   10:32:42

19              MR. EBERHART:  Objection.  Incomplete        10:32:46

20      hypothetical.  Vague.                               10:32:47

21              THE WITNESS:  The specific code -- the       10:32:48

22      specific code that he had already decompiled in 2015 10:32:58

23      would not have included the binary field code that  10:33:03

24      was -- that -- that was first -- I -- now, let's see. 10:33:11

25      I thought you said -- so I'm now confused.  The dates 10:33:33
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | on -- on the publication of the binary field code | 10:33:39 |
| 2 | are -- are 2015.  And -- and the dates of Mr. Saly's | 10:33:44 |
| 3 | discussion with Mr. Bones are also in 2015. | 10:33:59 |
| 4 | So are we talking about different months in | 10:34:04 |
| 5 | 2015?  Is that -- is that your point right now? | 10:34:06 |
| 6 | BY MR. KWUN: | 10:34:08 |
| 7 | Q.  Yes. | 10:34:08 |
| 8 | That is my point right now.  But, again, | 10:34:09 |
| 9 | I -- | 10:34:11 |
| 10 | A.  I don't remember.  I don't remember. | 10:34:11 |
| 11 | Q.  I'm not asking you to remember anything | 10:34:12 |
| 12 | about that. | 10:34:14 |
| 13 | I'm saying that if somebody decompiled | 10:34:15 |
| 14 | a publicly available Elastic binary prior to | 10:34:19 |
| 15 | September 17th, 2015, the date of first publication | 10:34:23 |
| 16 | of the code that you refer to on page thirty-nine, | 10:34:29 |
| 17 | their code that they decompiled wouldn't include the | 10:34:34 |
| 18 | code that wasn't published until September 17, 2015. | 10:34:38 |
| 19 | I'm just trying to establish the logical order of the | 10:34:43 |
| 20 | flow of time. | 10:34:45 |
| 21 | A.  Okay.  So the -- that -- | 10:34:47 |
| 22 | MR. EBERHART:  Objection. | 10:34:48 |
| 23 | THE WITNESS:  -- that -- | 10:34:48 |
| 24 | MR. EBERHART:  Argumentative. | 10:34:49 |
| 25 | THE WITNESS:  -- that specific -- that | 10:34:50 |

Page 124

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | specific instance of decompilation, if it occurred | 10:34:54 |
| 2 | prior to the first publication date, would not -- | 10:34:57 |
| 3 | would not have included the source code on page | 10:35:03 |
| 4 | thirty-nine; however, it says nothing about | 10:35:09 |
| 5 | subsequent -- that is not true. | 10:35:11 |
| 6 | It says given that Mr. Saly made a -- | 10:35:15 |
| 7 | a process -- made it a -- made it a -- admits to | 10:35:25 |
| 8 | using the decompiled code as an aid in -- in | 10:35:29 |
| 9 | development does say something about whether he would | 10:35:35 |
| 10 | have used it again in the future. | 10:35:39 |
| 11 | BY MR. KWUN: | 10:35:41 |
| 12 | Q.  So you are relying -- well, let me strike | 10:35:41 |
| 13 | that. | 10:35:45 |
| 14 | Is it your opinion that because Hendrik Saly | 10:35:45 |
| 15 | allegedly admitted to decompiling code once that it | 10:35:51 |
| 16 | follows that he decompiled code later? | 10:35:57 |
| 17 | A.  That is not my -- it is -- follows that it | 10:36:01 |
| 18 | was -- that he was familiar with the process of | 10:36:04 |
| 19 | decompiling.  He was familiar with the benefits of | 10:36:08 |
| 20 | decompiling.  Together with the evidence that he did | 10:36:11 |
| 21 | decompile the code -- the later code that it makes it | 10:36:14 |
| 22 | likely that he did continue to decompile code. | 10:36:21 |
| 23 | Excuse me one second. | 10:36:24 |
| 24 | Q.  We'll -- we'll take a break soon so you | 10:36:31 |
| 25 | can -- you can catch your breath back.  But let me | 10:36:33 |

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

```
 1    get --                                            10:36:36

 2        A.  Yes.  Thank you.                          10:36:36

 3            I was going to ask if we could take a break  10:36:37

 4    soon at a convenient place.                       10:36:40

 5        Q.  Yes.  We are going to have a convenient   10:36:41

 6    place really soon.  It's just a few more questions on  10:36:43

 7    this very point.                                  10:36:46

 8            Do you have -- do you have any technical  10:36:47

 9    basis for your opinion that given that he allegedly  10:36:55

10    decompiled once that -- that that makes it more   10:37:02

11    likely that he would have decompiled in the future?  10:37:07

12            MR. EBERHART:  Objection.  Vague.         10:37:10

13            THE WITNESS:  Yes.                        10:37:11

14            My technical basis is all of the          10:37:12

15    decompiled -- all of the evidence of decompilation  10:37:15

16    and identical source code that I cite in my opening  10:37:18

17    report.  And that is my technical evidence for that.  10:37:22

18    BY MR. KWUN:                                      10:37:27

19        Q.  So your -- so decompilation you realize is  10:37:29

20    something that you are relying on as a theory to  10:37:34

21    support access; correct?                          10:37:37

22        A.  Yes.                                      10:37:38

23        Q.  And you are relying on the substantial    10:37:39

24    similarity in the code to prove access; is that   10:37:42

25    correct?                                          10:37:48
```

Page 126

| | | |
|---|---|---|
| 1 | MR. EBERHART:  Objection.  Mischaracterizes | 10:37:49 |
| 2 | prior testimony.  Object to the extent it calls for | 10:37:50 |
| 3 | a legal conclusion. | 10:37:53 |
| 4 | THE WITNESS:  That is not my testimony. | 10:37:54 |
| 5 | BY MR. KWUN: | 10:37:55 |
| 6 | Q.  Okay.  Are you relying on anything other | 10:37:55 |
| 7 | than the alleged substantial similarity and | 10:37:58 |
| 8 | Uri Bones' testimony in order to conclude that | 10:38:01 |
| 9 | Hendrik Saly decompiled code? | 10:38:05 |
| 10 | A.  Yes. | 10:38:08 |
| 11 | Q.  What is that? | 10:38:08 |
| 12 | A.  I am -- I am relying -- in addition to those | 10:38:10 |
| 13 | two factions you just mentioned, I'm relying on | 10:38:15 |
| 14 | the -- on the specific indicia of decompilation that | 10:38:19 |
| 15 | I identified in the -- in the code.  I'm also relying | 10:38:24 |
| 16 | on the -- on the facts that decompilation -- reverse | 10:38:29 |
| 17 | compiling of decompilation is a well-known and | 10:38:33 |
| 18 | straightforward process; that -- that I have done it | 10:38:39 |
| 19 | before and it is -- and Dr. Astrachan has also | 10:38:42 |
| 20 | indicated in his report that it -- that it is | 10:38:47 |
| 21 | a straightforward and accessible means of obtaining | 10:38:52 |
| 22 | access to the code. | 10:38:56 |
| 23 | Q.  Ah, just, like, two more questions and then | 10:38:57 |
| 24 | we'll break. | 10:39:00 |
| 25 | A.  I have heard that before. | 10:39:01 |

