# Ex. O

```
 1                  UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                        OAKLAND DIVISION
 4                      _____
 5
         ELASTICSEARCH, INC., a       )
 6       Delaware corporation,        )
         ELASTICSEARCH B.V., a        )
 7       Dutch corporation,           )
                                      )Case No.
 8              Plaintiffs,           )4:19-cv-05553-YGR
                                      )
 9           vs.                      )
                                      )
10       FLORAGUNN GMBH, a German     )
         corporation,                 )
11                                    )
                 Defendants.          )
12                                    )
13
14              ** HIGHLY CONFIDENTIAL **
15              ** UNDER PROTECTIVE ORDER **
16               ** ATTORNEY'S EYES ONLY **
17
18              REMOTE VIDEOTAPED DEPOSITION
19                            OF
20                  OWEN ASTRACHAN, Ph.D.
21                 Friday, August 13, 2021
22                   Durham, North Carolina
23
24
25   Reported by:  B. Suzanne Hull, CSR No. 13495
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                    APPEARANCES
 2
 3
 4
       For Plaintiffs:     O'Melveny & Myers, LLP
 5                         By MR. DAVID R. EBERHART
                              MR. DANIEL LEIGH
 6                         Attorneys at Law
                           2 Embarcadero Center
 7                         Twenty-eighth Floor
                           San Francisco, California 94111
 8                         (415) 984-8700
                           deberhart@omm.com
 9                         dleigh@omm.com
10
11
       For Defendant:      Kwun Bhansali Lazarus, LLP
12                         By MR. MICHAEL S. KWUN
                           Attorney at Law
13                         555 Montgomery Street
                           Suite 750
14                         San Francisco, California 94111
                           (415) 630-2350
15                         mkwun@kblfirm.com
16
17
18     The Videographer:   Cyril Suszckiewicz
19
20
21
22
23
24
25
                                                    Page 2
```

| | | |
|---|---|---|
| 1 | code and index.html code that was referred to in the | 13:17:27 |
| 2 | users.html section of your report? | 13:17:33 |
| 3 |     A.  I don't recall asking a question about when | 13:17:35 |
| 4 | did you use it, but based on the conversation, it was | 13:17:38 |
| 5 | my understanding that, in fact, yes.  This testing | 13:17:41 |
| 6 | framework and third-party testing framework would | 13:17:45 |
| 7 | have been used during that time.  I don't believe | 13:17:49 |
| 8 | that I asked that specific question, but that was my | 13:17:52 |
| 9 | understanding. | 13:17:55 |
| 10 |     Q.  Did you ever ask to speak to Hendrik Saly | 13:17:56 |
| 11 | about the code at issue in this matter? | 13:18:01 |
| 12 |     A.  I never asked to speak with Hendrik Saly, | 13:18:05 |
| 13 | no. | 13:18:08 |
| 14 |     Q.  Is it possible that speaking to Mr. Saly | 13:18:09 |
| 15 | would have impacted your opinions in this matter? | 13:18:13 |
| 16 |     MR. KWUN:  Objection.  Calls for | 13:18:16 |
| 17 | speculation. | 13:18:16 |
| 18 |     THE WITNESS:  I think it is reasonable that | 13:18:17 |
| 19 | had I spoken with Mr. Saly, that could have had an | 13:18:21 |
| 20 | effect on my opinions, but I did not. | 13:18:24 |
| 21 | BY MR. EBERHART: | 13:18:27 |
| 22 |     Q.  Did you ever ask to speak to | 13:18:27 |
| 23 | Sergii Bondarenko? | 13:18:29 |
| 24 |     A.  I never asked to speak to Sergii Bondarenko, | 13:18:30 |
| 25 | no. | 13:18:33 |

| | | |
|---|---|---|
| 1 | Q. And you never, in fact, spoke to | 13:18:34 |
| 2 | Sergii Bondarenko; correct? | 13:18:36 |
| 3 | A. That's correct. I did not. | 13:18:37 |
| 4 | Q. Is it possible that speaking to | 13:18:38 |
| 5 | Sergii Bondarenko could have impacted your opinions | 13:18:40 |
| 6 | in this matter? | 13:18:43 |
| 7 | A. That's -- that's possible. | 13:18:44 |
| 8 | Q. Did you ever ask to speak to | 13:18:50 |
| 9 | Mikael Gustavsson? | 13:18:53 |
| 10 | A. I did not ask to speak to Mikael Gustavsson, | 13:18:57 |
| 11 | nor did I, in fact, speak to Mikael Gustavsson. | 13:19:00 |
| 12 | Q. Is it possible that speaking to | 13:19:03 |
| 13 | Mikael Gustavsson could have impacted your opinions | 13:19:04 |
| 14 | in this matter? | 13:19:07 |
| 15 | A. That's possible. | 13:19:08 |
| 16 | Q. Have you ever testified as an expert on | 13:19:11 |
| 17 | source code development where you did not have the | 13:19:15 |
| 18 | opportunity to speak to or have counsel depose the | 13:19:17 |
| 19 | developers of the code? | 13:19:20 |
| 20 | A. That is likely for certain the case | 13:19:25 |
| 21 | because -- I mean, I would have to go back and look | 13:19:30 |
| 22 | at all of the cases I have been part of. In the | 13:19:33 |
| 23 | recent cases that I have been a part of, I certainly | 13:19:39 |
| 24 | have not spoken to all of the developers that | 13:19:42 |
| 25 | contributed to the code at issue in those cases. | 13:19:44 |

