# Ex. P

```
 1                        U.S. DISTRICT COURT
 2                  NORTHERN DISTRICT OF CALIFORNIA
 3                          OAKLAND DIVISION
 4                          _____
 5
            ELASTICSEARCH, INC., a    )Volume 2
 6          Delaware corporation,     )
            ELASTICSEARCH B.V., a     )
 7          Dutch corporation,        )
                                      )Case No.
 8                 Plaintiffs,        )4:19-cv-05553-YGR
                                      )
 9              vs.                   )
                                      )
10          Floragunn GmbH, a German  )
            corporation,              )
11                                    )
                   Defendant.         )
12                                    )
13                  ** HIGHLY CONFIDENTIAL **
14                 ** UNDER PROTECTIVE ORDER **
15                  ** ATTORNEY'S EYES ONLY **
16
17               REMOTE VIDEOTAPED DEPOSITION
18                           OF
19             30(b)(6) CORPORATE REPRESENTATIVE
20                   JOCHEN MICHAEL KRESSIN
21                   Tuesday, March 9, 2021
22                       Berlin, Germany
23
24
25      Reported by:  B. Suzanne Hull, CSR No. 13495
```

Page 48

```
 1                        APPEARANCES
 2
 3
 4
         For Plaintiffs:       O'Melveny & Myers, LLP
 5                             By MR. DAVID R. EBERHART
                                  MR. DANIEL LEIGH
 6                             Attorneys at Law
                               2 Embarcadero Center
 7                             Twenty-eighth Floor
                               San Francisco, California 94111
 8                             (415) 984-8700
                               deberhart@omm.com
 9                             dleigh@omm.com
10
11       For Defendant:        Kwun Bhansali Lazarus, LLP
                               By MR. MICHAEL S. KWUN
12                             Attorney at Law
                               555 Montgomery Street
13                             Suite 750
                               San Francisco, California 94111
14                             (415) 630-2350
                               mkwun@kblfirm.com
15
16
17
         The Videographer:     Jennifer Williams
18
         The Interpreter:      Kathi Stock
19
         Also Present:         Martin Walker
20
21
22
23
24
25

                                                   Page 49
```

| | | |
|---|---|---|
| 1 | A. I asked Mr. Saly if he decompiled any X-Pack | 18:11:53 |
| 2 | sources in order to get code into the Search Guard | 18:11:59 |
| 3 | code base. | 18:12:02 |
| 4 | Q. And what did Mr. Saly tell you? | 18:12:03 |
| 5 | A. Mr. Saly told me that he cannot remember -- | 18:12:07 |
| 6 | no. Sorry. That is not what he told me. He told me | 18:12:12 |
| 7 | that he hasn't decompiled any Elasticsearch -- no. | 18:12:15 |
| 8 | Any -- any X-Pack code in order to get to some | 18:12:19 |
| 9 | information that leads to any Search Guard code. | 18:12:24 |
| 10 | Q. Did you ever ask -- | 18:12:31 |
| 11 | A. Can I correct my statement because it was -- | 18:12:35 |
| 12 | it was not 100 percent correct. | 18:12:38 |
| 13 | So Mr. Saly told me that he did not | 18:12:39 |
| 14 | decompile X-Pack object code. That is actually what | 18:12:43 |
| 15 | he told me. | 18:12:47 |
| 16 | Q. Did Mr. Saly ever tell you whether or not he | 18:12:48 |
| 17 | decompiled Shield object code? | 18:12:51 |
| 18 | A. Well, when we use the phrase X-Pack, | 18:12:54 |
| 19 | sometimes it also includes Shield because it is the | 18:13:01 |
| 20 | predecessor product of -- of -- of X-Pack, but no. | 18:13:06 |
| 21 | Mr. Saly said that he has not decompiled Shield | 18:13:10 |
| 22 | object code for any creation of Search Guard, no. | 18:13:16 |
| 23 | Q. Isn't it a fact that Mr. Saly told you that | 18:13:20 |
| 24 | he couldn't remember whether he had decompiled any | 18:13:24 |
| 25 | Shield object code? | 18:13:28 |

