# Ex. Q

# Entire Exhibit filed Under Seal