1   DAVID R. EBERHART (S.B. #195474)
    deberhart@omm.com
2   JAMES K. ROTHSTEIN (S.B. #267962)
    jrothstein@omm.com
3   DANIEL H. LEIGH (S.B. #310673)
    dleigh@omm.com
4   O'MELVENY & MYERS LLP
    Two Embarcadero Center
5   28th Floor
    San Francisco, California 94111-3823
6   Telephone:    +1 415 984 8700
    Facsimile:    +1 415 984 8701
7
    Attorneys for Plaintiffs
8   ELASTICSEARCH, INC. and
    ELASTICSEARCH B.V.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, and ELASTICSEARCH B.V., a Dutch corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>FLORAGUNN GmbH, a German corporation,<br><br>    Defendant. | Case No. 4:19-cv-05553-YGR<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO EXCLUDE PORTIONS OF TESTIMONY OF PLAINTIFFS' EXPERT MARTIN WALKER** |

Defendant floragunn GmbH ("floragunn") has moved the Court to exclude portions of the testimony of Plaintiffs Elasticsearch, Inc.'s and elasticsearch B.V.'s (collectively "Elastic") expert, Dr. Martin Walker, regarding (1) Dr. Walker's opinions on floragunn's access to Elastic source code through decompilation of Elastic binaries and (2) Dr. Walker's opinions that a reasonable, ordinary computer programmer would find certain Elastic and floragunn source code substantially similar in total concept and feel. The Court, having considered floragunn's Motion, Elastic's Opposition, any Reply of floragunn, the supporting Declarations, and the parties' arguments at hearing, hereby **DENIES** floragunn's Motion.

**IT IS THEREFORE ORDERED** that Plaintiffs' expert Dr. Martin Walker's opinions (1) regarding floragunn's access to Elastic source code through decompilation of Elastic binaries and (2) that a reasonable, ordinary computer programmer would find certain Elastic and floragunn source code substantially similar in total concept and feel shall not be excluded.

Dated: _____

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge

[PROPOSED] ORDER DENYING DEFENDANT'S MOT. TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERT MARTIN WALKER
Case No. 4:19-cv-05553-YGR
2