# Exhibit A

KWUN BHANSALI LAZARUS LLP
MICHAEL S. KWUN (SBN 198945)
mkwun@kblfirm.com
555 Montgomery St., Suite 750
San Francisco, CA 94111
Telephone: 415 630-2350
Facsimile: 415 367-1539


WUERSCH & GERING LLP
V. DAVID RIVKIN (admitted *pro hac vice*)
david.rivkin@wg-law.com
JUSTIN LEE (admitted *pro hac vice*)
justin.lee@wg-law.com
MICHAEL SENZER (admitted *pro hac vice*)
michael.senzer@wg-law.com
100 Wall St., 10th Fl.
New York, NY 10005
Telephone: 212 509-5050
Facsimile: 212 509-9559

Attorneys for Defendant
FLORAGUNN GmbH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, ELASTICSEARCH B.V., a Dutch corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FLORAGUNN GmbH, a German corporation,<br><br>Defendant. | Case No. 4:19-cv-05553-YGR (AGT)<br><br>**DECLARATION OF JOCHEN KRESSIN PURSUANT TO LOCAL CIVIL RULE 79-5(e)(1) IN PARTIAL SUPPORT OF GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Jochen Kressin, declare:

1. I am a founder, managing director, and co-CEO of defendant floragunn GmbH ("floragunn"). I make this declaration pursuant to Civil Local Rule 79-5(e) in partial support of redacting or sealing documents filed under seal pursuant to Plaintiffs' September 21, 2021 Administrative Motion to File Under Seal (Dkt. No. 188) (the "Sealing Motion"), which seeks to seal material relating to Plaintiffs' Opposition to floragunn's Motion to Exclude Portions of Testimony of Plaintiffs' Expert Martin Walker (Dkt. No. 190) ("Walker Opposition").

2. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

3. I have been informed by counsel that the following materials contain personal and private information about a former floragunn employee. floragunn has not publicly disclosed that information and treats it as confidential. Sealing of this material is necessary to protect this person's privacy interests:

   a. Walker Opposition at page 3, lines 27-28
   b. Walker Opposition at page 4, lines 3-4, 6, 11-13, and 17-18
   c. Walker Opposition at page 13, lines 7-10
   d. The highlighted portions of the third paragraph on the first page of the February 9, 2021 email from V. David Rivkin, counsel for Defendant floragunn GmbH in this matter to David Eberhart, counsel for Elastic in this matter (which I understand from counsel has been attached as Exhibit L to the Eberhart Declaration)
   e. The address, city, and signature for Hendrik Saly on the first and last pages of Exhibit 161 to my March 1, 2021 deposition of Jochen Kressin in this matter (which I understand from counsel has been attached as Exhibit H to the Eberhart Declaration)

4. The entirety of Exhibit 326 from my April 27, 2021 Rule 30(b)(6) deposition in this matter (which I understand from counsel has been attached as Exhibit Q to the Eberhart Declaration) explains floragunn's approach to integration testing, which is highly confidential, proprietary, and sensitive competitive business information. floragunn does not routinely publish

any of this information, and this information is generally considered highly sensitive and kept internal to floragunn. Sealing of this information is necessary because its disclosure could harm floragunn and benefit its competitors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on September 27, 2021 at Berlin, Germany.

_____
Jochen Kressin