# Ex. A

DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
JAMES K. ROTHSTEIN (S.B. #267962)
jrothstein@omm.com
DANIEL H. LEIGH (S.B. #310673)
dleigh@omm.com
ASHISH SUDHAKARAN (S.B. #312941)
asudhakaran@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701

Attorneys for Plaintiffs
ELASTICSEARCH, INC. and
ELASTICSEARCH B.V.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, and ELASTICSEARCH B.V., a Dutch corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FLORAGUNN GmbH, a German corporation,<br><br>Defendant. | Case No. 4:19-cv-05553-YGR<br><br>**DECLARATION OF STEVEN KEARNS PURSUANT TO LOCAL RULE 79-5(E)(1) IN PARTIAL SUPPORT OF DEFENDANT FLORAGUNN GMBH'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Steven Kearns, declare as follows:

1. I am a Vice President of Product Management for Plaintiffs Elasticsearch, Inc. and elasticsearch B.V. (collectively, "Elastic" or "Plaintiffs") in the above captioned matter. The following is based on my personal knowledge, and if called as a witness in this matter, I could and would testify under oath thereto.

2. I make this declaration pursuant to Civil Local Rule 79-5(e) in partial support of floragunn GmbH's ("floragunn") Administrative Motion to File Under Seal (Dkt. 191) portions of floragunn's Reply in Support of Motion to Exclude Portions of Testimony of Plaintiffs' Expert Matthew Lynde ("floragunn's Reply") (Dkt. 192).

3. I make this declaration in support of sealing portions of floragunn's Reply that contain Elastic's highly confidential, proprietary, and sensitive competitive business information. The disclosure of this information would likely cause substantial harm to the competitive position of Elastic

4. Portions of **Pages 1, 2, 4, 8, 9, and 10** of floragunn's Reply, as specified in the Declaration of James K. Rothstein, which I understand will be filed concurrently with this declaration, refer to and reflect highly confidential information about Elastic customers, sales, finances, and competitive assessments that Elastic does not disclose publicly. This information is derived from and reflects confidential Elastic sales figures and assessments of the competitive landscape for Elastic's products. Elastic treats this information as sensitive competitive information, and its public disclosure would harm Elastic and benefit Elastic's competitors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 27, 2021 at Lexington, Massachusetts.



/s/ Steven Kearns
　　　Steven Kearns