# EXHIBIT A

KWUN BHANSALI LAZARUS LLP
MICHAEL S. KWUN (SBN 198945)
mkwun@kblfirm.com
555 Montgomery St., Suite 750
San Francisco, CA 94111
Telephone: 415 630-2350
Facsimile: 415 367-1539


WUERSCH & GERING LLP
V. DAVID RIVKIN (admitted *pro hac vice*)
david.rivkin@wg-law.com
JUSTIN LEE (admitted *pro hac vice*)
justin.lee@wg-law.com
MICHAEL SENZER (admitted *pro hac vice*)
michael.senzer@wg-law.com
100 Wall St., 10th Fl.
New York, NY 10005
Telephone: 212 509-5050
Facsimile: 212 509-9559

Attorneys for Defendant
FLORAGUNN GmbH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, ELASTICSEARCH B.V., a Dutch corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FLORAGUNN GmbH, a German corporation,<br><br>Defendant. | Case No. 4:19-cv-05553-YGR<br><br>**DECLARATION OF JOCHEN KRESSIN PURSUANT TO LOCAL CIVIL RULE 79-5(e)(1) IN PARTIAL SUPPORT OF GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Jochen Kressin, declare:

    1.    I am a founder, managing director, and co-CEO of defendant floragunn GmbH ("floragunn"). I make this declaration pursuant to Civil Local Rule 79-5(e) in partial support of redacting or sealing documents filed under seal pursuant to Plaintiffs' September 28, 2021

Administrative Motion to File Under Seal (Dkt. No. 202) (the "Sealing Motion"), which seeks to seal material relating to Plaintiffs' Reply in Support of Motion to Exclude Portions of the Expert Testimony of Brian Buss (Dkt. No. 203) (the "Buss Reply").

2. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

3. As specified in the Declaration of V. David Rivkin dated October 4, 2021 (the "Rivkin Declaration"), which I understand will be filed concurrently with this declaration, portions of Plaintiffs' Buss Reply Memorandum of Points and Authorities ("MPA") contain and relate to floragunn's highly confidential, proprietary, and sensitive competitive business information. floragunn does not routinely publish this information, and this information is generally considered highly sensitive and kept internal to floragunn. Its disclosure could harm floragunn and benefit its competitors.

4. I understand from counsel that portions of the MPA refer to floragunn's confidential business information relating to, among other things, internal financial information and other sensitive business information, as well as relationships with businesses such as Amazon Web Services, Inc. This material is highly confidential to floragunn, and its disclosure would likely cause substantial harm to floragunn's competitive position and benefit its competitors. Sealing is therefore necessary to the extent indicated in the accompanying Rivkin Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on October 4, 2021 at Berlin, Germany.

_____
Jochen Kressin

---

DECLARATION OF JOCHEN KRESSIN PURSUANT TO CIVIL LOCAL RULE 79-5(e)(1) IN PARTIAL SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
No. 4:19-cv-05553-YGR -- 2

**CERTIFICATE OF SERVICE**

    I am an attorney with Wuersch & Gering LLP, counsel for Defendant in the above-referenced proceeding. I hereby certify that on October 4, 2021 I caused the foregoing Declaration of Jochen Kressin Pursuant to Civil Local Rule 79-5(e)(1) in Partial Support of Plaintiffs' Administrative Motion to File Under Seal to be served electronically via CM/ECF upon Plaintiffs Elasticsearch, Inc. and Elasticsearch B.V.

                                                                             */s/ Michael Senzer*
                                                                             Michael Senzer