# EXHIBIT B

| | |
|---|---|
| **Message** | |
| From: | Claudia Kressin [ckressin@floragunn.com] |
| Sent: | 1/2/2021 12:26:58 AM |
| To: | Hendrik Saly [hsaly@search-guard.com] |
| CC: | Hendrik's wife @search-guard.com]; Kressin Jochen [jkressin@floragunn.com] |
| Subject: | Re: vorschlag fuer mitte Januar |

Hellöchen,

danke für die Wünsche.

Genau, ein Ausflug fuer uns alle 5 (drei Salys u 2 Kressins) wäre ebenso möglich wie ein Treffen zu dritt daher hab ich das offen gelassen.
Das ab dem 10. evtl. Schule ist, ist natürlich doof. Ob ▮ einen Extra-Ausweis braucht weiss ich leider nicht.
So oder so würde ich reservieren denn allein wegen der Schlafgelegenheiten brauchen wir die entsprechende Unterkunft.

Ich kann hier frühestens am 15ten losfliegen tendiere eher zum 18ten. Ich lande in Frankfurt (Main) und irgendwo auf der Strecke kommt Jochen irgendwie/irgendwo dazu. Ich denke mit dem 'Firmenwagen' rüber fahren sollte die flexibelste Reiseform sein. Wegen Anzahl Übernachtungen 3 oder 4 stimme ich absolut zu ich bin flexibel... :)

Gern können wir sonst auch morgen mal telefonieren. Gute Nacht und liebe Grüsse, Claudia


jawoll
Am 01.01.21 um 18:19 schrieb Hendrik Saly:
> Huhu,
>
> Dir liebe Claudi auch erst einmal alles Gute für 2021.
> Es war zwar auch schön dieses Jahr (wir haben uns jeweils separat mit meinen Eltern und meiner Schwester getroffen) aber eigentlich wollten
> wir ja nach Leipzig was nicht ging und wir haben natürlich auch euch beide vermisst.
>
> Insofern finde ich die Idee ziemlich cool, bin mir aber ehrlich gesagt nicht sicher ob das jetzt so gemeint war, dass wir uns zu dritt oder zu fünft (inkl. Hendrik's wife und ▮
> treffen wollen. Letzteres geht ja nicht weil ▮ ab 10.1. (vermutlich) wieder Schule und er auch keinen gültigen Ausweis hat.
>
> Also ich wäre dabei, ist jetzt nur noch die Frage wegen eines etwas genaueren Termins. Eher Mitte oder eher Ende Januar und wie lange?
> IMHO asap und so 3-4 Nächte? Und Anreise? Hier im ▮ treffen und per Auto runter? Oder kommt ihr beide jeweils direkt per Flugzeug?
>
> Danke u. Viele Grüße
> Hendrik
>
> --
> Hendrik Saly
> CTO
> floragunn GmbH
> Tempelhofer Ufer 16
> 10963 Berlin
> +49 ▮
>
> Geschäftsführung: Claudia Kressin, Jochen Kressin
> Amtsgericht Charlottenburg HRB 147010
> USt-IdNr.: DE287373363
>
>> Am 01.01.2021 um 16:10 schrieb Claudia Kressin <ckressin@floragunn.com>:
>>
>> Liebe Hendrik's wife lieber Hendrik,
>> zunaechst Alles Gute zum neuen Jahr, ich hoffe ihr hattet gestern eine schöne Feier mit ▮ und der ganzen Familie.
>>
>> Wie bereits von Jochen angedroht, hier ein Vorschlag fuer ein Treffen im Januar:
>>

```
>> Das Hotel Turna in Liechtenstein hat Platz für uns alle. (www.turna.li)
>>
>> Liechtenstein? Jawoll, das war Absicht, A) war ich da noch nie und B) sind dort die Coronaregeln sehr
vernünftig.
>> Meine Idee ist wir fahren dort zusammen hin und verbringen ein paar Tage mal weg vom Alltag in schöner
Umgebung.
>>
>> Für euch ist es nicht allzu weit weg und bequem, ich chauffier euch gern hin und zurück ;)
>> Für Jochen ist es die beste der möglichen Optionen.
>> Für mich ist es eine Fortsetzung von meinem Aufenthalt hier in Irland aber bei und mit euch.
>> Generell denke ich nach einem Jahr ohne Team-Offsite in Holland und ohne Jahresend-Offsite im
Pfinztal, würde ich das gern als Ersatzveranstaltung wahrnehmen.
>>
>>
>> Was meint ihr, ist das überlegenswert?
>>
>>
>> Herzliche Grüsse, Claudia
>>
>>
>>
>> --
>> Claudia Kressin
>> CEO
>> floragunn GmbH
>> Tempelhofer Ufer 16
>> 10963 Berlin
>> +49 ███████████
>>
>> Geschäftsführung:
>> Claudia Kressin, Jochen Kressin
>> Amtsgericht Charlottenburg HRB 147010
>> USt-IdNr.: DE287373363
>>
>> +++ find us on LinkedIn:
>> https://www.linkedin.com/company/search-guard/
>> +++ follow us on twitter: https://twitter.com/searchguard
>> +++ like us on facebook: https://www.facebook.com/searchguard
>
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                    DEF055602