# EXHIBIT D

| From | To | Name | Type | Start date | Duration | Location |
|---|---|---|---|---|---|---|
| Me | ▇▇▇@gmail.com | ▇▇▇ | FaceTime | 12/29/2015 2:33 | 0h 28m 36s | |
| Me | ▇▇▇@gmail.com | ▇▇▇ | FaceTime | 12/29/2015 3:03 | 0h 00m 00s | |
| Me | ▇▇▇@gmail.com | ▇▇▇ | FaceTime | 12/31/2015 20:01 | 0h 00m 00s | |
| ckressininfo@▇▇▇.com | Me | Unknown | FaceTime | 1/4/2016 16:51 | 0h 08m 09s | |
| ckressininfo@▇▇▇.com | Me | Unknown | FaceTime | 1/7/2016 0:10 | 0h 01m 18s | |
| ckressininfo@▇▇▇.com | Me | Unknown | FaceTime | 1/12/2016 0:28 | 0h 00m 00s | |
| ckressininfo@▇▇▇.com | Me | Unknown | FaceTime | 1/17/2016 21:03 | 0h 00m 00s | |
| ckressininfo@▇▇▇.com | Me | Unknown | FaceTime | 1/17/2016 21:50 | 0h 00m 00s | |
| Me | ▇▇▇@firma-kressin.de | ▇▇▇ | FaceTime | 2/18/2016 21:13 | 0h 00m 00s | |
| Me | ▇▇▇@firma-kressin.de | ▇▇▇ | FaceTime | 2/20/2016 17:23 | 0h 00m 00s | |
| Me | ▇▇▇@firma-kressin.de | ▇▇▇ | FaceTime | 2/20/2016 21:01 | 0h 00m 00s | |
| Me | ▇▇▇@firma-kressin.de | ▇▇▇ | FaceTime | 2/20/2016 21:01 | 0h 00m 00s | |
| ▇▇▇@icloud.com | Me | Unknown | FaceTime | 2/21/2016 17:34 | 0h 00m 00s | |
| Me | ▇▇▇@icloud.com | Unknown | FaceTime | 2/21/2016 17:36 | 0h 08m 44s | |
| Me | ▇▇▇@icloud.com | Unknown | FaceTime | 2/22/2016 18:38 | 0h 00m 00s | |
| Me | +491▇▇▇ | ▇▇▇ | Standard | 2/22/2016 18:40 | 0h 00m 00s | Germany |
| ▇▇▇@icloud.com | Me | Unknown | FaceTime | 2/22/2016 18:40 | 0h 06m 06s | |
| Me | ▇▇▇@firma-kressin.de | ▇▇▇ | FaceTime | 2/27/2016 16:15 | 0h 00m 00s | |
| ▇▇▇@icloud.com | Me | Unknown | FaceTime | 3/1/2016 5:52 | 0h 00m 00s | |
| Me | +549 1155▇ | ▇▇▇ | Standard | 3/19/2016 21:50 | 0h 20m 47s | Argentina |
| +549 ▇▇▇ | Me | ▇▇▇ | Standard | 3/19/2016 22:13 | 0h 00m 00s | Argentina |
| +549 ▇▇▇ | Me | ▇▇▇ | Standard | 3/19/2016 22:13 | 0h 00m 00s | Argentina |
| Me | +549 1155▇ | ▇▇▇ | Standard | 3/19/2016 22:13 | 0h 00m 38s | Argentina |
| Me | +549 1155▇ | ▇▇▇ | Standard | 3/19/2016 22:13 | 0h 31m 49s | Argentina |
| Me | +549 1155▇ | ▇▇▇ | Standard | 4/1/2016 17:00 | 1h 05m 57s | Argentina |
| +549 ▇▇▇ | Me | ▇▇▇ | Standard | 4/1/2016 18:06 | 0h 09m 43s | Argentina |
| Me | +549 1155▇ | ▇▇▇ | Standard | 4/1/2016 18:17 | 0h 13m 46s | Argentina |
| Me | +549 1155▇ | ▇▇▇ | Standard | 4/1/2016 18:32 | 0h 19m 59s | Argentina |
