# EXHIBIT E

| From | To | Name | Type | Start date | Duration | Location | Bandwidth Used |
|---|---|---|---|---|---|---|---|
| +491 | Me | Jochen Kressin | Standard | 7/27/2021 11:59 | 0h 12m 53s | | |
| Me | +49 17922 | hendrik saly | Standard | 7/27/2021 13:54 | 0h 09m 34s | | |
| Me | +49 46261 | fahrzeugdienst Silberstedt | Standard | 7/27/2021 14:07 | 0h 03m 17s | | |
| +491 | Me | Jochen Kressin | Standard | 7/28/2021 11:40 | 0h 21m 22s | | |
| Me | +491 5150 | Jochen Kressin | Standard | 7/28/2021 14:09 | 0h 00m 02s | | |
| +491 | Me | Jochen Kressin | Standard | 7/28/2021 14:22 | 0h 00m 00s | | |
| Me | +491 5150 | Jochen Kressin | Standard | 7/28/2021 14:28 | 0h 00m 00s | | |
| Me | +35 37191 | Unknown | Standard | 7/28/2021 15:43 | 0h 00m 29s | | |
| Me | +35 37191 | Unknown | Standard | 7/28/2021 15:43 | 0h 04m 47s | | |
| Me | +49 16383 | sonja | Standard | 7/28/2021 16:32 | 0h 00m 00s | | |
| Me | +35 37191 | Hertz Sligo Wine Street | Standard | 7/28/2021 16:56 | 0h 00m 26s | | |
| +49 | Me | sonja | Standard | 7/29/2021 9:17 | 0h 13m 29s | | |
| Me | +491 5150 | Jochen Kressin | Standard | 7/29/2021 17:17 | 0h 00m 02s | | |
| Me | +491 5150 | Jochen Kressin | Standard | 7/29/2021 19:14 | 0h 29m 38s | | |
| Me | +491 5150 | Jochen Kressin | Standard | 7/29/2021 20:05 | 0h 09m 01s | | |
| Me | +491 5221 | Thomas Mahler | Standard | 7/30/2021 18:12 | 0h 01m 31s | | |
| Me | +49 16239 | | Standard | 8/2/2021 0:06 | 0h 10m 01s | | |
| Me | +35 38734 | | Standard | 8/2/2021 0:28 | 0h 05m 24s | | |
| +35 | Me | | Standard | 8/2/2021 17:40 | 0h 00m 00s | | |
| Me | +491 5150 | Jochen Kressin | Standard | 8/2/2021 18:55 | 0h 58m 18s | | |
| Me | +35 37191 | Bistro Bianconi | Standard | 8/2/2021 20:57 | 0h 02m 44s | | |
| +491 | Me | Jochen Kressin | Standard | 8/2/2021 22:56 | 0h 00m 00s | | |
| Me | +491 5150 | Jochen Kressin | Standard | 8/2/2021 23:17 | 0h 00m 00s | | |
| Me | 17643 | | Standard | 8/3/2021 11:06 | 0h 00m 00s | | |
| Me | +491 7643 | | Standard | 8/3/2021 11:06 | 0h 09m 07s | | |
| Me | +491 7643 | | Standard | 8/3/2021 11:18 | 0h 06m 33s | | |
| Me | +491 7643 | | Standard | 8/3/2021 11:33 | 0h 26m 25s | | |
| +491 | Me | Jochen Kressin | Standard | 8/3/2021 12:44 | 0h 10m 22s | | |
| +491 | Me | | Standard | 8/3/2021 13:31 | 0h 00m 00s | | |
| Me | +491 7643 | | Standard | 8/3/2021 13:31 | 0h 31m 31s | | |
| +491 | Me | Jochen Kressin | Standard | 8/3/2021 14:43 | 0h 39m 29s | | |
| +491 | Me | Jochen Kressin | Standard | 8/3/2021 15:41 | 0h 11m 25s | | |
