# EXHIBIT G

**From:** V. David Rivkin
**Sent:** Monday, September 27, 2021 3:50 PM
**To:** Rothstein, James K. <jrothstein@omm.com>; Justin Lee <justin.lee@wg-law.com>
**Cc:** #Elasticsearch-Floragunn <ElasticsearchFloragunn@omm.com>; 'Michael Kwun'
<mkwun@kblfirm.com>; Michael Senzer <michael.senzer@wg-law.com>
**Subject:** RE: Elastic v. floragunn - document production

**<u>HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY</u>**

James,
Further to our call on Friday 9/24:

Jochen and Claudia Kressin (on behalf of floragunn and on their own behalf), confirm that to the best of
their knowledge:

    A.   (i) there is not now, nor has there been any auto-delete "on" with respect to the email
accounts identified in floragunn's response to the first bullet point below, and (ii) no emails
responsive to Judge Tse's August 17, 2021 Order were otherwise deleted by floragunn or by
the Kressins.

    B.   (i) there is not now, nor has there been any auto-delete "on" with respect to the text
messages, WhatsApp messages, and other communications platforms used by floragunn,
and that (ii) no communications responsive to Judge Tse's August 17, 2021 Order were
otherwise deleted by floragunn or by the Kressins.

    C.   there are no email accounts used to by the Kressins or floragunn to communicate with
Hendrik Saly or his wife other than those set out in floragunn's response below.

    D.   The tools used to collect the phone data at issue searched for deleted data in the devices.

Regards,
David

WUERSCH & GERING

V. David Rivkin | Partner
Wuersch & Gering LLP | 100 Wall Street, 10th Fl. | New York, NY 10005
212-509-4716 (direct) | 212-509-5050 (firm)
david.rivkin@wg-law.com | www.wg-law.com

This message and any attachments hereto contain confidential information and information which may be subject to the
attorney-client privilege. It is intended for the individual or entity named above.  If you are not the intended recipient, please do
not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then
delete it from your system.  Thank you.

 Please consider the environment before printing this e-mail!