UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELASTICSEARCH, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FLORAGUNN GMBH, <br><br> Defendant. | Case No. 19-cv-05553-YGR (AGT) <br><br> **DISCOVERY ORDER** <br><br> Re: Dkt. No. 207 |

Elastic has renewed its request that the Court order a "short deposition" of floragunn's co-CEO, Jochen Kressin, to explore facts regarding: (1) the subject matter of Mr. Kressin's July 26, 2021 declaration (dkt. 127); (2) floragunn's communications with Hendrik Saly and his wife regarding Mr. Saly's potential return to work; (3) floragunn's decision to ultimately terminate Mr. Saly in May 2021; and (4) floragunn's recent production and other communications contained therein. Dkt. 207 at 1. The request is granted. Elastic may depose Mr. Kressin on the above topics for no more than one hour. The deposition must take place by November 5, 2021.

**IT IS SO ORDERED.**

Dated: October 6, 2021

ALEX G. TSE
United States Magistrate Judge