1          U.S. DISTRICT COURT
2       NORTHERN DISTRICT OF CALIFORNIA
3          OAKLAND DIVISION
4          _____
5

   ELASTICSEARCH, INC., a    )Volume 2
6  Delaware corporation,     )
   ELASTICSEARCH B.V., a      )
7  Dutch corporation,         )
                              )Case No.
8          Plaintiffs,       )4:19-cv-05553-YGR
                              )
9       vs.                   )
                              )
10 Floragunn GmbH, a German )
   corporation,               )
11                            )
              Defendant.      )
12                            )
13          ** HIGHLY CONFIDENTIAL **
14          ** UNDER PROTECTIVE ORDER **
15           ** ATTORNEY'S EYES ONLY **
16
17          REMOTE VIDEOTAPED DEPOSITION
18                    OF
19       30(b)(6) CORPORATE REPRESENTATIVE
20          JOCHEN MICHAEL KRESSIN
21          Tuesday, March 9, 2021
22             Berlin, Germany
23
24
25    Reported by:  B. Suzanne Hull, CSR No. 13495

                                    Page 48

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | MR. KWUN:  Oh, I'm sorry. | 16:44:48 |
| 2 | THE VIDEOGRAPHER:  -- unmute. | 16:44:50 |
| 3 | We're going off the record. | 16:44:52 |
| 4 | The time is 4:44. | 16:44:54 |
| 5 | (Short recess taken.) | 16:44:57 |
| 6 | THE VIDEOGRAPHER:  We're back on the record. | 16:52:00 |
| 7 | The time is 4:52. | 16:52:01 |
| 8 | BY MR. EBERHART: | 16:52:06 |
| 9 | Q.  Mr. Kressin, are you able to answer the | 16:52:07 |
| 10 | question or are you going to decline to answer? | 16:52:09 |
| 11 | A.  No.  I am able to answer the question. | 16:52:11 |
| 12 | So there is one agreement with a company | 16:52:13 |
| 13 | called Nagravision.  It is a company that | 16:52:16 |
| 14 | manufactures, to the best of my knowledge, boxes for | 16:52:22 |
| 15 | TVs.  There is one agreement with a company in | 16:52:26 |
| 16 | Germany called Würth Phoenix, and there is an OEM | 16:52:28 |
| 17 | agreement with a company from Ireland called | 16:52:36 |
| 18 | Siren Solutions. | 16:52:39 |
| 19 | Q.  And do any of those companies offer products | 16:52:40 |
| 20 | or services to U.S. companies? | 16:52:44 |
| 21 | MR. KWUN:  Objection.  Calls for | 16:52:50 |
| 22 | speculation. | 16:52:54 |
| 23 | THE WITNESS:  I do not know. | 16:52:55 |
| 24 | BY MR. EBERHART: | 16:52:56 |
| 25 | Q.  With respect to Nagravision, into what | 16:53:01 |

Page 86

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | products or services was Search Guard code | 16:53:05 |
| 2 | integrated? | 16:53:09 |
| 3 | MR. KWUN:  Objection.  Lacks foundation. | 16:53:10 |
| 4 | Calls for speculation. | 16:53:11 |
| 5 | THE WITNESS:  I don't have that information | 16:53:12 |
| 6 | available. | 16:53:14 |
| 7 | BY MR. EBERHART: | 16:53:16 |
| 8 | Q.  Could you spell the second company you -- | 16:53:17 |
| 9 | you referenced? | 16:53:20 |
| 10 | A.  It is W-ü-r-t-h, that is one word.  And then | 16:53:21 |
| 11 | Phoenix, like the Phoenix, the bird. | 16:53:33 |
| 12 | Q.  Into what products or services did | 16:53:38 |
| 13 | Würth Phoenix integrate Search Guard code? | 16:53:44 |
| 14 | A.  To my knowledge, it is a product called | 16:53:50 |
| 15 | NetEye. | 16:53:53 |
| 16 | Q.  Can you spell that, please. | 16:53:54 |
| 17 | A.  N-e-t-E-y-e.  It is one word.  N -- capital | 16:53:56 |
| 18 | N-e -- capital. | 16:54:03 |
| 19 | Q.  Into what products or services did | 16:54:03 |
| 20 | Siren Solutions integrate Search Guard code? | 16:54:07 |
| 21 | A.  To the best of my knowledge -- oh, I'm -- | 16:54:11 |
| 22 | I'm -- I'm sorry.  Maybe I didn't understand the | 16:54:13 |
| 23 | question. | 16:54:16 |
| 24 | Is the question they integrated Search Guard | 16:54:17 |
| 25 | code, like source code? | 16:54:19 |

Page 87

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

```
1    Search Guard on the Pivotal Cloud Foundry platform.      17:03:12

2         Q.  Was there ever an agreement between            17:03:19

3    floragunn and Pivotal Cloud Foundry regarding           17:03:21

4    Search Guard?                                            17:03:26

5         A.  No.                                             17:03:27

6         Q.  And what was the integration by Mitratech      17:03:27

7    TeamConnect with respect to Search Guard?               17:03:31

8         A.  That one is the same.  I don't remember the     17:03:35

9    exact -- the exact context, but there was information    17:03:37

10   about Mitratech TeamConnect and how to use and          17:03:40

11   conceal Search Guard in connection with that product.   17:03:48

12        Q.  And similarly, there -- withdrawn.             17:03:49

13            Was there ever any agreement between           17:03:53

14   floragunn and Mitratech regarding Search Guard?         17:03:57

15        A.  No.                                             17:03:59

16        Q.  What source code control systems has           17:04:00

17   floragunn used for its business?                        17:04:08

18        A.  Sorry.  The audio was bad.  I didn't get the   17:04:11

19   question.  Sorry.                                        17:04:14

20        Q.  What source code control systems has           17:04:15

21   floragunn used for its business?                        17:04:18

22        A.  GitHub and GitLab.                             17:04:20

23        Q.  And during what period did floragunn use       17:04:22

24   GitHub?                                                  17:04:26

25        A.  Floragunn used GitHub since at least 2015,     17:04:26
```

Page 94

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | and it stopped using GitHub in 2019 due to the | 17:04:35 |
| 2 | effects of the DMCA takedown of this litigation. | 17:04:40 |
| 3 | Q.  During what period has floragunn used | 17:04:47 |
| 4 | GitLab? | 17:04:50 |
| 5 | A.  From approximately end of 2019 until now. | 17:04:51 |
| 6 | Q.  Has floragunn ever used any bug tracking | 17:04:57 |
| 7 | system or systems in the course of its business? | 17:05:04 |
| 8 | A.  We use the GitHub issued tracking system; so | 17:05:07 |
| 9 | there is a possibility of users just opening issues | 17:05:14 |
| 10 | on -- on GitHub.  We used a product called Jira, | 17:05:18 |
| 11 | J-i-r-a, for tracking issues.  And there is one | 17:05:26 |
| 12 | system.  It is called Service Desk.  That is for | 17:05:35 |
| 13 | tracking customer-related bugs. | 17:05:39 |
| 14 | Q.  During what period did floragunn use Jira | 17:05:41 |
| 15 | for bug tracking? | 17:05:51 |
| 16 | A.  As far as I remember, we started using Jira | 17:05:52 |
| 17 | probably around 2'16, 2'17.  We occasionally use it | 17:06:00 |
| 18 | today, but today we also use the issue tracker system | 17:06:09 |
| 19 | of GitLab, which is -- which is kind of similar to | 17:06:17 |
| 20 | what GitHub offers regarding tracking issues and | 17:06:22 |
| 21 | bugs. | 17:06:27 |
| 22 | Q.  And during what period did floragunn use bug | 17:06:28 |
| 23 | tracking in Service Desk? | 17:06:36 |
| 24 | A.  To the best of my knowledge, somewhere | 17:06:38 |
| 25 | around 2'16, 2'17, and it is still used today. | 17:06:43 |

Page 95

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | BY MR. EBERHART: | 17:58:40 |
| 2 | Q.  But it is your opinion that if Elastic code | 17:58:42 |
| 3 | is trivial, floragunn can use that code by copying it | 17:58:47 |
| 4 | into floragunn's product; correct? | 17:58:52 |
| 5 | MR. KWUN:  Objection.  Incomplete | 17:58:54 |
| 6 | hypothetical. | 17:58:55 |
| 7 | THE WITNESS:  No. | 17:58:58 |
| 8 | That is -- that is -- that is not what I -- | 17:58:58 |
| 9 | what I meant because the question is always if it | 17:59:01 |
| 10 | is -- if it is an original expression or not.  That | 17:59:05 |
| 11 | is, in my opinion, one -- one criteria.  If in any -- | 17:59:10 |
| 12 | in any code there is -- there is very, very trivial | 17:59:18 |
| 13 | code, then what I want to say is that chances are | 17:59:25 |
| 14 | high that someone will come up with the very same | 17:59:28 |
| 15 | code. | 17:59:31 |
| 16 | BY MR. EBERHART: | 17:59:33 |
| 17 | Q.  Take a look at Exhibit 174, please.  It is | 17:59:36 |
| 18 | in the marked exhibits folder. | 17:59:40 |
| 19 | A.  (Witness complies.) | 17:59:49 |
| 20 | 174? | 17:59:54 |
| 21 | Q.  Yes. | 17:59:57 |
| 22 | A.  Okay.  It is loading. | 17:59:57 |
| 23 | Okay.  I have it in front of me. | 18:00:02 |
| 24 | Q.  Please turn to paragraph twenty-nine. | 18:00:04 |
| 25 | A.  I see it. | 18:00:13 |

Page 120

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | Q.  Did the person who committed the code that | 18:00:15 |
| 2 | begins on line twenty-three and a half of page seven | 18:00:23 |
| 3 | and runs through line eleven of page eight have | 18:00:29 |
| 4 | access to the code immediately above it that is from | 18:00:34 |
| 5 | lines eight through twenty-one of page seven before | 18:00:40 |
| 6 | they committed the floragunn code shown at lines | 18:00:44 |
| 7 | twenty-three and a half on page seven to line eleven | 18:00:48 |
| 8 | on page eight? | 18:00:53 |
| 9 | MR. KWUN:  Objection.  Calls for a legal | 18:00:55 |
| 10 | conclusion and vague and ambiguous. | 18:00:59 |
| 11 | THE WITNESS:  I -- well, I mean, I don't | 18:01:06 |
| 12 | know if this person would have had access before he | 18:01:12 |
| 13 | or she committed the code in twenty-two and a half; | 18:01:16 |
| 14 | so he or she would have access before -- to that code | 18:01:21 |
| 15 | before that.  I mean, what I -- I can just speculate | 18:01:26 |
| 16 | from what is written in the claim, and the claim | 18:01:32 |
| 17 | states that this, quote, is -- is from -- from -- | 18:01:34 |
| 18 | from -- from X-Pack and the claim also states that | 18:01:40 |
| 19 | this code had been made open by -- by Elastic; so if | 18:01:46 |
| 20 | that is a true statement, if that code was available | 18:01:51 |
| 21 | at that point in time, then, in theory, a person | 18:01:54 |
| 22 | could have accessed that code before committing, you | 18:01:58 |
| 23 | know, the code. | 18:02:03 |
| 24 | BY MR. EBERHART: | 18:02:04 |
| 25 | Q.  Before committing the code in lines | 18:02:06 |

Page 121

| | | |
|---|---|---|
| 1 | twenty-two and a half on page seven through line | 18:02:09 |
| 2 | eleven on page eight, did the person who committed | 18:02:13 |
| 3 | that code to Search Guard review the code that is | 18:02:16 |
| 4 | shown on lines eight through twenty-one of page | 18:02:20 |
| 5 | seven? | 18:02:24 |
| 6 | A.  I do not know. | 18:02:27 |
| 7 | Q.  What did you do to be able to answer that | 18:02:28 |
| 8 | question? | 18:02:31 |
| 9 | A.  I asked the person who has committed that | 18:02:33 |
| 10 | code to Search Guard if there was anything that he or | 18:02:38 |
| 11 | she copied from the X-Pack code base. | 18:02:42 |
| 12 | Q.  And who was that person? | 18:02:48 |
| 13 | A.  That person was Hendrik Saly. | 18:02:49 |
| 14 | Q.  When did you ask Mr. Saly that question? | 18:02:52 |
| 15 | A.  That was in 2019, in September, when we | 18:02:56 |
| 16 | learned about that -- this -- this litigation. | 18:03:00 |
| 17 | Q.  Did you ask Mr. Saly whether he reviewed the | 18:03:03 |
| 18 | code in paragraph twenty-nine, lines eight through | 18:03:08 |
| 19 | twenty-one? | 18:03:13 |
| 20 | A.  I did not ask him that specific question. | 18:03:15 |
| 21 | I asked him the broader question if he had copied | 18:03:18 |
| 22 | anything from the Elastic code base. | 18:03:22 |
| 23 | Q.  Turning in Exhibit 174 to paragraphs -- to | 18:03:24 |
| 24 | paragraph thirty-two. | 18:03:41 |
| 25 | Before committing the code in paragraph | 18:03:48 |

Page 122

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | thirty-two, did the person who committed that code to | 18:03:51 |
| 2 | Search Guard review the code in paragraph thirty-one | 18:03:55 |
| 3 | of Exhibit 174? | 18:04:00 |
| 4 | A.  I do not know. | 18:04:04 |
| 5 | Q.  What did you do to be able to answer that | 18:04:05 |
| 6 | question? | 18:04:09 |
| 7 | A.  I asked the person that committed this code | 18:04:10 |
| 8 | if he or she copied any X-Pack code into the | 18:04:13 |
| 9 | Search Guard code base. | 18:04:19 |
| 10 | Q.  Who was the person who committed the code in | 18:04:20 |
| 11 | paragraph thirty-two? | 18:04:23 |
| 12 | A.  That person was Hendrik Saly. | 18:04:25 |
| 13 | Q.  And was this the conversation that you had | 18:04:27 |
| 14 | with Mr. Saly in 2019? | 18:04:30 |
| 15 | A.  Yes. | 18:04:33 |
| 16 | That was the same conversation because the | 18:04:34 |
| 17 | two pieces of code refer -- they go together. | 18:04:36 |
| 18 | Q.  And you did not specifically ask Mr. Saly | 18:04:42 |
| 19 | whether he reviewed the code in paragraph thirty-one | 18:04:46 |
| 20 | before committing the code in paragraph thirty-two; | 18:04:50 |
| 21 | correct? | 18:04:53 |
| 22 | A.  I -- yes. | 18:04:54 |
| 23 | I asked him the broader question if he | 18:04:55 |
| 24 | copied anything from the Elasticsearch code base into | 18:04:58 |
| 25 | the Search Guard code base -- from the X-Pack code | 18:05:01 |

Page 123

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

```
 1    base.  Sorry.                                    18:05:05

 2         Q.  Other than asking Mr. Saly in 2019 whether    18:05:06

 3    he reviewed the code in paragraph thirty-one before    18:05:21

 4    committing the code in paragraph thirty-two, did you   18:05:27

 5    do anything else to be able to answer that question?   18:05:30

 6         A.  I was looking at the Search Guard code        18:05:33

 7    repositories to see if there was any other, let's      18:05:36

 8    say, variation or a version of that particular         18:05:43

 9    feature.                                               18:05:51

10         Q.  In other words, you were looking in the       18:05:53

11    Search Guard code base to see if there was code        18:05:58

12    similar to the code that is in paragraph thirty-two;   18:06:01

13    correct?                                               18:06:04

14         A.  I was looking into the Search Guard code      18:06:05

15    base in order to figure out whether there is any code  18:06:10

16    that is pre- -- or I say that -- that precedes that    18:06:13

17    particular piece of code.                              18:06:18

18         Q.  Did you find any code in the Search Guard     18:06:22

19    code base that preceded the code in paragraph          18:06:26

20    thirty-two and that was similar to the code in         18:06:32

21    paragraph thirty-two?                                  18:06:35

22         A.  I found -- I found code that is not --        18:06:37

23    again, it is a definition of similar, what it          18:06:44

24    actually means.  But there is one -- I found one       18:06:47

25    version of the code where some aspects had already     18:06:51
```

Page 124

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | been introduced into the Search Guard code base | 18:06:54 |
| 2 | without implementing it in the exact way that is | 18:06:58 |
| 3 | shown here in the document. | 18:07:03 |
| 4 | Q.  And where did you find that code? | 18:07:04 |
| 5 | A.  I found that in one of the Search Guard | 18:07:10 |
| 6 | repositories -- code repositories. | 18:07:14 |
| 7 | Q.  Do you recall which repository? | 18:07:18 |
| 8 | A.  It was most likely in the Search Guard | 18:07:21 |
| 9 | module DLS/FLS repository. | 18:07:28 |
| 10 | Q.  Do you recall which file you found that code | 18:07:29 |
| 11 | in? | 18:07:32 |
| 12 | A.  Well, the file, it was -- if I remember | 18:07:33 |
| 13 | correctly and from a code point of view, it probably | 18:07:38 |
| 14 | makes sense what -- it was the same one that is | 18:07:41 |
| 15 | mentioned here; so this is the -- let me look that | 18:07:43 |
| 16 | up.  What is the name of that code?  The | 18:07:49 |
| 17 | filterLeafReader. | 18:08:02 |
| 18 | Q.  And what are you reviewing to find that | 18:08:02 |
| 19 | information? | 18:08:05 |
| 20 | A.  Sorry.  The audio is bad. | 18:08:06 |
| 21 | Could you please repeat? | 18:08:08 |
| 22 | Q.  What did you just review to find that | 18:08:10 |
| 23 | information? | 18:08:12 |
| 24 | A.  I scrolled in the Exhibit 174.  I scrolled | 18:08:14 |
| 25 | to the getLiveDocs() method in order to see if | 18:08:19 |

Page 125

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | I could recall what class of Search Guard that code | 18:08:24 |
| 2 | was in -- or is in. | 18:08:30 |
| 3 |     Q.  And the code that you have been testifying | 18:08:32 |
| 4 | about, was that the commit to Search Guard for that | 18:08:36 |
| 5 | file that existed immediately prior to the June 7th | 18:08:40 |
| 6 | change that committed the code shown in paragraph | 18:08:45 |
| 7 | thirty-two? | 18:08:48 |
| 8 |        MR. KWUN:  Objection.  Vague and ambiguous. | 18:08:50 |
| 9 |        THE WITNESS:  Well, I don't -- I don't know | 18:08:56 |
| 10 | if it is the -- the exact same file, but I'm | 18:09:00 |
| 11 | referring to a version that was in the repository | 18:09:03 |
| 12 | before that particular commit in the claim has been | 18:09:09 |
| 13 | made on GitHub. | 18:09:12 |
| 14 | BY MR. EBERHART: | 18:09:14 |
| 15 |     Q.  And when you testified earlier that this | 18:09:16 |
| 16 | was -- that code was implementing this function in | 18:09:19 |
| 17 | a different way, what did you mean by that? | 18:09:24 |
| 18 |     A.  The major difference -- and, again, I don't | 18:09:27 |
| 19 | have the code in front of me; so I can only try to | 18:09:32 |
| 20 | get it from -- from memory; so my answer might not be | 18:09:36 |
| 21 | complete.  But one of the changes -- one of the | 18:09:41 |
| 22 | differences is that the code that I have seen was | 18:09:44 |
| 23 | part of the constructor of this particular file and | 18:09:47 |
| 24 | not in the numDocs and getLiveDocs() method, as shown | 18:09:53 |
| 25 | here in the document. | 18:10:03 |

Page 126

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | Q.  And did you reach the conclusion that the | 18:10:04 |
| 2 | code that you found in the constructor was the source | 18:10:08 |
| 3 | for what Mr. Saly implemented in paragraph | 18:10:14 |
| 4 | thirty-two? | 18:10:18 |
| 5 | A.  I probably wouldn't call it a source, but it | 18:10:20 |
| 6 | was at least one of the previous versions of the code | 18:10:26 |
| 7 | in those paragraphs. | 18:10:31 |
| 8 | Q.  Did you ever talk to Mr. Saly about whether | 18:10:34 |
| 9 | he used that constructor code to create the code that | 18:10:41 |
| 10 | is shown in paragraph thirty-two of Exhibit 174? | 18:10:47 |
| 11 | A.  No.  I did not talk with him about that | 18:10:52 |
| 12 | because before Mr. Saly went on sick leave, we | 18:10:55 |
| 13 | were -- or I was not aware of that fact. | 18:11:01 |
| 14 | Q.  Turning to paragraph thirty-nine of | 18:11:06 |
| 15 | Exhibit 174. | 18:11:15 |
| 16 | A.  Uh-huh.  Yes.  I see it. | 18:11:20 |
| 17 | Q.  And thirty-eight.  Let's actually start with | 18:11:22 |
| 18 | thirty-eight. | 18:11:27 |
| 19 | Before the person who committed paragraph | 18:11:28 |
| 20 | thirty-eight to Search Guard committed that code, did | 18:11:31 |
| 21 | that person review the code in paragraph thirty-nine | 18:11:34 |
| 22 | of Exhibit 174? | 18:11:39 |
| 23 | A.  I do not know, but I do not think so. | 18:11:42 |
| 24 | Q.  What did you do to be able to answer that | 18:11:46 |
| 25 | question today? | 18:11:51 |

Page 127

| | | |
|---|---|---|
| 1 | A.  I asked Mr. Saly if he decompiled any X-Pack | 18:11:53 |
| 2 | sources in order to get code into the Search Guard | 18:11:59 |
| 3 | code base. | 18:12:02 |
| 4 | Q.  And what did Mr. Saly tell you? | 18:12:03 |
| 5 | A.  Mr. Saly told me that he cannot remember -- | 18:12:07 |
| 6 | no.  Sorry.  That is not what he told me.  He told me | 18:12:12 |
| 7 | that he hasn't decompiled any Elasticsearch -- no. | 18:12:15 |
| 8 | Any -- any X-Pack code in order to get to some | 18:12:19 |
| 9 | information that leads to any Search Guard code. | 18:12:24 |
| 10 | Q.  Did you ever ask -- | 18:12:31 |
| 11 | A.  Can I correct my statement because it was -- | 18:12:35 |
| 12 | it was not 100 percent correct. | 18:12:38 |
| 13 | So Mr. Saly told me that he did not | 18:12:39 |
| 14 | decompile X-Pack object code.  That is actually what | 18:12:43 |
| 15 | he told me. | 18:12:47 |
| 16 | Q.  Did Mr. Saly ever tell you whether or not he | 18:12:48 |
| 17 | decompiled Shield object code? | 18:12:51 |
| 18 | A.  Well, when we use the phrase X-Pack, | 18:12:54 |
| 19 | sometimes it also includes Shield because it is the | 18:13:01 |
| 20 | predecessor product of -- of -- of X-Pack, but no. | 18:13:06 |
| 21 | Mr. Saly said that he has not decompiled Shield | 18:13:10 |
| 22 | object code for any creation of Search Guard, no. | 18:13:16 |
| 23 | Q.  Isn't it a fact that Mr. Saly told you that | 18:13:20 |
| 24 | he couldn't remember whether he had decompiled any | 18:13:24 |
| 25 | Shield object code? | 18:13:28 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | A.  Well, I don't -- I don't remember the exact | 18:13:40 |
| 2 | words that Mr. Saly used; so he couldn't remember if | 18:13:42 |
| 3 | he did; so in my opinion sitting here and today, | 18:13:46 |
| 4 | I think I remember that we talked about that, and | 18:13:49 |
| 5 | there was no decompilation process going on. | 18:13:52 |
| 6 | Q.  Well, that was your conclusion from the | 18:13:55 |
| 7 | conversation. | 18:13:58 |
| 8 | But the words Mr. Saly used were that he | 18:13:58 |
| 9 | couldn't remember decompiling Shield binaries; | 18:14:04 |
| 10 | correct? | 18:14:07 |
| 11 | A.  Well, again, sitting here and today, I don't | 18:14:08 |
| 12 | know if these were the exact words of Mr. Saly, but | 18:14:13 |
| 13 | it could -- could be that he used those words. | 18:14:16 |
| 14 | Q.  Other than talking to Mr. Saly about | 18:14:20 |
| 15 | decompilation, did you do anything else to determine | 18:14:26 |
| 16 | whether the person who had committed the code in | 18:14:30 |
| 17 | paragraph thirty-eight had reviewed the code in | 18:14:34 |
| 18 | paragraph thirty-nine of Exhibit 174? | 18:14:38 |
| 19 | A.  Well, in my opinion, the only way to review | 18:14:42 |
| 20 | that code would be by decompiling it and by asking | 18:14:51 |
| 21 | the question if a decompilation process was going on. | 18:14:56 |
| 22 | In my opinion, that includes the -- the review part; | 18:15:00 |
| 23 | so if one didn't decompile, one couldn't review the | 18:15:04 |
| 24 | code. | 18:15:09 |
| 25 | MR. EBERHART:  Could you read back the | 18:15:11 |

Page 129

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | question, please. | 18:15:14 |
| 2 | (Requested portion of record read.) | 18:15:15 |
| 3 | THE WITNESS:  I did not ask this specific | 18:15:33 |
| 4 | question if the person reviewed the code that is -- | 18:15:35 |
| 5 | that is mentioned here.  I asked a broader question | 18:15:39 |
| 6 | if there was decompilation or not -- or not. | 18:15:42 |
| 7 | BY MR. EBERHART: | 18:15:46 |
| 8 | Q.  Is Mr. Saly the person who committed the | 18:15:50 |
| 9 | code in paragraph thirty-eight of Exhibit 174? | 18:15:54 |
| 10 | A.  Yes. | 18:15:58 |
| 11 | Q.  Other than asking the broader question about | 18:15:58 |
| 12 | decompilation, did you ask Mr. Saly any other | 18:16:12 |
| 13 | questions -- withdrawn. | 18:16:18 |
| 14 | Other than asking the broad question about | 18:16:20 |
| 15 | decompilation to Mr. Saly, did you do anything else | 18:16:23 |
| 16 | to determine whether he had reviewed the code in | 18:16:26 |
| 17 | Exhibit 39 before committing the code in Exhibit 38 | 18:16:26 |
| 18 | [sic]? | 18:16:34 |
| 19 | A.  Apart from asking him the question if he had | 18:16:34 |
| 20 | reviewed the code, there was nothing more that I did | 18:16:37 |
| 21 | to determine that because, in my opinion, it is -- it | 18:16:45 |
| 22 | is not -- not possible without decompiling code. | 18:16:49 |
| 23 | Q.  Taking a look at exhibit -- or sorry. | 18:16:54 |
| 24 | Paragraph forty-one, please. | 18:16:59 |
| 25 | A.  Yes. | 18:17:08 |

Page 130

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

```
1        Q.  Who committed the code in paragraph          18:17:09

2    forty-one?                                           18:17:12

3        A.  This code was committed by Hendrik Saly.     18:17:13

4        Q.  Before Mr. Saly committed the code in        18:17:15

5    paragraph forty-one, did he review the code in       18:17:19

6    paragraph forty-two of Exhibit 174?                  18:17:22

7        A.  I do not know if he reviewed the code in     18:17:26

8    paragraph forty-two before he committed the code     18:17:32

9    stated in paragraph forty-one.                       18:17:35

10       Q.  What did you do to be able to answer that    18:17:38

11   question?                                            18:17:40

12       A.  I asked Mr. Saly if he had transferred any   18:17:42

13   X-Pack or Shield code into Search Guard by any means. 18:17:47

14       Q.  And this is the same conversation that you   18:17:54

15   have testified about previously that took place in   18:17:56

16   2019?                                                18:17:59

17       A.  Yes.                                         18:17:59

18           Because at that point when we learned about  18:18:00

19   the litigation, I talked with Mr. Saly about code,   18:18:02

20   which I believe is -- was created by him.            18:18:06

21       Q.  And other than that conversation with        18:18:09

22   Mr. Saly in 2019, did you do anything else to        18:18:13

23   determine whether Mr. Saly reviewed the code in      18:18:18

24   paragraph forty-two before committing the code in    18:18:23

25   paragraph forty-one?                                 18:18:26
```

Page 131

| | | |
|---|---|---|
| 1 | A.  I did not ask him the specific question if | 18:18:27 |
| 2 | he reviewed the code mentioned in paragraph forty-two | 18:18:29 |
| 3 | before committing the code in forty-one.  I was | 18:18:33 |
| 4 | asking him if there was any decompilation happening, | 18:18:36 |
| 5 | and -- because in order to review the code, one would | 18:18:41 |
| 6 | have to decompile the code.  And so that is what | 18:18:47 |
| 7 | I did was ask the question.  Sorry. | 18:18:51 |
| 8 | MR. EBERHART:  Could you read back the | 18:18:54 |
| 9 | question, please. | 18:18:56 |
| 10 | (Requested portion of record read.) | 18:18:57 |
| 11 | THE WITNESS:  Apart from talking to him and | 18:19:17 |
| 12 | asking him about that code, no.  Because I don't | 18:19:19 |
| 13 | think there is any -- well, no. | 18:19:23 |
| 14 | BY MR. EBERHART: | 18:19:27 |
| 15 | Q.  Turning to paragraphs forty-five and | 18:19:32 |
| 16 | forty-six, please. | 18:19:35 |
| 17 | Who committed the code in paragraph | 18:19:39 |
| 18 | forty-five of Exhibit 174? | 18:19:42 |
| 19 | A.  Hendrik Saly committed the code. | 18:19:46 |
| 20 | Q.  Did Mr. Saly review the code in paragraph | 18:19:48 |
| 21 | forty-six before committing the code in paragraph | 18:19:51 |
| 22 | forty-five of Exhibit 174? | 18:19:54 |
| 23 | A.  I do not know if -- if he reviewed the code, | 18:19:57 |
| 24 | but for that code it is, in my personal opinion, | 18:20:03 |
| 25 | unlikely that he did. | 18:20:07 |

Page 132

| | | |
|---|---|---|
| 1 | Q.  Did Mr. -- why is that your personal | 18:20:09 |
| 2 | opinion? | 18:20:14 |
| 3 | A.  My personal opinion of that particular piece | 18:20:15 |
| 4 | of code is that it is different -- forty-five and | 18:20:18 |
| 5 | forty-six is -- is different code.  Some of the | 18:20:23 |
| 6 | structural similarities are just there because of | 18:20:28 |
| 7 | things that the programming language mandates; so for | 18:20:34 |
| 8 | example, the method name exceptionCaught, that is -- | 18:20:39 |
| 9 | has to be called exceptionCaught because this method | 18:20:45 |
| 10 | overrides a method from another class, and that is | 18:20:48 |
| 11 | where this @Override statement comes from. | 18:20:52 |
| 12 | The same is true with other statements here, | 18:20:56 |
| 13 | like protected and void.  These are just two keywords | 18:20:59 |
| 14 | from the JAVA programming language.  And when looking | 18:21:03 |
| 15 | at the actual code, it appears to me that the code is | 18:21:07 |
| 16 | substantially different in many places; so it doesn't | 18:21:13 |
| 17 | look to me at all as if this code in paragraph | 18:21:18 |
| 18 | forty-five was copied from the code that is shown in | 18:21:23 |
| 19 | forty-six. | 18:21:29 |
| 20 | Q.  Did you ask Mr. Saly whether he reviewed the | 18:21:30 |
| 21 | code in paragraph forty-six before committing the | 18:21:34 |
| 22 | code in paragraph forty-five? | 18:21:38 |
| 23 | A.  I did not ask him that explicit question. | 18:21:41 |
| 24 | I asked him the question if he decompiled -- if there | 18:21:44 |
| 25 | was any decompilation happening on his side, but | 18:21:48 |

Page 133

1    I didn't ask him that particular question.                18:21:52

2        Q.  Did you do anything else to determine             18:21:54

3    whether Mr. Saly had reviewed the code in paragraph       18:21:59

4    forty-six before he committed the code in paragraph       18:22:05

5    forty-five?                                                18:22:10

6        A.  Apart from asking him the question that            18:22:11

7    I mentioned before, there was nothing that I could do     18:22:15

8    to determine whether he reviewed that code or not.        18:22:19

9        Q.  Turning to paragraph fifty of Exhibit 174.        18:22:23

10           Who committed that code?                           18:22:31

11       A.  I committed that code.                             18:22:33

12       Q.  Did you review the code in paragraph              18:22:34

13   fifty-one before committing the code in paragraph         18:22:39

14   fifty?                                                     18:22:43

15       A.  No.  I did not.                                    18:22:43

16       Q.  Did you review any documentation regarding        18:22:44

17   the bug fix to the X-Pack Kibana plugin that was          18:22:57

18   committed on April 4th, 2017, before you committed        18:23:02

19   the code in paragraph fifty?                               18:23:06

20       A.  I do not remember that -- reviewing that          18:23:10

21   particular piece of code that you are referring to.       18:23:15

22       Q.  Do you remember reviewing any materials from      18:23:18

23   Elastic before you committed the code in exhibit          18:23:26

24   fifty -- in paragraph fifty of Exhibit 174?               18:23:31

25       A.  No.                                                18:23:35

                                                    Page 134

| | | |
|---|---|---|
| 1 | I do not think so because the -- the code in | 18:23:35 |
| 2 | number fifty is the continuation of previous code. | 18:23:40 |
| 3 | Q.  By continuation of previous code, what do | 18:23:46 |
| 4 | you mean by that? | 18:23:53 |
| 5 | A.  I mean that there was -- so if you look at | 18:23:54 |
| 6 | that particular piece of -- of -- of code, this | 18:24:05 |
| 7 | particular piece of code implements a very -- a very | 18:24:07 |
| 8 | common feature, which means that if you are looking | 18:24:11 |
| 9 | into an application and you are trying to access one | 18:24:14 |
| 10 | particular page on that application or Web page and | 18:24:21 |
| 11 | you need to first log in, then after login you -- | 18:24:23 |
| 12 | looking at the feature, the functionality would take | 18:24:25 |
| 13 | you to the exact page that you initially requested; | 18:24:28 |
| 14 | so that is the -- the basic functionality of -- of | 18:24:31 |
| 15 | that code.  And it can be found in, you know, nearly | 18:24:36 |
| 16 | all Web applications -- applications you need to log | 18:24:40 |
| 17 | in. | 18:24:45 |
| 18 | Now, regarding that particular code in | 18:24:46 |
| 19 | line -- sorry.  In paragraph fifty, this is kind of | 18:24:49 |
| 20 | the -- one of the last versions of that particular | 18:24:53 |
| 21 | feature, the redirection of the -- of the logging in. | 18:24:57 |
| 22 | There had been versions before that; so the -- the | 18:25:04 |
| 23 | previous versions lacked some of the things in -- | 18:25:12 |
| 24 | in -- in paragraph fifty, but this particular piece | 18:25:17 |
| 25 | of code had versions before that implemented the same | 18:25:22 |

Page 135

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | basic functionality. | 18:25:28 |
| 2 | Q.  Turning to paragraph fifty-three of | 18:25:31 |
| 3 | Exhibit 174. | 18:25:36 |
| 4 | Who committed that code? | 18:25:38 |
| 5 | A.  In order to answer that question because | 18:25:40 |
| 6 | I am not 100 percent sure, I will need to look at one | 18:25:45 |
| 7 | of the documents that I brought with me today. | 18:25:50 |
| 8 | Q.  Okay.  Why don't you go ahead and do that. | 18:25:52 |
| 9 | A.  Should I use the paper one or -- | 18:25:55 |
| 10 | Q.  Why don't we use -- why don't we use the | 18:25:56 |
| 11 | electronic one just so we have a clear record since | 18:25:59 |
| 12 | they have exhibit numbers on them. | 18:26:03 |
| 13 | So it will be either 185, 186, 187, or 188. | 18:26:11 |
| 14 | A.  Okay.  Can I download Exhibit 174 so I have | 18:26:19 |
| 15 | it? | 18:26:24 |
| 16 | Q.  Yes, sir. | 18:26:25 |
| 17 | A.  Just give me a second.  Okay.  It is | 18:26:27 |
| 18 | downloading. | 18:26:34 |
| 19 | Okay.  So that is 174.  I have downloaded | 18:26:42 |
| 20 | the file. | 18:26:48 |
| 21 | Q.  It should be 174 you downloaded. | 18:26:51 |
| 22 | A.  174; right. | 18:26:56 |
| 23 | Okay.  And now I have 185, quote, timeline | 18:26:59 |
| 24 | in front of me.  And I just need to look up the | 18:27:06 |
| 25 | author of the code in fifty-three.  Just give me | 18:27:11 |

Page 136

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

```
 1    a second.                                          18:27:15

 2          Fifty-three, that code was committed -- the  18:27:22

 3    code was committed by Mikael Gustavsson.           18:27:26

 4        Q.   Before Mr. Gustavsson committed the code in  18:27:29

 5    paragraph fifty-three, did he review the code in   18:27:32

 6    paragraph fifty-four of Exhibit 174?               18:27:36

 7        A.   I haven't asked Mr. Gustavsson that specific  18:27:41

 8    question.  I asked him the broader question if he had  18:27:44

 9    used any Elastic code in order to create his own   18:27:47

10    code; so I don't know the -- I cannot answer the   18:27:51

11    question if he did.  But that was the question that  18:27:56

12    I asked him.                                       18:27:59

13        Q.   Other than that conversation with         18:28:00

14    Mr. Gustavsson, did you do anything else to determine  18:28:14

15    whether Mr. Gustavsson reviewed the code in paragraph  18:28:18

16    fifty-four before committing the code in paragraph  18:28:22

17    fifty-three?                                       18:28:26

18        A.   I just asked him the question if there was  18:28:29

19    any material that he -- from -- from the X-Pack code  18:28:33

20    that he copied in order to create his own work, and  18:28:37

21    then I was looking up the -- the origins of that --  18:28:41

22    of that code, so to speak, in order to figure out  18:28:46

23    what was the reason that code was implemented.  And  18:28:49

24    that was, if I remember correctly, a hint from an  18:28:54

25    independent security researcher which wrote us an  18:28:59
```

Veritext Legal Solutions
866 299-5127

```
 1    e-mail making us aware that we have a bug in our          18:29:04

 2    software and detailing the exact steps -- nearly the      18:29:09

 3    exact steps to fix it; so in my opinion, that's --        18:29:16

 4    that's the source of this -- of this code.                18:29:20

 5         Q.   Other than the steps you have described, did    18:29:22

 6    you do anything else to determine whether                 18:29:25

 7    Mr. Gustavsson reviewed the code in paragraph             18:29:29

 8    fifty-four before committing the code in paragraph        18:29:35

 9    fifty-three?                                              18:29:38

10         A.   Apart from those two steps, no.                 18:29:40

11         Q.   When did that conversation with                18:29:47

12    Mr. Gustavsson take place?                                18:29:50

13         A.   That happened at the time when the -- when      18:29:51

14    the complaint containing that particular piece of         18:29:57

15    code was made with -- was made available to us.           18:30:02

16         Q.   Who committed the code in paragraph             18:30:10

17    fifty-six of Exhibit 174?                                 18:30:16

18         A.   Fifty-six is code that Sergii --                18:30:20

19    Sergii Bondarenko committed.                              18:30:28

20         Q.   Did Mr. Bondarenko review the code in           18:30:29

21    paragraph fifty-seven before committing the code in       18:30:33

22    paragraph fifty-six?                                      18:30:36

23         A.   I do not know if Mr. Bondarenko reviewed the    18:30:38

24    code that is mentioned in fifty-six.  I asked             18:30:43

25    Mr. Bondarenko if he had copied any of the X-Pack         18:30:46
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

```
 1    code in order to create his own work.              18:30:49

 2        Q.  Other than asking Mr. Bondarenko whether he  18:30:53

 3    copied the X-Pack code, did you do anything else to  18:30:56

 4    determine whether he reviewed the code in paragraph  18:31:00

 5    fifty-seven before committing the code in paragraph  18:31:05

 6    fifty-six?                                          18:31:08

 7        A.  Apart from explicitly asking him if he       18:31:10

 8    copied code from X-Pack, there was nothing more that 18:31:15

 9    I did to determine whether he reviewed the code in   18:31:20

10    fifty-seven.                                        18:31:23

11        Q.  When did that conversation with              18:31:29

12    Mr. Bondarenko take place?                          18:31:31

13        A.  That was, if I remember correctly -- since   18:31:33

14    fifty-seven was, if I remember correctly, part of the 18:31:36

15    amended complaint, and I think the amended complaint 18:31:41

16    was filed in November 2019.  That was around the time 18:31:44

17    when I spoke with Mr. Bondarenko.                   18:31:51

18        Q.  What did Mr. Bondarenko tell you about        18:31:52

19    whether he copied any Elastic code?                 18:32:04

20        A.  He told me that he did not copy Elastic code  18:32:08

21    in order to create his own code.                    18:32:12

22        Q.  And what did Mr. Gustavsson tell you about    18:32:15

23    whether he copied Elastic code?                     18:32:23

24        A.  Mr. Gustavsson told me that he had not        18:32:27

25    copied Elastic code.                                18:32:29
```

Veritext Legal Solutions
866 299-5127

1      Q.  Looking at paragraph fifty-nine of          18:32:31

2    Exhibit 174, who committed that code to Search Guard?  18:32:36

3      A.  Sergii Bondarenko committed the code in      18:32:40

4    paragraph fifty-nine.                              18:32:43

5      Q.  Did Mr. Bondarenko review the code in        18:32:45

6    paragraph sixty before committing the code in      18:32:48

7    paragraph fifty-nine?                              18:32:51

8      A.  I have no knowledge if Mr. Bondarenko        18:32:54

9    reviewed the code in sixty before committing the code  18:32:57

10   in fifty-nine.                                     18:33:00

11     Q.  What did you determine -- withdrawn.         18:33:03

12         What did you do to prepare to testify on     18:33:05

13   whether Mr. Bondarenko reviewed the code in paragraph  18:33:09

14   sixty before committing the code in paragraph      18:33:13

15   fifty-nine?                                        18:33:16

16     A.  I asked Mr. Bondarenko if there was any code  18:33:18

17   that he used or copied in order to -- sorry.  Used or  18:33:22

18   copied from X-Pack in order to create his own work.  18:33:28

19     Q.  Other than asking him that question, did you  18:33:32

20   do anything else to prepare to testify on whether  18:33:36

21   Mr. Bondarenko reviewed the code in paragraph sixty  18:33:41

22   before committing the code in paragraph fifty-nine?  18:33:48

23     A.  Apart from asking him the questions, there   18:33:51

24   was nothing more to determine whether he reviewed the  18:33:56

25   code.                                              18:33:58

Page 140

| | | |
|---|---|---|
| 1 | Q.  So is that a no, there was nothing else you | 18:34:02 |
| 2 | did? | 18:34:08 |
| 3 | A.  There was nothing else because I couldn't | 18:34:08 |
| 4 | think of any good way of technically figuring out | 18:34:11 |
| 5 | whether he ever reviewed that code. | 18:34:15 |
| 6 | Q.  And this, again, was a conversation that you | 18:34:17 |
| 7 | had with Mr. Bondarenko in 2019; correct? | 18:34:20 |
| 8 | A.  That was around the time the amended | 18:34:23 |
| 9 | complaint came out; so -- or was filed; so it was | 18:34:27 |
| 10 | most probably in end of 2019, yes. | 18:34:31 |
| 11 | MR. EBERHART:  Why don't we take a short | 18:34:33 |
| 12 | break. | 18:34:35 |
| 13 | Let's go off the record. | 18:34:35 |
| 14 | THE VIDEOGRAPHER:  Going off the record. | 18:34:40 |
| 15 | The time is 6:34. | 18:34:41 |
| 16 | (Short recess taken.) | 18:49:01 |
| 17 | THE VIDEOGRAPHER:  We're back on the record. | 18:49:01 |
| 18 | The time is 6:49. | 18:49:03 |
| 19 | BY MR. EBERHART: | 18:49:06 |
| 20 | Q.  Mr. Kressin, please take a look at | 18:49:07 |
| 21 | Exhibit 191, which is up on Exhibit Share. | 18:49:09 |
| 22 | (Deposition Exhibit Number 191 | 18:49:13 |
| 23 | was marked for identification.) | 18:49:14 |
| 24 | THE WITNESS:  Okay.  It is still loading. | 18:49:14 |
| 25 | Uh-huh.  Yes.  I have it in front of me. | 18:49:31 |

Page 141

| 1 | BY MR. EBERHART: | 18:49:35 |

1   BY MR. EBERHART:                                    18:49:35

2       Q.  What is Exhibit 191?                        18:49:35

3       A.  Exhibit 191 is a ticket from our ticket     18:49:37

4   system, and it looks to me that I created it.  I am 18:49:44

5   mentioned as the reporter.  And this is the -- this 18:49:49

6   seems to me as this is the e-mail that we got from an 18:49:56

7   independent penetration tester that found an issue in 18:50:01

8   our code that is connected with get -- the getNextUrl 18:50:08

9   code.                                               18:50:17

10      Q.  And so Exhibit 119 includes the e-mail that 18:50:17

11  you testified about earlier today as being one of the 18:50:21

12  inputs that led to the floragunn code; correct?    18:50:25

13      A.  Yeah.  I can read we got the following      18:50:30

14  inquiry, and the format actually looks similar to the 18:50:33

15  format we would use on our Website content form; so 18:50:40

16  I would say this was submitted via our Website.     18:50:43

17      Q.  Other than Exhibit 191, was there any other 18:50:46

18  e-mail that you were referring to -- withdrawn.     18:50:51

19          Other than Exhibit 191, was there some other 18:50:56

20  input from an independent security researcher that  18:50:59

21  corresponds to your testimony earlier today?        18:51:03

22      A.  No.                                         18:51:10

23          MR. KWUN:  Objection.  Vague and ambiguous. 18:51:10

24          THE WITNESS:  At least not that I remember. 18:51:14

25  ///

| | | |
|---|---|---|
| 1 | BY MR. EBERHART: | 18:51:17 |
| 2 | Q.  Let me pull up Exhibit 177. | 18:51:33 |
| 3 | A.  Ah, so sorry.  I clicked on the wrong link. | 18:51:54 |
| 4 | 177. | 18:52:00 |
| 5 | Q.  Yes, sir. | 18:52:01 |
| 6 | A.  Yes.  Just one second.  It is still loading. | 18:52:02 |
| 7 | Still loading.  It is quite slow. | 18:52:13 |
| 8 | Okay.  Now it is open.  I have it in front | 18:52:18 |
| 9 | of me. | 18:52:21 |
| 10 | Q.  Turn to paragraph twenty. | 18:52:21 |
| 11 | A.  (Witness complies.) | 18:52:25 |
| 12 | Paragraph twenty, yes. | 18:52:28 |
| 13 | Q.  Who committed the code to Search Guard that | 18:52:31 |
| 14 | is shown in paragraph twenty? | 18:52:35 |
| 15 | A.  That code has been committed by | 18:52:38 |
| 16 | Hendrik Saly. | 18:52:41 |
| 17 | Q.  Did Mr. Saly review the code in paragraph | 18:52:43 |
| 18 | twenty-one before committing the code in paragraph | 18:52:46 |
| 19 | twenty to Search Guard? | 18:52:50 |
| 20 | A.  I do not know if Mr. Saly reviewed the code | 18:52:52 |
| 21 | in twenty-one before committing the code in twenty. | 18:52:56 |
| 22 | Q.  Other than the conversation that you had | 18:52:59 |
| 23 | with Mr. Saly in 2019 that you have testified about | 18:53:06 |
| 24 | extensively today, did you do anything else to | 18:53:11 |
| 25 | determine whether Mr. Saly reviewed the code in | 18:53:14 |

Page 143

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | paragraph twenty-one before committing the code in | 18:53:18 |
| 2 | paragraph twenty? | 18:53:21 |
| 3 | A.  I asked Mr. Saly about decompilation and if | 18:53:24 |
| 4 | he copied any code from Elastic to the Search Guard | 18:53:28 |
| 5 | code base.  There was nothing more that I did to | 18:53:31 |
| 6 | figure out if he reviewed the code mentioned in | 18:53:36 |
| 7 | twenty-one. | 18:53:39 |
| 8 | Q.  Turning to paragraph twenty-four, please. | 18:53:40 |
| 9 | A.  Twenty-four?  Yes.  I see it. | 18:53:52 |
| 10 | Q.  Who committed the code in paragraph | 18:53:56 |
| 11 | twenty-four to Search Guard? | 18:53:58 |
| 12 | A.  I'm quite sure I did, yeah. | 18:54:00 |
| 13 | Q.  Did you review the code in paragraph | 18:54:03 |
| 14 | twenty-five before committing the code in paragraph | 18:54:06 |
| 15 | twenty-four to Search Guard? | 18:54:11 |
| 16 | A.  No. | 18:54:13 |
| 17 | Q.  Turning to paragraph twenty-seven. | 18:54:13 |
| 18 | Who committed to Search Guard the code in | 18:54:20 |
| 19 | twenty -- paragraph twenty-seven? | 18:54:30 |
| 20 | A.  I committed that code. | 18:54:32 |
| 21 | Q.  Did you review the code in paragraph | 18:54:33 |
| 22 | twenty-eight before committing the code to | 18:54:36 |
| 23 | Search Guard in paragraph twenty-seven? | 18:54:39 |
| 24 | A.  I did not review the code that is mentioned | 18:54:41 |
| 25 | in paragraph twenty-eight before committing the code | 18:54:44 |

Page 144

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

```
 1    in twenty-seven.                               18:54:47

 2         Q.  Turning to paragraph thirty-one.      18:54:49

 3              Who committed to Search Guard the code in   18:55:02

 4    paragraph thirty-one?                           18:55:05

 5         A.  Both of the code that is mentioned in  18:55:07

 6    thirty-one was committed by Hendrik Saly.       18:55:13

 7         Q.  Did Mr. Saly review any of the code in  18:55:16

 8    paragraph thirty-three before committing to     18:55:22

 9    Search Guard the code in paragraph thirty-one?  18:55:27

10              MR. KWUN:  Objection.  Vague and ambiguous.  18:55:32

11              THE WITNESS:  You said paragraph       18:55:36

12    thirty-three?                                   18:55:38

13    BY MR. EBERHART:                                18:55:40

14         Q.  Yes, sir.                              18:55:41

15         A.  So if the question is if Hendrik Saly  18:55:42

16    reviewed the code in thirty-three before committing  18:55:46

17    the code in thirty-one?                         18:55:50

18         Q.  Let me start again.  That's -- that's not  18:55:52

19    a good question.                                18:55:55

20              Did Mr. Saly review the code in paragraph  18:55:56

21    thirty-five before committing to Search Guard the  18:56:07

22    code in paragraph thirty-one?                   18:56:11

23         A.  I do not know if Mr. Saly reviewed the code  18:56:16

24    in thirty-five before committing the code mentioned  18:56:19

25    in thirty-one because that would mean that one would  18:56:23
```

Page 145

| | | |
|---|---|---|
| 1 | need to decompile the code in order to review it. | 18:56:29 |
| 2 | Q.  And other than the conversation that -- in | 18:56:34 |
| 3 | 2019 that you had with Mr. Saly, did you do anything | 18:56:37 |
| 4 | else to determine whether he reviewed the code in | 18:56:40 |
| 5 | paragraph thirty-five before committing the code in | 18:56:43 |
| 6 | paragraph thirty-one? | 18:56:46 |
| 7 | A.  Apart from asking him if there was | 18:56:49 |
| 8 | decompilation going on, if he copied some -- any code | 18:56:52 |
| 9 | from X-Pack to the Search Guard code base, there was | 18:56:56 |
| 10 | nothing more to determine if he reviewed the code | 18:56:59 |
| 11 | mentioned in thirty-five. | 18:57:02 |
| 12 | Q.  So there was nothing else that you did; | 18:57:04 |
| 13 | correct? | 18:57:09 |
| 14 | A.  Apart from the things that I had mentioned | 18:57:09 |
| 15 | before, there was nothing more, yes; correct. | 18:57:12 |
| 16 | Q.  Who committed the code in paragraph | 18:57:15 |
| 17 | thirty-three of Exhibit 177? | 18:57:17 |
| 18 | A.  Hendrik Saly committed the code in | 18:57:24 |
| 19 | thirty-three. | 18:57:26 |
| 20 | Q.  Did Mr. Saly review the code in paragraph | 18:57:28 |
| 21 | thirty-five before committing the code in paragraph | 18:57:31 |
| 22 | thirty-three to Search Guard? | 18:57:35 |
| 23 | A.  I don't know if Mr. Saly reviewed the code | 18:57:37 |
| 24 | mentioned in thirty-five before committing the code | 18:57:40 |
| 25 | in -- mentioned in thirty-three to Search Guard. | 18:57:44 |

Page 146

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

```
 1      Q.  And other than the conversations that you       18:57:46

 2   have already tested about -- testified about today,     18:57:49

 3   conversations that you had with Mr. Saly, did you do    18:57:53

 4   anything else to determine whether he reviewed the      18:57:56

 5   code in paragraph thirty-five before committing the     18:58:03

 6   code in paragraph thirty-three?                         18:58:06

 7      A.  Apart from asking him if there was any           18:58:09

 8   decompilation going on, and apart from asking him if    18:58:10

 9   he copied any X-Pack code into the -- into the          18:58:10

10   Search Guard code base, there was nothing more I did    18:58:14

11   to determine whether Mr. Saly reviewed the code         18:58:17

12   mentioned in thirty-five before committing the code     18:58:21

13   in thirty-three.                                        18:58:24

14      Q.  Turning to paragraph thirty-six, please.         18:58:26

15      A.  Thirty-six, okay.  I see it.                     18:58:36

16      Q.  Did anyone decompile the code that was           18:58:39

17   listed at line nine and a half on page fourteen?        18:58:47

18      A.  No.  Not to my knowledge.                        18:58:54

19      Q.  Who committed the code in paragraph              18:58:56

20   thirty-nine of Exhibit 177?                             18:59:10

21      A.  That code was committed by Hendrik Saly.         18:59:13

22      Q.  Did Mr. Saly review the code in paragraph        18:59:17

23   forty before committing to Search Guard the code in     18:59:21

24   paragraph thirty-nine?                                  18:59:25

25      A.  I don't know if Mr. Saly reviewed the code       18:59:27
```

Page 147

| | | |
|---|---|---|
| 1 | in paragraph forty before committing the code in | 18:59:30 |
| 2 | thirty-nine. | 18:59:33 |
| 3 |     Q.  Other than the conversations that you have | 18:59:34 |
| 4 | testified about with Mr. Saly, did you do anything to | 18:59:37 |
| 5 | determine whether Mr. Saly reviewed the code in | 18:59:40 |
| 6 | paragraph forty before committing the code in | 18:59:45 |
| 7 | paragraph thirty-nine? | 18:59:47 |
| 8 |     A.  Apart from the question if there had been | 18:59:48 |
| 9 | any decompilation going on and if Mr. Saly copied any | 18:59:51 |
| 10 | code from X-Pack to the Search Guard code base, there | 18:59:56 |
| 11 | was nothing more that I did to figure out whether | 18:59:59 |
| 12 | Mr. Saly had reviewed the code in paragraph forty | 19:00:02 |
| 13 | before committing the code in paragraph thirty-nine. | 19:00:06 |
| 14 |     Q.  Looking at paragraph forty-two, who | 19:00:09 |
| 15 | committed that code to Search Guard? | 19:00:23 |
| 16 |     A.  Hendrik Saly committed that code to | 19:00:25 |
| 17 | Search Guard. | 19:00:28 |
| 18 |     Q.  Did Mr. Saly review the code in paragraph | 19:00:29 |
| 19 | forty-three before committing to Search Guard the | 19:00:32 |
| 20 | code in paragraph forty-two? | 19:00:35 |
| 21 |     A.  I don't know if Mr. Saly reviewed the code | 19:00:42 |
| 22 | in forty-three before he committed the code mentioned | 19:00:45 |
| 23 | in forty-two. | 19:00:48 |
| 24 |     Q.  And other than the conversation with | 19:00:49 |
| 25 | Mr. Saly that you have testified about at length | 19:00:51 |

Page 148

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | today, did you do anything else to determine whether | 19:00:55 |
| 2 | Mr. Saly reviewed the code in paragraph forty-three | 19:00:57 |
| 3 | before committing the code in paragraph forty-two? | 19:01:02 |
| 4 | A.  Apart from asking if there was any | 19:01:05 |
| 5 | decompilation going on and if he copied any code from | 19:01:07 |
| 6 | X-Pack to the Search Guard code base, there was no | 19:01:13 |
| 7 | action that I took personally in order to determine | 19:01:14 |
| 8 | whether Mr. Saly reviewed the code in paragraph | 19:01:16 |
| 9 | forty-three before he committed the code in paragraph | 19:01:19 |
| 10 | forty-two. | 19:01:22 |
| 11 | Q.  Who committed the code in paragraph | 19:01:24 |
| 12 | forty-five of Exhibit 177? | 19:01:28 |
| 13 | A.  Mikael Gustavsson committed the code in | 19:01:31 |
| 14 | paragraph forty-five. | 19:01:34 |
| 15 | Q.  Did Mr. Gustavsson review the code in | 19:01:35 |
| 16 | paragraph forty-six before committing to Search Guard | 19:01:40 |
| 17 | the code in paragraph forty-five? | 19:01:44 |
| 18 | A.  I am -- I don't know if he reviewed the code | 19:01:47 |
| 19 | in forty-six. | 19:01:50 |
| 20 | Q.  And other than the conversations with | 19:01:52 |
| 21 | Mr. Gustavsson that you have testified about | 19:01:55 |
| 22 | previously today, did you do anything else to | 19:01:57 |
| 23 | determine whether Mr. Gustavsson reviewed the code in | 19:02:00 |
| 24 | paragraph forty-six before committing to Search Guard | 19:02:05 |
| 25 | the code in paragraph forty-five? | 19:02:07 |

Page 149

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

```
 1   STATE OF CALIFORNIA )

                         ) ss.
 2   COUNTY OF KERN      )

 3

 4

 5          I, B. Suzanne Hull, a Certified Shorthand

 6   Reporter in the State of California, holding

 7   Certificate Number 13495, do hereby certify that

 8   JOCHEN MICHAEL KRESSIN, the witness named in the

 9   foregoing deposition, was by me duly sworn; that said

10   deposition, was taken Tuesday, March 9, 2021, at the

11   time and place set forth on the first page hereof.

12          That upon the taking of the deposition, the

13   words of the witness were written down by me in

14   stenotypy and thereafter transcribed by computer

15   under my supervision; that the foregoing is a true

16   and correct transcript of the testimony given by the

17   witness.

18          Pursuant to Federal Rule 30(e), transcript

19   review was requested.

20          I further certify that I am neither counsel

21   for nor in any way related to any party to said

22   action, nor in any way interested in the result or

23   outcome thereof.

24   ///

25   ///
```

Page 216

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY - UNDER PROTECTIVE ORDER

1          Dated this 13th day of March, 2021, at

2    Bakersfield, California.

3

4

5                    B. Suzanne Hull, CSR No. 13495

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 217