# EXHIBIT M

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

______________

ELASTICSEARCH, INC., a Delaware corporation, ELASTICSEARCH B.V., a Dutch corporation, ) Volume 7

Plaintiffs, ) Case No. 4:19-cv-05553-YGR

vs.

floragunn GMBH, a German corporation,

Defendant.

** SUBJECT TO PROTECTIVE ORDER **
** ATTORNEY'S EYES ONLY **

REMOTE VIDEOTAPED DEPOSITION
OF
30(b)(6) CORPORATE REPRESENTATIVE
JOCHEN MICHAEL KRESSIN
Thursday, October 28, 2021
Berlin, Germany

Reported by: B. Suzanne Hull, CSR No. 13495

[redacted]

A. I don't know. 09:04:09

Q. Please look at Exhibit 389. 09:04:12

A. Exhibit 389. Yes. I see it. 09:04:15

Q. And that is your declaration, dated July 26th, 2021; correct? 09:04:24 09:04:26

A. That looks like my declaration from that date, yes. 09:04:29 09:04:33

Q. Do you think anything in Exhibit 389 is inaccurate? 09:04:34 09:04:41

A. I don't think anything in Exhibit 389 is not accurate. 09:04:43 09:04:46

Q. When did floragunn first provide a search-guard.com e-mail address to Mr. Saly's wife? 09:04:47 09:04:52

A. We assigned the search-guard e-mail first when she joined our company. 09:05:03 09:05:08

Q. And when did Mr. Saly's wife join your company? 09:05:10 09:05:15

A. I don't know when she joined from the top -- 09:05:15

MR. RIVKIN: I'm going to object as being outside the scope. 09:05:18 09:05:22

Is this within the scope of this -- this 09:05:22

Veritext Legal Solutions
866 299-5127

understanding would be maybe a couple of weeks after she -- she left. 09:06:40 09:06:43

Q. And when did Mr. Saly's wife leave employment by floragunn? 09:06:45 09:06:48

A. So the contract was terminated. To the best of my recollection, it was, I think, end of June or end of July -- end of July. 09:06:51 09:06:55 09:07:00

Q. And that is July 2021? 09:07:04

A. That is July 2021. 09:07:06

Q. And during the time she was employed at floragunn, what was Ms. Saly's role at the company? 09:07:09 09:07:13

A. Ms. Saly's role was mainly to help us with back office work, and that would mainly include preparation for events, conferences, booking flights, booking accommodations, changing flights, rescheduling things, and basically do paperwork regarding events and conferences. 09:07:17 09:07:23 09:07:28 09:07:37 09:07:40 09:07:45

Q. Why did floragunn terminate Mr. Saly's wife's contract with floragunn? 09:07:47 09:07:56

A. floragunn did not terminate the contract with Mr. Saly's wife. Ms. Saly terminated the contract with floragunn. 09:07:59 09:08:01 09:08:07

Q. Do you have any understanding as to why Mr. Saly's wife terminated the contract with floragunn? 09:08:08 09:08:12 09:08:15

decides to delete anything from the call log, I don't know. And users don't have any influence on that. 09:19:15 09:19:19

Q. During the period March 2020 to the present, did you use any other phone, whether landline or mobile, to communicate with either Mr. or Ms. Saly? 09:19:22 09:19:26 09:19:31

A. No. 09:19:36

I used my iPhone for both business and private communication alike. 09:19:36 09:19:40

Q. And is the same true for Ms. Kressin as well? 09:19:43 09:19:47

A. The same is true for Ms. Kressin as well. 09:19:48

Q. To your understanding, how were -- withdrawn. 09:19:52 09:19:58

To your understanding, how was the information in Exhibit 391 generated? 09:19:58 09:20:00

A. Yes. 09:20:04

Q. So my question, sir, is how was it generated? 09:20:12 09:20:15

A. How was it generated? 09:20:16

Okay. So this was data that was pulled from the device directly with various tools for backup and data recovery, specific for iPhones. 09:20:18 09:20:20 09:20:27

Q. And who pulled the data from the phone? 09:20:31

A. I pulled the data from the phones. 09:20:35

Q. And what tools did you use? 09:20:37

SUBJECT TO PROTECTIVE ORDER - ATTORNEYS EYES ONLY

A. I used several tools. I used a tool called Elcomsoft Phone Viewer, forensic edition. I used a tool FoneDog Backup and Recovery. I used a tool called iBackup Viewer. I used a tool called iBackup -- iBackup Bot. And to the best of my recollection, I also used a tool called iMyFone D-Backup. 09:20:41 09:20:48 09:20:53 09:20:59 09:21:04 09:21:11 09:21:16

Q. And you used the same process for both your phone and Ms. Kressin's phone; correct? 09:21:19 09:21:22

A. Yes. 09:21:25

It was the same process. 09:21:25

Q. During the period from March 2020 to the present, did you use any instant messaging platform, other than those posted by floragunn, to communicate with Mr. Saly? 09:21:27 09:21:37 09:21:43 09:21:48

A. Well, we switched to the Rocket.Chat as our primary messaging channel, and this is where all the business communication and sometimes, of course, also personal communication takes place. At the time before we did use Slack, but we switched away from Slack some time ago and switched to Rocket.Chat. 09:21:51 09:21:56 09:22:00 09:22:03 09:22:07 09:22:14

And regarding personal stuff, there were text messages and, from time to time, we would use WhatsApp. 09:22:19 09:22:25 09:22:33

Q. Other than those platforms that you have 09:22:34

[redacted] 09:30:18

MR. RIVKIN: Objection. 09:30:19

Which one are you referring to? The first page? 09:30:21 09:30:24

MR. EBERHART: The first page, yes. 09:30:24

MR. RIVKIN: Okay. 09:30:26

THE WITNESS: Oh, I'm sorry. I didn't see that second page. 09:30:27 09:30:29

MR. RIVKIN: There is -- there is multiple pages. 09:30:30 09:30:31

THE WITNESS: Yeah. So the first one is dated May 26th, 2020. 09:30:32 09:30:34

BY MR. EBERHART: 09:30:38

Q. I think it is dated March 26th, 2020. 09:30:39

A. March, yeah. Yeah. March. 09:30:42

[redacted]

[redacted] 09:30:55

A. That very much depends; so sometimes they are in our mailbox within a couple of days, maybe four or five. There were occasions where we also had to wait for one or two weeks maybe; so it is fluctuating. 09:30:56 09:31:01 09:31:06 09:31:09 09:31:16

[redacted] 09:31:22

MR. RIVKIN: Objection. Misstates testimony. 09:31:25 09:31:26

THE WITNESS: Well, there were probably occasions where that took, like, two weeks. 09:31:29 09:31:31

BY MR. EBERHART: 09:31:35

[redacted] 09:32:09

```
 1    ■   ████████████████████████████████    ██

      ■   ██████████████████████████████████  ██

      ■   ██████████████████████████████████  ██

      ■   ████████████████████████████████    ██

      ■   ████████████████████████████        ██

      ■   ██████████████████████████████      ██

      ■   ███████████████                                09:32:37

 8        Q.   Please take a look at Exhibit 392.        09:32:38

 9               (Deposition Exhibit Number 392          09:33:08

10               was marked for identification.)         09:33:09

11             THE WITNESS:  (Witness complies.)         09:33:09

12             Still loading.                            09:33:28

13             392.  Yes.  I can see it.                 09:33:42

14   BY MR. EBERHART:                                    09:33:45

15    ■   ██████████████████████████████      ██

      ■   ██████████████████████████████████  ██

      ■   ████████████████                    ██

      ■   ██ ██                               ██

      ■   ██████████████████████              ██

      ■   ████████████████████████████        ██

      ■   ██████████████████████████████████  ██

      ■   ██████████████████████████                     09:34:14

23        Q.   And please take a look at Exhibit 393.    09:34:20

24               (Deposition Exhibit Number 393          09:34:30

25               was marked for identification.)         09:34:31
```

Page 744

SUBJECT TO PROTECTIVE ORDER - ATTORNEYS EYES ONLY

THE WITNESS: Okay. I have to reload. Just a second. 09:34:31 09:34:39
393. Yes. I can see it. 09:34:59
BY MR. EBERHART: 09:35:02
Q. And is that the document you are referring to? 09:35:03 09:35:05
A. That is the document I am referring to. 09:35:05
[redacted] 09:36:02

Page 745

Veritext Legal Solutions
866 299-5127

[redacted] 09:36:18

Q. In your declaration, which is Exhibit 389, you declare in paragraph seven: 09:36:21 09:36:27

[redacted] 09:36:46

A. Yes. 09:36:49

Q. When did the first of those communications occur? 09:36:49 09:36:51

A. Sorry. I need -- I need to read it; so it is the 389. 09:36:52 09:36:55

And which paragraph are you referring to? 09:36:56

Q. Paragraph seven -- 09:36:58

A. Seven. 09:37:00

Q. -- starting at line nineteen. 09:37:01

A. Nineteen. Okay. Uh-huh. 09:37:03

Q. When did the first of those communications that you referenced in paragraph seven occur? 09:37:11 09:37:15

(Deposition Exhibit Number 394 was marked for identification.) 09:42:23 09:42:24

THE WITNESS: (Witness complies.) 09:42:24

Yes. I see it. 09:42:39

BY MR. EBERHART: 09:42:40

Q. Exhibit 394 indicates that it was issued on January 28th, 2021; correct? 09:42:43 09:42:45

A. This is correct, yes. 09:42:49

09:44:07

STATE OF CALIFORNIA )
) ss.
COUNTY OF KERN )

I, B. Suzanne Hull, a Certified Shorthand Reporter in the State of California, holding Certificate Number 13495, do hereby certify that JOCHEN MICHAEL KRESSIN, the witness named in the foregoing deposition, was by me duly sworn; that said deposition, was taken Thursday, October 28, 2021, at the time and place set forth on the first page hereof.

That upon the taking of the deposition, the words of the witness were written down by me in stenotypy and thereafter transcribed by computer under my supervision; that the foregoing is a true and correct transcript of the testimony given by the witness.

Pursuant to Federal Rule 30(e), transcript review was requested.

I further certify that I am neither counsel for nor in any way related to any party to said action, nor in any way interested in the result or outcome thereof.

///

SUBJECT TO PROTECTIVE ORDER - ATTORNEYS EYES ONLY

Dated this 28th day of October, 2021, at Bakersfield, California.

B. Suzanne Hull, CSR No. 13495

Page 765

Veritext Legal Solutions
866 299-5127