# EXHIBIT O

**Rothstein, James K.**

| | |
|---|---|
| **From:** | Rothstein, James K. |
| **Sent:** | Wednesday, May 5, 2021 2:02 PM |
| **To:** | V. David Rivkin; Michael Kwun |
| **Cc:** | Eberhart, David R.; Daniel Leigh (dleigh@omm.com) |
| **Subject:** | Elasticsearch v. floragunn - Hendrik Saly |

David, Michael,

We'd like to schedule a meet and confer call with you about Hendrik Saly. We think that Mr. Saly should have been made available for deposition between January 28 and February 16, and that floragunn misrepresented his unavailability during that period—including in the February 22 stipulation we filed. As you know, Mr. Saly plays a critical role in this dispute, and our inability to depose him because of those misrepresentations prejudices Elastic's case. We therefore think that issue sanctions are appropriate. We can be available for a meet and confer call tomorrow between 1-2pm PT, or between 3-6pm PT. Please let us know what time works better on your end.

Regards,
James


James K. Rothstein
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Fl.
San Francisco, CA 94111
Office: +1-415-984-8852
iPhone: +1-201-410-1230
jrothstein@omm.com

This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged.  If you are not the intended recipient, you may not read, copy, distribute, or use this information.  If you have received this transmission in error, please notify me immediately by reply e-mail and then delete this message.