# EXHIBIT W



| | |
|---|---|
| Document title: | (2) salyh (Hendrik Saly) on Twitter: "@tobie @beep @adactio "Schrödinger Open Source" - thats really a great description (and true) of what Elasticsearch really always was." / Twitter |
| Capture URL: | https://twitter.com/hendrikdev22/status/1356233175165448195 |
| Captured site IP: | 104.244.42.193 |
| Page loaded at (UTC): | Fri, 07 May 2021 16:23:48 GMT |
| Capture timestamp (UTC): | Fri, 07 May 2021 16:24:31 GMT |
| Capture tool: | v7.7.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 4 |
| Capture ID: | 982ad25d-b774-4d3b-80a3-f888ed2eea18 |
| User: | omm-mdjuric |

PDF REFERENCE #:     s3uwfX8714AjZ29CriC6eH







PageVault

| | |
|---|---|
| Document title: | (2) salyh (Hendrik Saly) on Twitter: "Die Elastic-Lizenz der Woche ist raus! Jetzt neu und nur für kurze Zeit: https://t.co/2ESqUx433r Ich finde so langsam gewinnt das echt an Unterhaltungswert." / Twitter |
| Capture URL: | https://twitter.com/hendrikdev22/status/1356615820655398918 |
| Captured site IP: | 104.244.42.193 |
| Page loaded at (UTC): | Fri, 07 May 2021 16:24:38 GMT |
| Capture timestamp (UTC): | Fri, 07 May 2021 16:27:26 GMT |
| Capture tool: | v7.7.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 8a8b2e11-2257-46e1-aeda-71602d1e8b2c |
| User: | omm-mdjuric |

PDF REFERENCE #:     jK7PCafZs51jhKGETPuvor

