# EXHIBIT X

PageVault

| | |
|---|---|
| Document title: | Our services at a glance |
| Capture URL: | https://www.work-health-service.com/en-gb/newpage |
| Page loaded at (UTC): | Fri, 12 Nov 2021 00:54:20 GMT |
| Capture timestamp (UTC): | Fri, 12 Nov 2021 00:55:43 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 6627e35f-8e3f-40ef-b291-beeff014a2f2 |
| User: | omm-pwong |

PDF REFERENCE #:   aLvDqkBvxnqoWnHSVkT7Qc



Home | Industrial medicine / occupational medicine | Our services at a glance | Our prices | Contact | Imprint



## 02  Our services at a glance

Travel medicine, traffic medicine, psychotherapy, psychiatric reports, diving fitness examination / consultation, sports boat licence, quality management representative for haemotherapy



**Travel medicine**

You want to see the world? We help you to get there and back safely!

More



**Transport medicine**

- HGV license
- Public transport license
- Driving license withdrawal

More



**Psychotherapy**

Individual psychotherapy for private individuals or self-payers

More



**Psychiatric reports**

Expert opinions for e.g. courts, insurance companies, professional associations, lawyers and private individuals.

More



**Diving Suitability**

Our diving medical health check-up programs are combined with modern technical procedures according to the well-founded knowledge of preventive medicine.

More



**Sports boat licence**

You need a medical certificate for admission of the boating licence examination. For further information please click More!

More



**Quality Management Representative Hemotherapy**

All healthcare facilities that use blood/blood products need a (medical) quality officer. More information here!

More

In order to provide you with the best online experience this website uses cookies. By using our website, you agree to our use of cookies. More Info.



## 02  Our services at a glance

Travel medicine, traffic medicine, psychotherapy, psychiatric reports, diving fitness examination / consultation, sports boat licence, quality management representative for haemotherapy






**Travel medicine**

You want to see the world? We help you to get there and back safely!

**Transport medicine**

- HGV license
- Public transport license
- Driving license withdrawal

**Psychotherapy**

Individual psychotherapy for private individuals or self-payers

**Psychiatric reports**

Expert opinions for e.g. courts, insurance companies, professional associations, lawyers and private individuals.

More        More        More        More





**Diving Suitability**

Our diving medical health check-up programs are combined with modern technical procedures according to the well-founded knowledge of preventive medicine.

**Sports boat licence**

You need a medical certificate for admission of the boating licence examination. For further information please click More!

**Quality Management Representative Hemotherapy**

All healthcare facilities that use blood/blood products need a (medical) quality officer. More information here!

More        More        More



### Tobias Heinemann

Specialist in General Medicine
Specialist in psychiatry and psychotherapy occupational medicine, traffic medicine
Travel Medicine (DFR, CRM, DTG)
vaccination center against yellow fever



**Address**

Am Bleicher Hag 13, 89075 Ulm
Germany
Tel.: 0731 1657 3786
Mobile: 0174 6229891
tobias.heinemann@work-health-service.com

privacy        Copyright © All rights reserved.

In order to provide you with the best online experience this website uses cookies. By using our website, you agree to our use of cookies. More Info.