# EXHIBIT AA

HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

```
 1                      U.S. DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                       OAKLAND DIVISION
 4                      _____
 5
        ELASTICSEARCH, INC., a      )Volume 1
 6      Delaware corporation,       )
        ELASTICSEARCH B.V., a       )
 7      Dutch corporation,          )
                                    )Case No.
 8              Plaintiffs,         )4:19-cv-05553-YGR
                                    )
 9           vs.                    )
                                    )
10      Floragunn GMBH, a German    )
        corporation,                )
11                                  )
                Defendant.          )
12                                  )
13              ** HIGHLY CONFIDENTIAL **
14             ** UNDER PROTECTIVE ORDER **
15              ** ATTORNEY'S EYES ONLY **
16
17            REMOTE VIDEOTAPED DEPOSITION
18                        OF
19              JOCHEN MICHAEL KRESSIN
20              Monday, March 1, 2021
21                  Berlin, Germany
22
23
24
25   Reported by:  B. Suzanne Hull, CSR No. 13495
```

Page 1





HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY





| | | |
|---|---|---|
| 1 | Q.  Prior to -- withdrawn. | 06:18:44 |
| 2 | Did you have any conversations with Mr. Saly | 06:18:46 |
| 3 | regarding the substance of floragunn's business in | 06:18:49 |
| 4 | 2020 after he took medical leave? | 06:18:51 |
| 5 | A.  Maybe, but I couldn't -- I couldn't tell you | 06:18:54 |
| 6 | for sure. | 06:19:03 |
| 7 | ( [REDACTED] ) | 06:19:04 |
| 8 | [REDACTED] ) | 06:19:10 |
| 9 | [REDACTED] ) | 06:19:14 |
| 10 | A.  Not that I'm aware of. | 06:19:22 |
| 11 | Q.  Has Mr. Saly provided or identified any | 06:19:24 |
| 12 | materials to be used by floragunn's experts in this | 06:19:29 |
| 13 | litigation? | 06:19:32 |
| 14 | A.  Again, does this refer to after he took | 06:19:36 |
| 15 | medical leave or in the entire -- | 06:19:41 |
| 16 | Q.  At any time. | 06:19:44 |
| 17 | A.  Provided material to the experts?  Is that | 06:19:45 |
| 18 | the question? | 06:19:49 |
| 19 | Q.  Provided material to them or identified | 06:19:50 |
| 20 | materials for them, yes. | 06:19:53 |
| 21 | MR. KWUN:  Objection. | 06:19:54 |
| 22 | I'm going to instruct the witness not to | 06:19:55 |
| 23 | answer to the extent it calls for communications with | 06:19:58 |
| 24 | counsel. | 06:20:02 |
| 25 | But otherwise, you can answer. | 06:20:02 |

Page 85

| | | |
|---|---|---|
| 1 | content of a .jar file is object code written in the | 07:16:16 |
| 2 | JAVA programming language. | 07:16:22 |
| 3 | Q.  You see that 167 should be available in the | 07:16:24 |
| 4 | Exhibit Share. | 07:16:34 |
| 5 | (Deposition Exhibit Number 167 | 07:16:35 |
| 6 | was marked for identification.) | 07:16:37 |
| 7 | BY MR. EBERHART: | 07:16:37 |
| 8 | Q.  It starts with -- well, it should start with | 07:16:37 |
| 9 | Exhibit 167 on this one. | 07:16:41 |
| 10 | A.  167; right? | 07:16:47 |
| 11 | Q.  Yes. | 07:16:49 |
| 12 | A.  Okay.  I have it open. | 07:16:50 |
| 13 | Q.  And Exhibit 167 is defendant floragunn's | 07:16:51 |
| 14 | response to plaintiffs' second request for | 07:16:55 |
| 15 | admissions; correct? | 07:16:57 |
| 16 | A.  Correct. | 07:16:58 |
| 17 | Q.  Have you seen this document before? | 07:16:59 |
| 18 | A.  Yes.  I have seen it before. | 07:17:02 |
| 19 | Q.  Do you have any reason to think that | 07:17:04 |
| 20 | anything in this exhibit is incomplete or inaccurate? | 07:17:05 |
| 21 | A.  No.  I don't have any reason to believe | 07:17:09 |
| 22 | that, no. | 07:17:11 |
| 23 | Q.  And the response to Request Number 214 on | 07:17:12 |
| 24 | page two reads: | 07:17:18 |
| 25 | "Admitted based on confirmation from | 07:17:21 |

Page 106

| | | |
|---|---|---|
| 1 | Hendrik Saly." | 07:17:24 |
| 2 | Correct? | 07:17:25 |
| 3 | A.   Correct. | 07:17:26 |
| 4 | Q.   And that was in your -- in response to | 07:17:26 |
| 5 | a request that floragunn admit that Hendrik Saly has | 07:17:29 |
| 6 | controlled the GitHub account | 07:17:32 |
| 7 | https://github.com/salyh continuously from March 4, | 07:17:34 |
| 8 | 2013, to the present; correct? | 07:17:45 |
| 9 | A.   Correct. | 07:17:47 |
| 10 | Q.   And what does based on -- on confirmation | 07:17:47 |
| 11 | from Hendrik Saly mean? | 07:17:50 |
| 12 | A.   That means that I asked him that question. | 07:17:52 |
| 13 | Q.   When did you ask him that question? | 07:17:55 |
| 14 | A.   I do not remember when that was exactly, but | 07:17:59 |
| 15 | it was at the time when the -- sorry. | 07:18:03 |
| 16 | What was the document called?  RFA?  Those | 07:18:07 |
| 17 | two particular -- those two particular questions have | 07:18:12 |
| 18 | been asked. | 07:18:14 |
| 19 | Q.   Okay.  So prior to the time that floragunn | 07:18:15 |
| 20 | submitted Exhibit 167 to Elastic, you spoke to | 07:18:18 |
| 21 | Mr. Saly about whether he controlled the GitHub | 07:18:22 |
| 22 | account referenced in Request 214; correct? | 07:18:26 |
| 23 | A.   I asked him that question; correct. | 07:18:30 |
| 24 | Q.   And what was his response? | 07:18:33 |
| 25 | A.   He said -- sorry.  He said that it was his | 07:18:34 |

Page 107

| | | |
|---|---|---|
| 1 | account on GitHub and they were -- there were no | 07:18:38 |
| 2 | other peoples in control of that account. | 07:18:43 |
| 3 | Q.  And did Mr. -- did Mr. Saly communicate this | 07:18:45 |
| 4 | to you via e-mail? | 07:18:50 |
| 5 | A.  As far as I remember -- as far as | 07:18:56 |
| 6 | I remember, it was probably a quick phone call. | 07:19:01 |
| 7 | Q.  And this Exhibit 167 response is dated | 07:19:04 |
| 8 | January 22nd, 2020, though I believe that may be -- | 07:19:14 |
| 9 | does that refresh your recollection as to when you | 07:19:29 |
| 10 | spoke to Mr. Saly about this question? | 07:19:32 |
| 11 | A.  No. | 07:19:34 |
| 12 | I can't be more specific than at the time | 07:19:35 |
| 13 | the questions have been asked. | 07:19:38 |
| 14 | Q.  Exhibit 168 should be available in the | 07:19:40 |
| 15 | Exhibit Share for you. | 07:20:21 |
| 16 | (Deposition Exhibit Number 168 | 07:20:29 |
| 17 | was marked for identification.) | 07:20:31 |
| 18 | THE WITNESS:  168, response to third RFAs. | 07:20:31 |
| 19 | Yes.  I can see it. | 07:20:36 |
| 20 | BY MR. EBERHART: | 07:20:38 |
| 21 | Q.  Have you ever seen Exhibit 168 before? | 07:20:38 |
| 22 | A.  Yes, I did. | 07:20:41 |
| 23 | Q.  Do you have any reason to think that | 07:20:42 |
| 24 | Exhibit 168 is incomplete or inaccurate in any way? | 07:20:45 |
| 25 | A.  I don't have any reason to believe that, no. | 07:20:49 |

Page 108

HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

1  STATE OF CALIFORNIA )
                       ) ss.
2  COUNTY OF KERN      )

3

4

5          I, B. Suzanne Hull, a Certified Shorthand
6  Reporter in the State of California, holding
7  Certificate Number 13495, do hereby certify that
8  JOCHEN MICHAEL KRESSIN, the witness named in the
9  foregoing deposition, was by me duly sworn; that said
10 deposition, was taken Monday, March 1, 2021, at the
11 time and place set forth on the first page hereof.
12         That upon the taking of the deposition, the
13 words of the witness were written down by me in
14 stenotypy and thereafter transcribed by computer
15 under my supervision; that the foregoing is a true
16 and correct transcript of the testimony given by the
17 witness.
18         Pursuant to Federal Rule 30(e), transcript
19 review was requested.
20         I further certify that I am neither counsel
21 for nor in any way related to any party to said
22 action, nor in any way interested in the result or
23 outcome thereof.
24 ///
25 ///

Page 162

1   Dated this 5th day of March, 2021, at
2   Bakersfield, California.
3
4
5       B. Suzanne Hull, CSR No. 13495
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 163