# EXHIBIT BB

- Wiedergabe des aktuellen Registerinhalts -
Abruf vom 30.07.2021, 16:58

Ausdruck

Amtsgericht Charlottenburg
- Handelsregister Abteilung B -

HRB 211328 B

## Aktueller Ausdruck                             HRB 211328 B

Handelsregister Abteilung B
Amtsgericht Charlottenburg

**1. Anzahl der bisherigen Eintragungen**
  2 Eintragung(en)

**2.a) Firma**
  go-ffwd GmbH

**b) Sitz, Niederlassung, inländische Geschäftsanschrift, empfangsberechtigte Person, Zweigniederlassungen**
  Berlin
  Tempelhofer Ufer 16, 10963 Berlin

**c) Gegenstand des Unternehmens**
  Die Beteiligung an anderen Unternehmen im In- und Ausland im eigenen Namen, auf eigene Rechnung und nicht als Dienstleistung für Dritte, die Verwaltung eigenen Vermögens sowie die aktive Steuerung der Beteiligungsgesellschaften und Erbringung von IT-Dienstleistungen und entsprechendem Support diesen gegenüber.

**3. Grund- oder Stammkapital**
  30.000,00 EUR

**4.a) Allgemeine Vertretungsregelung**
  Ist ein Geschäftsführer bestellt, so vertritt er die Gesellschaft allein. Sind mehrere Geschäftsführer bestellt, wird die Gesellschaft gemeinschaftlich durch zwei Geschäftsführer oder durch einen Geschäftsführer in Gemeinschaft mit einem Prokuristen vertreten.
  Alleinvertretungsbefugnis kann erteilt werden.

**b) Vorstand, Leitungsorgan, geschäftsführende Direktoren, persönlich haftende Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis**

**Geschäftsführer:**
**mit der Befugnis die Gesellschaft allein zu vertreten mit der Befugnis Rechtsgeschäfte mit sich selbst oder als Vertreter Dritter abzuschließen**
  Kressin, Claudia, *08.08.1970, Berlin
  Kressin, Jochen Michael, *09.02.1976, Berlin

**5. Prokura**

**Einzelprokura mit der Befugnis Rechtsgeschäfte mit sich selbst oder als Vertreter Dritter abzuschließen mit der Befugnis zur Veräußerung und Belastung von Grundstücken**
  Saly, Henrik Jörg, *31.01.1976, Pfinztal OT Wöschbach

**Einzelprokura**

Wetekam, Mechthild, *09.08.1970, Berlin

**6.a) Rechtsform, Beginn, Satzung oder Gesellschaftsvertrag**

Gesellschaft mit beschränkter Haftung

Gesellschaftsvertrag vom: 18.09.2019

**7. Tag der letzten Eintragung**

03.06.2021

**Liste der Gesellschafter**

der go-ffwd GmbH

mit dem Sitz in Berlin

mit den Nennbeträgen der übernommenen Geschäftsanteile

| Gesellschafter:<br>Vor- und Nachname,<br>Geburtsdatum, Wohnort/<br>bzw. bei Gesellschaften Firma,<br>Sitz, Registergericht und<br>Registernummer | Lfd. Nr. des<br>Geschäftsanteils<br>oder Nummern<br>der<br>Geschäftsanteile | Nennbetrag des einzelnen<br>Geschäftsanteils<br>in Euro/Prozentuale<br>Beteiligung des einzelnen<br>Geschäftsanteils am<br>Stammkapital | Prozentualer<br>Gesamtumfang der<br>Beteiligung der<br>Gesellschafter mit<br>mehreren<br>Geschäftsanteilen | Veränderungen |
|---|---|---|---|---|
| Claudia Kressin, 08.08.1970, Berlin | 1 – 10.000 | 1/0,0033 | 33,33 | |
| Jochen Michael Kressin, 09.02.1976, Berlin | 10.001 – 20.000 | 1/0,0033 | 33,33 | |
| Hendrik Jörg Saly, 31.01.1976, Pfinztal OT Wöschbach | 20.001 – 30.000 | 1/0,0033 | 33,33 | |

Berlin, den 18.09.2019


*gez. Claudia Kressin*
_____
Claudia Kressin


*gez. Jochen Kressin*
_____
Jochen Michael Kressin


ffwd_liste.doc

Ich beglaubige hiermit die Übereinstimmung des mir in Urschrift vorliegenden Dokumentes in Papierform mit den in dieser Datei enthaltenen Bilddaten.

Berlin, den 02.10.2019

Jens Michaelis, Notarvertreter

- Excerpt from the current register content -
Retrieved on 07/30/2021 at 4:58 p.m.

| | Charlottenburg District Court | |
|---|---|---|
| Printout | - Commercial Register Section B - | HRB 211328 B |

## Current printout                                                                 HRB 211328 B

Commercial Register Section B
Charlottenburg District Court

**1. Number of previous entries** 2
    entry(entries)

**2.a) Company name**
    go-ffwd GmbH

**b) Registered office, branch, domestic business address, authorized recipient,
branch offices**
    Berlin
    Tempelhofer Ufer 16, 10963 Berlin

**c) Purpose of the company**
    The participation in other companies in Germany and abroad in its own name, for its own account and not as a service for third parties, the management of its own assets as well as the active control of the associated companies and the provision of IT services and corresponding support to them.

**3. Share or equity capital**
    EUR 30,000.00

**4.a) General Representation Regulation**
    If one managing director is appointed, the company is represented through him/her alone. If several managing directors are appointed, the Company is represented jointly by two managing directors or by one managing director together with one authorized officer.
    Individual power of representation can be granted.

**b) Board of Management, executive body, managing directors, personally liable shareholders,
general managers, authorized representatives and special power of representation**
**Managing directors:**
**with the authority to represent the company individually, with the authority to conclude legal transactions for their own account or as representatives of third parties**
    Kressin, Claudia, born on 08/08/1970, Berlin Kressin, Jochen

    Michael, born on 02/09/1976, Berlin

**5. Authorized officers**

    **Holders of sole representation powers, with the authority to conclude legal transactions for
their own account or as representatives of third parties, with the authority to sell and
encumber real property**
    Saly, Henrik Jörg, born on 01/31/1976, Pfinztal OT Wöschbach

- Excerpt from the current register content -
Retrieved on 07/30/2021 at 4:58 p.m.

| | Charlottenburg District Court | |
|---|---|---|
| Printout | - Commercial Register Section B - | HRB 211328 B |

**Authorized officer and holder of sole representation powers**

Wetekam, Mechthild, born on 08/09/1970, Berlin

**6.a) Legal form, start, articles of association**

Limited liability company

Articles of Association dated: 09/18/2019

**7. Day of last entry**

06/03/2021

**List of shareholders**

of go-ffwd GmbH

with registered office in Berlin

with the nominal amounts of the acquired shares

| Shareholders:<br>First and last name,<br>Date of birth, place of residence/<br>or, in the case of companies, company name,<br>registered office, registry court and registration number | No. of the share or numbers<br>of the shares | Nominal amount of the individual share<br>in Euros / Participation percentage of the individual share in<br>share capital | Percentage<br>Total amount of the Participation of the shareholder with multiple shares | Changes |
|---|---|---|---|---|
| Claudia Kressin, 08/08/1970, Berlin | 1 – 10,000 | 1/0,0033 | 33.33 | |
| Jochen Michael Kressin, 02/09/1976, Berlin | 10,001 – 20,000 | 1/0.0033 | 33.33 | |
| Hendrik Jörg Saly, 01/31/1976, Pfinztal OT Wöschbach | 20,001 – 30,000 | 1/0.0033 | 33.33 | |

In Berlin, on 09/18/2019

*signed Claudia Kressin*
_____
Claudia Kressin


*signed Jochen Kressin*
_____
Jochen Michael Kressin




ffwd_list.doc

I hereby certify that the original document in paper form matches the image data contained in this file.

In Berlin, on 10/02/2019

Jens Michaelis, Notary Representative



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015 and ISO 17100:2015. I, Jacqueline Yorke, hereby affirm that the translations of the following two (2) documents listed in this Translation Certificate have been completed in conformance with the Quality Management System documented in TransPerfect's ISO process maps and are, to the best of my knowledge and belief, true and accurate translations of the source material from German to English. The documents that have been translated are as follows:

- BE-Berlin_(Charlottenburg)_HRB_211328+Aktueller_Abdruck-20210730165843

- BE-Berlin_HRB_211328+Liste_der_Gesellschafter_-_Aufnahme_in_den_Registe-...

I declare under penalty of perjury that the foregoing is true and correct.

*Authorized Signature:*

*Name:* Jacqueline Yorke

*Title:* Project Manager

*Date:* August 2, 2021

*Signature, Notary Public:*

*Stamp: Notary Public*

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS