HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                   OAKLAND DIVISION

 4                   _____

 5

        ELASTICSEARCH, INC., a    )
 6      Delaware corporation,     )
        ELASTICSEARCH B.V., a     )
 7      Dutch corporation,        )
                                  )Case No.
 8              Plaintiffs,       )4:19-cv-05553-YGR
                                  )
 9          vs.                   )
                                  )
10      Floragunn GmbH, a German  )
        corporation,              )
11                                )
                Defendant.        )
12                                )

13              ** HIGHLY CONFIDENTIAL **

14             ** UNDER PROTECTIVE ORDER **

15              ** ATTORNEY'S EYES ONLY **

16

17           REMOTE VIDEOTAPED DEPOSITION

18                        OF

19                    URI BONES

20          Wednesday, February 17, 2021

21             Amsterdam, Netherlands

22

23

24

25      Reported by:  B. Suzanne Hull, CSR No. 13495
```

Page 1

Case 4:19-cv-05553-YGR   Document 213-31   Filed 11/12/21   Page 2 of 10

HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

```
 1                          APPEARANCES
 2

 3

 4
       For Plaintiffs:        O'Melveny & Myers, LLP
 5                            By MR. DAVID R. EBERHART
                             Attorney at Law
 6                            2 Embarcadero Center
                             Twenty-eighth Floor
 7                            San Francisco, California 94111
                             (415) 984-8700
 8                            deberhart@omm.com
 9
10     For Defendant:         Kwun Bhansali Lazarus, LLP
                             By MR. MICHAEL S. KWUN
11                            Attorney at Law
                             555 Montgomery Street
12                            Suite 750
                             San Francisco, California 94111
13                            (415) 630-2350
                             mkwun@kblfirm.com
14

15

16
       The Videographer:     Craig Bates
17

18

19

20

21

22

23

24

25

                                               Page  2
```

HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

| | | |
|---|---|---|
| 1 | A.  Correct. | 08:28:55 |
| 2 | Q.  And SOLR was paid for that work; isn't that | 08:28:55 |
| 3 | correct? | 08:28:59 |
| 4 | MR. EBERHART:  Objection.  Vague. | 08:29:00 |
| 5 | THE WITNESS:  Sorry. | 08:29:01 |
| 6 | SOLR -- | 08:29:03 |
| 7 | BY MR. KWUN: | 08:29:05 |
| 8 | Q.  Don't worry.  Let me -- let me re-ask the | 08:29:05 |
| 9 | question.  I asked that incorrectly. | 08:29:09 |
| 10 | A.  Okay. | 08:29:09 |
| 11 | Q.  And Orange 11 was paid for the work that you | 08:29:11 |
| 12 | did that used SOLR or Lucene. | 08:29:13 |
| 13 | Isn't that true? | 08:29:17 |
| 14 | A.  Yes. | 08:29:18 |
| 15 | Q.  The money that Orange 11 was paid when it | 08:29:18 |
| 16 | used SOLR or Lucene, none of that money went to the | 08:29:23 |
| 17 | Apache Software Foundation, did it? | 08:29:28 |
| 18 | A.  No. | 08:29:32 |
| 19 | Q.  You are a founder of Elastic. | 08:29:43 |
| 20 | Isn't that true? | 08:29:46 |
| 21 | A.  Yes. | 08:29:47 |
| 22 | Q.  And when I say Elastic, I'm referring to the | 08:29:48 |
| 23 | company or companies known as Elasticsearch. | 08:29:52 |
| 24 | Do you understand that? | 08:29:55 |
| 25 | A.  Yes. | 08:29:57 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

| | | |
|---|---|---|
| 1 | records. | 08:41:39 |
| 2 | Q.  Was that phone call before or after the | 08:41:40 |
| 3 | general availability release of Shield? | 08:41:45 |
| 4 | A.  I don't remember.  I think so, but I don't | 08:41:49 |
| 5 | remember exactly. | 08:41:58 |
| 6 | Q.  Why were you having a telephone call with | 08:41:59 |
| 7 | Mr. Saly? | 08:42:03 |
| 8 | A.  When he released the -- I don't remember if | 08:42:05 |
| 9 | it was a statement or how I -- I -- I got to know | 08:42:14 |
| 10 | that it was a -- work on it or he got to work on it. | 08:42:18 |
| 11 | At that time we were -- we were obviously a small | 08:42:26 |
| 12 | team building a security product, and we were | 08:42:29 |
| 13 | interested in anyone that has experience with | 08:42:33 |
| 14 | Elasticsearch -- development experience in | 08:42:39 |
| 15 | Elasticsearch and is a security expert; so he was | 08:42:43 |
| 16 | a great candidate to talk with -- to -- to see -- to | 08:42:47 |
| 17 | gauge it. | 08:42:52 |
| 18 | Q.  What did you think he was a candidate for? | 08:42:53 |
| 19 | A.  Potentially hiring to the security team. | 08:42:59 |
| 20 | Q.  How long was the telephone call that you had | 08:43:06 |
| 21 | with Mr. Saly when you met him? | 08:43:16 |
| 22 | A.  I don't remember exactly. | 08:43:19 |
| 23 | Q.  Was it more than an hour? | 08:43:23 |
| 24 | A.  Yes. | 08:43:27 |
| 25 | Q.  Did you discuss Elastic's Shield plugin on | 08:43:34 |

Page 32

| | | |
|---|---|---|
| 1 | that telephone call? | 08:43:38 |
| 2 | A.  Yes. | 08:43:40 |
| 3 | Q.  What do you remember about your discussion | 08:43:42 |
| 4 | with Mr. Saly about Elastic Shield plugin? | 08:43:47 |
| 5 | A.  When the -- when we talked about his project | 08:43:56 |
| 6 | that he was working on, he told me that he noticed | 08:44:05 |
| 7 | that we implemented things a little bit different or | 08:44:12 |
| 8 | in a different layer -- we implemented security in | 08:44:17 |
| 9 | a different layer than he did -- than he did.  And | 08:44:21 |
| 10 | when I asked him how does he know that, he told me | 08:44:24 |
| 11 | that they decompiled our code.  And then we -- | 08:44:27 |
| 12 | I don't know.  I told him, obviously, that it was not | 08:44:35 |
| 13 | allowed, but it is not -- it was not a focus of the | 08:44:38 |
| 14 | conversation. | 08:44:43 |
| 15 | Q.  What did you tell him about it not being | 08:44:43 |
| 16 | allowed to decompile Shield? | 08:44:50 |
| 17 | A.  It is just what I just said.  It was | 08:44:54 |
| 18 | a comment that I just made as a response to his | 08:44:57 |
| 19 | statement that they decompiled the code that he was | 08:45:01 |
| 20 | not actually allowed to do that.  But, again, that | 08:45:04 |
| 21 | was not the -- the focus of the conversation. | 08:45:08 |
| 22 | Q.  Was there any further discussion about | 08:45:10 |
| 23 | decompilation of the Shield code? | 08:45:14 |
| 24 | A.  No. | 08:45:19 |
| 25 | Q.  Did you believe that it was not allowed to | 08:45:20 |

Page 33

HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

| | | |
|---|---|---|
| 1 | decompile the Shield code? | 08:45:27 |
| 2 | A.  I knew it was not allowed to decompile the | 08:45:32 |
| 3 | Shield code. | 08:45:35 |
| 4 | Q.  Okay.  What do you mean by that? | 08:45:36 |
| 5 | A.  This was -- we built Shield.  I -- I -- | 08:45:39 |
| 6 | I started Shield as a product.  I was the first | 08:45:49 |
| 7 | engineer on it, and we gave it -- it was | 08:45:53 |
| 8 | a proprietary product with a proprietary license. | 08:45:55 |
| 9 | And part of this license forbids you from, you know, | 08:46:00 |
| 10 | compiling -- decompiling the code -- the -- the -- | 08:46:05 |
| 11 | the JAR file, which is basically to decompile the | 08:46:08 |
| 12 | JAVA code. | 08:46:13 |
| 13 | Q.  Have you mentioned to anyone that Mr. Saly | 08:46:14 |
| 14 | told you that he had decompiled the Shield code? | 08:46:26 |
| 15 | MR. EBERHART:  I'll object to the extent it | 08:46:30 |
| 16 | calls for communications with counsel. | 08:46:32 |
| 17 | I will instruct you not to answer as to | 08:46:33 |
| 18 | communications with counsel, whether inhouse or | 08:46:36 |
| 19 | outside.  To the extent you had responsive | 08:46:38 |
| 20 | communications other than with counsel, you can go | 08:46:42 |
| 21 | ahead and answer. | 08:46:45 |
| 22 | THE WITNESS:  Yes. | 08:46:46 |
| 23 | BY MR. KWUN: | 08:46:47 |
| 24 | Q.  Who have you told that Mr. Saly told you | 08:46:47 |
| 25 | that he had decompiled the Shield code, leaving aside | 08:46:50 |

Page 34

HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

| | | |
|---|---|---|
| 1 | conversations with counsel? | 08:46:54 |
| 2 | A.  I clearly remember telling it to Shay Banon, | 08:46:57 |
| 3 | which is the name of the CEO.  And I think also other | 08:47:04 |
| 4 | people knew it, but I don't -- I don't remember -- | 08:47:13 |
| 5 | I don't explicitly remember -- vividly remember | 08:47:16 |
| 6 | talking -- like, talking to them; so let's keep it | 08:47:20 |
| 7 | with Shay Banon. | 08:47:26 |
| 8 | Q.  I'm going to be asking you a number of | 08:47:28 |
| 9 | questions that -- where I don't want to know anything | 08:47:30 |
| 10 | about your conversations with counsel; so unless | 08:47:32 |
| 11 | I ask otherwise, please understand my questions not | 08:47:36 |
| 12 | to include in your response your communications with | 08:47:39 |
| 13 | counsel. | 08:47:41 |
| 14 | Okay?  Do you understand that? | 08:47:42 |
| 15 | A.  Yes. | 08:47:43 |
| 16 | Q.  What conversations have you had with people | 08:47:44 |
| 17 | at Elastic about Mr. Saly and the possibility that he | 08:47:57 |
| 18 | had decompiled Shield code? | 08:48:04 |
| 19 | MR. EBERHART:  Object.  I'm going to | 08:48:08 |
| 20 | instruct him not to answer as to conversations with | 08:48:10 |
| 21 | counsel. | 08:48:12 |
| 22 | Otherwise you can answer. | 08:48:13 |
| 23 | And object as asked and answered. | 08:48:15 |
| 24 | THE WITNESS:  Beyond the -- just mentioning | 08:48:18 |
| 25 | it to Shay, I don't remember other specific | 08:48:22 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

| | | |
|---|---|---|
| 1 | conversations around that topic. | 08:48:26 |
| 2 | BY MR. KWUN: | 08:48:28 |
| 3 |    Q.  Leaving aside any questions -- strike that. | 08:48:34 |
| 4 |     Leaving aside any communications with | 08:48:39 |
| 5 | counsel, have you had any discussions with anyone at | 08:48:40 |
| 6 | any time about the possibility that Hendrik Saly, or | 08:48:46 |
| 7 | others at floragunn, had decompiled Elastic's code? | 08:48:53 |
| 8 |     MR. EBERHART:  Objection.  Vague.  Asked and | 08:49:02 |
| 9 | answered. | 08:49:03 |
| 10 |     THE WITNESS:  Later on, quite after -- | 08:49:07 |
| 11 | quite -- yeah.  It is quite some time past since | 08:49:11 |
| 12 | the -- the phone call I had with the -- with the -- | 08:49:16 |
| 13 | Hendrik, at some point we started talking about it | 08:49:20 |
| 14 | more as a -- our engineers started noticing | 08:49:27 |
| 15 | suspicious similarities between their code and our | 08:49:34 |
| 16 | code. | 08:49:39 |
| 17 | BY MR. KWUN: | 08:49:39 |
| 18 |    Q.  Have your engineers examined floragunn's | 08:49:47 |
| 19 | source code? | 08:49:52 |
| 20 |     MR. EBERHART:  I'll object and instruct not | 08:49:53 |
| 21 | to answer as to any work product investigation taken | 08:49:55 |
| 22 | at the direction of counsel, whether inhouse or | 08:49:58 |
| 23 | outside counsel. | 08:50:00 |
| 24 |     To the extent that you can answer | 08:50:02 |
| 25 | excluding -- excluding such examinations, you can go | 08:50:04 |

Page 36

HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

```
 1   STATE OF CALIFORNIA )
                         ) ss.
 2   COUNTY OF KERN      )

 3

 4

 5         I, B. Suzanne Hull, a Certified Shorthand

 6   Reporter in the State of California, holding

 7   Certificate Number 13495, do hereby certify that

 8   URI BONES, the witness named in the foregoing

 9   deposition, was by me duly sworn; that said

10   deposition, was taken Wednesday, February 17, 2021,

11   at the time and place set forth on the first page

12   hereof.

13         That upon the taking of the deposition, the

14   words of the witness were written down by me in

15   stenotypy and thereafter transcribed by computer

16   under my supervision; that the foregoing is a true

17   and correct transcript of the testimony given by the

18   witness.

19         Pursuant to Federal Rule 30(e), transcript

20   review was requested.

21         I further certify that I am neither counsel

22   for nor in any way related to any party to said

23   action, nor in any way interested in the result or

24   outcome thereof.

25   ///
```

Page 99

HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER - ATTORNEY'S EYES ONLY

1          Dated this 18th day of February, 2021, at

2    Bakersfield, California.

3

4

          B. Suzanne Hull, CSR No. 13495

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 100