# EXHIBIT EE

| | |
|---|---|
| **Subject:** | Responses to RFAs and RFPs |
| **Date:** | Friday, January 22, 2021 at 1:34:26 PM Pacific Standard Time |
| **From:** | John Smitten |
| **To:** | #Elasticsearch-Floragunn |
| **CC:** | V. David Rivkin, Justin Lee, 'Michael Kwun' |
| **Attachments:** | Response to Second Set of RFAs DR rev 1-21-20.pdf, Response to Fifth Set of RFPs Dr rev 1-19-20.pdf |

[EXTERNAL MESSAGE]

Counsel:

Attached please find floragunn's responses to Elastic's Fifth Set of RFPs and Second Set of RFAs.

Regards,

John

## WUERSCH & GERING

John Smitten | Associate
Wuersch & Gering LLP | 100 Wall Street, 10th Fl. | New York, NY 10005
212-509-1720 (direct) | 212-509-5050 (firm)
john.smitten@wg-law.com | www.wg-law.com

This message and any attachments hereto contain confidential information and information which may be subject to the attorney-client privilege. It is intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.
🌿 Please consider the environment before printing this e-mail!