# EXHIBIT FF

KWUN BHANSALI LAZARUS LLP
MICHAEL S. KWUN (SBN 198945)
mkwun@kblfirm.com
555 Montgomery St., Suite 750
San Francisco, CA 94111
Telephone: 415 630-2350
Facsimile: 415 367-1539

WUERSCH & GERING LLP
V. DAVID RIVKIN (admitted *pro hac vice*)
david.rivkin@wg-law.com
JOHN A. SMITTEN (admitted *pro hac vice*)
john.smitten@wg-law.com
100 Wall St., 10th Fl.
New York, NY 10005
Telephone: 212 509-5050
Facsimile: 212 509-9559

Attorneys for Defendant
FLORAGUNN GmbH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, ELASTICSEARCH B.V., a Dutch corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FLORAGUNN GmbH, a German corporation,<br><br>Defendant. | Case No. 4:19-cv-05553-YGR<br><br>**DEFENDANT FLORAGUNN GMBH'S RESPONSE TO PLAINTIFFS' SECOND REQUESTS FOR ADMISSION** |

**Exhibit 0167**

Pursuant to Federal Rules of Civil Procedure 26 and 36, Defendant floragunn GmbH hereby responds to Plaintiffs Elasticsearch, Inc., and elasticsearch B.V.'s Second Requests for Admission served on December 23, 2020, as follows:

## GENERAL OBJECTIONS

floragunn objects to Elastic's Definitions and Instructions to the extent they purport to impose any discovery obligation beyond or inconsistent with that required by the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Northern District of California.  floragunn further objects to the extent that the requests call for information protected by the work product doctrine, the attorney-client privilege, or any other applicable privileges.

## RESPONSES TO INDIVIDUAL REQUESTS FOR ADMISSION

**REQUEST NO. 214:**

Admit that Hendrik Saly has controlled the GitHub account https://github.com/salyh continuously from March 4, 2013 to the present.

Response: Admitted based on confirmation from Hendrik Saly.

**REQUEST NO. 215:**

Admit that from March 4, 2013 to the present no persons other than Hendrik Saly have controlled the GitHub account https://github.com/salyh.

Response: Admitted based on confirmation from Hendrik Saly.

Dated: January 22, 2020                    WUERSCH & GERING LLP

By: _____
Attorneys for Defendant floragunn GmbH

**CERTIFICATE OF SERVICE**

    I am an attorney at Wuersch & Gering LLP, counsel for Defendant, in the above-captioned proceeding. I hereby certify that on January 22, 2020, I caused the foregoing **Response to Plaintiffs' Second Requests for Admission** to be served electronically via email to ElasticsearchFloragunn@omm.com upon counsel for Plaintiffs Elasticsearch, Inc., and elasticsearch B.V.

_____
John A. Smitten