DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
JAMES K. ROTHSTEIN (S.B. #267962)
jrothstein@omm.com
DANIEL H. LEIGH (S.B. #310673)
dleigh@omm.com
ASHISH SUDHAKARAN (S.B. #312941)
asudhakaran@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3823
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701

Attorneys for Plaintiffs
ELASTICSEARCH, INC. and
ELASTICSEARCH B.V.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, and ELASTICSEARCH B.V., a Dutch corporation,<br><br>                    Plaintiffs,<br><br>       v.<br><br>FLORAGUNN GmbH, a German corporation,<br><br>                    Defendant. | Case No. 4:19-cv-05553-YGR (AGT)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS ELASTICSEARCH, INC. AND ELASTICSEARCH B.V.'S MOTION FOR SANCTIONS AGAINST FLORAGUNN REGARDING HENDRIK SALY** |

Plaintiffs Elasticsearch, Inc. and Elasticsearch B.V. ("Elastic") have moved the Court for an order imposing issue sanctions upon Defendant floragunn GmbH ("floragunn") for refusing to produce its former employee and Chief Technology Officer Hendrik Saly for deposition and its misrepresentation of Mr. Saly's unavailability to appear for a deposition. Specifically, Elastic requests that the Court instruct the jury:

1. floragunn could have, but refused, to make Mr. Saly available for deposition; and

2. it is established that Mr. Saly accessed the infringed Elastic code and copied from Elastic the twelve specific accused floragunn code segments that he "authored."

The Court, having considered Elastic's Motion, floragunn's Opposition, Elastic's Reply, the supporting Declarations, the exhibits attached thereto, the pleadings and filings in this action, all matters of which the Court may take judicial notice, and arguments of the parties at any hearing, hereby **GRANTS** Elastic's Motion.

**IT IS THEREFORE ORDERED** that the Court shall instruct the jury that (1) floragunn could have, but refused, to make Mr. Saly available for deposition, and (2) it is established that Mr. Saly accessed the infringed Elastic code and copied from Elastic the twelve specific accused floragunn code segments that he "authored."

Dated: _____  _____
Honorable Alex G. Tse
United States Magistrate Judge