1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, ELASTICSEARCH B.V., a Dutch corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FLORAGUNN GmbH, a German corporation,<br><br>Defendant. | Case No. 4:19-cv-05553-YGR<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR SANCTIONS AGAINST FLORAGUNN REGARDING HENDRIK SALY** |

11
12

Before the Court is Plaintiffs' Motion for Sanctions Against floragunn Regarding Hendrik Saly (Dkt. 213) (the "Motion").

13
14

Based on the arguments presented in the parties' briefs and at hearing and upon the pleadings on file, the Court hereby DENIES the Motion.

15
16
17

Plaintiffs have not demonstrated that Defendant willfully violated a Court order or otherwise acted in bad faith with respect to Hendrik Saly's unavailability in this case. There is therefore no basis to impose the issue sanctions Plaintiffs request.

18

Accordingly, Plaintiffs' Motion is denied.

19

IT IS SO ORDERED.

20
21

Dated: _____          _____
                                         HON. ALEX G. TSE
                                         UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28