# DECLARATION OF JOCHEN KRESSIN

# DECLARATION FILED UNDER SEAL