# DECLARATION OF V. DAVID RIVKIN

# DECLARATION FILED UNDER SEAL