# EXHIBIT 1 TO RIVKIN DECLARATION
# EXHIBIT FILED UNDER SEAL