# EXHIBIT 2 TO RIVKIN DECLARATION

# EXHIBIT FILED UNDER SEAL