# EXHIBIT 6 TO RIVKIN DECLARATION
# EXHIBIT FILED UNDER SEAL