# EXHIBIT 3

1   DAVID R. EBERHART (S.B. #195474)
    deberhart@omm.com
2   JAMES K. ROTHSTEIN (S.B. #267962)
    jrothstein@omm.com
3   DANIEL H. LEIGH (S.B. #310673)
    dleigh@omm.com
4   O'MELVENY & MYERS LLP
    Two Embarcadero Center
5   28th Floor
    San Francisco, California  94111-3823
6   Telephone:      +1 415 984 8700
    Facsimile:      +1 415 984 8701
7
    Attorneys for Plaintiffs
8   ELASTICSEARCH, INC. and
    ELASTICSEARCH B.V
9
                    **UNITED STATES DISTRICT COURT**
10
                 **NORTHERN DISTRICT OF CALIFORNIA**
11
                         **OAKLAND DIVISION**
12

13
    ELASTICSEARCH, INC., a Delaware          Case No. 4:19-cv-05553-YGR
14  corporation, and ELASTICSEARCH B.V., a
    Dutch corporation,                       **PLAINTIFFS ELASTICSEARCH, INC.**
15                                           **AND ELASTICSEARCH B.V.'S THIRD**
                            Plaintiffs,      **SET OF REQUESTS FOR ADMISSION**
16                                           **TO DEFENDANT FLORAGUNN**
            v.                               **GMBH**
17
    FLORAGUNN GmbH, a German corporation,
18
                            Defendant.
19

20

21  PROPOUNDING PARTIES:        PLAINTIFFS ELASTICSEARCH, INC. AND
                                ELASTICSEARCH B.V.
22
    RESPONDING PARTY:           DEFENDANT FLORAGUNN GMBH
23
    SET NUMBER:                 THREE (NOS. 216–224)
24

25

26

27

28

**Exhibit
0169**

1    Pursuant to Federal Rule of Civil Procedure 36, Plaintiffs Elasticsearch, Inc. and

2    elasticsearch B.V. hereby propound the following Requests for Admission ("Requests") on

3    Defendant floragunn GmbH ("floragunn"). Plaintiffs request that floragunn provide written

4    responses to each of these Requests at the office of O'Melveny & Myers LLP, Two Embarcadero

5    Center, 28th Floor, San Francisco, California 94111, within thirty (30) days of service of these

6    Requests.

7    <div align="center">**DEFINITIONS**</div>

8    Unless the context indicates otherwise, the following words and phrases have the meanings given:

9    1.    "floragunn" means and refers to floragunn GmbH and includes without limitation

10    its predecessor and successor companies, its subsidiaries and parent companies, its retailers and

11    affiliates, and any and all of its present and former officers, directors, representatives, agents,

12    employees, attorneys, accountants, investigators, or anyone acting or purporting to act on behalf

13    of any such person.

14    2.    The term "person" or "persons" mean and refer to natural persons, firms,

15    associations, organizations, partnerships, businesses, trusts, limited liability companies,

16    corporations, and public entities.

17    3.    The words "and" and "or" shall be construed in the conjunctive, disjunctive, or

18    both, whichever makes the Requests more inclusive.

19    4.    The terms "all" or "any" means "any, all, each, and every."

20    5.    The use of the singular shall be deemed to include the plural and the use of the

21    plural shall be deemed to include the singular.

22    //

23    //

24    //

25    //

26    //

27    //

28

- 2 -

# REQUESTS FOR ADMISSION

**REQUEST NO. 216:**

Admit that Sergii Bondarenko has controlled the GitHub account https://github.com/sergibondarenko continuously from September 5, 2013 to the present.

**REQUEST NO. 217:**

Admit that from September 5, 2013 to the present no persons other than Sergii Bondarenko have controlled the GitHub account https://github.com/sergibondarenko.

**REQUEST NO. 218:**

Admit that Mikael Gustavsson has controlled the GitHub account https://github.com/mgustafsson1 continuously from September 9, 2010 to the present.

**REQUEST NO. 219:**

Admit that from September 9, 2010 to the present no persons other than Mikael Gustavsson have controlled the GitHub account https://github.com/mgustafsson1.

**REQUEST NO. 220:**

Admit that Hendrik Saly posted the content to GitHub that is attributed to the username "salyh" in the website page capture attached to these Requests as Exhibit A.

**REQUEST NO. 221:**

Admit that Hendrik Saly posted the content to Stack Overflow that is attributed to the username "salyh" in the website page capture attached to these Requests as Exhibit B.

**REQUEST NO. 222:**

Admit that the website page capture attached to these Requests as Exhibit C contains a true and correct copy of content appearing on floragunn's website at the URL https://search-guard.com/security/ as of September 15, 2020.

**REQUEST NO. 223:**

Admit that the website page capture attached to these Requests as Exhibit D contains a true and correct copy of content appearing on floragunn's website at the URL https://search-guard.com/search-guard-alive-and-kicking/ as of October 18, 2019.

PLAINTIFFS' THIRD SET OF
REQUESTS FOR ADMISSION
CASE NO. 4:19-CV-05553-YGR

1

**REQUEST NO. 224:**

2

      Admit that the website page capture attached to these Requests as Exhibit E contains a

3

true and correct copy of content appearing on floragunn's website at the URL https://search-

4

guard.com/company/ as of November 14, 2019.

5

      Dated:  February 3, 2021

6

                                 DAVID R. EBERHART
JAMES K. ROTHSTEIN

7

                                 DANIEL H. LEIGH
O'MELVENY & MYERS LLP

8

                               By:     */s/ David R. Eberhart*

9

                                     David R. Eberhart

10

                               Attorneys for Plaintiffs
ELASTICSEARCH, INC. and

11

                               ELASTICSEARCH B.V.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' THIRD SET OF
REQUESTS FOR ADMISSION
CASE NO. 4:19-CV-05553-YGR

# EXHIBIT A

Page Vault

| | |
|---|---|
| Document title: | ContextIndexSearcher conflicts with IndexSearcherWrapper · Issue #30758 · elastic/elasticsearch · GitHub |
| Capture URL: | https://github.com/elastic/elasticsearch/issues/30758 |
| Captured site IP: | 140.82.113.3 |
| Page loaded at (UTC): | Wed, 09 Sep 2020 16:48:34 GMT |
| Capture timestamp (UTC): | Wed, 09 Sep 2020 16:48:48 GMT |
| Capture tool: | v7.0.9 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 25eae5ba-6dd0-46bf-be50-d20a529c4925 |
| User: | omm-mdjuric |

PDF REFERENCE #:        5eUwsFbY2ddGDq2QWyyEoG



Why GitHub? Team Enterprise Explore Marketplace Pricing Search Sign in Sign up

elastic / elasticsearch

Watch 2.8k Star 50.9k Fork 17.7k

Code Issues 2.6k Pull requests 370 Actions Projects 1 Security Insights

Join GitHub today
GitHub is home to over 50 million developers working together to host and review code, manage projects, and build software together.
Sign up
Dismiss

# ContextIndexSearcher conflicts with IndexSearcherWrapper #30758

New issue

Closed salyh opened this issue on May 21, 2018 · 6 comments

**salyh** commented on May 21, 2018 • edited Contributor

**Elasticsearch version** ( `bin/elasticsearch --version` ):
5.0.0+

**Plugins installed**: []
N/A

**JVM version** ( `java -version` ):
N/A

**OS version** ( `uname -a` if on a Unix-like system):
N/A

**Description of the problem including expected versus actual behavior:**

Plugins can override the `onIndexModule(IndexModule indexModule)` method and call `indexModule.setSearcherWrapper`. They implement a `IndexSearcherWrapper` (via `IndexSearcherWrapperFactory`) and override the `protected IndexSearcher wrap(IndexSearcher searcher) throws IOException` method to wrap a given IndexSearcher. When i read the newly opened x-pack code correct it seems x-pack is doing this to implement document and field level security.

But it appears that several methods of a such wrapped IndexSearcher (like `search*`) are never really called because the wrapped IndexSearcher get itself wrapped in a `ContextIndexSearcher` (in `DefaultSearchContext`) which never delegates the wrapped `search*` methods (and others).

For x-pack this means IMHO that the custom searcher optimizations done in SecurityIndexSearcherWrapper are never executed.

Or i'am lost in the "wrapper hell"?

**Steps to reproduce:**
N/A

**Provide logs (if relevant):**
N/A

👍 1

**salyh** commented on May 21, 2018 Contributor Author

A fix for this maybe can look like this salyh@ `c33c67d`

**jaymode** added >bug :Security/Authorization labels on May 21, 2018

**elasticmachine** commented on May 21, 2018 Collaborator

Pinging **@elastic/es-security**

**jaymode** commented on May 21, 2018 Member

Heya **@salyh**, thanks for the report. This indeed appears to be the case where the performance optimizations in the SecurityIndexSearcherWrapper are not being executed.

**jaymode** added the :Search/Search label on May 21, 2018

**elasticmachine** commented on May 21, 2018 Collaborator

Pinging @elastic/es-search-aggs

**salyh** commented on Jun 27, 2018 Contributor Author

**@jaymode** @elastic/es-security Any plans to fix this?

**colings86** removed the :Security/Authorization label on Aug 17, 2018

**salyh** commented on Oct 17, 2018 Contributor Author

⌛ 😞

Assignees
No one assigned

Labels
:Search/Search >bug

Projects
None yet

Milestone
No milestone

Linked pull requests
Successfully merging a pull request may close this issue.
None yet

4 participants

🔴 Closed    **ContextIndexSearcher conflicts with IndexSearcherWrapper** #30758

document and field level security

But it appears that several methods of a such wrapped IndexSearcher (like `search*`) are never really called because the wrapped IndexSearcher get itself wrapped in a `ContextIndexSearcher:` (in `DefaultSearchContext`) which never delegates the wrapped `search*` methods (and others).

For x-pack this means IMHO that the custom searcher optimizations done in `SecurityIndexSearcherWrapper` are never executed.

Or i am lost in the "wrapper hell"?

**Steps to reproduce:**
N/A

**Provide logs (if relevant):**
N/A

👍 1

4 participants

---

**salyh** commented on May 21, 2018                    Contributor  Author  ···

A fix for this maybe can look like this salyh@ c33c67d

> **jaymode** added ▷bug  Security/Authorization  labels on May 21, 2018

---

⚙ **elasticmachine** commented on May 21, 2018          Collaborator  ···

Pinging @elastic/es-security

---

**jaymode** commented on May 21, 2018                         Member  ···

Heya @salyh, thanks for the report. This indeed appears to be the case where the performance optimizations in the SecurityIndexSearcherWrapper are not being executed.

> **jaymode** added the  Search/Search  label on May 21, 2018

---

⚙ **elasticmachine** commented on May 21, 2018          Collaborator  ···

Pinging @elastic/es-search-aggs

---

**salyh** commented on Jun 27, 2018                    Contributor  Author  ···

@jaymode @elastic/es-security Any plans to fix this?

> **colings86** removed the  Security/Authorization  label on Aug 17, 2018

---

**salyh** commented on Oct 17, 2018                    Contributor  Author  ···

🙁 😕

> ⮑ **jimczi** added a commit to jimczi/elasticsearch that referenced this issue on Feb 18, 2019
>
> 👤 Fix IndexSearcherWrapper visibility  ···                        c685caf

> ⮑ **jimczi** mentioned this issue on Feb 18, 2019
>
> **Fix IndexSearcherWrapper visibility** #39071                     )+ Merged

> 🔴 **jimczi** closed this in #39071 on Mar 15, 2019

---

> ⮑ **jimczi** added a commit to jimczi/elasticsearch that referenced this issue on Mar 15, 2019
>
> 👤 Fix IndexSearcherWrapper visibility (#39071)  ···    Verified     e4d46ba

> ⮑ **jimczi** added a commit to jimczi/elasticsearch that referenced this issue on Mar 15, 2019
>
> 👤 Fix IndexSearcherWrapper visibility (elastic#39071)  ···        57c6845

> ⮑ **jimczi** added a commit to jimczi/elasticsearch that referenced this issue on Mar 18, 2019
>
> 👤 Fix IndexSearcherWrapper visibility (elastic#39071)  ···        fc8c4c9

> ⮑ **jimczi** added a commit that referenced this issue on Mar 18, 2019
>
> 👤 Fix IndexSearcherWrapper visibility (#39071) (#40145)  ···  Verified   eb54012

---

**Sign up for free** to join this conversation on GitHub. Already have an account? Sign in to comment

---

© 2020 GitHub, Inc.    Terms    Privacy    Security    Status    Help        Contact GitHub    Pricing    API    Training    Blog    About

# EXHIBIT B

Questions    Jobs    Tags    Users    Badges    Ask

△
2
▽
🔖

## Apply Lucene Query on Bits

solr    lucene

How to apply a `org.apache.lucene.search.Query` on a given `org.apache.lucene.util.Bits` object?

Background: I have a subclass of `org.apache.lucene.index.FilterLeafReader` where i want to filter the livedocs by applying a query on the "Bits".

According to javadoc i need also to override `numDocs()` if i override `getLiveDocs()`. So the question extends also to how to filter the number of documents based on a query (within a `FilterLeafReader`)

Share    Improve this question    Follow

 **salyh**
1,859 ● 1 ● 13 ● 30

asked
Dec 3 '16 at 15:19

edited
Dec 4 '16 at 9:05

## 1 Answer

order by votes



1

I ended up with this solution (after asking the question on the lucene mailinglist):

```
final IndexSearcher searcher = new IndexSearcher(reader);
searcher.setQueryCache(null);
final boolean needsScores = false; // scores are not needed, only matching docs
final Weight preserveWeight = searcher.createNormalizedWeight(preserveFilter, needsScores);
final int maxDoc = in.maxDoc();
final FixedBitSet bits = new FixedBitSet(maxDoc);
// ignore livedocs here, as we filter them later:
final Scorer preverveScorer = preserveWeight.scorer(context);
if (preverveScorer != null) {
  bits.or(preverveScorer.iterator());
}
if (negateFilter) {
  bits.flip(0, maxDoc);
}

if (in.hasDeletions()) {
  final Bits oldLiveDocs = in.getLiveDocs();
  assert oldLiveDocs != null;
  final DocIdSetIterator it = new BitSetIterator(bits, 0L); // the cost is not useful
  for (int i = it.nextDoc(); i != DocIdSetIterator.NO_MORE_DOCS; i = it.nextDoc()) {
    if (!oldLiveDocs.get(i)) {
      // we can safely modify the current bit, as the iterator already stepped over it
      bits.clear(i);
    }
  }
}

this.liveDocs = bits;
this.numDocs = bits.cardinality();
```

https://github.com/apache/lucene-solr/blob/master/lucene/misc/src/org/apache/lucene/index/PKIndexSplitter.java#L127-L170

Share    Improve this answer    Follow



**salyh**
1,859  ● 1   ● 13   ● 30

**answered**
Dec 8 '16 at 7:59

## Your Answer

**Body**

Log in

OR

**Name**

**Email**

By clicking "Post Your Answer", you agree to our terms of service, privacy policy and cookie policy

Post Your Answer

2021 Stack Exchange, Inc. user contributions under cc by-sa

# EXHIBIT C

Page Vault

Document title:            Search Guard Security | Securing your Elasticsearch cluster with Search Guard

Capture URL:               https://search-guard.com/security/#integrators

Captured site IP:          104.26.13.111

Page loaded at (UTC):      Tue, 15 Sep 2020 16:23:21 GMT

Capture timestamp (UTC):   Tue, 15 Sep 2020 16:23:49 GMT

Capture tool:              v7.0.9

Collection server IP:      54.174.78.137

Browser engine:            Chrome/77.0.3865.120

Operating system:          Microsoft Windows NT 10.0.14393.0 (10.0.14393.0)

PDF length:                6

Capture ID:                a9e2ae8c-5547-4084-a303-ad0edd618b01

User:                      omm-mdjuric

PDF REFERENCE #:        hHsB1a6oBkrGNZh5FZp4ev



Search **Guard**

SECURITY   ALERTING   LICENSING   RESOURCE HUB   COMPANY   CONTACT US

# SEARCH GUARD SECURITY PLUGIN

As the pioneers in securing Elasticsearch clusters, all decisions about our technology have the same purpose, to make your Elasticsearch environment more secure.

↓ WHAT IT IS        ↓ INTEGRATORS        ↓ CERTIFIED        ↓ GET A QUOTE



## Completely Open Source

Closed source security is no security, never leave the control of your data to a third party. Zero trust in networks, zero trust in closed source. We think that security software has to be Open Source by definition, so all of our code is available for you to download, inspect, evaluate and audit.

## Compliance ready

Security compliance regulations like GDPR, HIPAA, PCI-DSS or SOX require a business to protect, track and control access to sensitive data. Search Guard offers an extensive range of features that will help you to meet the technical requirements of compliance regulations.



## All industry sectors

---

Document title: Search Guard Security | Securing your Elasticsearch cluster with Search Guard
Capture URL: https://search-guard.com/security/#integrators
Capture timestamp (UTC): Tue, 15 Sep 2020 16:23:49 GMT



## All industry sectors

Search Guard runs on high-scale mission-critical production clusters protecting sensitive data in the finance, healthcare, pharmaceutical, aviation, telecommunications, security, and data intelligence sectors.

## Integrators



### IBM

IBM uses Search Guard in the StoredIQ and Spectrum Conductor products for securing the underlying Elasticsearch cluster.

 VISIT WEBSITE →



### Red Hat® OpenShift

Red Hat® OpenShift is a container application platform that brings docker and Kubernetes to the enterprise. OpenShift includes Kubernetes for container orchestration and management.

 VISIT WEBSITE →



### ObjectRocket

ObjectRocket uses Search Guard to secure their next-generation Kubernetes-based managed Elasticsearch service.

 VISIT WEBSITE →



### Würth Phoenix

Würth Phoenix is a software company belonging to the Würth-Group, world market leader in the trade of assembly and fastening materials, offering business software for ERP, CRM and IT System Management. With its Unified monitoring solution NetEye, the company developed a best-of-breed approach of tried-and-trusted open source tools with external cloud applications that can be monitored just easily as services in data centers or hybrid services.

 VISIT WEBSITE →



### Pivotal Cloud Foundry



### Pivotal Cloud Foundry

Pivotal Cloud Foundry (PCF) is the proven solution for companies seeking software-led digital transformation. The platform enables the continuous delivery of any app to every cloud empowering developers to be more productive and operators to be more efficient—accelerating feature delivery and deployment across clouds without downtime. Altoros Elasticsearch for PCF abstracts away the complexity of deploying and scaling a real-time distributed document store, search and analytics service. The integration deploys an enterprise-ready Elasticsearch cluster that can be shared among multiple PCF users.

**VISIT WEBSITE** →

---



### SIEMonster

SIEMonster is a turnkey, open source, Enterprise grade Security Information and Event Management (SIEM), built on scalable, non-licensed components, fully documented and developed by the community and SIEMonster team. The product is free, fully documented, and there are no data or node limitations.

**VISIT WEBSITE** →

---



### Mitratech TeamConnect

The TeamConnect Enterprise Legal Management (ELM) platform consistently meets the complex operational needs of large, global legal departments. Whether your staff is managing litigation, contracts, intellectual property, product claims, compliance matters, or legal team projects, TeamConnect offers a market-proven, unified approach to managing all legal operations. With a completely redesigned interface and optimised user experience, TeamConnect is a solution your legal team will want to use.

**VISIT WEBSITE** →

---



### KubeDB by AppsCode

KubeDB by AppsCode makes it easy to run production-grade databases on Kubernetes. KubeDB provides a uniform declarative api to manage life-cycle of a datastore. Currently KubeDB includes support for following datastores: Elasticsearch, Postgres, MySQL, MongoDB, Redis and Memcached.

**VISIT WEBSITE** →

---



### Siren

Siren is a team of enormously passionate data discovery and advanced search experts, scientists and engineers. They offer a unique combination of search, business intelligence, big graph and knowledge representation, which they define as Data Intelligence. With this concept Siren addresses some of the world's most important problems.

**VISIT WEBSITE** →

## Certified

# Certified



## Veracode

All Search Guard versions and all third-party libraries are verified and scanned for vulnerabilities by Veracode. CA Veracode Verified empowers us to demonstrate our commitment to creating secure software.



## Allianz for Cyber-Sicherheit

floragunn is member of the "Alliance for Cybersecurity", a body of the Federal Office for Information Security in Germany.



## CVE

floragunn GmbH is the official CVE numbering authority for Search Guard.



## TeleTrusT

floragunn is member of TeleTrust, a German federal association for IT security.



### 60-day PoC License

Want to see how your company can benefit from our Compliance edition? Sign up to our 60-day trial, completely free of charge.

START FREE TRIAL →

FOLLOW US

SEARCH GUARD NEWSLETTER

For the latest product developments, new versions and cybersecurity news, sign up to our newsletter.

Email address

SUBSCRIBE

SECURITY    LICENSE    RESOURCE HUB    COMPANY

All Search Guard versions and all third-party libraries are verified and scanned for vulnerabilities by Veracode. CA Veracode Verified empowers us to demonstrate our commitment to creating secure software.

floragunn is member of the "Alliance for Cybersecurity" a body of the Federal Office for Information Security in Germany.



### CVE

floragunn GmbH is the official CVE numbering authority for Search Guard.



### TeleTrusT

floragunn is member of TeleTrust, a German federal association for IT security.



## 60-day PoC License

Want to see how your company can benefit from our Compliance edition? Sign up to our 60-day trial, completely free of charge.

START FREE TRIAL →

FOLLOW US

   

SEARCH GUARD NEWSLETTER

For the latest product developments, new versions and cybersecurity news, sign up to our newsletter.

Email address

SUBSCRIBE

**SECURITY**
What it is
How it works
Certifications
Compliance

**ALERTING**
What it is
Connectors
Escalation model

**LICENSE**
Standard editions
Feature breakdown
Academic edition
Custom edition

**RESOURCE HUB**
Documentation
Source Code
FAQ
Community forum
TLS certificate generator
Blog
Presentations
White papers
Compliance

**COMPANY**
Who we are
Partners
Integrators
Data protection
Imprint
Public key & security

© 2020 floragunn GmbH - All Rights Reserved

Search Guard is a trademark of floragunn GmbH, registered in the U.S. and in other countries. Elasticsearch, Kibana, Logstash, and Beats are trademarks of Elasticsearch BV, registered in the U.S. and in other countries. Apache, Apache Lucene, Apache Hadoop, Hadoop, HDFS and the yellow elephant logo are trademarks of the Apache Software Foundation in the United States and/or other countries.

Document title: Search Guard Security | Securing your Elasticsearch cluster with Search Guard
Capture URL: https://search-guard.com/security/#integrators
Capture timestamp (UTC): Tue, 15 Sep 2020 16:23:49 GMT

# EXHIBIT D



| | |
|---|---|
| Document title: | Search Guard - Alive and kicking \| Security for Elasticsearch |
| Capture URL: | https://search-guard.com/search-guard-alive-and-kicking/ |
| Captured site IP: | 109.73.229.93 |
| Page loaded at (UTC): | Fri, 18 Oct 2019 02:08:22 GMT |
| Capture timestamp (UTC): | Fri, 18 Oct 2019 02:08:59 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 5aba295c-ee52-4f5a-b1ca-28ca6b1bc280 |
| User: | omm-mdjuric |



PRODUCT    CENSUS    RESOURCES    COMPANY    CONTACT    🇬🇧 ENGLISH



### Search Guard – alive and kicking

*by [Claudia Kressin](#) on October 12, 2019*



At floragunn, we have no higher priority than our customers' satisfaction, and on behalf of the company and the Search Guard team, we offer our sincere thanks to our valued customers for their support and encouragement over the years and particularly in the last few weeks.

As you may know, in the US Elastic has recently alleged that some very minor parts of floragunn's source code infringe Elastic's claimed copyrights. We unconditionally reject Elastic's allegations of copyright infringement, and will hold Elastic accountable for any damages their actions have caused to our company.

Still, we understand that Elastic's actions have created some confusion and questions for our customers concerning their use of the Search Guard products. Accordingly we have released new fully functional versions of Search Guard which contain none of the code complained about by Elastic. We have done so only to protect our users, without recognition of a legal obligation and without prejudice for the factual and legal situation.

The new versions of Search Guard are already linked from our documentation:

- [Elasticsearch 7.x: Search Guard: v37.0.0 and above](#)
- [Elasticsearch 6.x: Search Guard: v25.5 and above](#)
- [Elasticsearch 5.6.16: Search Guard: v19.4 and above](#)

The primary download location will be

- [https://releases.floragunn.com/](#)

although we will also continue to publish our binaries at Maven Central.

Our source code has always been open to inspection and analysis, because there is no security without transparency, and of course, none of the recent events will have any impact on our policy of openness and transparency. As part of that policy, we have started the process of moving our source code from GitHub to GitLab. We may continue to use GitHub as a mirror, but in future the main repositories for our products can be found here:

- [https://git.floragunn.com/explore/projects](#)

Also, none of the recent events will stop or hinder our mission of providing our customers with high end, innovative security solutions for the Elastic Stack – as we have since 2016. You have our word on it.

For example, we have recently released the first technical preview of [Signals, our new alerting solution](#) for the Elastic Stack. Signals provides advanced alerting features for detecting anomalies in your data, and makes it possible to send out alerts on different channels and escalation levels. Signals integrates perfectly with Search Guard, Elasticsearch and the entire Elastic stack.

Again, a big thank you to our strong and loyal community for your support, input and help!

In case of any questions, drop us an email: [search-guard@floragunn.com](#)

Claudia and the Search Guard Team



🏷 [Legal](#), [Search Guard General](#)

Document title: Search Guard - Alive and kicking | Security for Elasticsearch
Capture URL: https://search-guard.com/search-guard-alive-and-kicking/
Capture timestamp (UTC): Fri, 18 Oct 2019 02:08:59 GMT



PRODUCT    LICENSING    RESOURCES    COMMUNITY    CONTACT    🇬🇧 ENGLISH

For example, we have recently released the first technical preview of Signals, our new alerting solution for the Elastic Stack. Signals provides advanced alerting features for detecting anomalies in your data, and makes it possible to send out alerts on different channels and escalation levels. Signals integrates perfectly with Search Guard, Elasticsearch and the entire Elastic stack.

Again, a big thank you to our strong and loyal community for your support, input and help!

In case of any questions, drop us an email: search-guard@floragunn.com

Claudia and the Search Guard Team

| 🐦 Twitter | f Facebook | in LinkedIn |
|---|---|---|

🏷 Legal, Search Guard General

---

‹ Previous

💬 **Join the conversation**

👤 Your name *

✉ Your email *

✏ Your message

Add comment 💬



**OVERVIEW**

Accueil

Offres et prix

Utilisation de Search Guard

Secteurs d'activité

Témoignages

**EXPLORE**

Licences

Comparaison des fonctionnalités

Technologies

Github

Blog

**RESOURCES**

Documentation

Forum

FAQ

Générateur de certificats TLS

Clé publique/sécurité

**COMPANY**

À propos de nous

Contact

Partenaires

Protection des données

Mentions légales

**FOLLOW US**

© 2018 floragunn GmbH - All Rights Reserved

Search Guard is a trademark of floragunn GmbH, registered in the U.S. and in other countries. Elasticsearch, Kibana, Logstash, and Beats are trademarks of Elasticsearch BV, registered in the U.S. and in other countries. Apache, Apache Lucene, Apache Hadoop, Hadoop, HDFS and the yellow elephant logo are trademarks of the Apache Software Foundation in the United States and/or other countries.

Document title: Search Guard - Alive and kicking | Security for Elasticsearch
Capture URL: https://search-guard.com/search-guard-alive-and-kicking/
Capture timestamp (UTC): Fri, 18 Oct 2019 02:08:59 GMT

# EXHIBIT E



WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Team \| Get to know the minds behind Search Guard |
| Capture URL: | https://search-guard.com/company/ |
| Captured site IP: | 109.73.229.93 |
| Page loaded at (UTC): | Thu, 14 Nov 2019 00:16:38 GMT |
| Capture timestamp (UTC): | Thu, 14 Nov 2019 00:17:00 GMT |
| Capture tool: | v6.11.2 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 5 |
| Capture ID: | ded8f312-3b22-48cf-b018-2fde86cdd36f |
| User: | omm-mdjuric |



CONTACT   ENGLISH

# The Search Guard mission

We shape IT security and Open Source business models, driven by our core values.



## Security first!

Search Guard always follows a Security First approach. This mantra drives many of our technical and business decisions, and our top priority is to provide you with the best security solution for Elasticsearch out there.



## Open Source

Security-related software has to be Open Source by definition. Since it is such a crucial and sensitive part of your infrastructure, you need to be able to inspect, audit and compile the code yourself. The complete code of Search Guard has always been openly available, and will always be.



## No-nonsense IT

We always strive to provide you with the best solution for your requirements. Our licensing model is fair and simple. We listen to your feature requests and provide you with custom solutions and integrations. We are your partner on the way to security and compliance.

## Management team









 LICENSING   SUPPORT   PARTNERS   CONTACT   🇬🇧 ENGLISH



**Claudia Kressin**
Founder & CEO

LinkedIn



**Jochen Kressin**
Founder & CEO

LinkedIn



**Hendrik Saly**
CTO

LinkedIn

**Mechthild Wetekam**
COO

LinkedIn



**Thomas Mahler**
Head of Sales and Marketing

LinkedIn

Ever since we began developing of Search Guard, our
principles and values have enabled us to serve our
customers in one of the most important and fastest-paced
tech environments.

## The Search Guard journey





**Fall/Winter 2018/2019**
Releasing some Search Guard 6.5.x
Hendrik Saly joins for product development as CTO of floragunn GmbH
Speaking at Bordeaux BBoost Open source International Convention
IBM #StoredIQ using Search Guard to secure the Elasticsearch #cluster
New integrator: NetEye, a monitoring solution software from Würth Phoenix
Meeting Chris Rock, CEO of our partner @_SIEMonster, in NYC!

**Spring/Summer 2018**
Search Guard 6.4 released.
Great Search Guard business week in Mexico with interviews to CIOMexico and other fachmagazine
Search Guard adds SAML and OpenID Connect support for Kibana
By default, the IBM Cloud Private ELK stack uses Search Guard to provide PKI
Our Search Guard Compliance Edition is available now
Search Guard achieves CA Veracode Verified Status
KubeDB uses Search Guard to secure production-grade elasticsearch databases
RSA conference in San Francisco
Search Guard is now officially IT Security made in Germany
Now added jwks support
At the IT FOR BUSINESS , elasticON in SF Paris #STATIONF and Bordeaux
Released TLS tool to come to the rescue! Configure, run, move to production

**Fall/Winter 2017/2018**
Our new documentation became available at docs.search-guard.com.
Search Guard 6 was officially released, together with the Search Guard Kibana Configuration GUI
Official Cross Cluster Search support
IBM Spectrum Conductor with Spark includes Search Guard for securing the Elastic stack
We announced the first technical preview of Search Guard compliance module
Our TLS tool to generate production-ready certificates became available

**Spring/Summer 2017**
We attended the Big Data conference in Paris with our friends from Excelerate Systems and Siren
We got 1111 stars on github.com and celebrated it very very gratefully. Thank you all!

**Fall/Winter 2016/2017**
Tribenode users: Search Guard gained official support for this Elasticsearch feature!
We released the Search Guard REST management API
The TLS online generator was released which helps you create certificates online
We got 666 stars from you on github.com, awesome!
Search Guard 5 was officially released
First glimpse of Search Guard's new Kibana plugin.
Release of the new Audit logging module.

**Spring/Summer 2016**
We launched our new website and provided the first Search Guard roadmap
Our official documentation came out
The new enterprise modules JWT, LDAP, Active Directory, Kerberos, and DLS/FLS became available
17th of June: Search Guard 2 was officially released. The mission starts!

**Winter 2015/2016**
Search Guard SSL for Elasticsearch 2.2.0 was officially released.

**Spring/Summer 2015**
Search Guard 1.x for Elasticsearch 1.x released on GitHub

**Winter 2014/2015**
Work on Search Guard, called Elastic Defender back then, started

# Any questions?

Document title: Team | Get to know the minds behind Search Guard
Capture URL: https://search-guard.com/company/
Capture timestamp (UTC): Thu, 14 Nov 2019 00:17:00 GMT

Release of the new Audit logging module.

### Spring/Summer 2016
We launched our new website and provided the first Search Guard roadmap
Our official documentation came out
The new enterprise modules JWT, LDAP, Active Directory, Kerberos, and DLS/FLS became available
17th of June: Search Guard 2 was officially released. The mission starts!

### Winter 2015/2016
Search Guard SSL for Elasticsearch 2.2.0 was officially released.

### Spring/Summer 2015
Search Guard 1.x for Elasticsearch 1.x released on GitHub

### Winter 2014/2015
Work on Search Guard, called Elastic Defender back then, started

# Any questions?

Questions about our products, projects and services? Want to do business with us?

Get in touch

## Company information

**floragunn GmbH**
Tempelhofer Ufer 16
10963 Berlin
Germany

Amtsgericht Charlottenburg
HRB 147010
USt-IdNr.: DE287373363

floragunn GmbH is not affiliated with Elasticsearch BV.
Search Guard is a trademark of floragunn GmbH, registered in the U.S. and in other countries.
Elasticsearch, Kibana, Logstash, and Beats are trademarks of Elasticsearch BV, registered in the U.S. and in other countries.

### OVERVIEW
Home
Plans & Pricing
Search Guard in use
Industry sectors
Testimonials

### EXPLORE
Licensing
Feature comparison
Technology
Blog
Github

### RESOURCES
Documentation
Forum
FAQ
TLS Certificate Generator
Public key / security

### COMPANY
About Us
Contact
Partners
Data protection
Imprint

**FOLLOW US**



© 2018 floragunn GmbH - All Rights Reserved

Search Guard is a trademark of floragunn GmbH, registered in the U.S. and in other countries. Elasticsearch, Kibana, Logstash, and Beats are trademarks of Elasticsearch BV, registered in the U.S. and in other countries. Apache, Apache Lucene, Apache Hadoop, Hadoop, HDFS and the yellow elephant logo are trademarks of the Apache Software Foundation in the United States and/or other countries.

Document title: Team | Get to know the minds behind Search Guard
Capture URL: https://search-guard.com/company/
Capture timestamp (UTC): Thu, 14 Nov 2019 00:17:00 GMT

**PROOF OF SERVICE**

I, Daniel H. Leigh, declare: I am over the age of eighteen years and not a party to the within action or proceedings; my business address is: Two Embarcadero Center, 28th Floor, San Francisco, California 94111. On February 3, 2021, I caused to be served the within:

- **PLAINTIFFS ELASTICSEARCH, INC. AND ELASTICSEARCH B.V.'S THIRD SET OF REQUESTS FOR ADMISSION TO DEFENDANT FLORAGUNN GMBH AND EXHIBITS A TO E THERETO; AND**

- **PROOF OF SERVICE**

on counsel for Defendant floragunn GmbH at the following email address: floragunn-service@kblfirm.com.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration, made in conformity with 28 U.S.C. § 1746, was executed at San Francisco, California on February 3, 2021.

 _/s/ Daniel H. Leigh_

Daniel H. Leigh