# EXHIBIT 4

# Rothstein, James K.

| | |
|---|---|
| **From:** | V. David Rivkin <david.rivkin@wg-law.com> |
| **Sent:** | Thursday, December 10, 2020 1:24 PM |
| **To:** | Rothstein, James K. |
| **Cc:** | Eberhart, David R. |
| **Subject:** | Re: Elastic |

**[EXTERNAL MESSAGE]**

James,
I certainly don't know first hand, but my strong suspicion is that he would not be available to be deposed before the end of discovery. As I mentioned on our call, if he is still unable to participate in the deposition before fact discovery ends, we would be amenable to a limited extension of discovery to depose him when he is ▋
▋.
Regards,
David

Sent from my iPhone

On Dec 10, 2020, at 4:19 PM, Rothstein, James K. <jrothstein@omm.com> wrote:

Thank you David. Do you have any indication regarding how long Mr. Saly will be unavailable and/or any update on the likelihood that he will be available to be deposed before the close of fact discovery?

**From:** V. David Rivkin <david.rivkin@wg-law.com>
**Sent:** Thursday, December 10, 2020 12:51 PM
**To:** Rothstein, James K. <jrothstein@omm.com>; Eberhart, David R. <deberhart@omm.com>
**Subject:** RE: Elastic

**[EXTERNAL MESSAGE]**

I asked about that.  They expect to receive the next certificate soon, and I will forward when they get it.
Best,
David

**WUERSCH & GERING**

V. David Rivkin | Partner
Wuersch & Gering LLP | 100 Wall Street, 10th Fl. | New York, NY 10005
212-509-4716 (direct) | 212-509-5050 (firm)
david.rivkin@wg-law.com | www.wg-law.com

This message and any attachments hereto contain confidential information and information which may be subject to the attorney-client privilege. It

is intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

 Please consider the environment before printing this e-mail!

**From:** Rothstein, James K. <jrothstein@omm.com>
**Sent:** Thursday, December 10, 2020 3:48 PM
**To:** V. David Rivkin <david.rivkin@wg-law.com>; Eberhart, David R. <deberhart@omm.com>
**Subject:** RE: Elastic

David,

Once again, thank you for these. It looks like the latest of these ▇▇▇▇ ▇▇▇▇▇▇▇ expired on 12/7. (DEF050009.) Would you please let us know if there has been another ▇▇▇▇▇▇▇▇▇▇▇▇ (and if so, send us a copy), and in the interim, let us know if you know the duration of any new claim of ▇▇▇▇▇.

Thank you very much.

Regards,
James


James K. Rothstein
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Fl.
San Francisco, CA 94111
Office: +1-415-984-8852
iPhone: +1-201-410-1230
jrothstein@omm.com

This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify me immediately by reply e-mail and then delete this message.



**From:** V. David Rivkin <david.rivkin@wg-law.com>
**Sent:** Monday, December 7, 2020 12:51 PM
**To:** Eberhart, David R. <deberhart@omm.com>
**Cc:** Rothstein, James K. <jrothstein@omm.com>
**Subject:** RE: Elastic


[EXTERNAL MESSAGE]

David, James,

Attached are copies of ▮▮▮▮▮▮▮▮▮▮  The redactions are for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  All other info is un-redacted, but produced on an **AEO basis**.

Best regards,
David

**WUERSCH & GERING**

V. David Rivkin | Partner
Wuersch & Gering LLP | 100 Wall Street, 10th Fl. | New York, NY 10005
212-509-4716 (direct) | 212-509-5050 (firm)
david.rivkin@wg-law.com | www.wg-law.com

This message and any attachments hereto contain confidential information and information which may be subject to the attorney-client privilege. It is intended for the individual or entity named above.  If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system.  Thank you.

 Please consider the environment before printing this e-mail!

---

**From:** V. David Rivkin
**Sent:** Sunday, December 6, 2020 2:46 PM
**To:** 'Eberhart, David R.' <deberhart@omm.com>
**Cc:** 'Rothstein, James K.' <jrothstein@omm.com>
**Subject:** RE: Elastic

David, James,
We will get them to you no later than tomorrow (Monday).
Best,
David

---

**From:** V. David Rivkin
**Sent:** Sunday, December 6, 2020 11:53 AM
**To:** 'Eberhart, David R.' <deberhart@omm.com>
**Cc:** Rothstein, James K. <jrothstein@omm.com>
**Subject:** RE: Elastic

Hi David,
Thanks for this.  I will try to get these to you.  Let me check with the client and get back to you by tomorrow.
Best,
David

---

**From:** Eberhart, David R. <deberhart@omm.com>
**Sent:** Friday, December 4, 2020 5:51 PM
**To:** V. David Rivkin <david.rivkin@wg-law.com>
**Cc:** Rothstein, James K. <jrothstein@omm.com>
**Subject:** RE: Elastic

Hi David --

You mentioned on our call that Mr. Saly has supplied ▮▮▮▮▮▮▮ (or the like) from ▮▮▮▮▮▮ to floragunn regarding ▮▮▮▮▮▮▮▮▮▮▮. Please provide copies ▮▮▮▮▮▮▮▮.

Sincerely,

David

**From:** Eberhart, David R. <deberhart@omm.com>
**Sent:** Tuesday, December 1, 2020 2:43 PM
**To:** V. David Rivkin <david.rivkin@wg-law.com>
**Cc:** Rothstein, James K. <jrothstein@omm.com>
**Subject:** RE: Elastic

Hi David --

Thanks for the quick response. We will treat the information as confidential. I don't know whether we would challenge that designation in the future; if we did, we would follow the procedures in the protective order.

Sincerely,

David

**From:** V. David Rivkin <david.rivkin@wg-law.com>
**Sent:** Tuesday, December 1, 2020 2:13 PM
**To:** Eberhart, David R. <deberhart@omm.com>
**Cc:** Rothstein, James K. <jrothstein@omm.com>
**Subject:** RE: Elastic


[EXTERNAL MESSAGE]

Hi David,
I head back from fg's German counsel.  Your proposal is acceptable so long as the information is treated as Confidential as described in Section 7.2 of the protective order, which would, of course, allow disclosure to your client in accordance with 7.2(b) .
Best regards,
David

**WUERSCH & GERING**

V. David Rivkin | Partner
Wuersch & Gering LLP | 100 Wall Street, 10th Fl. | New York, NY 10005
212-509-4716 (direct) | 212-509-5050 (firm)
david.rivkin@wg-law.com | www.wg-law.com

This message and any attachments hereto contain confidential information and information which may be subject to the attorney-client privilege. It is intended for the individual or entity named above.  If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system.  Thank you.

 Please consider the environment before printing this e-mail!

**From:** V. David Rivkin
**Sent:** Tuesday, December 1, 2020 4:15 PM
**To:** 'Eberhart, David R.' <deberhart@omm.com>
**Cc:** Rothstein, James K. <jrothstein@omm.com>
**Subject:** RE: Elastic

Hi David,
I will check and get back to you ASAP.

Best,
David

**WUERSCH & GERING**

V. David Rivkin | Partner
Wuersch & Gering LLP | 100 Wall Street, 10th Fl. | New York, NY 10005
212-509-4716 (direct) | 212-509-5050 (firm)
david.rivkin@wg-law.com | www.wg-law.com

This message and any attachments hereto contain confidential information and information which may be subject to the attorney-client privilege. It is intended for the individual or entity named above.  If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system.  Thank you.

 Please consider the environment before printing this e-mail!

---

**From:** Eberhart, David R. <deberhart@omm.com>
**Sent:** Tuesday, December 1, 2020 4:07 PM
**To:** V. David Rivkin <david.rivkin@wg-law.com>
**Cc:** Rothstein, James K. <jrothstein@omm.com>
**Subject:** Elastic

David:

We need to update our client on the Saly deposition and our conversation yesterday. We propose to share the following: you informed us that (a) Mr. Saly has been on ▓▓▓▓▓▓▓▓ from floragunn continuously from March 2020 to the present; (b) his ▓▓▓▓▓▓▓▓ precludes his deposition in December; and (c) you do not know when ▓▓▓▓▓▓▓▓ may permit a deposition.

Please let us know whether this is acceptable.

Sincerely,

David

# O'Melveny

**David R. Eberhart**
deberhart@omm.com
O: +1-415-984-8808

O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Website | LinkedIn

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*