DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
JAMES K. ROTHSTEIN (S.B. #267962)
jrothstein@omm.com
DANIEL H. LEIGH (S.B. #310673)
dleigh@omm.com
ASHISH SUDHAKARAN (S.B. #312941)
asudhakaran@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:     +1 415 984 8700
Facsimile:     +1 415 984 8701

Attorneys for Plaintiffs
ELASTICSEARCH, INC. and
ELASTICSEARCH B.V.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, and ELASTICSEARCH B.V., a Dutch corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FLORAGUNN GmbH, a German corporation,<br><br>Defendant. | Case No. 4:19-cv-05553-YGR<br><br>**ERRATA TO DECLARATION OF DR. MARTIN WALKER IN SUPPORT OF PLAINTIFFS ELASTICSEARCH, INC. AND ELASTICSEARCH B.V.'S MOTION FOR SANCTIONS AGAINST FLORAGUNN REGARDING HENDRIK SALY** |

1   I, Martin Walker, declare as follows:

2       1.      I make this declaration based on my own personal knowledge. If called as a

3   witness, I could and would testify under oath to the matters set forth herein.

4       2.      On November 12, 2021, I submitted a Declaration in Support of Plaintiffs' Motion

5   for Sanctions Against floragunn Regarding Hendrik Saly, attached hereto as **Exhibit A**.

6       3.      In Paragraph 5 of that Declaration, I wrote: "During the week of November 8,

7   2020, I analyzed all of the GitLab source code control records for floragunn's products available

8   at https://git.floragunn.com/public (the 'Floragunn Records')."

9       4.      In that sentence, "2020" was a typographical error. I performed the stated analysis

10  during the week of November 8, 2021. Paragraph 5 of my Declaration in fact should read:

11  "During the week of November 8, 2021, I analyzed all of the GitLab source code control records

12  for floragunn's products available at https://git.floragunn.com/public (the 'Floragunn Records')."

13

14      I declare under penalty of perjury under the laws of the United States that the foregoing is

15  true and correct and that this declaration was executed on November 29, 2021 at Woodside,

16  California.

17

18                                              /s/   M G Walker
                                                    Martin Walker
19

20

21

22

23

24

25

26

27

28

# Exhibit A

DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
JAMES K. ROTHSTEIN (S.B. #267962)
jrothstein@omm.com
DANIEL H. LEIGH (S.B. #310673)
dleigh@omm.com
ASHISH SUDHAKARAN (S.B. #312941)
asudhakaran@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701

Attorneys for Plaintiffs
ELASTICSEARCH, INC. and
ELASTICSEARCH B.V.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, and ELASTICSEARCH B.V., a Dutch corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FLORAGUNN GmbH, a German corporation,<br><br>Defendant. | Case No. 4:19-cv-05553-YGR<br><br>**DECLARATION OF DR. MARTIN WALKER IN SUPPORT OF PLAINTIFFS ELASTICSEARCH, INC. AND ELASTICSEARCH B.V.'S MOTION FOR SANCTIONS AGAINST FLORAGUNN REGARDING HENDRIK SALY** |

I, Martin Walker, declare as follows:

1.      I serve as a technical expert retained by plaintiffs. I make this declaration based on my own personal knowledge.  If called as a witness, I could and would testify under oath to the matters set forth herein.

2.      I received my Bachelor of Science degree in Electrical Engineering from the Massachusetts Institute of Technology in 1973. I then received my Master of Science and Doctor of Philosophy degrees in Electrical Engineering in 1976 and 1979 from Stanford University. I have 35 years of experience in design complex software systems. In particular, I have designed built and tested software and hardware components. I also have 15 years' experience in analyzing or reverse engineering of complex software systems. My career in consulting on technology issues in general and litigation in particular began in 2001. Since that time, I have been engaged in more than 30 projects in the field of complex software systems.

3.      Source code control systems are used to track, at least, what changes are made to source code, by whom, and when. floragunn uses a source code control system for its products. I understand that the only source code control system floragunn has used from late 2019 to the present is GitLab. That system is available publicly at https://git.floragunn.com.

4.      I understand that during his deposition on October 28, 2021, Jochen Kressin testified that floragunn redistributed Java programming language tasks from Hendrik Saly to Sergei Bondarenko and Mikael Gustavsson.

5.      During the week of November 8, 2020, I analyzed all of the GitLab source code control records for floragunn's products available at https://git.floragunn.com (the "Floragunn Records").

6.      The Floragunn Records are segmented into 14 different groups known as repositories. I considered all branches from each of the 14 repositories.

7.      The Floragunn Records reflect the following activity by Sergei Bondarenko:

a.      He made 18 contributions (or "commits" as GitLab refers to them) in the search-guard-docs repository, all under the sergibondarenko@gmail.com

1       account.

2           b.      He made 1342 commits to the search-guard-kibana-plugin repository: 23

3                   under the sbondarenko@floragunn.com account and 1319 under the

4                   sergibondarenko@gmail.com account.

5           c.      He made 26 commits to the search-guard-labs repository, all under the

6                   sergibondarenko@gmail.com account.

7       8.      The Floragunn Records do not reflect any other commits by Mr. Bondarenko.

8       9.      The Floragunn Records reflect the following activity by Mikael Gustavsson:

9           a.      He made six commits in the search-guard-docs repository: three under the

10                  micael.gustafsson@gmail.com account and three under the

11                  mickeg@gmx.de account.

12          b.      He made 835 commits to the search-guard-kibana-plugin repository: 832

13                  under micael.gustafsson@gmail.com accounts and three under the

14                  mickeg@gmx.de account.

15      10.     The Floragunn Records do not reflect any other commits by Mr. Gustavsson.

16      11.     According to the Floragunn Records, there are no materials written in the Java

17  programming language in any of the three repositories that reflect commits by Mr. Bondarenko

18  and/or Mr. Gustavsson: search-guard-docs, search-guard-kibana-plugin, and search-guard-labs.

19  Although other repositories in the Floragunn Records include materials written in the Java

20  computer language, none of those repositories reflects any commits by either Mr. Bondarenko or

21  Mr. Gustavsson.

22      12.     Accordingly, the Floragunn Records do not reflect any work by Mr. Bondarenko

23  or Mr. Gustavsson in the Java programming language.

24      13.     Attached as **Exhibit A** to this declaration is the script that I used to query the

25  Floragunn Records.

26      14.     Attached as **Exhibit B** to this declaration is the printout of the results of running

27  my script on the Floragunn Records.

28

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2    true and correct and that this declaration was executed on November 12, 2021 at Woodside,

3    California.

4

5    /s/  _____

          Martin Walker

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

```
for r in checksum-maven-plugin search-guard search-guard-custom-modules
search-guard-docs search-guard-enterprise-modules search-guard-helm
search-guard-kibana-plugin search-guard-labs search-guard-ssl search-guard-suite
search-guard-suite-enterprise search-guard-tlstool sgctl tcnative-docker
do
        echo --------
        echo $r
        echo --------
        cd $r
        git log --all . | grep '^Author' | sort | uniq -c | sort -n | sed
's/Author: //'
        cd ..
done
```

# EXHIBIT B

```
--------
checksum-maven-plugin
--------
      1 Bernd <bernd@eckenfels.net>
      1 floragunn <dev@search-guard.com>
      1 hlaunay <herve.launay@sorpasteria.com>
      1 Jesse Glick <jglick@cloudbees.com>
      1 Mike Duigou <github@bondolo.org>
      1 Mike Duigou <mike.duigou@liquid-robotics.com>
      2 alex t <tsuria@tut.by>
      2 gehel <guillaume.lederrey@gmail.com>
      2 hlaunay <herve.launay@soprasteria.com>
      2 Jerome Lacube <jerome.lacube@gmail.com>
      2 Mike Duigou <mike@bondolo.org>
      2 Tunaki <guillaume_boue@orange.fr>
      4 nicoulaj <julien.nicoulaud@gmail.com>
      5 Mike Duigou <mike.duigou@liquidr.com>
    211 Julien Nicoulaud <julien.nicoulaud@gmail.com>
--------
search-guard
--------
      1 Fabien Wernli <wernli@in2p3.fr>
      1 Qaiser Abbasi <qabbasi@search-guard.com>
      6 Hendrik Saly <hsaly@floragunn.com>
      6 Nils Bandener <git@bndnr.de>
     12 Jochen Kressin <jkressin@floragunn.com>
     54 Lyudmila Huzenko <lhuzenko@search-guard.com>
    131 floragunn <dev@search-guard.com>
--------
search-guard-custom-modules
--------
      1 pawel.leszczynski <leszczynski.pawel@gmail.com>
      2 Pawel Leszczynski <leszczynski.pawel@gmail.com>
      2 Search Guard <dev@search-guard.com>
      3 Jochen Kressin <jkressin@floragunn.com>
--------
search-guard-docs
--------
      1 abraakie <abraakie@web.de>
      1 Aki Abramowski <abraakie@Akis-MBP.fritz.box>
      1 Aris Nourbakhsh <aris.nourbakhsh@deutsche-anwaltshotline.de>
      1 Basek <basek_101@ukr.net>
      1 Ben jemaa Chokri <jemacomchokri@gmail.com>
      1 Brian Daugherty <briand@fit-pay.com>
      1 Claudia Kressin <ckressin@floragunn.com>
      1 Dustin Rue <dustin.rue@10up.com>
      1 Eric Herot <400447+eherot@users.noreply.github.com>
      1 fullergalway <fullergalway@gmail.com>
      1 ialidzhikov <i.alidjikov@gmail.com>
      1 Jeroen van Heugten <jeroen@byte.nl>
```

```
   1 Josh Cooley <cooley.josh@gmail.com>
   1 Lucas Bremgartner <lucas@bremis.ch>
   1 Mikael Gustavsson <micael.gustafsson@gmail.com>
   1 Oliver Schlüter <oschlueter88@gmail.com>
   1 Olivier Parent <oparent@gmail.com>
   1 Pavlos Daoglou <pdaoglou@gmail.com>
   1 Radhakrishnan K <sasikumarhan@gmail.com>
   1 Sam Mingo <github@jake8us.org>
   1 Timothy Dansereau <timothy@stuckpixelsandgoldsta.rs>
   1 tomryanx <tom@equalit.ie>
   1 Youri Tolstoy <ytolstoy@gmail.com>
   2 Aki Abramowski <abraakie@abraakies-iMac.fritz.box>
   2 Fabien Wernli <github@faxmodem.org>
   2 FABIEN WERNLI <git@faxmodem.org>
   2 Hendrik Saly <hsaly@floragunn.com>
   2 Matej Zerovnik <matej.zerovnik@arnes.si>
   2 Matej Zerovnik <matej@zunaj.si>
   2 Micael Gustafsson <micael.gustafsson@gmail.com>
   2 Michael Schmid <michael@amazee.com>
   2 Sina Sheikholeslami <ssheikholeslami@gmail.com>
   3 Aki Abramowski <abraakie@web.de>
   3 Austin English <austin@gaikai.com>
   3 floragunn UG <dev@search-guard.com>
   3 Micael Gustafsson <mickeg@gmx.de>
   4 Lucas Bremgartner <lucas.bremgartner@swisscom.com>
   5 Aki Abramowski <akielias@web.de>
   6 Lyudmila Huzenko <lhuzenko@search-guard.com>
   6 Qaiser Abbasi <q.abbasi1010@gmail.com>
   8 EwaSzyszka <ewa.szyszka@minerva.kgi.edu>
   8 Matthew <matthew-p@users.noreply.github.com>
   8 Qaiser Abbasi <qabbasi@search-guard.com>
   8 Qaiser <qabbasi@search-guard.com>
  13 Search Guard <dev@search-guard.com>
  14 Nils Bandener <nils@bandener.com>
  18 Sergii Bondarenko <sergibondarenko@gmail.com>
  42 floragunn GmbH <dev@search-guard.com>
 126 werowe <werowe@walkerrowe.com>
 129 Nils Bandener <9-nibix@users.noreply.git.floragunn.com>
 432 floragunn <dev@search-guard.com>
 523 Nils Bandener <git@bndnr.de>
1585 Jochen Kressin <jkressin@floragunn.com>
--------
search-guard-enterprise-modules
--------
   1 Arturo <apenen@gmail.com>
   1 Qaiser Abbasi <q.abbasi1010@gmail.com>
   2 Bit Melt <gg@bitmelt.com>
   2 ewolinetz <ewolinet@redhat.com>
   2 Jeff Cantrill <jcantril@redhat.com>
   2 Luke Waite <lwaite@lwaite.intouchsurvey.com>
```

```
   2 n3gster <negster+github@gmail.com>
   2 Stephen Yeargin <stephen.yeargin@gmail.com>
   3 Aki Abramowski <akielias@web.de>
   3 Hendrik Saly <hsaly@floragunn.com>
   3 Lyudmila Huzenko <lhuzenko@search-guard.com>
   5 floragunn GmbH <dev@search-guard.com>
   5 nibix <33570290+nibix@users.noreply.github.com>
   5 Wataru Takase <wataru.takase@kek.jp>
   7 jkressin <jkressin@floragunn.com>
   7 Search Guard <info@search-guard.com>
  11 Search Guard <dev@search-guard.com>
  16 floragunn UG <dev@search-guard.com>
  54 Nils Bandener <git@bndnr.de>
 195 Jochen Kressin <jkressin@floragunn.com>
3027 floragunn <dev@search-guard.com>
--------
search-guard-helm
--------
   1 Nils Bandener <9-nibix@users.noreply.git.floragunn.com>
   1 Search Guard <info@search-guard.com>
   2 Tom Gummery <tgummery@unit2games.com>
   3 Dorian Lenzner <151-lenznerd@users.noreply.git.floragunn.com>
  10 Qaiser Abbasi <q.abbasi1010@gmail.com>
  47 floragunn <dev@search-guard.com>
  50 cirunner <dev@search-guard.com>
  59 Lyudmila Huzenko <lhuzenko@search-guard.com>
--------
search-guard-kibana-plugin
--------
   1 Alejandro Navarro <a.navarro.montiel@gmail.com>
   1 Alexander Sawadski <alexander.sawadski@uniberg.com>
   1 Mocker <lsin30@foxmail.com>
   2 Jochen Kressin <8-jkressin@users.noreply.git.floragunn.com>
   3 Micael Gustafsson <mickeg@gmx.de>
   4 Hendrik Saly <hsaly@floragunn.com>
   5 floragunn GmbH <dev@search-guard.com>
   5 Nils Bandener <9-nibix@users.noreply.git.floragunn.com>
  20 abraakie <abraakie@web.de>
  20 Search Guard <dev@search-guard.com>
  23 Sergii Bondarenko <sbondarenko@floragunn.com>
  78 Micael Gustafsson <micael.gustafsson@gmail.com>
 151 Lyudmila Huzenko <lhuzenko@search-guard.com>
 156 Nils Bandener <git@bndnr.de>
 209 floragunn <dev@search-guard.com>
 662 Jochen Kressin <jkressin@floragunn.com>
 754 Mikael Gustavsson <micael.gustafsson@gmail.com>
1319 Sergii Bondarenko <sergibondarenko@gmail.com>
--------
search-guard-labs
--------
```

```
     26 Sergii Bondarenko <sergibondarenko@gmail.com>
--------
search-guard-ssl
--------
      2 Lyudmila Huzenko <lhuzenko@search-guard.com>
      3 Nils Bandener <git@bndnr.de>
     10 Jochen Kressin <jkressin@floragunn.com>
     40 floragunn <dev@search-guard.com>
--------
search-guard-suite
--------
      1 Jochen Kressin <8-jkressin@users.noreply.git.floragunn.com>
      3 abraakie <abraakie@web.de>
      4 Hendrik Saly <hsaly@floragunn.com>
     11 Qaiser <qabbasi@search-guard.com>
     46 Jochen Kressin <jkressin@floragunn.com>
     47 Nils Bandener <nils@bandener.com>
     61 Qaiser Abbasi <qabbasi@search-guard.com>
     92 Lyudmila Huzenko <lhuzenko@search-guard.com>
     96 floragunn <dev@search-guard.com>
    332 Nils Bandener <9-nibix@users.noreply.git.floragunn.com>
    633 Nils Bandener <git@bndnr.de>
--------
search-guard-suite-enterprise
--------
      1 Jochen Kressin <8-jkressin@users.noreply.git.floragunn.com>
      3 Qaiser Abbasi <q.abbasi1010@gmail.com>
      5 Hendrik Saly <hsaly@floragunn.com>
     17 Qaiser <qabbasi@search-guard.com>
     19 abraakie <abraakie@web.de>
     23 Rafal Stobiecki <rafal.stobiecki@theworkingroup.net>
     30 Nils Bandener <nils@bandener.com>
     44 Qaiser Abbasi <qabbasi@search-guard.com>
     50 Jochen Kressin <jkressin@floragunn.com>
     61 floragunn <dev@search-guard.com>
    110 Lyudmila Huzenko <lhuzenko@search-guard.com>
    286 Nils Bandener <9-nibix@users.noreply.git.floragunn.com>
   1205 Nils Bandener <git@bndnr.de>
--------
search-guard-tlstool
--------
      1 bas smit <bsmit@hostnet.nl>
      1 dependabot[bot] <49699333+dependabot[bot]@users.noreply.github.com>
      1 Rafal Stobiecki <rafal.stobiecki@theworkingroup.net>
      1 Search Guard <info@search-guard.com>
      2 Search Guard <dev@search-guard.com>
      3 sg <sg@red>
     16 floragunn <dev@search-guard.com>
     16 Jochen Kressin <jkressin@floragunn.com>
     29 Nils Bandener <git@bndnr.de>
```

```
--------
sgctl
--------
     1 abraakie <abraakie@web.de>
     6 Nils Bandener <9-nibix@users.noreply.git.floragunn.com>
     7 Rafal Stobiecki <rafal.stobiecki@theworkingroup.net>
    27 Nils Bandener <git@bndnr.de>
--------
tcnative-docker
--------
     2 Mikael Knutsson <mikael.knutsson@gmail.com>
    66 floragunn <dev@search-guard.com>
```