| | |
|---|---|
| DAVID R. EBERHART (S.B. #195474) | KWUN BHANSALI LAZARUS LLP |
| deberhart@omm.com | MICHAEL S. KWUN (SBN 198945) |
| LUANN L. SIMMONS (S.B. #203526) | mkwun@kblfirm.com |
| lsimmons@omm.com | 555 Montgomery St., Suite 750 |
| JAMES K. ROTHSTEIN (S.B. #267962) | San Francisco, CA 94111 |
| jrothstein@omm.com | Telephone: 415 630-2350 |
| DANIEL H. LEIGH (S.B. #310673) | Facsimile: 415 367-1539 |
| dleigh@omm.com | |
| O'MELVENY & MYERS LLP | WUERSCH & GERING LLP |
| Two Embarcadero Center | V. DAVID RIVKIN (admitted *pro hac vice*) |
| 28th Floor | david.rivkin@wg-law.com |
| San Francisco, California  94111-3823 | JUSTIN P. LEE (admitted *pro hac vice*) |
| Telephone:      +1 415 984 8700 | justin.lee@wg-law.com |
| Facsimile:      +1 415 984 8701 | MICHAEL SENZER (admitted *pro hac vice*) |
| | michael.senzer@wg-law.com |
| Attorneys for Plaintiffs | 100 Wall St., 10th Fl. |
| ELASTICSEARCH, INC. and | New York, NY 10005 |
| ELASTICSEARCH B.V. | Telephone: 212 509-5050 |
| | Facsimile: 212 509-9559 |
| | |
| | Attorneys for Defendant |
| | FLORAGUNN GmbH |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, and ELASTICSEARCH B.V., a Dutch corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FLORAGUNN GmbH, a German corporation,<br><br>Defendant. | Case No. 4:19-cv-05553-YGR<br><br>**JOINT STATEMENT REGARDING COMPLIANCE WITH THE COURT'S STANDING ORDER RE: PRETRIAL INSTRUCTIONS IN CIVIL CASES**<br><br>Pretrial Conf: February 11, 2022<br>Time:            9:00 AM<br>Location:       Courtroom 1, 4th Fl.<br><br>Trial Date:     February 28, 2022<br>Time:            8:00 AM<br>Location:       Courtroom 1, 4th Fl. |

1   Pursuant to the Court's December 23, 2019 Case Management and Pretrial Order (Dkt.
2   31), the Court's March 23, 2021 Order Granting Stipulation (Dkt. 86), and the Court's Standing
3   Order Re: Pretrial Instructions In Civil Cases ("Standing Order"), Plaintiffs Elasticsearch Inc.
4   and Elasticsearch B.V. (collectively "Elastic") and Defendant floragunn GmbH ("floragunn")
5   respectfully submit this Joint Statement regarding the parties' compliance with the Standing
6   Order.

7   The undersigned counsel confirm that they have reviewed the Standing Order and are in
8   compliance therewith. On January 10, 2022, lead counsel for the parties met and conferred by
9   videoconference regarding the requirements of the Standing Order. Counsel discussed, among
10  other things, each of the items required for the joint Pretrial Conference Statement and agreed on
11  drafting responsibilities and a schedule for the exchange of information to allow for timely
12  submission of that joint Pretrial Conference Statement on January 28, 2022. The parties also
13  agreed on a further date and time to meet and confer to enable that timely submission.

14  floragunn notes that Magistrate Judge Kim has set this matter for a further settlement
15  conference at 1 p.m. on January 24, 2022. (Dkts. 222, 223.) floragunn further notes that there are
16  several motions under submission before Magistrate Judge Tse that could have a significant
17  effect on trial, and that there are also three fully briefed *Daubert* motions pending before the
18  Court. In view of the foregoing, and in view of the uncertain conditions surrounding international
19  travel from Germany at this time, floragunn would welcome a brief conference to discuss
20  whether the interests of judicial economy might favor delaying trial. Elastic opposes delay of the
21  trial.

22  Based on the foregoing, the parties respectfully request that the January 21, 2022
23  compliance hearing be taken off calendar. floragunn in the alternative requests that the Court set
24  this matter for a further status conference to discuss whether trial should be delayed.

25  ///
26  ///
27  ///
28  ///

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: | January 13, 2022 | O'MELVENY & MYERS LLP<br>DAVID R. EBERHART |
| | By: | /s/ David R. Eberhart<br>David R. Eberhart |
| | | Attorneys for plaintiffs<br>ELASTICSEARCH, INC. and<br>ELASTICSEARCH B.V. |
| Dated: | January 13, 2022 | WUERSCH & GERING LLP<br>V. DAVID RIVKIN |
| | By: | /s/ V. David Rivkin<br>V. David Rivkin |
| | | Attorneys for defendant<br>FLORAGUNN GmbH |

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I hereby attest that concurrence in the filing of these documents has been obtained from the other signatory.

Dated:   January 13, 2022       /s/ David R. Eberhart
                                David R. Eberhart