UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELASTICSEARCH, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FLORAGUNN GMBH,<br><br>　　　　Defendant. | Case No. 19-cv-05553-YGR  (AGT)<br><br>**ORDER RE: REDACTIONS TO ORDER DENYING ELASTIC'S MOTION FOR ISSUE SANCTIONS**<br><br>Re: Dkt. No. 226 |

On January 18, 2022, the Court filed its order denying Elastic's motion for issue sanctions. Dkt. 226. The order is provisionally filed under seal because it contains material subject to sealing orders. By January 25, 2022, the parties must file a stipulated proposed redacted version of the order. The parties must also email a PDF copy of the proposed redacted order (without any ECF headers) to agtpo@cand.uscourts.gov, along with an unredacted version of the order with the proposed redactions highlighted in yellow. The Court will issue a redacted version of the order after reviewing the parties' proposal.

**IT IS SO ORDERED.**

Dated: January 18, 2022

ALEX G. TSE
United States Magistrate Judge