UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELASTICSEARCH, INC. AND ELASTICSEARCH B.V.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**floragunn GmbH,**<br><br>Defendant. | Case No.  4:19-cv-05553-YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE** |

The Court understands from Magistrate Judge Kim and the parties that this action has settled in principle and the parties are in the process of documenting the settlement. Accordingly, all trial related dates are hereby vacated. All pending motions to seal or to redact are granted as unnecessary to the resolution of any motion. All remaining motions are denied without prejudice as moot. Should substantive decisions be required, the Court will reconsider these findings.

The parties shall file by no later than **June 24, 2022** an update regarding the status of the settlement. In the event that the matter is not resolved, the parties shall jointly contact the courtroom deputy to schedule a case management conference as to all issues and shall file a joint statement five business days prior to any conference.

This terminates Docket Nos. 116, 148, 149, 153, 154, 159, 160, 161, 162, 178, 187, 188, 191, 202, 212, 215, 217, 245, 246, and 248.

**IT IS SO ORDERED.**

Dated: May 11, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**