| | |
|---|---|
| DAVID R. EBERHART (S.B. #195474) <br> deberhart@omm.com <br> LUANN L. SIMMONS (S.B. #203526) <br> lsimmons@omm.com <br> JAMES K. ROTHSTEIN (S.B. #267962) <br> jrothstein@omm.com <br> O'MELVENY & MYERS LLP <br> Two Embarcadero Center <br> 28th Floor <br> San Francisco, California 94111-3823 <br> Telephone: +1 415 984 8700 <br> Facsimile: +1 415 984 8701 <br><br> Attorneys for Plaintiffs <br> ELASTICSEARCH, INC. and <br> ELASTICSEARCH B.V. | KWUN BHANSALI LAZARUS LLP <br> MICHAEL S. KWUN (SBN 198945) <br> mkwun@kblfirm.com <br> 555 Montgomery St., Suite 750 <br> San Francisco, CA 94111 <br> Telephone: 415 630-2350 <br><br> WUERSCH & GERING LLP <br> V. DAVID RIVKIN (admitted pro hac vice) <br> david.rivkin@wg-law.com <br> JUSTIN P. LEE (admitted pro hac vice) <br> justin.lee@wg-law.com <br> MICHAEL SENZER (admitted pro hac vice) <br> michael.senzer@wg-law.com <br> 100 Wall St., 10th Fl. <br> New York, NY 10005 <br> Telephone: 212 509-5050 <br> Facsimile: 212 509-9559 <br><br> Attorneys for Defendant <br> FLORAGUNN GmbH |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, ELASTICSEARCH B.V., a Dutch corporation, <br><br> Plaintiffs, <br><br> v. <br><br> FLORAGUNN GmbH, a German corporation, <br><br> Defendant. | Case No. 4:19-cv-05553-YGR <br><br> **JOINT STATUS UPDATE** |

1  Plaintiffs Elasticsearch, Inc. and elasticsearch B.V. (collectively, "Elastic") and defendant
2  floragunn GmbH ("floragunn") submit this joint update regarding the status of the settlement of
3  this case pursuant to the Court's order of May 11, 2022 [ECF No. 254].  The parties are working
4  diligently to prepare a long form settlement agreement based on Magistrate Judge Kim's
5  mediator's proposal.  The parties' efforts have not yet resulted in a long form agreement.  The
6  parties anticipate requiring additional time to prepare a long form agreement and expect to
7  request the assistance of Judge Kim.  The parties do not believe that Court intervention is
8  necessary at this time and propose setting a case management conference in August or
9  September 2022.  With the Court's consent and consistent with the Court's May 11, 2022 order,
10 the parties shall jointly contact the courtroom deputy to schedule the case management
11 conference in August or September and shall file a joint statement five business days prior to the
12 conference.

Dated:  June 24, 2022					WUERSCH & GERING LLP

							By	/s/ V. David Rivkin
								*Attorneys for Defendant floragunn GmbH*

Dated:  June 24, 2022					DAVID R. EBERHART
							LUANN L. SIMMONS
							JAMES K. ROTHSTEIN
							O'MELVENY & MYERS LLP

							By:	/s/ David R. Eberhart
								David R. Eberhart

								Attorneys for plaintiffs
								ELASTICSEARCH, INC. and
								ELASTICSEARCH B.V.

//

1  IT IS SO ORDERED.
2
3
4  Dated: _____    _____
                                     Hon. Yvonne Gonzalez Rogers
5                                    United States District Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I hereby attest that concurrence in the filing of these documents has been obtained from the other signatory.

Dated:   June 24, 2022            */s/ V. David Rivkin*
                                  V. David Rivkin