# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELASTICSEARCH, INC.,** a Delaware corporation, **ELASTICSEARCH B.V.,** a Dutch Corp.<br><br>        Plaintiffs,<br><br>    vs.<br><br>**FLORAGUNN GMBH,** a German Corp.,<br><br>        Defendant. | Case No.:   **4:19-CV-05553-YGR**<br><br>ORDER VACATING DATES AND SETTING COMPLIANCE DEADLINE |

The parties have notified the Court that they are in the process of settling the above-captioned case. A compliance deadline of **9:01 a.m.** on **Friday, September 9, 2022** is set.

No later than **Friday, September 2, 2022**, the parties shall file either (a) a Stipulation of Dismissal or (b) a one-page JOINT STATEMENT setting forth an explanation regarding the failure to comply. If compliance is complete, the compliance deadline will be taken off calendar.

IT IS SO ORDERED.

Dated: **June 27, 2022**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE