DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
JAMES K. ROTHSTEIN (S.B. #267962)
jrothstein@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3823
Telephone:     +1 415 984 8700
Facsimile:     +1 415 984 8701

Attorneys for Plaintiffs
ELASTICSEARCH, INC. and
ELASTICSEARCH B.V.

KWUN BHANSALI LAZARUS LLP
MICHAEL S. KWUN (SBN 198945)
mkwun@kblfirm.com
555 Montgomery St., Suite 750
San Francisco, CA 94111
Telephone: 415 630-2350

WUERSCH & GERING LLP
V. DAVID RIVKIN (admitted pro hac vice)
david.rivkin@wg-law.com
JUSTIN P. LEE (admitted pro hac vice)
justin.lee@wg-law.com
MICHAEL SENZER (admitted pro hac vice)
michael.senzer@wg-law.com
100 Wall St., 10th Fl.
New York, NY 10005
Telephone: 212 509-5050
Facsimile: 212 509-9559

Attorneys for Defendant
FLORAGUNN GmbH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, ELASTICSEARCH B.V., a Dutch corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FLORAGUNN GmbH, a German corporation,<br><br>Defendant. | Case No. 4:19-cv-05553-YGR<br><br>**JOINT STATEMENT** |

Plaintiffs Elasticsearch, Inc. and elasticsearch B.V. (collectively, "Elastic") and defendant floragunn GmbH ("floragunn") submit this joint statement pursuant to the Court's order of June 27, 2022 [ECF No. 256].

Elastic and floragunn, along with nonparties Amazon.com, Inc. and Amazon Web Services, Inc., have executed a settlement agreement to resolve this action. All of the settling parties exchanged signatures on September 2, 2022. Once certain conditions specified in the settlement agreement have been met, the parties anticipate filing a stipulated dismissal within 24 days—that is, by September 26, 2022.

Dated:  September 2, 2022

KWUN BHANSALI LAZARUS LLP

By      */s/ Michael S. Kwun*
Michael S. Kwun
*Attorneys for Defendant floragunn GmbH*

Dated:   September 2, 2022

DAVID R. EBERHART
LUANN L. SIMMONS
JAMES K. ROTHSTEIN
O'MELVENY & MYERS LLP

By:      */s/ David R. Eberhart*
David R. Eberhart

Attorneys for plaintiffs
ELASTICSEARCH, INC. and
ELASTICSEARCH B.V.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I hereby attest that concurrence in the filing of these documents has been obtained from the other signatory.

Dated:   September 2, 2022            /s/ David R. Eberhart