DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
JAMES K. ROTHSTEIN (S.B. #267962)
jrothstein@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3823
Telephone:     +1 415 984 8700
Facsimile:      +1 415 984 8701

Attorneys for Plaintiffs
ELASTICSEARCH, INC. and
ELASTICSEARCH B.V.

KWUN BHANSALI LAZARUS LLP
MICHAEL S. KWUN (SBN 198945)
mkwun@kblfirm.com
555 Montgomery St., Suite 750
San Francisco, CA 94111
Telephone: 415 630-2350

WUERSCH & GERING LLP
V. DAVID RIVKIN (admitted pro hac vice)
david.rivkin@wg-law.com
JUSTIN P. LEE (admitted pro hac vice)
justin.lee@wg-law.com
MICHAEL SENZER (admitted pro hac vice)
michael.senzer@wg-law.com
100 Wall St., 10th Fl.
New York, NY 10005
Telephone: 212 509-5050
Facsimile: 212 509-9559

Attorneys for Defendant
FLORAGUNN GmbH



GRANTED
Judge Yvonne Gonzalez Rogers
9/16/2022

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, and ELASTICSEARCH B.V., a Dutch corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FLORAGUNN GmbH, a German corporation,<br><br>Defendant. | Case Nos.   4:19-cv-05553-YGR (AGT)<br>                    4:20-cv-07514-YGR (AGT)<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Elasticsearch Inc. and elasticsearch B.V. ("Elastic") and Defendant floragunn GmbH ("floragunn") hereby stipulate and agree that the above-captioned actions and all claims, counterclaims, and defenses asserted

therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: September 15, 2022

DAVID R. EBERHART
LUANN L. SIMMONS
JAMES K. ROTHSTEIN

O'MELVENY & MYERS LLP

By: */s/ David R. Eberhart*
David R. Eberhart

Attorneys for plaintiffs
ELASTICSEARCH, INC. and
ELASTICSEARCH B.V.

Dated: September 15, 2022

WUERSCH & GERING LLP
V. DAVID RIVKIN

By: */s/ V. David Rivkin*
V. David Rivkin

Attorneys for defendant
FLORAGUNN GmbH

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I hereby attest that concurrence in the filing of these documents has been obtained from the other signatory.

Dated:   September 15, 2022           /s/ David R. Eberhart
                                      David R. Eberhart