Page 127

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

```
1        Q.  I'm sure you have.  I'm sure you have,      10:39:03

2   Dr. Walker.                                          10:39:05

3           The indicia of decompilation that you were   10:39:07

4   talking about, I believe those are in the section of 10:39:10

5   your report on bulk op type; is that correct?        10:39:13

6        A.  At the very least.  There is other -- there 10:39:17

7   is other examples that I'm sure we'll -- we will turn 10:39:19

8   to as we review my report.                           10:39:23

9           MR. KWUN:  Okay.  Why don't we go ahead and  10:39:28

10  take a break.                                         10:39:31

11          THE WITNESS:  Thank you.                      10:39:32

12          THE VIDEOGRAPHER:  We're off the record.      10:39:32

13          10:39 a.m.                                    10:39:33

14          (Short recess taken.)                         10:49:26

15          THE VIDEOGRAPHER:  We are now on the record.  10:49:26

16          10:49 a.m.                                    10:49:28

17  BY MR. KWUN:                                          10:49:30

18       Q.  Dr. Walker, can you turn to the             10:49:37

19  exceptionCaught() portion of your report?  It starts 10:49:43

20  at Paragraph 118.                                     10:49:47

21       A.  Yes.                                         10:49:50

22       Q.  Tell me when you are there.                  10:49:55

23       A.  I'm starting to get there.  It is -- I'm    10:49:56

24  trying to keep three different reports in sync here.  10:49:59

25          Okay.                                         10:50:42
```

Page 128

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Yes. | 13:03:09 |
| 2 | Q.  Okay.  And I'm actually going to ask you to | 13:03:09 |
| 3 | go a little further down and to look at the exemplary | 13:03:13 |
| 4 | copyrighted source code and then the accused | 13:03:25 |
| 5 | floragunn source code, which are on pages | 13:03:29 |
| 6 | seventy-four through seventy-six. | 13:03:36 |
| 7 | A.  (Witness complies.) | 13:03:40 |
| 8 | Q.  And I would like you to start with the | 13:03:46 |
| 9 | floragunn code; so on page seventy-five, and I would | 13:03:48 |
| 10 | like you to take a look at Line 369. | 13:03:54 |
| 11 | A.  (Witness complies.) | 13:04:01 |
| 12 | Yes. | 13:04:02 |
| 13 | Q.  So Line 369 is an if statement; correct? | 13:04:03 |
| 14 | A.  Yes. | 13:04:10 |
| 15 | Q.  And the if statement -- the test that is | 13:04:11 |
| 16 | being performed on that if statement uses a logical | 13:04:18 |
| 17 | and represented by the double ampersand; correct? | 13:04:24 |
| 18 | A.  Yes. | 13:04:28 |
| 19 | Q.  And both of the elements that are being | 13:04:28 |
| 20 | logically ended in that -- | 13:04:32 |
| 21 | A.  Uh-huh. | 13:04:34 |
| 22 | Q.  -- test are items that are negated, which is | 13:04:35 |
| 23 | represented by the beginning exclamation point; is | 13:04:40 |
| 24 | that correct? | 13:04:45 |
| 25 | A.  Yes.  That is correct. | 13:04:46 |

Page 187

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.  So the -- leaving aside what these precise | 13:04:47 |
| 2 | things that are being negated are -- | 13:04:51 |
| 3 | A.  Uh-huh. | 13:04:53 |
| 4 | Q.  -- the test is of the form if not A and not | 13:04:54 |
| 5 | B -- | 13:04:59 |
| 6 | A.  Yes. | 13:05:01 |
| 7 | Q.  -- is that correct? | 13:05:02 |
| 8 | A.  Yes. | 13:05:04 |
| 9 | Q.  Let's take a look at the Elastic code. | 13:05:04 |
| 10 | A.  Uh-huh. | 13:05:12 |
| 11 | Q.  In the Elastic code, the line that you | 13:05:13 |
| 12 | contend is equivalent is line -- | 13:05:15 |
| 13 | A.  Yes. | 13:05:21 |
| 14 | Q.  -- fifty-five; correct? | 13:05:21 |
| 15 | I'm sorry. | 13:05:25 |
| 16 | What was your answer? | 13:05:26 |
| 17 | A.  I had no answer yet. | 13:05:28 |
| 18 | Q.  Oh, I'm sorry. | 13:05:30 |
| 19 | A.  So what is the question then?  I think the | 13:05:38 |
| 20 | question was -- | 13:05:40 |
| 21 | Q.  What -- what -- | 13:05:41 |
| 22 | A.  Yeah. | 13:05:43 |
| 23 | Q.  So the if test that we were looking at in | 13:05:43 |
| 24 | floragunn's code, is that derived from one or more | 13:05:46 |
| 25 | lines of the Elastic code in your opinion? | 13:05:51 |

Page 188

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A.  Yes. | 13:05:57 |
| 2 | Q.  And are those lines at fifty-five and part | 13:06:04 |
| 3 | of line fifty-six? | 13:06:08 |
| 4 | A.  Well, the boolean part of this is -- is line | 13:06:10 |
| 5 | fifty-five. | 13:06:48 |
| 6 | Q.  So the -- the boolean part of line | 13:06:50 |
| 7 | fifty-five does not have an if statement; correct? | 13:06:54 |
| 8 | A.  No. | 13:06:58 |
| 9 | But the -- that's correct.  It doesn't have | 13:06:59 |
| 10 | an if statement. | 13:07:06 |
| 11 | Q.  Instead, we assign a boolean value, which is | 13:07:07 |
| 12 | to say a yes/no or a true/false value -- | 13:07:11 |
| 13 | A.  Yes. | 13:07:17 |
| 14 | Q.  -- for this boolean called if indices | 13:07:17 |
| 15 | request; correct? | 13:07:19 |
| 16 | A.  Yes. | 13:07:19 |
| 17 | Q.  And the if indices request, we form that by | 13:07:20 |
| 18 | doing a logical or represented by the two pipelines; | 13:07:25 |
| 19 | is that correct? | 13:07:31 |
| 20 | A.  Yes. | 13:07:31 |
| 21 | Q.  And the two elements that are logically or'd | 13:07:32 |
| 22 | are not negated; correct? | 13:07:39 |
| 23 | A.  That is correct. | 13:07:42 |
| 24 | Q.  There is no exclamation point in either of | 13:07:43 |
| 25 | those elements? | 13:07:47 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A.  No. | 13:07:48 |
| 2 | The operation is obviously, as you have been | 13:07:49 |
| 3 | pointing out, a logical or; whereas, the combination | 13:07:51 |
| 4 | is a logical and in the equivalent floragunn. | 13:07:56 |
| 5 | Q.  So in the -- in the Elastic code, instead of | 13:08:02 |
| 6 | having a test that is written in the form not A and | 13:08:08 |
| 7 | not B, we have an assignment in the form A or B? | 13:08:13 |
| 8 | A.  Right. | 13:08:20 |
| 9 | And as you pointed out that that has been | 13:08:21 |
| 10 | tested as in the line fifty-nine, which contains the | 13:08:24 |
| 11 | not statement. | 13:08:30 |
| 12 | Q.  Is there a mathematical relationship between | 13:08:31 |
| 13 | the logical form A or B and the logical form not A | 13:08:39 |
| 14 | and not B? | 13:08:46 |
| 15 | MR. EBERHART:  Objection.  Vague. | 13:08:48 |
| 16 | THE WITNESS:  I think you are trying to | 13:08:50 |
| 17 | state De Morgan's theorem. | 13:08:53 |
| 18 | BY MR. KWUN: | 13:08:56 |
| 19 | Q.  Well, what is De Morgan's theorem? | 13:08:57 |
| 20 | A.  Not A -- give me a second.  Not A and not B | 13:09:00 |
| 21 | is not A or B. | 13:09:08 |
| 22 | Q.  So if I understand that correctly, the | 13:09:11 |
| 23 | combination in the Elastic code of the boolean | 13:09:19 |
| 24 | assignment in line fifty-five with a logical or and | 13:09:26 |
| 25 | the if statement in line fifty-nine that uses that | 13:09:30 |

Page 190

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | boolean but negates it -- | 13:09:35 |
| 2 | A.  Yes. | 13:09:37 |
| 3 | Q.  -- has the same logical results as the | 13:09:38 |
| 4 | single if statement with the notes and the logical | 13:09:41 |
| 5 | ands in the floragunn code; is that correct? | 13:09:46 |
| 6 | A.  Yes.  That's correct. | 13:09:49 |
| 7 | And the transformation from Line 368 of | 13:09:50 |
| 8 | the -- I'm sorry.  I'm going backwards.  Sorry. | 13:09:59 |
| 9 | Line -- the transformation from lines | 13:10:03 |
| 10 | fifty-five and fifty-nine of the floragunn code is to | 13:10:07 |
| 11 | Line 368 of the -- I'm sorry.  Let me try that again. | 13:10:14 |
| 12 | Going from line fifty-five and line | 13:10:22 |
| 13 | fifty-nine of the Elastic code is -- goes through | 13:10:26 |
| 14 | a simple transformation to become Line 369 of the | 13:10:31 |
| 15 | Elastic code -- of the floragunn code.  Geez. | 13:10:37 |
| 16 | Q.  So Dr. Walker, is it your theory that | 13:10:43 |
| 17 | floragunn looked at the Elastic code and then decided | 13:10:49 |
| 18 | to combine two lines that were several lines apart | 13:10:53 |
| 19 | and reverse the logic using a logical truism and -- | 13:10:57 |
| 20 | to get rid of the boolean assignment, and that was | 13:11:04 |
| 21 | their -- how they decided to copy the code they | 13:11:09 |
| 22 | didn't understand? | 13:11:11 |
| 23 | MR. EBERHART:  Objection.  Mischaracterizes | 13:11:13 |
| 24 | the testimony, mischaracterizes the report, | 13:11:15 |
| 25 | incomplete hypothetical, and argumentative. | 13:11:18 |

Page 191

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

1     THE WITNESS:  So it is -- it is my testimony 13:11:21

2 that -- that the lines -- Line 369 of the floragunn 13:11:35

3 code was created by -- is a -- is a transformation 13:11:50

4 and at -- a transformation of the Elastic code at 13:11:59

5 lines fifty-five and fifty-nine. 13:12:05

6 BY MR. KWUN: 13:12:11

7   Q.  Do you have any theories on how that 13:12:17

8 transformation would have occurred? 13:12:19

9     MR. EBERHART:  Objection.  Vague. 13:12:21

10     THE WITNESS:  Well, I believe that Mr. Saly 13:12:25

11 reviewed the decompiled Elastic source code, and in 13:13:10

12 the process of -- of integrating it into the 13:13:18

13 floragunn code that we see on page seventy-five made 13:13:29

14 this a simple transformation. 13:13:35

15 BY MR. KWUN: 13:13:38

16   Q.  Do you have a theory about why he would have 13:13:39

17 made that so-called simple transformation? 13:13:42

18   A.  I don't have a -- no.  I don't have 13:13:46

19 a specific -- a theory about why he made it because 13:14:02

20 you needed to -- rather than just recopying the -- 13:14:05

21 the -- the byte -- the -- the reverse engineering or 13:14:10

22 reverse component byte code, he just translated it 13:14:17

23 back to JAVA code -- more -- more legible JAVA code. 13:14:20

24   Q.  All right.  So is it your theory that 13:14:27

25 instead of using a decompiler he had examined the 13:14:29

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | byte code? | 13:14:33 |
| 2 | A. No. | 13:14:34 |
| 3 | I said after he decompiled it, he -- you -- | 13:14:34 |
| 4 | you have the byte code that doesn't necessarily -- | 13:14:38 |
| 5 | isn't necessarily the -- the most efficient or the | 13:14:42 |
| 6 | easiest to use code, and he was -- used the results | 13:14:48 |
| 7 | of the decompiling to inform how he wrote this -- | 13:14:53 |
| 8 | this resolve module. | 13:14:58 |
| 9 | Q. Decompiling JAVA code doesn't result in byte | 13:15:01 |
| 10 | code, does it? | 13:15:10 |
| 11 | A. I didn't -- don't believe I testified it | 13:15:11 |
| 12 | did. | 13:15:13 |
| 13 | Q. I believe what you said is no. I said after | 13:15:13 |
| 14 | he decompiled it, you -- you have the byte code that | 13:15:17 |
| 15 | doesn't necessarily -- isn't necessarily the most | 13:15:19 |
| 16 | efficient or the easiest to use code. | 13:15:22 |
| 17 | A. I'm sorry. | 13:15:24 |
| 18 | I meant to say -- | 13:15:25 |
| 19 | Q. I misunderstood. | 13:15:26 |
| 20 | A. I might have -- I think it would be | 13:15:27 |
| 21 | better -- what I meant to say literally decompiled | 13:15:29 |
| 22 | byte code isn't the most efficient or easiest to | 13:15:34 |
| 23 | understand; so you -- so in order -- in my | 13:15:38 |
| 24 | experience, if you want to use decompiled code, you | 13:15:40 |
| 25 | end up rewriting -- it is often the case where you | 13:15:44 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | rewrite the code to be more understandable or easier | 13:15:48 |
| 2 | to read. | 13:15:53 |
| 3 |     Q.  So your theory is that there were some | 13:15:54 |
| 4 | artifacts, perhaps, from the decompilation that had | 13:15:57 |
| 5 | to be fixed or that he decided to fix, and that is | 13:16:00 |
| 6 | what resulted in the floragunn code?  Do I understand | 13:16:04 |
| 7 | that correctly? | 13:16:08 |
| 8 |     A.  Yes.  That's correct. | 13:16:09 |
| 9 |     Q.  But you didn't do any tests or experiments | 13:16:10 |
| 10 | to try to see what sort of artifacts might result | 13:16:14 |
| 11 | from decompiling the Elastic code, did you? | 13:16:18 |
| 12 |     MR. EBERHART:  Objection.  Mischaracterizes | 13:16:25 |
| 13 | the prior testimony. | 13:16:26 |
| 14 |     THE WITNESS:  I didn't -- I didn't in | 13:16:28 |
| 15 | this -- in this particular case. | 13:16:34 |
| 16 | BY MR. KWUN: | 13:16:36 |
| 17 |     Q.  So you actually have no idea whether or not | 13:16:37 |
| 18 | decompiling the Elastic code would have resulted in | 13:16:39 |
| 19 | artifacts that would have led to the sorts of | 13:16:47 |
| 20 | transformations that you are hypothesizing that | 13:16:50 |
| 21 | Mr. Saly engaged in? | 13:16:53 |
| 22 |     A.  No. | 13:16:56 |
| 23 |     That is not my testimony. | 13:16:57 |
| 24 |     Q.  Well, what is your basis for this somewhat | 13:16:58 |
| 25 | complicated theory of how this code arose? | 13:17:03 |

```
 1              MR. EBERHART:  Objection.  Argumentative.      13:17:06

 2      Misstates prior testimony.                             13:17:09

 3              THE WITNESS:  I identified all of these         13:17:11

 4      similarities between the Elastic code and the          13:17:15

 5      floragunn code, and it -- and Paragraph 194 and        13:17:19

 6      the -- the -- far from your suggestion that it is       13:17:24

 7      an -- that it is a -- what did you say?                 13:17:30

 8              Far-fetched or -- far-fetched theory that --    13:17:34

 9      that the -- that the code that is on page               13:17:41

10      seventy-five results from decompilation; indeed,       13:17:46

11      I think that given the similarities in the code,       13:17:51

12      that's -- that it is most the likely explanation for   13:17:54

13      why -- for why the -- the similarities that            13:17:58

14      I identified on lines -- on Paragraph 194 exist.       13:18:02

15      BY MR. KWUN:                                           13:18:07

16         Q.  With respect to the bulk op type code, you      13:18:09

17      identified a string literal that was in the code that  13:18:13

18      you felt was an indicia of possible decompilation; is  13:18:17

19      that correct?                                          13:18:23

20         A.  I think that's right.                           13:18:25

21              Can we just refer back to -- where is bulk     13:18:30

22      op type?                                               13:18:33

23         Q.  Well, I wanted to get that -- I just wanted     13:18:35

24      to get that idea in your head.  I won't hold you to    13:18:39

25      it until we get to the bulk op type section.           13:18:42
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | My question is in this code -- in this | 13:18:46 |
| 2 | resolve code -- | 13:18:49 |
| 3 | A.  Uh-huh. | 13:18:50 |
| 4 | Q.  -- do you see any sort of similar things | 13:18:51 |
| 5 | that you find to be similar indicia of decompilation | 13:18:53 |
| 6 | in the floragunn code? | 13:18:58 |
| 7 | MR. EBERHART:  Objection.  Vague. | 13:19:04 |
| 8 | THE WITNESS:  I'm sorry. | 13:19:15 |
| 9 | I started looking for the bulk op type and | 13:19:17 |
| 10 | then lost the -- | 13:19:20 |
| 11 | BY MR. KWUN: | 13:19:21 |
| 12 | Q.  Let me -- let me -- let me just give you | 13:19:22 |
| 13 | a page number. | 13:19:25 |
| 14 | A.  I'm back on -- | 13:19:26 |
| 15 | Q.  If you could look at page seventy-four, and | 13:19:27 |
| 16 | then let me just re-ask the question in a slightly | 13:19:29 |
| 17 | different way. | 13:19:32 |
| 18 | A.  Uh-huh. | 13:19:33 |
| 19 | Q.  In your expert report you don't identify any | 13:19:34 |
| 20 | indicia of decompilation that you found in the source | 13:19:37 |
| 21 | code of the -- or excuse me.  Not 674.  On page -- | 13:19:45 |
| 22 | now I'm doing it.  Strike all of that. | 13:19:52 |
| 23 | On pages seventy-five to seventy-six, in | 13:19:54 |
| 24 | that code -- strike that. | 13:19:58 |
| 25 | In your expert report, you do not identify | 13:19:59 |

Page 196

1    any indicia of decompilation that are in the source          13:20:03

2    code on pages seventy-five and seventy-six, do you?          13:20:08

3        A.  Well, other than all of these -- I --               13:20:14

4    I identify all of the similarities in Paragraph 194          13:21:02

5    between the two code sets.  And -- and we recall that        13:21:07

6    Mr. Saly explained to Mr. Bones that he engaged in           13:21:15

7    reverse compilation of the Elastic code.  Then              13:21:22

8    I would say that the -- the -- I -- the similarities         13:21:28

9    that I identified in Paragraph 194 are -- are, in            13:21:33

10   fact, indicia of -- of reverse compilation.                 13:21:37

11       Q.  The similarities that you identified are not        13:21:42

12   indicia of decompilation versus some other form of          13:21:46

13   copying, are they?                                          13:21:50

14       A.  So they would be -- these are -- these              13:21:56

15   indicia in line -- in Paragraph 194 could be evidence       13:22:03

16   of some other type of copying as well.                      13:22:07

17       Q.  So there is nothing that specifically points        13:22:11

18   to decompilation as the method of purported copying         13:22:13

19   in the source code itself on pages seventy-four             13:22:17

20   and -- or excuse me.  Seventy-five and seventy -six,        13:22:21

21   is there?                                                   13:22:26

22       A.  There is nothing that points to -- unique --        13:22:27

23   uniquely points to -- what I cite in Paragraph 194          13:22:29

24   identifies a number of similarities between the --          13:22:33

25   between the code that lead me to believe that the --        13:22:37

Page 197

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | that the code -- that the -- that the floragunn code | 13:22:44 |
| 2 | was influenced by or derived from the Elastic code. | 13:22:55 |
| 3 | And the straightforward explanation for those | 13:23:05 |
| 4 | similarities involves reverse compilation. | 13:23:11 |
| 5 | Q.  All right.  Let's look at page ninety-four | 13:23:16 |
| 6 | and ninety-five of your expert report. | 13:23:25 |
| 7 | A.  (Witness complies.) | 13:23:28 |
| 8 | Q.  Is it your opinion that the floragunn code | 13:23:55 |
| 9 | on page ninety-five is the result of decompilation of | 13:23:57 |
| 10 | the Elastic code on page ninety-four? | 13:24:01 |
| 11 | MR. EBERHART:  Objection.  Vague. | 13:24:11 |
| 12 | THE WITNESS:  Yes. | 13:24:56 |
| 13 | BY MR. KWUN: | 13:25:01 |
| 14 | Q.  You acknowledge, however, that the case | 13:25:01 |
| 15 | statements on page ninety-five are in a different | 13:25:06 |
| 16 | order than the case statements in -- on page | 13:25:10 |
| 17 | ninety-four; correct? | 13:25:13 |
| 18 | A.  Yes. | 13:25:14 |
| 19 | Q.  Did you -- strike that. | 13:25:15 |
| 20 | On page ninety-four, the all caps index, | 13:25:18 |
| 21 | create, update, and delete, are those enums? | 13:25:23 |
| 22 | A.  That is consistent with my memory of the | 13:25:29 |
| 23 | code.  Of course, I don't have the code memorized, | 13:25:35 |
| 24 | and I would need to look at the code to give you | 13:25:39 |
| 25 | a definitive answer on that point. | 13:25:42 |

Page 198

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

1      Q.  Did you look and evaluate what those enums          13:25:46

2    were in terms of their actual values?                      13:25:51

3      A.  I remember looking at the definitions of the        13:25:55

4    enums.  I don't recall off the top of my head what        13:26:04

5    the actual values were.                                    13:26:08

6      Q.  Do you recall concluding that the enums in          13:26:11

7    the Elastic code are in numerical order?                   13:26:16

8      A.  I don't recall that one way or another.             13:26:24

9          Is there -- can you point me to somewhere in        13:26:42

10   my report where I discuss that?                            13:26:45

11     Q.  No.                                                  13:26:48

12         I don't think you do discuss that.  That is         13:26:49

13   why I'm asking this question is I'm just wondering         13:26:51

14   what investigation you might have done.                    13:26:55

15         If index is the enum -- is zero and create          13:26:58

16   is one and update is two and delete is three, do you      13:27:04

17   have a theory about why decompilation would switch        13:27:11

18   that order?                                                13:27:14

19         MR. EBERHART:  Objection.  Incomplete               13:27:16

20   hypothetical.  Mischaracterizes his report.               13:27:17

21         THE WITNESS:  My experience is that                 13:27:23

22   decompilation occasionally -- and different               13:27:27

23   decompilers or reverse compilers will order things        13:27:32

24   differently based on -- based on their own internal       13:27:37

25   algorithms; so I don't know -- I don't know which --      13:27:42

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | which particular reverse compiler was used by | 13:27:46 |
| 2 | Mr. Bones.  And so -- and I didn't investigate the | 13:27:51 |
| 3 | universe of reverse -- I didn't investigate how -- | 13:27:57 |
| 4 | how any particular reverse -- reverse compiler would | 13:28:01 |
| 5 | render these lines. | 13:28:06 |
| 6 | BY MR. KWUN: | 13:28:08 |
| 7 | Q.  So you have personal experience, having used | 13:28:08 |
| 8 | two different decompilers on the same compiled code | 13:28:11 |
| 9 | and getting different line orders for case | 13:28:15 |
| 10 | statements? | 13:28:19 |
| 11 | A.  No. | 13:28:20 |
| 12 | I have had experience using de- -- | 13:28:21 |
| 13 | decompilers and seeing that the case statements had | 13:28:26 |
| 14 | been reordered. | 13:28:30 |
| 15 | Q.  Okay.  Do you have -- your testimony just | 13:28:31 |
| 16 | a moment ago was that your experience was that | 13:28:40 |
| 17 | decompilation occasionally and different decompilers | 13:28:43 |
| 18 | or reverse compilers will order things differently | 13:28:48 |
| 19 | based on their own internal algorithms. | 13:28:52 |
| 20 | So was that untrue? | 13:28:55 |
| 21 | MR. EBERHART:  Objection. | 13:28:57 |
| 22 | THE WITNESS:  No. | 13:28:58 |
| 23 | I think -- | 13:28:58 |
| 24 | MR. EBERHART:  Mischaracterizes his prior | 13:28:59 |
| 25 | testimony. | 13:29:01 |

Page 200

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Go ahead. | 13:29:02 |
| 2 | THE WITNESS:  I think that that is -- that | 13:29:02 |
| 3 | is consistent.  What I said is that I -- what I have | 13:29:04 |
| 4 | seen is that different -- in different instances | 13:29:07 |
| 5 | different decompilers have -- have moved -- have | 13:29:10 |
| 6 | changed the order of case statements. | 13:29:19 |
| 7 | BY MR. KWUN: | 13:29:22 |
| 8 | Q.  Okay.  Is it -- do you know whether it is | 13:29:22 |
| 9 | the decompiler that is moving the case statements | 13:29:25 |
| 10 | versus the compiler that created the byte code in the | 13:29:30 |
| 11 | first place that perhaps moved those case statements? | 13:29:33 |
| 12 | A.  I didn't investigate that -- that | 13:29:36 |
| 13 | distinction. | 13:29:38 |
| 14 | Q.  So you don't know, sitting here today, | 13:29:39 |
| 15 | whether there is any decompiler that will alter the | 13:29:42 |
| 16 | order of the case statements from the order that they | 13:29:46 |
| 17 | appear in the byte code. | 13:29:49 |
| 18 | MR. EBERHART:  Objection.  Mischaracterizes | 13:29:52 |
| 19 | prior testimony. | 13:29:54 |
| 20 | THE WITNESS:  Well, technically what we are | 13:29:58 |
| 21 | talking about is a compiler/decompiler pair, of | 13:30:01 |
| 22 | course.  And I didn't -- and different | 13:30:06 |
| 23 | compiler/decompiler pairs -- it has been my | 13:30:09 |
| 24 | experience that different decompile -- compiler | 13:30:17 |
| 25 | different -- and decompiler pairs sometimes change -- | 13:30:19 |

Page 201

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A.   (Witness complies.) | 13:49:19 |
| 2 | Yes. | 13:49:20 |
| 3 | Q.   Do you see some symbolic names that are in | 13:49:20 |
| 4 | those case statements? | 13:49:24 |
| 5 | A.   I do. | 13:49:25 |
| 6 | Q.   Do you have any theory about how | 13:49:26 |
| 7 | a decompiler could have inserted those symbolic | 13:49:28 |
| 8 | names? | 13:49:32 |
| 9 | MR. EBERHART:  Objection.  Assumes facts not | 13:49:33 |
| 10 | in evidence.  Incomplete hypothetical. | 13:49:34 |
| 11 | THE WITNESS:  Well, a decompiler might not | 13:49:36 |
| 12 | have done that, but Mr. Saly, in the process of -- of | 13:49:42 |
| 13 | creating this code, might have been able to | 13:49:48 |
| 14 | reconstruct these names.  I mean, there is | 13:49:55 |
| 15 | a pretty -- there is a pretty simple relationship | 13:49:58 |
| 16 | between the method name add and the -- and the op | 13:50:01 |
| 17 | type, which is create. | 13:50:04 |
| 18 | BY MR. KWUN: | 13:50:13 |
| 19 | Q.   Well, the -- the op type for create -- the | 13:50:13 |
| 20 | corresponding op type is add -- | 13:50:20 |
| 21 | A.   Uh-huh. | 13:50:21 |
| 22 | Q.   -- and the corresponding op type for index | 13:50:22 |
| 23 | is add -- | 13:50:25 |
| 24 | A.   Uh-huh. | 13:50:25 |
| 25 | Q.   -- and the corresponding op type for delete | 13:50:26 |

Veritext Legal Solutions
866 299-5127

1   is add and the corresponding op type of update is          13:50:30

2   add; so I'm not sure I follow you.                          13:50:34

3       A.  Well, so then there is the IndexAction.NAME         13:50:35

4   that determines whether adding an index or adding           13:50:40

5   a -- let's see here.  Let's see.  Adding an index, it       13:50:50

6   says it would be Line 396 or deleting -- there is the       13:50:54

7   DeleteAction.NAME.  Then -- then you would know --          13:50:58

8   then if you get a delete, you would like to do              13:51:03

9   a delete action.  I think that is pretty clear.            13:51:05

10      Q.  And so your theory is that perhaps Mr. Saly         13:51:08

11  took the decompiled code and replaced the string            13:51:14

12  literal here with -- with index action, index action,      13:51:18

13  delete action, and update action?                           13:51:26

14      A.  Oh, yes.                                             13:51:29

15          That -- that's a possible theory.  As we            13:51:31

16  know -- as we -- as I have said, I don't know what --       13:51:34

17  I don't know which -- what decompiler Mr. Saly was          13:51:38

18  using, and I don't know what the state of the reverse      13:51:43

19  compiled JAVA code would look like using Mr. Saly's         13:51:47

20  decompiler.                                                 13:51:55

21      Q.  So -- so you have one theory, which is that         13:51:56

22  maybe Mr. Saly reinserted symbolic names for string        13:52:00

23  literals in some places but not all of them.  And          13:52:06

24  then you have another theory, which is that maybe          13:52:09

25  this decompiler inserts string literals in some            13:52:11

| | | |
|---|---|---|
| 1 | places for some symbolic names but not for others; is | 13:52:16 |
| 2 | that correct? | 13:52:19 |
| 3 | MR. EBERHART:  Objection. | 13:52:22 |
| 4 | THE WITNESS:  That's correct. | 13:52:22 |
| 5 | MR. EBERHART:  Mischaracterizes prior | 13:52:23 |
| 6 | testimony. | 13:52:26 |
| 7 | BY MR. KWUN: | 13:52:26 |
| 8 | Q.  Okay.  As to the later half of that correct | 13:52:26 |
| 9 | explanation of your theories, you don't actually | 13:52:28 |
| 10 | know -- that is purely speculation that such | 13:52:30 |
| 11 | a decompiler exists? | 13:52:35 |
| 12 | A.  As I have said, I don't know the -- the | 13:52:37 |
| 13 | specifics of the decompiler and how that decompiler | 13:52:40 |
| 14 | interacted with the floragunn object code -- with the | 13:52:44 |
| 15 | Elastic object code that he applied it to. | 13:52:54 |
| 16 | Q.  In your reply report -- just a second. | 13:53:03 |
| 17 | In your reply report -- in paragraph eleven | 13:53:18 |
| 18 | of your reply report you state that in your opening | 13:53:22 |
| 19 | report you noted certain indicia of reverse -- of | 13:53:30 |
| 20 | a reverse compilation process evident in this | 13:53:33 |
| 21 | floragunn source code. | 13:53:37 |
| 22 | Do you see that? | 13:53:39 |
| 23 | A.  Paragraph eleven of my -- | 13:53:41 |
| 24 | Q.  Reply report. | 13:53:44 |
| 25 | A.  -- reply report? | 13:53:46 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Yes.  I see that. | 13:53:47 |
| 2 | Q.  If I understand this correctly, you are | 13:53:48 |
| 3 | saying that there are certain things that you can see | 13:53:50 |
| 4 | in the floragunn source code itself that are indicia | 13:53:52 |
| 5 | of reverse compilation? | 13:53:56 |
| 6 | A.  Yes. | 13:53:58 |
| 7 | Q.  And your citation there suggests that those | 13:53:58 |
| 8 | indicia of reverse compilation that are evident in | 13:54:06 |
| 9 | the floragunn source code are discussed in your | 13:54:10 |
| 10 | opening report at Paragraph 227 and 233 to 240; is | 13:54:13 |
| 11 | that correct? | 13:54:20 |
| 12 | MR. EBERHART:  Objection.  Vague. | 13:54:20 |
| 13 | THE WITNESS:  That is what it says there, | 13:54:22 |
| 14 | yes. | 13:54:23 |
| 15 | BY MR. KWUN: | 13:54:23 |
| 16 | Q.  Okay.  So let's go to your opening report, | 13:54:24 |
| 17 | and let's look at Paragraph 227. | 13:54:32 |
| 18 | A.  (Witness complies.) | 13:54:36 |
| 19 | Yes. | 13:54:39 |
| 20 | Q.  So Paragraph 227 is the Uri Bones testimony; | 13:54:40 |
| 21 | correct? | 13:54:45 |
| 22 | A.  Yes. | 13:54:45 |
| 23 | Q.  And the Uri Bones testimony is not something | 13:54:46 |
| 24 | that we'll find if we look at the source code | 13:54:51 |
| 25 | itself -- the floragunn source code itself; correct? | 13:54:54 |

Page 217

```
 1          MR. EBERHART:  Objection.  Vague.          13:54:58

 2          THE WITNESS:  I don't understand the        13:55:02

 3   question.                                          13:55:03

 4   BY MR. KWUN:                                        13:55:03

 5      Q.  I'm just -- so Paragraph 227 actually says  13:55:03

 6   a bunch of things; so I'm not saying that all of   13:55:06

 7   these things are supposedly the indicia of reverse 13:55:09

 8   engineering that is evident in the source code, but 13:55:13

 9   I just want to go through each one of them and      13:55:15

10   evaluate it.                                        13:55:15

11          That first sentence in Paragraph 227 you are 13:55:16

12   talking about Uri Bones' testimony, and I am trying 13:55:19

13   to evaluate whether that statement in 227 is part of 13:55:23

14   what you, in your reply report at paragraph eleven, 13:55:29

15   claim are your notes of certain indicia of reverse  13:55:32

16   compilation process evidenced in the floragunn source 13:55:38

17   code.                                               13:55:40

18          So my question to you is isn't it true that 13:55:41

19   Uri Bones' testimony is not something you can see in 13:55:44

20   the floragunn because it is in the deposition       13:55:47

21   transcript?  It is not in the source code; right?   13:55:50

22      A.  I -- I agree that Uri Bones' testimony is in 13:55:54

23   a deposition transcript, not the source code.       13:55:58

24      Q.  Okay.  You then state -- in Paragraph 227 in 13:56:00

25   your opening report you talk about the string literal 13:56:07
```

Page 218

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | and how that could have resulted from decompilation | 13:56:10 |
| 2 | of a binary where the source code originally had | 13:56:14 |
| 3 | a symbolic name; correct? | 13:56:18 |
| 4 | A.  Yes. | 13:56:20 |
| 5 | Q.  So that is what I believe is an indicia of | 13:56:21 |
| 6 | reverse compilation that is visible in the floragunn | 13:56:24 |
| 7 | source code itself; correct?  Because you can see in | 13:56:29 |
| 8 | the floragunn source code the string literal? | 13:56:34 |
| 9 | A.  Yes. | 13:56:37 |
| 10 | Q.  Nothing else in Paragraph 2- -- the rest of | 13:56:37 |
| 11 | 227 discusses any other indicia of reverse | 13:56:42 |
| 12 | compilation that is in the source code itself; is | 13:56:46 |
| 13 | that correct? | 13:56:51 |
| 14 | A.  Yes.  That is correct. | 13:56:52 |
| 15 | Q.  All right.  So now let's look at -- that was | 13:56:53 |
| 16 | Paragraph 227 in your opening report.  In your reply | 13:56:58 |
| 17 | report at paragraph eleven you also refer to | 13:57:02 |
| 18 | Paragraphs 233 to 240; so I would like to go to 233. | 13:57:06 |
| 19 | A.  (Witness complies.) | 13:57:10 |
| 20 | Sure. | 13:57:10 |
| 21 | Q.  Paragraph 233 is, again -- well, it is | 13:57:11 |
| 22 | a discussion of what decompilation is generally.  It | 13:57:22 |
| 23 | is a discussion of your experience with decompilation | 13:57:26 |
| 24 | generally. | 13:57:30 |
| 25 | And it is a discussion of the Uri Bones | 13:57:30 |

Page 219

```
 1    testimony again; correct?                           13:57:33

 2        A.  Yes.                                        13:57:34

 3        Q.  So nothing in Paragraph 233 actually refers 13:57:34

 4    to indicia of reverse compilation that is visible in 13:57:37

 5    the floragunn source code itself, does it?          13:57:42

 6        A.  Well, it does -- it does talk in -- it does 13:57:45

 7    identify code itself, you know, as -- as you have   13:57:52

 8    been looking at this afternoon, that has -- that, in 13:57:57

 9    fact, has evidence of -- of reverse compilation.    13:58:02

10    That -- that is, this is the introduction --        13:58:08

11    introductory paragraph to the discussion of -- of -- 13:58:12

12    of reverse compilation, which is why I included it  13:58:16

13    when I was -- when I refer to it as -- in the -- in 13:58:20

14    the reply report.                                   13:58:26

15        Q.  Okay.  Let's look at Paragraph 234.         13:58:28

16        A.  (Witness complies.)                         13:58:32

17        Q.  234 is, again, your discussion of reverse   13:58:33

18    compilation; correct?                               13:58:37

19        A.  Yes.                                        13:58:39

20        Q.  This does not -- Paragraph 234 does not     13:58:39

21    contain any noted indicia of reverse compilation that 13:58:43

22    is evident in the floragunn source code, does it?   13:58:48

23        A.  Well, it explains -- it explains -- instead, 13:58:52

24    it explains how there might be -- how the reverse   13:58:56

25    compilation process might -- can leave evidence of -- 13:58:59
```

Page 220

| | | |
|---|---|---|
| 1 | of -- the reverse compilation process can leave | 13:59:06 |
| 2 | evidence in the source code. | 13:59:13 |
| 3 |     Q.  Paragraph 234 doesn't even discuss the | 13:59:15 |
| 4 | floragunn source code, does it? | 13:59:18 |
| 5 |        Oh, I'm sorry.  It does.  Let me -- let me | 13:59:21 |
| 6 | strike that. | 13:59:24 |
| 7 |        Paragraph 234 does not identify any indicia | 13:59:24 |
| 8 | of reverse compilation that is evident in the | 13:59:28 |
| 9 | floragunn source code itself, does it? | 13:59:31 |
| 10 |     A.  Para- -- instead, Paragraph 234 is | 13:59:34 |
| 11 | explaining the process by which -- how one would use | 13:59:48 |
| 12 | reverse compilation.  And then later -- and then | 13:59:55 |
| 13 | it -- and then it -- and then later on it -- | 13:59:59 |
| 14 | I explain how this process can result in indicia | 14:00:04 |
| 15 | being left -- indicia of such -- such a process being | 14:00:10 |
| 16 | in the -- it could result in the source code. | 14:00:17 |
| 17 |     Q.  Paragraph 235 discusses your belief that | 14:00:21 |
| 18 | reverse compilation can result in artifacts that | 14:00:26 |
| 19 | could be viewed as indicia of reverse compilation, | 14:00:31 |
| 20 | such as unusual variable names, but it doesn't | 14:00:36 |
| 21 | actually identify any such indicia that are present | 14:00:40 |
| 22 | in Paragraph 235 in the floragunn source code, does | 14:00:43 |
| 23 | it? | 14:00:48 |
| 24 |        MR. EBERHART:  Objection. | 14:00:49 |
| 25 |        THE WITNESS:  So Paragraph 235 does not | 14:00:54 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | identify a specific instance of these indicia but, | 14:00:56 |
| 2 | rather, explains how the indicia could -- could come | 14:01:02 |
| 3 | into existence. | 14:01:06 |
| 4 | BY MR. KWUN: | 14:01:07 |
| 5 |     Q.  Paragraph 236 does not identify any indicia | 14:01:07 |
| 6 | that are present in the floragunn source code, does | 14:01:11 |
| 7 | it? | 14:01:13 |
| 8 |     A.  Instead, Paragraph 236 explains that | 14:01:14 |
| 9 | unauthorized reverse compilation -- that I understand | 14:01:21 |
| 10 | that un- -- that unauthorized reverse compilation | 14:01:28 |
| 11 | comprises an act of reproduction or adaptation that | 14:01:31 |
| 12 | violates a copyright owner's exclusive rights to | 14:01:36 |
| 13 | reproduce the copyrighted work and prepare derivative | 14:01:43 |
| 14 | work based on the copyrighted work. | 14:01:44 |
| 15 |     Q.  Paragraph 237 states your conclusion that | 14:01:45 |
| 16 | the following comparison illuminates evidence that | 14:01:49 |
| 17 | the floragunn code was created through such a reverse | 14:01:53 |
| 18 | compilation but does not, itself, in Paragraph 237 | 14:01:56 |
| 19 | identify any such indicia of reverse compilation that | 14:02:00 |
| 20 | are evident in that floragunn source code, does it? | 14:02:03 |
| 21 |     A.  Paragraph 237 does not -- does not iden- -- | 14:02:06 |
| 22 | does not, itself, identify individual instances of | 14:02:12 |
| 23 | reverse and -- of reverse compilation and, instead, | 14:02:20 |
| 24 | it is an introduction to a specific -- a -- specific | 14:02:27 |
| 25 | identifications. | 14:02:33 |

Veritext Legal Solutions
866 299-5127

```
1          Q.  Paragraph 238 repeats the indicia of reverse    14:02:34

2    compilation, according to you, of the string literal;     14:02:41

3    so it doesn't introduce a new one.  It introduces one     14:02:45

4    that you already discussed previously in                  14:02:51

5    Paragraph 237.                                            14:02:52

6              Isn't that true?                                14:02:52

7          A.  So Paragraph 238 identifies a specific          14:02:54

8    instance of -- of indicia of reverse compilation.         14:03:00

9          Q.  Yeah.  That wasn't my question.                 14:03:09

10             Paragraph 238 does not identify an              14:03:10

11   additional indicia of reverse compilation beyond the      14:03:17

12   one you already identified in Paragraph 227, does it?     14:03:21

13             MR. EBERHART:  Objection.  Mischaracterizes      14:03:28

14   the report.                                               14:03:30

15             THE WITNESS:  No.                                14:03:31

16             It explains the -- it explains the              14:03:32

17   significance of the -- and in this context it             14:03:34

18   explains the significance of the -- of the specific       14:03:38

19   indicia in the context of the discussion here.            14:03:43

20   BY MR. KWUN:                                               14:03:47

21         Q.  The specific indicia is the string literal      14:03:47

22   indices:data/right/bulk, and then in brackets s;          14:03:51

23   correct?                                                  14:03:56

24         A.  Yes.  That's correct.                           14:03:56

25         Q.  And that is the same indicia that is            14:03:57
```

Page 223

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | discussed in Paragraph 227 of your expert report. | 14:04:02 |
| 2 | Isn't that true? | 14:04:07 |
| 3 | A.  Yes, it is. | 14:04:09 |
| 4 | Q.  Paragraph 239 of your expert report | 14:04:12 |
| 5 | identifies the floragunn source code variable name ar | 14:04:20 |
| 6 | as being an indicia of reverse compilation. | 14:04:26 |
| 7 | Is that true? | 14:04:30 |
| 8 | A.  Let's see. | 14:04:31 |
| 9 | I think I stated it more carefully than you | 14:04:37 |
| 10 | just did.  I stated it -- such substitution may | 14:04:41 |
| 11 | indicate reverse compilation.  I didn't say it | 14:04:45 |
| 12 | definitely indicated reverse compilation. | 14:04:48 |
| 13 | Q.  And, in fact, since drafting your first | 14:04:51 |
| 14 | report, you have learned that floragunn uses the | 14:04:56 |
| 15 | variable ar -- the variable name ar to mean action | 14:05:00 |
| 16 | request, haven't you? | 14:05:10 |
| 17 | A.  Actually, I discuss that at length in my -- | 14:05:11 |
| 18 | I believe I discuss that at length in my reply report | 14:05:13 |
| 19 | that specific issue. | 14:05:19 |
| 20 | Q.  Yeah.  See, if you at your reply report at | 14:05:34 |
| 21 | Paragraph 102, I don't know that I would say at | 14:05:36 |
| 22 | length but -- because I think it is just this one | 14:05:36 |
| 23 | paragraph, but this paragraph you do discuss the | 14:05:38 |
| 24 | variable ar. | 14:05:41 |
| 25 | Is there somewhere else in here that you | 14:05:42 |

Page 224

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | discuss the variable ar? | 14:05:45 |
| 2 | A.  No. | 14:05:48 |
| 3 | Q.  Okay.  So in Paragraph 102 of your reply | 14:05:49 |
| 4 | report, Exhibit 359, you note that it is unlikely | 14:05:52 |
| 5 | that a developer would use ar in the manner suggested | 14:05:58 |
| 6 | by Dr. Astrachan because it would then be used for | 14:06:01 |
| 7 | two purposes; right? | 14:06:04 |
| 8 | A.  Right. | 14:06:06 |
| 9 | Q.  But, in fact, we know for a fact that | 14:06:06 |
| 10 | floragunn did exactly this because they actually have | 14:06:09 |
| 11 | a variable named ar in their code. | 14:06:11 |
| 12 | A.  Yes. | 14:06:17 |
| 13 | Q.  So whether it is unlikely or not, we know it | 14:06:17 |
| 14 | actually factually happened and that the variable ar | 14:06:23 |
| 15 | is not one that has no context but actually stands | 14:06:28 |
| 16 | for action request? | 14:06:28 |
| 17 | A.  No. | 14:06:30 |
| 18 | MR. EBERHART:  Objection.  Objection. | 14:06:30 |
| 19 | Argumentative.  Mischaracterizes the document. | 14:06:32 |
| 20 | THE WITNESS:  No. | 14:06:36 |
| 21 | That is not my -- my point here. | 14:06:36 |
| 22 | Dr. Astrachan suggested that ar had specific | 14:06:38 |
| 23 | contextual meaning in this -- in this -- in this | 14:06:43 |
| 24 | specific instance, and I was disputing that | 14:06:47 |
| 25 | statement, not the general statement about whether in | 14:06:50 |

Page 225

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

```
 1    some other instance ar could have conception,        14:06:54

 2    contextual meaning.                                   14:07:00

 3    BY MR. KWUN:                                          14:07:01

 4        Q.  Do you think that the use of action --        14:07:02

 5    excuse me.                                            14:07:04

 6            The use of ar in this code is a sign of       14:07:05

 7    reverse compilation, given what you now know?         14:07:10

 8        A.  Yes.                                          14:07:13

 9            As I explain in Paragraph 102 of my report    14:07:24

10    that this -- that these -- that the differences,      14:07:35

11    including creation of the ar variable, is a -- is     14:07:40

12    a result of the process of integrating the reverse    14:07:50

13    compiled code into the floragunn code and that the -- 14:07:56

14    and that the developer was just looking to integrate  14:08:01

15    the -- the reverse compiled code into the floragunn   14:08:08

16    code without looking at the greater context of the    14:08:11

17    floragunn code to notice that the -- the              14:08:14

18    discrepancies in the name ar.                         14:08:18

19        Q.  I guess I'm just having trouble               14:08:21

20    understanding why -- well, strike that.               14:08:24

21            In Paragraph 102 of your reply report, you    14:08:28

22    suggest that the use of ar for what you believe are   14:08:32

23    two purposes --                                       14:08:36

24        A.  Uh-huh.                                       14:08:39

25        Q.  -- is a bad idea?  Is that what you are       14:08:39
```

Page 226

```
1   saying?                                              14:08:43

2       A.  No.                                          14:08:43

3           I'm saying that Dr. Astrachan suggested      14:08:45

4   that, oh, of course they would use ar because it has 14:08:48

5   contextual meaning.                                  14:08:55

6           And I say, oh, not so fast.  It doesn't      14:08:56

7   have -- the contextual meaning that ar has in this   14:08:59

8   code is not the same as the -- as the -- as the      14:09:03

9   variable used at line -- I think it is -- is it      14:09:06

10  Line 392?  It is.                                    14:09:15

11      Q.  So do you have a theory on why they would    14:09:21

12  have used this variable name ar?                     14:09:25

13          MR. EBERHART:  Objection.  Asked and         14:09:28

14  answered.  Vague.                                    14:09:30

15          THE WITNESS:  Do I have a theory?  Well,     14:09:31

16  that they were in the process -- they were in the    14:09:40

17  process of editing the -- that Mr. Saly was in the   14:09:42

18  process of editing the reverse compiled JAVA code to 14:09:48

19  fit into the floragunn module, and he -- and in this 14:09:53

20  process he -- he took a -- a -- he just used -- just 14:10:03

21  used any -- any simple abbreviation that didn't      14:10:14

22  have -- that I -- as I pointed out, doesn't have     14:10:21

23  contextual context.                                  14:10:25

24  BY MR. KWUN:                                         14:10:27

25      Q.  So it is your position -- well, maybe it is  14:10:27
```

Page 227

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | not.  I don't -- I don't understand this; so let me | 14:10:30 |
| 2 | just ask you this. | 14:10:33 |
| 3 | Do you believe that when Hendrik Saly used | 14:10:33 |
| 4 | the variable name ar here, he wasn't thinking of | 14:10:36 |
| 5 | action request? | 14:10:41 |
| 6 | MR. EBERHART:  Objection.  Misstates prior | 14:10:42 |
| 7 | testimony.  Mischaracterizes the document. | 14:10:44 |
| 8 | THE WITNESS:  My point is that this -- that | 14:10:48 |
| 9 | this -- that the fact that this variable doesn't have | 14:10:51 |
| 10 | contextual context in this -- in this -- in this | 14:10:54 |
| 11 | module indicates that the module wasn't being created | 14:11:02 |
| 12 | de novo but, rather, being created by -- through the | 14:11:09 |
| 13 | processes I explain here of making simple edits in | 14:11:14 |
| 14 | the process of integrating the decompiled code into | 14:11:18 |
| 15 | the JAVA file. | 14:11:22 |
| 16 | BY MR. KWUN: | 14:11:23 |
| 17 | Q.  Okay.  And then, finally, Paragraph 240. | 14:12:01 |
| 18 | This is the last paragraph that you cited in your | 14:12:04 |
| 19 | reply report as -- somewhere in your opening report | 14:12:07 |
| 20 | where you identify indicia of reverse compilation | 14:12:10 |
| 21 | that appeared in the floragunn source code. | 14:12:15 |
| 22 | Paragraph 240, though, doesn't identify | 14:12:18 |
| 23 | indicia of reverse compilation; instead, it is your | 14:12:21 |
| 24 | effort to explain why something is not an indicia of | 14:12:26 |
| 25 | non reverse compilation. | 14:12:29 |

Page 228

```
1              Isn't that true?                          14:12:31

2              MR. EBERHART:  Objection.  Vague.         14:12:32

3              THE WITNESS:  That is -- that is what --  14:12:35

4    yes.  I was -- I was explaining here that just     14:12:42

5    because things are out of order does not mean not  14:12:45

6    reverse compilation.                               14:12:48

7    BY MR. KWUN:                                        14:12:50

8         Q.  So the two indicia of reverse compilation 14:12:50

9    that you claim to have identified in the source code 14:12:54

10   are the string literal indices:data/right/bulk, and 14:12:57

11   then in brackets s, and the variable name of ar; is 14:13:04

12   that correct?                                       14:13:11

13        A.  For this specific module.                  14:13:11

14        Q.  For this specific module, you identified no 14:13:16

15   other indicia of reverse compilation that is evident 14:13:19

16   in the source code itself; correct?                14:13:22

17        A.  Actually, no.                              14:13:24

18             I -- I -- I went through the -- in        14:13:34

19   Paragraphs 241 and following I went -- I detailed the 14:13:41

20   apparent development process here, which absent     14:13:48

21   reverse compilation doesn't make a lot of sense.   14:13:57

22        Q.  Okay.  So let's -- let's talk about those. 14:14:03

23   Well, first of all --                              14:14:07

24        A.  Actually, how about a break here?  Is      14:14:08

25   this --                                            14:14:11
```

Veritext Legal Solutions
866 299-5127

```
 1        Q.  We can take a break.  We can take a break.     14:14:11

 2   That's fine.                                            14:14:15

 3        A.  Great.                                         14:14:15

 4            THE VIDEOGRAPHER:  We're off the record.       14:14:17

 5            2:14 p.m.                                       14:14:20

 6            (Short recess taken.)                          14:26:36

 7            THE VIDEOGRAPHER:  We are now on the record.   14:26:36

 8            2:26 p.m.                                       14:26:38

 9   BY MR. KWUN:                                            14:26:41

10        Q.  Dr. Walker, if you could turn to              14:26:44

11   Paragraph 245 of your expert report, please.           14:26:47

12        A.  (Witness complies.)                           14:26:51

13            I am here.                                     14:26:51

14        Q.  Paragraph 245 of your expert report follows   14:26:52

15   your discussion of what you call examples two through  14:26:59

16   four in this code; correct?                            14:27:05

17        A.  One through four, I guess.                    14:27:09

18        Q.  One through four.  Fair enough.               14:27:12

19            You state in Paragraph 245 that you find the  14:27:14

20   sequence of commits of nonfunctional code to be        14:27:19

21   unusual.                                               14:27:22

22            What is unusual about the sequence of         14:27:23

23   commits of nonfunctional code?                         14:27:26

24        A.  Well, I think I -- so the -- Elastic          14:27:31

25   released its code on September 11th, the same day      14:27:43
```

Page 230

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

1   STATE OF CALIFORNIA )

                        ) ss.

2   COUNTY OF KERN      )

3

4

5           I, B. Suzanne Hull, a Certified Shorthand

6   Reporter in the State of California, holding

7   Certificate Number 13495, do hereby certify that

8   MARTIN WALKER, Ph.D., the witness named in the

9   foregoing deposition, was by me duly sworn; that said

10  deposition, was taken Tuesday, August 10, 2021, at

11  the time and place set forth on the first page

12  hereof.

13          That upon the taking of the deposition, the

14  words of the witness were written down by me in

15  stenotypy and thereafter transcribed by computer

16  under my supervision; that the foregoing is a true

17  and correct transcript of the testimony given by the

18  witness.

19          Pursuant to Federal Rule 30(e), transcript

20  review was requested.

21          I further certify that I am neither counsel

22  for nor in any way related to any party to said

23  action, nor in any way interested in the result or

24  outcome thereof.

25  ///

                                        Page 275

HIGHLY CONFIDENTIAL - UNDER PROTECTIV ORDER - ATTORNEYS EYES ONLY

1          Dated this 11th day of August, 2021, at

2    Bakersfield, California.

3

4

5          B. Suzanne Hull, CSR No. 13495

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 276