Veritext Legal Solutions
866 299-5127

1  Q. Have you spoken to any of the developers   13:19:47
2  that contributed code in those cases?   13:19:49
3  A. Recently, in -- in cases that I have been   13:19:51
4  part of, I have spoken to what might be termed the   13:19:56
5  lead developer, but there are often other developers   13:20:00
6  other than the lead developer.   13:20:04
7  Q. And here in this matter you were not   13:20:05
8  afforded the opportunity to speak to the lead   13:20:10
9  developer; correct?   13:20:13
10  A. I spoke with Jochen Kressin, and in many   13:20:14
11  ways I believe he is the lead developer of the code   13:20:18
12  in floragunn. And so I did speak with him.   13:20:21
13  Q. In fact, Hendrik Saly is the author of   13:20:24
14  fourteen of the nineteen code segments at issue,   13:20:27
15  isn't he?   13:20:31
16  A. As I understand it, in Exhibit 185   13:20:31
17  Hendrik Saly is identified as an author, yes. That's   13:20:34
18  correct.   13:20:37
19  Q. But it is still your testimony that   13:20:38
20  Mr. Kressin is the lead developer of Search Guard; is   13:20:39
21  that correct?   13:20:46
22  A. To -- to be clear, the lead developer is   13:20:47
23  often a managerial position, and I believe   13:20:50
24  Mr. Kressin has that role. In the cases to which   13:20:56
25  I referred -- you know, other cases, one of which is   13:21:00

| | | |
|---|---|---|
| 1 | ongoing, the -- the lead developer isn't necessarily | 13:21:03 |
| 2 | the one who has committed the code, but it is the one | 13:21:07 |
| 3 | who has oversight responsibility for the development | 13:21:10 |
| 4 | of that code. | 13:21:13 |
| 5 |     Q.  You expressed the opinion that when viewed | 13:21:16 |
| 6 | through the eyes of a computer programmer, the total | 13:21:19 |
| 7 | concept and feel of Search Guard is not substantially | 13:21:23 |
| 8 | similar to the total concept and feel of X-Pack; | 13:21:27 |
| 9 | correct? | 13:21:33 |
| 10 |     A.  I would like to get a -- that -- that sounds | 13:21:33 |
| 11 | like a reference to a specific paragraph in my | 13:21:35 |
| 12 | report. | 13:21:38 |
| 13 |     Can you give me that reference to that? | 13:21:38 |
| 14 |     Q.  One minute, please. | 13:21:43 |
| 15 |     A.  Yes.  That's correct. | 13:21:54 |
| 16 |     Q.  Which versions of Search Guard did you | 13:21:54 |
| 17 | review to form that opinion? | 13:21:57 |
| 18 |     A.  The -- I looked at Search Guard as it exists | 13:22:01 |
| 19 | in the context of the accused code base. | 13:22:06 |
| 20 |     Q.  Which versions of Search Guard did you | 13:22:09 |
| 21 | review to form the opinion expressed in paragraph | 13:22:12 |
| 22 | twenty-two that the total concept and feel of | 13:22:18 |
| 23 | Search Guard is not substantially similar to the | 13:22:21 |
| 24 | total concept and feel of X-Pack? | 13:22:25 |
| 25 |     A.  I don't -- I can't give you any version | 13:22:27 |

Page 184

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   conclusion.                                              13:30:08
 2           THE WITNESS:  Again, I'm trying to               13:30:12
 3   understand the question.                                 13:30:14
 4           Is there a code -- executable code from the      13:30:15
 5   floragunn side that has been accused that is not         13:30:21
 6   qualitatively important?  That is the question?          13:30:25
 7   BY MR. EBERHART:                                         13:30:28
 8       Q.  That enables a feature that is not               13:30:30
 9   qualitatively important to Search Guard.                 13:30:32
10       A.  I don't believe I expressed an opinion about    13:30:35
11   that in my report, no.                                   13:30:38
12       Q.  So you haven't analyzed as to any of the         13:30:40
13   functioning code whether it enables a feature that is   13:30:44
14   qualitatively important to Search Guard; correct?        13:30:50
15       A.  I believe that is a correct restatement of      13:30:55
16   what I said.                                             13:30:58
17       Q.  And at no time have you attempted to assess     13:31:00
18   whether features enabled by the accused code could      13:31:04
19   operate without that code; correct?                      13:31:09
20           MR. KWUN:  Objection.  Vague.                    13:31:16
21           THE WITNESS:  I have not undertaken an           13:31:18
22   analysis of what features might be enabled or            13:31:22
23   disabled without that code; that is correct.             13:31:27
24   BY MR. EBERHART:                                         13:31:29
25       Q.  And your report does not dispute that            13:31:41
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Elastic's binaries were widely distributed in the | 13:31:43 |
| 2 | time period in which floragunn allegedly decompiled | 13:31:46 |
| 3 | Elastic's filings; correct? | 13:31:55 |
| 4 | MR. KWUN: Objection. Vague and ambiguous. | 13:31:56 |
| 5 | THE WITNESS: I know that that phrase widely | 13:31:58 |
| 6 | distributed is something that Dr. Walker has in his | 13:32:00 |
| 7 | report. I don't believe in my report I address that. | 13:32:03 |
| 8 | BY MR. EBERHART: | 13:32:06 |
| 9 | Q. And if you didn't address it, you didn't | 13:32:07 |
| 10 | form an opinion on that topic; correct? | 13:32:10 |
| 11 | A. I certainly don't have an opinion in my | 13:32:13 |
| 12 | report about widely distributed. | 13:32:16 |
| 13 | Q. In fact, you were able to download an X-Pack | 13:32:18 |
| 14 | binder that was of interest to you for your report; | 13:32:23 |
| 15 | correct? | 13:32:26 |
| 16 | A. That is correct, I was. | 13:32:27 |
| 17 | Q. And you decompiled that binder; correct? | 13:32:29 |
| 18 | A. I decompiled parts of that binder; that is | 13:32:33 |
| 19 | correct. | 13:32:36 |
| 20 | Q. Did you have any difficulty decompiling that | 13:32:36 |
| 21 | binder? | 13:32:39 |
| 22 | A. No. | 13:32:40 |
| 23 | Using the IDE that I used, I did not have | 13:32:42 |
| 24 | any difficulty decompiling the .class files that | 13:32:47 |
| 25 | I downloaded. | 13:32:50 |

Veritext Legal Solutions
866 299-5127

```
 1        Q.  Was -- do you have any reason to believe        13:32:51
 2   that it would have been difficult for a floragunn        13:32:53
 3   developer to decompile the .class files that you         13:32:57
 4   decompiled?                                              13:33:04
 5        MR. KWUN:  Objection.  Lacks foundation.            13:33:06
 6   Assumes facts.                                           13:33:07
 7        THE WITNESS:  I -- I -- I think that I was          13:33:09
 8   able to decompile these files.  I think that many        13:33:11
 9   reasonable developers would have been able to do the     13:33:17
10   same thing I did.  And to the extent that a floragunn    13:33:19
11   developer is a reasonable developer, like anybody,       13:33:22
12   they would have been able to do that.                    13:33:24
13   BY MR. EBERHART:                                         13:33:26
14        Q.  Did you ever do -- withdrawn.                   13:33:27
15            Did you ever take any steps to determine        13:33:31
16   whether any developers at floragunn possessed any        13:33:34
17   tools for decompilation of JAVA object code?             13:33:39
18        A.  I did not talk to any floragunn developers,    13:33:44
19   other than to -- other than Jochen Kressin; so           13:33:49
20   I didn't undertake any steps to see what tools were      13:33:54
21   available to developers.                                 13:33:57
22        Q.  Did you ask Mr. Kressin whether any             13:33:58
23   developers, whether employed by or consultants to        13:34:02
24   floragunn, possessed any tools for decompilation of     13:34:07
25   JAVA object code?                                        13:34:11
```

Page 192

```
 1        A.  I did not have to -- ask Mr. Kressin such     13:34:14
 2   question.                                              13:34:17
 3        Q.  Did you ever ask Mr. Kressin whether he       13:34:18
 4   personally at any time possessed tools for             13:34:22
 5   decompilation of JAVA object code?                     13:34:27
 6        A.  I did not ask him that question, no.          13:34:29
 7        Q.  At any time did Mr. Kressin tell you whether  13:34:33
 8   he ever had tools for the decompilation of JAVA        13:34:39
 9   object code?                                           13:34:45
10        A.  I don't believe he ever stated such a fact    13:34:45
11   in that specific way, no.                              13:34:51
12        Q.  Did he state such a fact in a different way?  13:34:53
13        A.  I don't recall whether he indicated what IDs  13:35:01
14   or development environments he and/or developers       13:35:04
15   used.  Many development environments have decompilers  13:35:09
16   built into them, as did mine; so he may have said,     13:35:13
17   oh, yeah.  You know, my developers use this.  I don't  13:35:17
18   recall that, but it is possible that he stated that.   13:35:19
19   If he had said, for example, we all use IntelliJ, and  13:35:22
20   maybe he said the Community edition, maybe he said     13:35:28
21   the Professional version.  I don't recall that at      13:35:31
22   all, but it might have been that he said that, and     13:35:33
23   then I would have assumed that he had a decom- --      13:35:35
24   access to a decompiler.  But he didn't state that      13:35:37
25   that I can recall.                                     13:35:40
```

```
1        Q.   Did Mr. Kressin ever deny -- withdrawn.           13:35:42
2             Did Mr. Kressin ever claim that he had never     13:35:46
3    decompiled Elastic JAVA object code?                       13:35:50
4        A.   Mr. Kressin never said he had or had not          13:35:55
5    decompiled JAVA code in the conversations I had with       13:36:01
6    him.                                                       13:36:06
7        Q.   When did you first obtain a decompiler that       13:36:06
8    could decompile JAVA object code?                          13:36:18
9             MR. KWUN:  Objection.  Calls for                  13:36:21
10   speculation.                                               13:36:22
11            THE WITNESS:  I have been using decompilers       13:36:24
12   for, you know, ten or twenty years; so I'm not sure        13:36:29
13   if you are asking -- I did not procure a decompiler        13:36:33
14   as part of the case here.  I used the IntelliJ             13:36:37
15   environment that I use in the courses that I teach,        13:36:41
16   and I have had that around for a long time.                13:36:45
17   BY MR. EBERHART:                                           13:36:47
18       Q.   So in your experience, decompilers for JAVA       13:36:48
19   object code have been publicly available for at least      13:36:53
20   the last ten years; correct?                               13:36:56
21       A.   I think that is a reasonable statement, yes.      13:36:59
22       Q.   And are JAVA decompilers -- withdrawn.            13:37:01
23            Are any of the JAVA decompilers that have         13:37:08
24   been available in the last ten years free and open         13:37:13
25   source software?                                           13:37:17
```

```
1        MR. KWUN:  Objection.  Calls for                    13:37:20
2   speculation.                                             13:37:21
3        THE WITNESS:  I cannot tell you the                 13:37:22
4   licensing that I used on the decompilers in terms of,    13:37:25
5   you know, free as in beer rather than speech.  They      13:37:28
6   are definitely free as in beer.  Whether they are        13:37:32
7   free as in speech using an open source or GNU-based      13:37:35
8   license, I don't know that.  But I -- that is likely,    13:37:41
9   but I don't know.                                        13:37:42
10  BY MR. EBERHART:                                         13:37:43
11       Q.  And to translate from computer science open     13:37:43
12  source speak, when you say they are definitely free      13:37:49
13  as in beer, when you mean is that there are              13:37:51
14  decompilers for JAVA object code that can be obtained    13:37:55
15  without payment of money; correct?                       13:38:00
16       A.  Yes.                                            13:38:01
17           I will -- let me try to come back out of my     13:38:02
18  little nerdy vernacular and say, yes.  There are         13:38:06
19  decompilers that are available without cost to           13:38:09
20  developers.                                              13:38:12
21           Mr. Leigh is finding that very amusing, as      13:38:16
22  a sidebar.                                               13:38:21
23           MR. EBERHART:  Let's go ahead and mark          13:38:26
24  Exhibit 379.                                             13:38:36
25  ///
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    STATE OF CALIFORNIA  )
                          ) ss.
2    COUNTY OF KERN       )

3

4

5              I, B. Suzanne Hull, a Certified Shorthand
6    Reporter in the State of California, holding
7    Certificate Number 13495, do hereby certify that
8    OWEN ASTRACHAN, Ph.D., the witness named in the
9    foregoing deposition, was by me duly sworn; that said
10   deposition, was taken Friday, August 13, 2021, at the
11   time and place set forth on the first page hereof.
12             That upon the taking of the deposition, the
13   words of the witness were written down by me in
14   stenotypy and thereafter transcribed by computer
15   under my supervision; that the foregoing is a true
16   and correct transcript of the testimony given by the
17   witness.
18             Pursuant to Federal Rule 30(e), transcript
19   review was requested.
20             I further certify that I am neither counsel
21   for nor in any way related to any party to said
22   action, nor in any way interested in the result or
23   outcome thereof.
24   ///
25   ///
```

Page 283

```
1        Dated this 26th day of August, 2021, at
2   Bakersfield, California.
3
4
5                    [Signature]
6        B. Suzanne Hull, CSR No. 13495
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 284