Page 128

| | | |
|---|---|---|
| 1 | A.  Well, I don't -- I don't remember the exact | 18:13:40 |
| 2 | words that Mr. Saly used; so he couldn't remember if | 18:13:42 |
| 3 | he did; so in my opinion sitting here and today, | 18:13:46 |
| 4 | I think I remember that we talked about that, and | 18:13:49 |
| 5 | there was no decompilation process going on. | 18:13:52 |
| 6 | Q.  Well, that was your conclusion from the | 18:13:55 |
| 7 | conversation. | 18:13:58 |
| 8 | But the words Mr. Saly used were that he | 18:13:58 |
| 9 | couldn't remember decompiling Shield binaries; | 18:14:04 |
| 10 | correct? | 18:14:07 |
| 11 | A.  Well, again, sitting here and today, I don't | 18:14:08 |
| 12 | know if these were the exact words of Mr. Saly, but | 18:14:13 |
| 13 | it could -- could be that he used those words. | 18:14:16 |
| 14 | Q.  Other than talking to Mr. Saly about | 18:14:20 |
| 15 | decompilation, did you do anything else to determine | 18:14:26 |
| 16 | whether the person who had committed the code in | 18:14:30 |
| 17 | paragraph thirty-eight had reviewed the code in | 18:14:34 |
| 18 | paragraph thirty-nine of Exhibit 174? | 18:14:38 |
| 19 | A.  Well, in my opinion, the only way to review | 18:14:42 |
| 20 | that code would be by decompiling it and by asking | 18:14:51 |
| 21 | the question if a decompilation process was going on. | 18:14:56 |
| 22 | In my opinion, that includes the -- the review part; | 18:15:00 |
| 23 | so if one didn't decompile, one couldn't review the | 18:15:04 |
| 24 | code. | 18:15:09 |
| 25 | MR. EBERHART:  Could you read back the | 18:15:11 |

```
 1    question, please.                                          18:15:14
 2              (Requested portion of record read.)              18:15:15
 3              THE WITNESS:  I did not ask this specific        18:15:33
 4    question if the person reviewed the code that is --        18:15:35
 5    that is mentioned here.  I asked a broader question        18:15:39
 6    if there was decompilation or not -- or not.               18:15:42
 7    BY MR. EBERHART:                                           18:15:46
 8        Q.   Is Mr. Saly the person who committed the          18:15:50
 9    code in paragraph thirty-eight of Exhibit 174?             18:15:54
10        A.   Yes.                                              18:15:58
11        Q.   Other than asking the broader question about     18:15:58
12    decompilation, did you ask Mr. Saly any other              18:16:12
13    questions -- withdrawn.                                    18:16:18
14              Other than asking the broad question about      18:16:20
15    decompilation to Mr. Saly, did you do anything else       18:16:23
16    to determine whether he had reviewed the code in          18:16:26
17    Exhibit 39 before committing the code in Exhibit 38       18:16:26
18    [sic]?                                                    18:16:34
19        A.   Apart from asking him the question if he had    18:16:34
20    reviewed the code, there was nothing more that I did     18:16:37
21    to determine that because, in my opinion, it is -- it    18:16:45
22    is not -- not possible without decompiling code.         18:16:49
23        Q.   Taking a look at exhibit -- or sorry.           18:16:54
24    Paragraph forty-one, please.                             18:16:59
25        A.   Yes.                                            18:17:08
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

```
 1    Your code is open, but Elastic's code is also open;      19:48:44
 2    so so what?                                              19:48:49
 3         Q.   You go on -- as part of that paragraph you     19:48:50
 4    wrote:                                                   19:48:55
 5              "We will know which features they are          19:48:56
 6         working on currently, how certain things are        19:49:00
 7         implemented concept wise, and where they plan       19:49:02
 8         to take X-Pack next."                               19:49:05
 9         Correct?                                            19:49:06
10         A.   Correct.                                       19:49:07
11         Q.   And you wrote that because you meant that      19:49:08
12    floragunn would be able to review the X-Pack code to     19:49:10
13    determine the answers to those questions; correct?       19:49:14
14         A.   No.                                            19:49:19
15              I basically meant that with the opening of     19:49:19
16    the -- of the X-Pack code, it was not just opening       19:49:22
17    the X-Pack code.  But also mentioned in the -- in the    19:49:26
18    blog post, I think in that one -- or in one of the       19:49:32
19    blog posts -- sorry -- regarding opening the X-Pack      19:49:34
20    code there was also the statement that opening the       19:49:38
21    X-Pack code would lead to developing new features in     19:49:41
22    the public rather than -- well, how do you call it?      19:49:47
23    In private.  And that refers mainly to the GitHub        19:49:56
24    issues that were connected, a part of the X-Pack --      19:50:00
25    I'm sorry.  Of -- of the now-combined repository         19:50:09
```

Page 179

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | containing the -- sorry.  The Apache 2 license and | 19:50:12 |
| 2 | the X-Pack code. | 19:50:16 |
| 3 | So what I meant with that phrase or that | 19:50:17 |
| 4 | sentence is that it is not only opening the actual | 19:50:20 |
| 5 | code.  It is also opening the issues on GitHub. | 19:50:25 |
| 6 | Those have also been made available. | 19:50:31 |
| 7 | Q.   And you write: | 19:50:34 |
| 8 | "For example, we would have noticed | 19:50:41 |
| 9 | early on they were working on SAML." | 19:50:44 |
| 10 | Correct? | 19:50:46 |
| 11 | A.   Correct. | 19:50:47 |
| 12 | Q.   And what is SAML? | 19:50:47 |
| 13 | A.   SAML is a -- it is an authentication | 19:50:49 |
| 14 | standard and -- authentication and authorization | 19:50:57 |
| 15 | standard that is based on XML.  And it is used mainly | 19:51:00 |
| 16 | for implementing single sign-on.  And it is an | 19:51:08 |
| 17 | industry standard. | 19:51:17 |
| 18 | Q.   And by that sentence you meant that had the | 19:51:17 |
| 19 | X-Pack code been open, floragunn would have noticed | 19:51:21 |
| 20 | early on that Elastic was working on SAML; correct? | 19:51:24 |
| 21 | MR. KWUN:  Objection.  Misstates prior | 19:51:28 |
| 22 | testimony. | 19:51:30 |
| 23 | THE WITNESS:  So I was -- I was referring to | 19:51:32 |
| 24 | if the issues on GitHub are now open, there would | 19:51:35 |
| 25 | have been and -- most probably there would have been | 19:51:39 |

| | | |
|---|---|---|
| 1 | an issue or ticket, or whatever one wants to call it, | 19:51:43 |
| 2 | talking about SAML implementation. | 19:51:47 |
| 3 | And the reason why I am referring explicitly | 19:51:50 |
| 4 | to SAML in that particular case is that we have been | 19:51:54 |
| 5 | working on SAML support for quite -- quite some time. | 19:51:57 |
| 6 | And then at the -- at one of the -- the Elasticons | 19:52:03 |
| 7 | that I -- that I attended, they said that the next | 19:52:09 |
| 8 | version of X-Pack -- I don't remember which exact | 19:52:14 |
| 9 | version that was, but it was before the X-Pack code | 19:52:19 |
| 10 | was made open -- will also contain SAML support; so | 19:52:22 |
| 11 | we were working on it.  And at the same time it -- by | 19:52:27 |
| 12 | that -- by that statement at the Elasticon, it seemed | 19:52:32 |
| 13 | to me that Elastic was working on that -- on that as | 19:52:35 |
| 14 | well. | 19:52:38 |
| 15 | And while we thought that it would be -- it | 19:52:40 |
| 16 | would be kind of helpful for us, you know, to bring | 19:52:43 |
| 17 | out a fresh new feature to -- to Search Guard, it | 19:52:47 |
| 18 | was, to me, well, interesting to hear that this will, | 19:52:51 |
| 19 | you know, already come in one of the next versions of | 19:52:57 |
| 20 | X-Pack. | 19:53:00 |
| 21 | MR. EBERHART:  Why don't we take a short | 19:53:19 |
| 22 | break. | 19:53:22 |
| 23 | MR. KWUN:  Sounds good. | 19:53:22 |
| 24 | THE VIDEOGRAPHER:  We're going off the | 19:53:25 |
| 25 | record. | 19:53:26 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

1    STATE OF CALIFORNIA  )
                          ) ss.
2    COUNTY OF KERN       )

3

4

5            I, B. Suzanne Hull, a Certified Shorthand
6    Reporter in the State of California, holding
7    Certificate Number 13495, do hereby certify that
8    JOCHEN MICHAEL KRESSIN, the witness named in the
9    foregoing deposition, was by me duly sworn; that said
10   deposition, was taken Tuesday, March 9, 2021, at the
11   time and place set forth on the first page hereof.
12           That upon the taking of the deposition, the
13   words of the witness were written down by me in
14   stenotypy and thereafter transcribed by computer
15   under my supervision; that the foregoing is a true
16   and correct transcript of the testimony given by the
17   witness.
18           Pursuant to Federal Rule 30(e), transcript
19   review was requested.
20           I further certify that I am neither counsel
21   for nor in any way related to any party to said
22   action, nor in any way interested in the result or
23   outcome thereof.
24   ///
25   ///

Page 216

1      Dated this 13th day of March, 2021, at
2  Bakersfield, California.
3
4                    *[signature: Suzanne Hull]*
5           B. Suzanne Hull, CSR No. 13495
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25