| +49 1▇▇▇ | Me | Sonja Askarjan | Standard | 9/27/2016 20:12 | 0h 02m 51s | Germany |
| Me | +49 17922▇ | Hendrik | Standard | 1/31/2017 21:16 | 0h 11m 16s | Germany |
| Me | +49 17110▇ | ▇▇▇ | Standard | 3/30/2017 17:28 | 0h 08m 30s | Germany |
| +491▇▇▇ | Me | ▇▇▇ | Standard | 5/4/2017 11:48 | 0h 05m 11s | Germany |
| +491▇▇▇ | Me | ▇▇▇ | Standard | 6/21/2017 22:52 | 0h 00m 00s | Germany |
| Me | +491 6097▇ | ▇ | Standard | 6/21/2017 22:54 | 0h 00m 00s | Germany |
| +491▇▇▇ | Me | ▇ | Standard | 6/22/2017 19:18 | 0h 00m 00s | Germany |
| +491▇▇▇ | Me | ▇ | Standard | 2/9/2018 11:46 | 0h 00m 01s | Germany |
| +491▇▇▇ | Me | ▇ | Standard | 4/5/2018 12:18 | 0h 00m 00s | Germany |
| +491▇▇▇ | Me | ▇ | Standard | 8/17/2018 12:18 | 0h 00m 00s | Germany |
| +491▇▇▇ | Me | ▇ | Standard | 8/17/2018 12:18 | 0h 00m 00s | Germany |
| +491▇▇▇ | Me | Claudia | Standard | 11/28/2018 12:18 | 0h 00m 02s | Germany |
| +491▇▇▇ | Me | Claudia | Standard | 1/20/2019 12:16 | 0h 00m 33s | Germany |
| +491▇▇▇ | Me | Claudia | Standard | 1/20/2019 12:20 | 0h 00m 21s | Germany |
| Me | +491 5115▇ | Claudia | Standard | 1/20/2019 12:20 | 0h 00m 00s | Germany |
| +49 ▇▇▇ | Me | Andreas Riedel | Standard | 7/12/2019 16:53 | 0h 00m 00s | Germany |
| Me | +49 17922▇ | Hendrik | Standard | 7/26/2019 19:53 | 0h 00m 00s | Germany |
| +49 ▇▇▇ | Me | Andreas Riedel | Standard | 10/4/2019 13:52 | 0h 00m 00s | Germany |
| ckressininfo@▇▇▇.com | Me | Unknown | FaceTime | 11/14/2019 18:04 | 0h 00m 00s | |
| +491▇▇▇ | Me | Claudia | Standard | 11/17/2019 17:36 | 0h 00m 00s | Germany |
| +491▇▇▇ | Me | Claudia | Standard | 2/12/2020 22:02 | 0h 18m 04s | Germany |
| +491▇▇▇ | Me | Claudia | Standard | 2/14/2020 22:02 | 0h 46m 47s | Germany |
| +491▇▇▇ | Me | Claudia | Standard | 2/15/2020 11:12 | 0h 00m 00s | Germany |
| +491▇▇▇ | Me | Claudia | Standard | 2/21/2020 0:06 | 0h 00m 00s | Germany |
| +491▇▇▇ | Me | Claudia | Standard | 2/22/2020 18:59 | 0h 01m 58s | Germany |
| Me | +491 5115▇ | Claudia | Standard | 3/26/2020 12:29 | 0h 01m 18s | Germany |
| Me | +491 5115▇ | Claudia | Standard | 3/26/2020 12:29 | 0h 00m 30s | Germany |
| Me | +491 5115▇ | Claudia | Standard | 3/26/2020 12:31 | 0h 00m 14s | Germany |
| Me | +491 5115▇ | Claudia | Standard | 3/26/2020 12:31 | 1h 08m 44s | Germany |

| From | To | Name | Type | Date/Time | Duration | Country |
|---|---|---|---|---|---|---|
| Me | +491 51158▮ | Claudia | Standard | 4/11/2020 14:41 | 0h 00m 00s | Germany |
| Me | +491 51158▮ | Claudia | Standard | 4/11/2020 14:41 | 0h 00m 00s | Germany |
| +491 ▮ | Me | ▮ | Standard | 7/7/2020 19:23 | 0h 00m 00s | Germany |
| Me | +49 17554▮ | ▮ | Standard | 7/21/2020 20:29 | 0h 00m 00s | Germany |
| +49 ▮ | Me | ▮ | Standard | 7/21/2020 21:37 | 0h 00m 00s | Germany |
| +49 ▮ | Me | ▮ | Standard | 9/24/2020 21:26 | 0h 00m 00s | Germany |
| Me | +491 5115▮ | Claudia | Standard | 11/20/2020 18:12 | 0h 00m 00s | |
| ckressininfo@▮.com | Me | Unknown | FaceTime | 11/22/2020 23:06 | 0h 00m 00s | |
| +491 ▮ | Me | ▮ | Standard | 11/23/2020 17:36 | 0h 00m 00s | |
| Me | +49 1636▮ | Mechthild Wetekam | Standard | 12/15/2020 15:24 | 0h 00m 00s | |
| Me | +49 1636▮ | Mechthild Wetekam | Standard | 12/17/2020 15:53 | 0h 00m 00s | |
| +491 ▮ | Me | ▮ | Standard | 12/31/2020 12:58 | 0h 00m 00s | |
| Me | +491 ▮ | ▮ | Standard | 12/31/2020 13:03 | 0h 06m 53s | |
| Me | ▮@gmail.com | ▮ | FaceTime | 3/19/2021 12:58 | 0h 00m 00s | |
| +491 ▮ | Me | Claudia | Standard | 5/7/2021 22:45 | 0h 25m 39s | |
| +49 ▮ | Me | Unknown | Standard | 5/20/2021 15:17 | 0h 00m 00s | |
| +49 ▮ | Me | ▮ | Standard | 5/22/2021 12:57 | 0h 00m 00s | |
| +491 ▮ | Me | Claudia | Standard | 7/20/2021 20:08 | 0h 31m 48s | |
| +491 ▮ | Me | Claudia | Standard | 7/20/2021 20:42 | 0h 00m 50s | |
| Me | +491 ▮ | Claudia | Standard | 7/20/2021 22:07 | 0h 22m 45s | |
| Me | ▮ | ▮ | Standard | 7/21/2021 14:01 | 0h 08m 01s | |
| +491 ▮ | Me | Claudia | Standard | 7/21/2021 14:20 | 0h 26m 50s | |
| Me | +491 5115▮ | Claudia | Standard | 7/21/2021 14:45 | 0h 07m 22s | |
| Me | +49 16361▮ | Mechthild Wetekam | Standard | 7/21/2021 14:45 | 0h 12m 03s | |
| +491 ▮ | Me | Claudia | Standard | 7/21/2021 16:32 | 0h 09m 08s | |
| Me | +491 5115▮ | Claudia | Standard | 7/21/2021 17:04 | 0h 10m 42s | |
| Me | +491 5115▮ | Claudia | Standard | 7/21/2021 19:48 | 0h 00m 02s | |
| +491 ▮ | Me | Claudia | Standard | 7/21/2021 19:50 | 0h 06m 46s | |
| +491 ▮ | Me | Claudia | Standard | 7/21/2021 21:01 | 0h 00m 24s | |
| Me | +491 5115▮ | Claudia | Standard | 7/21/2021 21:01 | 0h 11m 39s | |
| +491 ▮ | Me | Claudia | Standard | 7/21/2021 21:48 | 0h 06m 56s | |
| Me | +49 16361▮ | Mechthild Wetekam | Standard | 7/22/2021 20:33 | 0h 24m 33s | |
| Me | +491 5115▮ | Claudia | Standard | 7/23/2021 13:03 | 0h 07m 28s | |
| Me | +491 5115▮ | Claudia | Standard | 7/23/2021 15:41 | 0h 44m 53s | |
| Me | ▮ | V. Rivkin | Standard | 7/23/2021 18:38 | 0h 33m 40s | |
| Me | +491 5115▮ | Claudia | Standard | 7/23/2021 19:12 | 0h 27m 44s | |
| +49 ▮ | Me | Jasper Hagenberg | Standard | 7/24/2021 10:53 | 0h 15m 38s | |
| Me | +491 5115▮ | Claudia | Standard | 7/26/2021 19:46 | 0h 00m 01s | |
| +491 ▮ | Me | Claudia | Standard | 7/26/2021 19:46 | 0h 14m 23s | |
| Me | +491 5115▮ | Claudia | Standard | 7/27/2021 11:59 | 0h 12m 52s | |
| Me | +491 5115▮ | Claudia | Standard | 7/28/2021 11:40 | 0h 21m 21s | |
| Me | +49 16361▮ | Mechthild Wetekam | Standard | 7/28/2021 14:09 | 0h 00m 46s | |
| Me | +491 5115▮ | Claudia | Standard | 7/28/2021 14:22 | 0h 00m 02s | |
| Me | +49 30890▮ | Unknown | Standard | 7/29/2021 14:54 | 0h 00m 24s | |
| Me | +491 5221▮ | Thomas Mahler | Standard | 7/29/2021 18:44 | 0h 00m 34s | |
| Me | +491 5221▮ | Thomas Mahler | Standard | 7/29/2021 18:44 | 0h 10m 59s | |
| +491 ▮ | Me | Claudia | Standard | 7/29/2021 19:14 | 0h 29m 37s | |
| +491 ▮ | Me | Claudia | Standard | 7/29/2021 20:05 | 0h 09m 02s | |
| Me | +49 30890▮ | Unknown | Standard | 7/30/2021 12:25 | 0h 00m 15s | |
| Me | +49 30890▮ | Unknown | Standard | 7/30/2021 12:57 | 0h 00m 57s | |
| +49 ▮ | Me | Unknown | Standard | 7/30/2021 13:22 | 0h 00m 00s | |
| Me | +49 30890▮ | Unknown | Standard | 7/30/2021 13:52 | 0h 00m 24s | |
| +49 ▮ | Me | Jasper Hagenberg | Standard | 8/2/2021 18:32 | 0h 00m 00s | |
| +491 ▮ | Me | Claudia | Standard | 8/2/2021 18:55 | 0h 58m 16s | |
| Me | +49 16388▮ | Jasper Hagenberg | Standard | 8/2/2021 20:14 | 0h 01m 12s | |
| Me | +491 5115▮ | Claudia | Standard | 8/2/2021 22:56 | 0h 00m 02s | |
| Me | +491 5115▮ | Claudia | Standard | 8/3/2021 12:44 | 0h 10m 20s | |
| Me | +491 5115▮ | Claudia | Standard | 8/3/2021 14:43 | 0h 39m 28s | |

| From | To | Name | Type | Date/Time | Duration |
|---|---|---|---|---|---|
| Me | +49 16361▇ | Mechthild Wetekam | Standard | 8/3/2021 14:43 | 0h 39m 13s |
| Me | +49 16388▇ | Jasper Hagenberg | Standard | 8/3/2021 15:24 | 0h 16m 51s |
| Me | +491 5115▇ | Claudia | Standard | 8/3/2021 15:41 | 0h 11m 24s |
| Me | +49 16361▇ | Mechthild Wetekam | Standard | 8/3/2021 15:41 | 0h 11m 00s |
| Me | +491 5115▇ | Claudia | Standard | 8/3/2021 17:34 | 0h 18m 43s |
| Me | +49 16361▇ | Mechthild Wetekam | Standard | 8/4/2021 11:21 | 0h 36m 11s |
| Me | +491 5115▇ | Claudia | Standard | 8/4/2021 11:23 | 0h 35m 47s |
| +491 ▇ | Me | Claudia | Standard | 8/4/2021 12:46 | 0h 07m 52s |
| Me | +491 5115▇ | Claudia | Standard | 8/4/2021 20:52 | 0h 43m 14s |
| Me | +491 5115▇ | Claudia | Standard | 8/5/2021 0:17 | 0h 15m 45s |
| Me | +49 16361▇ | Mechthild Wetekam | Standard | 8/5/2021 0:30 | 0h 04m 56s |
| Me | +491 5115▇ | Claudia | Standard | 8/5/2021 0:34 | 0h 20m 33s |
| Me | +49 16361▇ | Mechthild Wetekam | Standard | 8/5/2021 0:38 | 0h 18m 49s |
| +491 ▇ | Me | Claudia | Standard | 8/5/2021 0:58 | 0h 05m 12s |
| Me | +1 42560▇ | David Bennett | Standard | 8/5/2021 1:00 | 0h 00m 00s |
| Me | +1 42546▇ | David Bennett | Standard | 8/5/2021 1:02 | 0h 01m 24s |
| +491 ▇ | Me | Claudia | Standard | 8/5/2021 1:15 | 0h 47m 17s |
| Me | +491 511▇ | Claudia | Standard | 8/5/2021 10:06 | 0h 00m 04s |
| +491 ▇ | Me | Claudia | Standard | 8/5/2021 10:06 | 0h 02m 02s |
| Me | +491 5115▇ | Claudia | Standard | 8/5/2021 10:08 | 0h 16m 58s |
| Me | +491 5115▇ | Claudia | Standard | 8/5/2021 10:46 | 0h 20m 39s |
| Me | +49 1638▇ | Jasper Hagenberg | Standard | 8/5/2021 10:49 | 0h 18m 47s |
| Me | +491 511▇ | Claudia | Standard | 8/5/2021 11:44 | 0h 00m 02s |
| +491 ▇ | Me | Claudia | Standard | 8/5/2021 11:44 | 0h 00m 38s |
| Me | +491 762▇ | ▇ | Standard | 8/5/2021 11:44 | 0h 13m 57s |
| +491 ▇ | Me | Claudia | Standard | 8/5/2021 12:59 | 0h 03m 00s |
| Me | +491 511▇ | Claudia | Standard | 8/5/2021 16:30 | 0h 00m 03s |
| +491 ▇ | Me | Claudia | Standard | 8/5/2021 16:38 | 0h 01m 53s |
| Me | +49 1711▇ | ▇ | Standard | 8/5/2021 16:49 | 0h 00m 06s |
| Me | +491 609▇ | ▇ | Standard | 8/5/2021 16:49 | 0h 05m 49s |
| +49 ▇ | Me | Hendrik | Standard | 8/5/2021 17:04 | 0h 00m 32s |
| +49 ▇ | Me | ▇ | Standard | 8/5/2021 17:08 | 0h 07m 13s |
| Me | ▇ | V. Rivkin | Standard | 8/5/2021 21:46 | 0h 27m 00s |
| +491 ▇ | Me | Claudia | Standard | 8/6/2021 11:50 | 1h 24m 26s |
| +4 ▇ | Me | Unknown | Standard | 8/6/2021 13:12 | 0h 00m 00s |
| Me | +491 5115▇ | Claudia | Standard | 8/6/2021 17:28 | 1h 04m 07s |
| Me | +491 5115▇ | Claudia | Standard | 8/6/2021 18:34 | 0h 00m 02s |
| Me | +491 5115▇ | Claudia | Standard | 8/6/2021 20:12 | 0h 01m 51s |
| Me | +491 5115▇ | Claudia | Standard | 8/7/2021 15:07 | 0h 55m 52s |
| Me | +491 5115▇ | Claudia | Standard | 8/8/2021 11:04 | 0h 00m 05s |
| Me | +491 5115▇ | Claudia | Standard | 8/8/2021 11:33 | 0h 02m 46s |
| +491 ▇ | Me | Claudia | Standard | 8/8/2021 11:36 | 0h 02m 17s |
| Me | +491 5115▇ | Claudia | Standard | 8/8/2021 20:10 | 0h 13m 26s |
| Me | +491 5115▇ | Claudia | Standard | 8/9/2021 22:03 | 1h 57m 16s |
| +491 ▇ | Me | Claudia | Standard | 8/10/2021 0:28 | 0h 01m 29s |
| Me | +491 5115▇ | Claudia | Standard | 8/10/2021 15:54 | 0h 01m 22s |
| Me | +491 5115▇ | Claudia | Standard | 8/10/2021 19:29 | 0h 39m 37s |
| Me | +49 16361▇ | Mechthild Wetekam | Standard | 8/10/2021 19:31 | 0h 38m 21s |
| +491 ▇ | Me | Claudia | Standard | 8/10/2021 21:18 | 0h 34m 52s |
| Me | +491 511▇ | Claudia | Standard | 8/11/2021 16:04 | 0h 51m 08s |
| Me | +49 1636▇ | Mechthild Wetekam | Standard | 8/11/2021 16:04 | 0h 50m 47s |
| Me | +49 1636▇ | Mechthild Wetekam | Standard | 8/11/2021 17:21 | 0h 00m 20s |
| Me | +491 511▇ | Claudia | Standard | 8/11/2021 17:21 | 0h 09m 11s |
| Me | +49 1636▇ | Mechthild Wetekam | Standard | 8/11/2021 17:21 | 0h 08m 58s |
| Me | +491 511▇ | ▇ | Standard | 8/11/2021 19:21 | 0h 00m 00s |
| +491 ▇ | Me | ▇ | Standard | 8/11/2021 19:29 | 1h 14m 27s |
| Me | ▇ | V. Rivkin | Standard | 8/11/2021 20:44 | 0h 12m 00s |
| +491 ▇ | Me | Claudia | Standard | 8/11/2021 20:57 | 0h 00m 00s |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
DEF055727

| From | To | Name | Type | Date/Time | Duration |
|---|---|---|---|---|---|
| Me | | V. Rivkin | Standard | 8/11/2021 20:59 | 0h 00m 46s |
| Me | | V. Rivkin | Standard | 8/11/2021 20:59 | 0h 01m 36s |
| +491█ | Me | Claudia | Standard | 8/11/2021 21:29 | 0h 00m 00s |
| Me | +491 5115█ | Claudia | Standard | 8/11/2021 21:29 | 0h 00m 04s |
| Me | +491 5115█ | Claudia | Standard | 8/11/2021 21:29 | 0h 00m 00s |
| Me | +491 5115█ | Claudia | Standard | 8/11/2021 21:29 | 0h 25m 23s |
| +491█ | Me | Claudia | Standard | 8/12/2021 12:03 | 0h 00m 00s |
| +491█ | Me | Claudia | Standard | 8/12/2021 12:03 | 0h 00m 00s |
| Me | +491 5115█ | Claudia | Standard | 8/12/2021 12:20 | 0h 00m 05s |
| Me | +491 5115█ | Claudia | Standard | 8/12/2021 12:20 | 0h 00m 02s |
| Me | +491 5115█ | Claudia | Standard | 8/12/2021 12:42 | 0h 00m 06s |
| +491█ | Me | Claudia | Standard | 8/12/2021 12:50 | 0h 02m 06s |
| +491█ | Me | Claudia | Standard | 8/12/2021 19:12 | 0h 01m 35s |
| Me | +491 51158█ | Claudia | Standard | 8/12/2021 19:14 | 0h 04m 32s |
| +491█ | Me | Claudia | Standard | 8/13/2021 11:27 | 0h 00m 00s |
| Me | +491 51158█ | Claudia | Standard | 8/13/2021 11:27 | 0h 10m 14s |
| +491█ | Me | Claudia | Standard | 8/13/2021 11:50 | 0h 05m 20s |
| +4█ | Me | Unknown | Standard | 8/13/2021 13:35 | 0h 00m 00s |
| +4█ | Me | Unknown | Standard | 8/16/2021 10:57 | 0h 00m 00s |
| Me | +49 1636█ | Mechthild Wetekam | Standard | 8/16/2021 13:44 | 0h 00m 00s |
| +4█ | Me | Unknown | Standard | 8/16/2021 16:34 | 0h 00m 00s |
| Me | +49 1636█ | Mechthild Wetekam | Standard | 8/17/2021 16:21 | 0h 19m 27s |
| +491█ | Me | Claudia | Standard | 8/18/2021 14:50 | 0h 00m 12s |
| Me | █ | Unknown | Standard | 8/18/2021 20:52 | 0h 36m 12s |
| Me | +491 5115█ | Claudia | Standard | 8/18/2021 21:56 | 1h 59m 00s |
| Me | +491 5115█ | Claudia | Standard | 8/18/2021 23:56 | 1h 37m 54s |
| +491█ | Me | Claudia | Standard | 8/18/2021 23:56 | 0h 00m 00s |
| Me | +491 5115█ | Claudia | Standard | 8/19/2021 21:58 | 0h 00m 09s |
| Me | +491 5115█ | Claudia | Standard | 8/19/2021 22:05 | 0h 13m 15s |
| Me | +491 5115█ | Claudia | Standard | 8/20/2021 16:49 | 0h 00m 02s |
| +491█ | Me | Claudia | Standard | 8/20/2021 16:49 | 0h 01m 55s |
| Me | +491 5112█ | █ | Standard | 8/20/2021 16:51 | 0h 00m 02s |
| +491█ | Me | █ | Standard | 8/20/2021 16:53 | 0h 14m 01s |
| +491█ | Me | █ | Standard | 8/20/2021 17:32 | 0h 09m 58s |
| Me | +491 5115█ | Claudia | Standard | 8/20/2021 22:48 | 1h 58m 18s |
| +491█ | Me | Claudia | Standard | 8/21/2021 13:37 | 0h 08m 33s |
| +491█ | Me | Claudia | Standard | 8/21/2021 14:39 | 0h 00m 52s |
| +491█ | Me | Claudia | Standard | 8/21/2021 15:39 | 0h 02m 02s |
| +491█ | Me | Claudia | Standard | 8/21/2021 20:29 | 0h 00m 00s |
| Me | +491 5115█ | Claudia | Standard | 8/21/2021 20:29 | 0h 44m 56s |
| Me | +491 5115█ | Claudia | Standard | 8/21/2021 21:16 | 0h 03m 21s |
| Me | +491 5115█ | Claudia | Standard | 8/21/2021 21:50 | 0h 00m 02s |
| +491█ | Me | Claudia | Standard | 8/21/2021 21:54 | 0h 21m 10s |
| Me | +491 5115█ | Claudia | Standard | 8/22/2021 0:45 | 0h 43m 33s |
| Me | +491 5115█ | Claudia | Standard | 8/22/2021 11:25 | 1h 00m 31s |
| +491█ | Me | Claudia | Standard | 8/22/2021 14:41 | 0h 25m 26s |
| Me | +491 51158█ | Claudia | Standard | 8/22/2021 15:07 | 0h 31m 03s |
| +491█ | Me | Claudia | Standard | 8/22/2021 18:27 | 0h 20m 21s |
| Me | +491 51158█ | Claudia | Standard | 8/22/2021 20:10 | 0h 43m 45s |
| +491█ | Me | Claudia | Standard | 8/22/2021 21:39 | 1h 07m 25s |
| +4█ | Me | Unknown | Standard | 8/23/2021 13:39 | 0h 08m 44s |
| +49█ | Me | Jasper Hagenberg | Standard | 8/23/2021 16:13 | 0h 11m 56s |
| Me | +491 51158█ | Claudia | Standard | 8/23/2021 16:26 | 0h 28m 02s |
| +491█ | Me | Claudia | Standard | 8/23/2021 17:08 | 0h 02m 11s |
| Me | +491 51158█ | Claudia | Standard | 8/23/2021 20:33 | 0h 00m 02s |
| +491█ | Me | Claudia | Standard | 8/23/2021 22:16 | 1h 29m 30s |
| Me | +491 5115█ | Claudia | Standard | 8/24/2021 9:36 | 0h 00m 08s |
| Me | +491 5115█ | Claudia | Standard | 8/24/2021 9:36 | 0h 00m 00s |

| From | To | Contact | Type | Date/Time | Duration |
|---|---|---|---|---|---|
| +491 ▮ | Me | Claudia | Standard | 8/24/2021 9:38 | 0h 00m 00s |
| +491 ▮ | Me | Claudia | Standard | 8/24/2021 9:38 | 0h 00m 00s |
| Me | +491 51158▮ | Claudia | Standard | 8/24/2021 9:38 | 0h 14m 51s |
| +491 ▮ | Me | Claudia | Standard | 8/24/2021 10:14 | 0h 15m 20s |
| Me | +491 5115▮ | Claudia | Standard | 8/24/2021 13:46 | 0h 22m 48s |
| Me | +491 5115▮ | Claudia | Standard | 8/24/2021 16:09 | 0h 05m 32s |
| Me | +491 5115▮ | Claudia | Standard | 8/24/2021 20:44 | 1h 00m 56s |
| Me | +491 5115▮ | Claudia | Standard | 8/24/2021 22:50 | 0h 38m 38s |
| +491 ▮ | Me | Claudia | Standard | 8/25/2021 12:33 | 0h 00m 00s |
| Me | +491 5115▮ | Claudia | Standard | 8/25/2021 12:42 | 0h 02m 46s |
| +49 ▮ | Me | Mechthild Wetekam | Standard | 8/25/2021 13:14 | 0h 02m 42s |
| Me | +491 51158▮ | Claudia | Standard | 8/25/2021 17:00 | 0h 07m 02s |
| +491 ▮ | Me | Claudia | Standard | 8/25/2021 17:10 | 0h 00m 20s |
| +491 ▮ | Me | Claudia | Standard | 8/25/2021 18:57 | 0h 01m 23s |
| +491 ▮ | Me | Claudia | Standard | 8/25/2021 19:38 | 0h 00m 14s |
| Me | +491 5115▮ | Claudia | Standard | 8/25/2021 19:46 | 0h 12m 39s |
| +491 ▮ | Me | Claudia | Standard | 8/25/2021 23:32 | 0h 00m 00s |
| Me | +491 5115▮ | Claudia | Standard | 8/25/2021 23:37 | 0h 25m 48s |
| +491 ▮ | Me | Claudia | Standard | 8/26/2021 0:11 | 0h 02m 20s |
| +491 ▮ | Me | Claudia | Standard | 8/26/2021 0:43 | 0h 00m 00s |
| Me | +491 5115▮ | Claudia | Standard | 8/26/2021 0:43 | 0h 04m 10s |
| +491 ▮ | Me | Claudia | Standard | 8/26/2021 9:06 | 0h 01m 24s |
| +491 ▮ | Me | Claudia | Standard | 8/26/2021 9:51 | 0h 00m 08s |
| Me | +491 51158▮ | Claudia | Standard | 8/26/2021 9:51 | 0h 00m 00s |
| +491 ▮ | Me | Claudia | Standard | 8/26/2021 9:51 | 0h 12m 01s |
| Me | +491 51158▮ | Claudia | Standard | 8/26/2021 10:21 | 0h 02m 37s |
| Me | +491 51158▮ | Claudia | Standard | 8/26/2021 15:02 | 0h 00m 03s |
| +491 ▮ | Me | Claudia | Standard | 8/26/2021 15:07 | 0h 12m 09s |
| +491 ▮ | Me | Claudia | Standard | 8/26/2021 15:20 | 0h 00m 37s |
| +491 ▮ | Me | Claudia | Standard | 8/26/2021 15:24 | 0h 00m 20s |
| +49 ▮ | Me | Jasper Hagenberg | Standard | 8/26/2021 18:46 | 0h 00m 31s |
| +491 ▮ | Me | Claudia | Standard | 8/26/2021 21:31 | 0h 00m 00s |
| Me | +491 5115▮ | Claudia | Standard | 8/26/2021 21:35 | 0h 36m 57s |
| Me | +49 1636▮ | Mechthild Wetekam | Standard | 8/27/2021 11:57 | 0h 18m 29s |
| +491 ▮ | Me | ▮ | Standard | 8/27/2021 17:08 | 0h 00m 00s |
| Me | +491 5115▮ | Claudia | Standard | 8/29/2021 21:52 | 0h 27m 10s |
| Me | +491 5115▮ | Claudia | Standard | 8/30/2021 10:49 | 0h 27m 50s |
| Me | +491 5115▮ | Claudia | Standard | 8/30/2021 13:12 | 0h 18m 42s |
| Me | +491 5115▮ | Claudia | Standard | 8/30/2021 17:10 | 0h 05m 03s |
| Me | +491 5115▮ | Claudia | Standard | 8/30/2021 19:44 | 0h 08m 48s |
| +491 ▮ | Me | Claudia | Standard | 8/30/2021 20:46 | 0h 06m 48s |
| Me | +491 5115▮ | Claudia | Standard | 8/30/2021 22:52 | 1h 12m 35s |
| +491 ▮ | Me | Claudia | Standard | 8/31/2021 13:22 | 0h 21m 36s |

Bandwidth Used
146.5 MB
8.1 KB
0 bytes
3.3 MB
1.1 MB
0 bytes
0 bytes
0 bytes
0 bytes
8.1 KB
8.1 KB
0 bytes
0 bytes
10.1 MB
8.1 KB
0 bytes
21.0 MB
8.1 KB
0 bytes
138.5 MB
0 bytes
0 bytes
3.7 MB
288.7 MB
655.2 MB
75.5 MB
93.2 MB
191.7 MB
7.5 MB
193.5 MB
20.3 MB
14.6 MB
0 bytes

0 bytes
72.2 KB



145.4 KB
146.5 KB
74.8 KB
31.1 KB

25.0 KB




483.9 MB
143.3 MB


7.0 MB
2.8 MB
7.3 MB
153.7 KB
176.2 MB

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
DEF055730

24.5 KB
8.2 KB

61.7 MB
0 bytes
845.3 MB

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
DEF055731