| +491 | Me | Jochen Kressin | Standard | 8/3/2021 17:34 | 0h 18m 44s | | |
| +35 | Me | | Standard | 8/3/2021 17:49 | 0h 00m 00s | | |
| +491 | Me | Jochen Kressin | Standard | 8/4/2021 11:23 | 0h 35m 47s | | |
| Me | +491 5150 | Jochen Kressin | Standard | 8/4/2021 12:46 | 0h 07m 53s | | |
| Me | +49 16361 | Mechthild Wetekam | Standard | 8/4/2021 12:57 | 0h 00m 03s | | |
| +49 | Me | Mechthild Wetekam | Standard | 8/4/2021 12:59 | 0h 11m 38s | | |
| Me | +491 7643 | | Standard | 8/4/2021 14:11 | 0h 00m 38s | | |
| +491 | Me | Jochen Kressin | Standard | 8/4/2021 20:52 | 0h 43m 17s | | |
| Me | +491 6097 | | Standard | 8/4/2021 21:35 | 0h 00m 03s | | |
| +491 | Me | | Standard | 8/4/2021 21:39 | 0h 00m 00s | | |
| Me | +491 6097 | | Standard | 8/4/2021 21:39 | 0h 32m 23s | | |
| +491 | Me | Jochen Kressin | Standard | 8/5/2021 0:17 | 0h 15m 46s | | |
| +491 | Me | Jochen Kressin | Standard | 8/5/2021 0:34 | 0h 20m 33s | | |
| Me | +491 5150 | Jochen Kressin | Standard | 8/5/2021 0:58 | 0h 05m 12s | | |
| Me | +491 5150 | Jochen Kressin | Standard | 8/5/2021 1:15 | 0h 47m 18s | | |
| +491 | Me | Jochen Kressin | Standard | 8/5/2021 10:06 | 0h 00m 00s | | |
| Me | +491 5150 | Jochen Kressin | Standard | 8/5/2021 10:06 | 0h 02m 03s | | |
| +491 | Me | Jochen Kressin | Standard | 8/5/2021 10:08 | 0h 17m 00s | | |
| Me | +49 43518 | Back office Minijobber | Standard | 8/5/2021 10:29 | 0h 00m 00s | | |
| Me | +491 5114 | Back office Minijobber | Standard | 8/5/2021 10:38 | 0h 00m 00s | | |
| +491 | Me | Jochen Kressin | Standard | 8/5/2021 10:46 | 0h 20m 39s | | |
| Me | +49 43518 | Back office Minijobber | Standard | 8/5/2021 11:10 | 0h 00m 00s | | |
| Me | +491 5114 | Back office Minijobber | Standard | 8/5/2021 11:14 | 0h 00m 00s | | |
| Me | +491 5150 | Jochen Kressin | Standard | 8/5/2021 11:18 | 0h 00m 02s | | |
| +491 | Me | Jochen Kressin | Standard | 8/5/2021 11:44 | 0h 00m 00s | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| From | To | Name | Type | Date | Duration |
|---|---|---|---|---|---|
| Me | +491 515█ | Jochen Kressin | Standard | 8/5/2021 11:44 | 0h 00m 38s |
| Me | +49 4351█ | Back office Minijobber | Standard | 8/5/2021 11:44 | 0h 10m 42s |
| Me | +49 1636█ | Mechthild Wetekam | Standard | 8/5/2021 12:57 | 0h 00m 00s |
| Me | +491 515█ | Jochen Kressin | Standard | 8/5/2021 12:59 | 0h 03m 00s |
| Me | +35 3876█ | █ | Standard | 8/5/2021 16:00 | 0h 00m 00s |
| +491█ | Me | Jochen Kressin | Standard | 8/5/2021 16:30 | 0h 00m 00s |
| Me | +491 515█ | Jochen Kressin | Standard | 8/5/2021 16:38 | 0h 01m 54s |
| Me | +35 3858█ | █ | Standard | 8/5/2021 16:49 | 0h 01m 09s |
| +491█ | Me | Jochen Kressin | Standard | 8/5/2021 17:17 | 0h 30m 14s |
| +491█ | Me | Jochen Kressin | Standard | 8/5/2021 21:33 | 0h 13m 04s |
| +491█ | Me | Jochen Kressin | Standard | 8/5/2021 22:13 | 0h 11m 27s |
| Me | +35 3858█ | █ | Standard | 8/5/2021 22:41 | 0h 05m 53s |
| Me | +491 515█ | Jochen Kressin | Standard | 8/6/2021 11:50 | 1h 24m 25s |
| Me | +35 3873█ | █ | Standard | 8/6/2021 17:19 | 0h 06m 16s |
| +491█ | Me | Jochen Kressin | Standard | 8/6/2021 17:28 | 1h 04m 08s |
| +491█ | Me | Jochen Kressin | Standard | 8/6/2021 18:34 | 0h 00m 00s |
| Me | +491 515█ | Jochen Kressin | Standard | 8/6/2021 20:08 | 0h 00m 00s |
| +491█ | Me | Jochen Kressin | Standard | 8/6/2021 20:12 | 0h 01m 53s |
| Me | +49 1723█ | █ | Standard | 8/7/2021 9:25 | 0h 00m 00s |
| Me | +35 3719█ | Unknown | Standard | 8/7/2021 13:52 | 0h 00m 48s |
| Me | +49 1723█ | █ | Standard | 8/7/2021 14:24 | 0h 08m 33s |
| +491█ | Me | Jochen Kressin | Standard | 8/7/2021 15:07 | 0h 55m 53s |
| Me | +35 3879█ | McTiernans Taxi | Standard | 8/8/2021 1:06 | 0h 00m 36s |
| +491█ | Me | Jochen Kressin | Standard | 8/8/2021 11:04 | 0h 00m 00s |
| +49█ | Me | █ | Standard | 8/8/2021 11:12 | 0h 00m 00s |
| +49█ | Me | █ | Standard | 8/8/2021 11:16 | 0h 00m 00s |
| +491█ | Me | Jochen Kressin | Standard | 8/8/2021 11:33 | 0h 02m 46s |
| Me | +491 515█ | Jochen Kressin | Standard | 8/8/2021 11:36 | 0h 02m 17s |
| +49█ | Me | Mechthild Wetekam | Standard | 8/8/2021 13:33 | 0h 00m 00s |
| +491█ | Me | █ | Standard | 8/8/2021 15:13 | 0h 06m 03s |
| +49█ | Me | hendrik saly | Standard | 8/8/2021 17:45 | 0h 00m 00s |
| +491█ | Me | Jochen Kressin | Standard | 8/8/2021 20:10 | 0h 13m 27s |
| +49█ | Me | Jasper Hagenberg | Standard | 8/9/2021 19:44 | 0h 00m 00s |
| Me | +49 1638█ | Jasper Hagenberg | Standard | 8/9/2021 19:46 | 0h 00m 00s |
| +49█ | Me | Jasper Hagenberg | Standard | 8/9/2021 19:46 | 0h 18m 25s |
| +491█ | Me | Jochen Kressin | Standard | 8/9/2021 22:03 | 1h 57m 17s |
| Me | +491 515█ | Jochen Kressin | Standard | 8/10/2021 0:28 | 0h 01m 29s |
| Me | +49 1638█ | Jasper Hagenberg | Standard | 8/10/2021 15:47 | 0h 00m 00s |
| +491█ | Me | Jochen Kressin | Standard | 8/10/2021 15:54 | 0h 01m 22s |
| +49█ | Me | Jasper Hagenberg | Standard | 8/10/2021 15:54 | 0h 00m 00s |
| +49█ | Me | Jasper Hagenberg | Standard | 8/10/2021 15:56 | 0h 01m 49s |
| +49█ | Me | Jasper Hagenberg | Standard | 8/10/2021 16:32 | 1h 09m 02s |
| +491█ | Me | Jochen Kressin | Standard | 8/10/2021 19:29 | 0h 39m 38s |
| Me | +491█ | Jochen Kressin | Standard | 8/10/2021 21:18 | 0h 34m 53s |
| Me | +3 53190█ | Unknown | Standard | 8/11/2021 10:40 | 0h 01m 18s |
| Me | +3 53190█ | Unknown | Standard | 8/11/2021 10:40 | 0h 06m 05s |
| +491█ | Me | Jochen Kressin | Standard | 8/11/2021 16:04 | 0h 51m 08s |
| +491█ | Me | Jochen Kressin | Standard | 8/11/2021 17:21 | 0h 09m 11s |
| Me | +491 515█ | Jochen Kressin | Standard | 8/11/2021 20:57 | 0h 00m 03s |
| Me | +3 53190█ | Unknown | Standard | 8/11/2021 21:29 | 0h 00m 00s |
| Me | +3 53190█ | Unknown | Standard | 8/11/2021 21:29 | 0h 00m 00s |
| Me | +491 515█ | Jochen Kressin | Standard | 8/11/2021 21:29 | 0h 00m 08s |
| +491█ | Me | Jochen Kressin | Standard | 8/11/2021 21:29 | 0h 00m 00s |
| Me | +491 515█ | Jochen Kressin | Standard | 8/11/2021 21:29 | 0h 00m 00s |
| Me | +491 515█ | Jochen Kressin | Standard | 8/11/2021 21:29 | 0h 00m 06s |
| +491█ | Me | Jochen Kressin | Standard | 8/11/2021 21:29 | 0h 25m 24s |
| Me | +491 515█ | Jochen Kressin | Standard | 8/12/2021 12:03 | 0h 00m 05s |
| Me | +491 515█ | Jochen Kressin | Standard | 8/12/2021 12:03 | 0h 00m 03s |

| From | To | Contact | Type | Date | Duration |
|---|---|---|---|---|---|
| Me | +35 38582▅ | ▅ | Standard | 8/12/2021 12:05 | 0h 37m 39s |
| +491▅ | Me | Jochen Kressin | Standard | 8/12/2021 12:20 | 0h 00m 00s |
| +491▅ | Me | Jochen Kressin | Standard | 8/12/2021 12:20 | 0h 00m 00s |
| Me | +35 38582▅ | ▅ | Standard | 8/12/2021 12:42 | 0h 00m 00s |
| +491▅ | Me | Jochen Kressin | Standard | 8/12/2021 12:42 | 0h 00m 00s |
| Me | +35 38582▅ | ▅ | Standard | 8/12/2021 12:44 | 0h 00m 04s |
| Me | +35 38582▅ | ▅ | Standard | 8/12/2021 12:44 | 0h 00m 04s |
| Me | +35 38582▅ | ▅ | Standard | 8/12/2021 12:46 | 0h 00m 04s |
| Me | +35 38582▅ | ▅ | Standard | 8/12/2021 12:46 | 0h 00m 05s |
| Me | +35 38582▅ | ▅ | Standard | 8/12/2021 12:46 | 0h 00m 04s |
| Me | +491▅ | Jochen Kressin | Standard | 8/12/2021 12:50 | 0h 02m 07s |
| Me | +35 38582▅ | ▅ | Standard | 8/12/2021 12:54 | 0h 00m 02s |
| Me | +35 38582▅ | ▅ | Standard | 8/12/2021 13:24 | 0h 00m 03s |
| Me | +35 38582▅ | ▅ | Standard | 8/12/2021 15:24 | 0h 01m 57s |
| Me | +35 38582▅ | ▅ | Standard | 8/12/2021 15:28 | 0h 02m 34s |
| Me | +35 38582▅ | ▅ | Standard | 8/12/2021 15:41 | 0h 00m 00s |
| Me | +35 38582▅ | ▅ | Standard | 8/12/2021 15:43 | 0h 01m 32s |
| Me | +35 38582▅ | ▅ | Standard | 8/12/2021 16:32 | 0h 00m 04s |
| Me | +35 38582▅ | ▅ | Standard | 8/12/2021 17:06 | 0h 03m 05s |
| Me | +35 38582▅ | ▅ | Standard | 8/12/2021 18:02 | 0h 06m 15s |
| Me | +491 5150▅ | Jochen Kressin | Standard | 8/12/2021 19:12 | 0h 01m 35s |
| +491▅ | Me | Jochen Kressin | Standard | 8/12/2021 19:14 | 0h 04m 33s |
| Me | +491 5150▅ | Jochen Kressin | Standard | 8/13/2021 11:27 | 0h 00m 03s |
| +491▅ | Me | Jochen Kressin | Standard | 8/13/2021 11:27 | 0h 10m 15s |
| Me | +491 5150▅ | Jochen Kressin | Standard | 8/13/2021 11:50 | 0h 05m 20s |
| +49▅ | Me | Apollo-Optik▅ | Standard | 8/17/2021 15:47 | 0h 00m 00s |
| +49▅ | Me | Apollo-Optik▅ | Standard | 8/17/2021 15:52 | 0h 00m 00s |
| Me | +35 38582▅ | ▅ | Standard | 8/18/2021 13:52 | 0h 00m 43s |
| Me | +491 5150▅ | Jochen Kressin | Standard | 8/18/2021 14:50 | 0h 00m 11s |
| Me | +49 16239▅ | ▅ | Standard | 8/18/2021 19:14 | 0h 00m 00s |
| +49▅ | Me | ▅ | Standard | 8/18/2021 20:14 | 1h 33m 21s |
| +491▅ | Me | Jochen Kressin | Standard | 8/18/2021 21:56 | 1h 59m 01s |
| +491▅ | Me | Jochen Kressin | Standard | 8/18/2021 23:56 | 1h 43m 23s |
| Me | +491 5150▅ | Jochen Kressin | Standard | 8/18/2021 23:56 | 0h 00m 00s |
| Me | +35 38582▅ | ▅ | Standard | 8/19/2021 19:48 | 0h 04m 11s |
| +491▅ | Me | Jochen Kressin | Standard | 8/19/2021 21:58 | 0h 00m 09s |
| +491▅ | Me | Jochen Kressin | Standard | 8/19/2021 22:05 | 0h 13m 16s |
| Me | +49 16239▅ | ▅ | Standard | 8/19/2021 22:28 | 0h 26m 38s |
| +49▅ | Me | Jasper Hagenberg | Standard | 8/20/2021 12:59 | 0h 26m 02s |
| Me | +35 38734▅ | ▅ | Standard | 8/20/2021 13:26 | 0h 00m 00s |
| +49▅ | Me | Jasper Hagenberg | Standard | 8/20/2021 14:01 | 0h 17m 53s |
| +49▅ | Me | Jasper Hagenberg | Standard | 8/20/2021 14:20 | 0h 06m 59s |
| +494▅ | Me | ▅ | Standard | 8/20/2021 15:41 | 0h 00m 00s |
| Me | +494 2099▅ | ▅ | Standard | 8/20/2021 15:54 | 0h 36m 05s |
| +491▅ | Me | Jochen Kressin | Standard | 8/20/2021 16:49 | 0h 00m 00s |
| Me | +491 5150▅ | Jochen Kressin | Standard | 8/20/2021 16:49 | 0h 01m 55s |
| +491▅ | Me | Jochen Kressin | Standard | 8/20/2021 22:48 | 1h 58m 19s |
| Me | +491 5150▅ | Jochen Kressin | Standard | 8/21/2021 13:37 | 0h 08m 33s |
| Me | +491 5150▅ | Jochen Kressin | Standard | 8/21/2021 14:39 | 0h 00m 52s |
| Me | +491 5150▅ | Jochen Kressin | Standard | 8/21/2021 15:39 | 0h 02m 01s |
| Me | +491 5150▅ | Jochen Kressin | Standard | 8/21/2021 20:29 | 0h 00m 02s |
| +491▅ | Me | Jochen Kressin | Standard | 8/21/2021 20:29 | 0h 44m 56s |
| +491▅ | Me | Jochen Kressin | Standard | 8/21/2021 21:16 | 0h 03m 21s |
| +491▅ | Me | Jochen Kressin | Standard | 8/21/2021 21:50 | 0h 00m 00s |
| Me | +491 5150▅ | Jochen Kressin | Standard | 8/21/2021 21:54 | 0h 21m 10s |
| +491▅ | Me | Jochen Kressin | Standard | 8/21/2021 23:45 | 0h 02m 33s |
| +491▅ | Me | Jochen Kressin | Standard | 8/22/2021 0:45 | 0h 43m 34s |
| +491▅ | Me | Jochen Kressin | Standard | 8/22/2021 11:25 | 1h 00m 33s |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
DEF055737

| | | | | | | |
|---|---|---|---|---|---|---|
| Me | +491 5150 | | Jochen Kressin | Standard | 8/22/2021 14:41 | 0h 25m 27s |
| +491 | Me | | Jochen Kressin | Standard | 8/22/2021 15:07 | 0h 31m 04s |
| Me | +491 5150 | | Jochen Kressin | Standard | 8/22/2021 18:27 | 0h 20m 21s |
| +491 | Me | | Jochen Kressin | Standard | 8/22/2021 20:10 | 0h 43m 45s |
| Me | +491 5150 | | Jochen Kressin | Standard | 8/22/2021 21:39 | 1h 07m 26s |
| Me | +491 6097 | | | Standard | 8/23/2021 6:03 | 0h 02m 55s |
| Me | +49 16383 | | sonja | Standard | 8/23/2021 9:36 | 0h 00m 00s |
| Me | +49 43518 | | Back office Minijobber | Standard | 8/23/2021 9:42 | 0h 45m 31s |
| +49 | Me | | sonja | Standard | 8/23/2021 10:14 | 0h 00m 00s |
| Me | +49 16383 | | sonja | Standard | 8/23/2021 10:27 | 0h 24m 43s |
| Me | +49 16239 | | | Standard | 8/23/2021 11:23 | 0h 11m 42s |
| Me | +491 5129 | | | Standard | 8/23/2021 11:48 | 0h 00m 36s |
| +491 | Me | | | Standard | 8/23/2021 12:05 | 0h 04m 06s |
| +491 | Me | | Jochen Kressin | Standard | 8/23/2021 16:26 | 0h 28m 02s |
| Me | +491 5150 | | Jochen Kressin | Standard | 8/23/2021 17:08 | 0h 02m 12s |
| +491 | Me | | Jochen Kressin | Standard | 8/23/2021 20:33 | 0h 00m 00s |
| Me | +491 5150 | | Jochen Kressin | Standard | 8/23/2021 20:46 | 0h 00m 00s |
| Me | +491 5150 | | Jochen Kressin | Standard | 8/23/2021 22:16 | 1h 29m 30s |
| +491 | Me | | Jochen Kressin | Standard | 8/24/2021 9:36 | 0h 00m 09s |
| +491 | Me | | Jochen Kressin | Standard | 8/24/2021 9:38 | 0h 00m 00s |
| Me | +491 5150 | | Jochen Kressin | Standard | 8/24/2021 9:38 | 0h 00m 02s |
| Me | +491 5150 | | Jochen Kressin | Standard | 8/24/2021 9:38 | 0h 00m 01s |
| +491 | Me | | Jochen Kressin | Standard | 8/24/2021 9:38 | 0h 14m 52s |
| Me | +491 5150 | | Jochen Kressin | Standard | 8/24/2021 10:14 | 0h 15m 20s |
| +491 | Me | | Jochen Kressin | Standard | 8/24/2021 13:46 | 0h 22m 49s |
| +491 | Me | | Jochen Kressin | Standard | 8/24/2021 16:09 | 0h 05m 32s |
| +491 | Me | | Jochen Kressin | Standard | 8/24/2021 20:44 | 1h 00m 57s |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY